1              IN THE UNITED STATES DISTRICT COURT

2             FOR THE NORTHERN DISTRICT OF TEXAS

3                    FORT WORTH DIVISION

4

5  UNITED STATES OF AMERICA, ) CASE NO. 4:25-mj-00452-BJ
                             )
6        Government,         ) FORT WORTH, TEXAS
                             )
7  VS.                       ) SEPTEMBER 30, 2025
                             )
8  CAMERON ARNOLD,           )
                             )
9        Defendant.          )

10 _____

11 UNITED STATES OF AMERICA, ) CASE NO. 4:25-mj-00452-BJ
                             )
12       Government,         ) FORT WORTH, TEXAS
                             )
13 VS.                       ) SEPTEMBER 30 2025
                             )
14 NATHAN BAUMANN,           )
                             )
15       Defendant.          )

16 _____

17 UNITED STATES OF AMERICA, ) CASE NO. 4:25-mj-00452-BJ
                             )
18       Government,         ) FORT WORTH, TEXAS
                             )
19 VS.                       ) SEPTEMBER 30, 2025
                             )
20 ZACHARY EVETTS,           )
                             )
21       Defendant.          )

22 _____

23

24

25

```
 1   _____

 2   UNITED STATES OF AMERICA, ) CASE NO. 4:25-mj-00452-BJ
                               )
 3        Government,          ) FORT WORTH, TEXAS
                               )
 4   VS.                       ) SEPTEMBER 30, 2025
                               )
 5   BRADFORD MORRIS,          )
                               )
 6        Defendant.           )

 7   _____

 8   UNITED STATES OF AMERICA, ) CASE NO. 4:25-mj-00452-BJ
                               )
 9        Government,          ) FORT WORTH, TEXAS
                               )
10   VS.                       ) SEPTEMBER 30, 2025
                               )
11   MARICELA RUEDA,           )
                               )
12        Defendant.           )

13   _____

14   UNITED STATES OF AMERICA, ) CASE NO. 4:25-mj-00452-BJ
                               )
15        Government,          ) FORT WORTH, TEXAS
                               )
16   VS.                       ) SEPTEMBER 30, 2025
                               )
17   ELIZABETH SOTO,           )
                               )
18        Defendant.           )

19   _____

20   UNITED STATES OF AMERICA, ) CASE NO. 4:25-mj-00452-BJ
                               )
21        Government,          ) FORT WORTH, TEXAS
                               )
22   VS.                       ) SEPTEMBER 30, 2025
                               )
23   INES SOTO,                )
                               )
24        Defendant.           )

25   _____
```

```
 1   UNITED STATES OF AMERICA, ) CASE NO. 4:25-mj-00468-BJ
                               )
 2        Government,          ) FORT WORTH, TEXAS
                               )
 3   VS.                       ) SEPTEMBER 30, 2025
                               )
 4   BENJAMIN SONG,            ) 9:10 A.M.
                               )
 5        Defendant.           )

 6

 7                    VOLUME 1 of 1
          TRANSCRIPT OF PRELIMINARY AND DETENTION HEARINGS
 8         BEFORE THE HONORABLE JEFFREY L. CURETON.
                  UNITED STATES MAGISTRATE JUDGE

 9

10   A P P E A R A N C E S:

11   FOR THE GOVERNMENT: MR. SHAWN SMITH
                         UNITED STATES ASSISTANT ATTORNEY
12                       NORTHERN DISTRICT OF TEXAS
                         801 Cherry Street, Suite 1700
13                       Fort Worth, Texas  76102-6882
                         Telephone:  817.252.5200
14

15   FOR THE DEFENDANT   MR. CODY COFER
     ARNOLD:             MR. JAMES LUSTER
16                       604 E. 4th Street
                         Fort Worth, Texas  76102
17                       Telephone:  682.777.3336

18

     FOR THE DEFENDANT   MR. BEN FLOREY, JR.
19   BAUMANN:            MR. ROBERT E. LEAHEY, II
                         Dunham & Jones, Attorneys at Law, PC
20                       1110 E. Weatherford Street
                         Fort Worth, Texas  76102
21                       Telephone:  817.888.8888

22

23

24

25
```

```
 1   FOR THE DEFENDANT    MR. PATRICK J. McLAIN
     EVETTS:              MR. BRIAN BOUFFARD
 2                        LAW OFFICE OF PATRICK J. McLAIN, PLLC
                          900 Jackson Street, Suite 640
 3                        Dallas, Texas  75202
                          Telephone:  214.416.9100
 4

 5   FOR THE DEFENDANT    MR. J. WARREN ST. JOHN
     MORRIS:              LAW OFFICE OF J. WARREN ST. JOHN
 6                        2020 Burnett Plaza
                          801 Cherry Street, Unit No. 5
 7                        Fort Worth, Texas  76102
                          Telephone:  817.336.1436
 8

 9   FOR THE DEFENDANT    MR. DEREK D. BROWN
     RUEDA:               LAW OFFICE OF DEREK D. BROWN
10                        209 West 2nd Street, Suite 197
                          Fort Worth, Texas  76102
11                        Telephone:  817.992.5282

12
     FOR THE DEFENDANT    MS. HARMONY M. SCHUERMAN
13   ELIZABETH SOTO:      LAW OFFICE OF HARMONY M. SCHUERMAN
                          909 West Magnolia Avenue, Suite 6
14                        Fort Worth, Texas  76104
                          Telephone:  817.300.3073
15

16   FOR THE DEFENDANT    MR. LEIGH W. DAVIS
     INES SOTO:           1901 Central Drive, Suite 730
17                        Bedford, Texas  76021
                          Telephone:  817.868.9500
18

19   FOR THE DEFENDANT    MR. PHILLIP HAYES
     SONG:                LAW OFFICE OF PHILLIP HAYES
20                        3300 Oak Lawn Avenue, Suite 600
                          Dallas, Texas  75219
21                        Telephone:  214.774.0488

22

23

24

25
```

```
COURT REPORTER:    MS. ZOIE WILLIAMS, RMR, RDR, FCRR
                   501 W. 10th Street, Room 310
                   Fort Worth, Texas  76102
                   E-Mail: zwilliams.rmr@gmail.com
```

        The above styled and numbered cause was reported
by computerized stenography and produced by computer.

1

2                        I N D E X

3   GOVERNMENT'S WITNESS:

4   JOSEPH CLARK WIETHORN –

5   Direct Examination by Mr. Smith....................11

6   Cross-Examination by Mr. Cofer....................138

7   Cross-Examination by Mr. Florey...................157

8   Cross-Examination by Mr. McLain...................169

9   Cross-Examination by Mr. St. John.................186

10  Cross-Examination by Mr. Brown....................193

11  Cross-Examination by Ms. Schuerman...............207

12  Cross-Examination by Mr. Davis....................212

13  Cross-Examination by Mr. Hayes....................216

14  Redirect Examination by Mr. Smith.................234

15  DEFENDANT ARNOLD'S WITNESS:

16  CHAD MARSHALL –

17  Direct Examination by Mr. Cofer...................238

18  Cross-Examination by Mr. Florey...................243

19  Cross-Examination by Mr. Smith....................245

20  DETENTION HEARING WITNESSES:

21  KIM EVETTS –

22  Direct Examination by Mr. Bouffard...............249

23  ROY WADE JORDAN –

24  Direct Examination by Mr. Bouffard...............260

25

SUMMATIONS -

By Mr. Smith...................................266, 298

By Mr. Cofer....................................272

By Mr. Florey...................................277

By Mr. McLain...................................281

By Mr. Bouffard.................................285

By Mr. St. John.................................290

By Mr. Brown....................................292

By Ms. Schuerman................................294

By Mr. Davis....................................295

By Mr. Hayes....................................296

Court's Findings................................300

Reporter's Certificate..........................302

Word Index......................................303

```
 1                    P R O C E E D I N G S

 2                      SEPTEMBER 30, 2025

 3                            oOo

 4            COURT SECURITY OFFICER:  All rise.

 5            THE COURT:  Thank you.  Please be seated.

 6            The Court calls for preliminary and detention

 7   hearing Cause No. 4:25-MJ-452.

 8            This is United States vs. Cameron Arnold, Nathan

 9   Baumann, Zachary Evetts, Bradford Morris, Maricela Rueda,

10   Elizabeth Soto, and Ines Soto.

11            Also Cause No. 4:25-MJ-468, United States vs.

12   Benjamin Song.

13            Is the Government ready to proceed, Mr. Smith?

14            MR. SMITH:  Good morning.  Yes, Your Honor.

15   Government's ready.

16            THE COURT:  And on behalf of Defendant Arnold,

17   what says the defense, Mr. Cofer?

18            MR. COFER:  Your Honor, we are ready.  I do

19   want -- Your Honor, in explanation, we did not waive

20   detention at the initial.  Our client is sort of in a

21   catch-22 with the State not making any movement on bond

22   reduction, and then the conditions of rele- -- possible

23   conditions of release here.  In any event, at this time

24   we're going to waive the detention hearing, reserve the

25   right to reopen that, but go forth with the preliminary.
```

```
1              THE COURT:  All right.  And you're ready on

2  preliminary?

3              MR. COFER:  Yes, Your Honor.

4              THE COURT:  Thank you, Mr. Cofer.

5              Let's see.  On behalf of Mr. Baumann, is it

6  Mr. Florey?

7              MR. FLOREY:  Yes.  That was well put.

8              THE COURT:  So you want to adopt his statement?

9              MR. FLOREY:  Yes, sir.

10             THE COURT:  I appreciate the brevity.

11             And you're ready to proceed?

12             So on behalf of Defendant Evetts.  Let's see,

13  where are you?

14             MR. McLAIN:  Patrick McLain is here with Attorney

15  Brian Bouffard, and we are ready to proceed on both matters.

16             THE COURT:  All right.  Thank you.

17             On behalf of Mr. Morris, Mr. St. John.

18             MR. ST. JOHN:  I want to apologize.  I was across

19  the street in my office.  I thought this said it was at

20  9:30, so I apologize to the Court and everybody in here.

21             Also, Mr. Morris is not going to have a hearing

22  regarding detention today.  He's going to reserve the right

23  to recall that and just have a probable cause hearing.

24             THE COURT:  All right.  Very good.

25             On behalf of Defendant Rueda, where are we?  Over
```

```
1    here.  Yeah.

2            MR. BROWN:  Good morning, Your Honor.  I believe

3    Mr. Wisely did waive detention and we will waive that, but

4    we are ready on the preliminary.

5            THE COURT:  Okay.  Very good.

6            On behalf of Defendant Elizabeth Soto,

7    Ms. Schuerman.  Same announcement?

8            MS. SCHUERMAN:  Yes, Your Honor.

9            THE COURT:  All right.  Very good.

10           On behalf of Defendant Ines Soto, Mr. Davis.

11           MR. DAVIS:  Yes, Leigh Davis.  And we're ready to

12   proceed on preliminary hearing.

13           THE COURT:  Very good.

14           And then, finally, on been behalf of Defendant

15   Song, Mr. Hayes.

16           MR. HAYES:  Thank you, Your Honor.  We too are

17   ready to proceed on preliminary hearing, and we will waive

18   and reserve any detention hearing.

19           THE COURT:  All right.  Very good.

20           Mr. Smith, you may call your first witness.

21           MR. SMITH:  All right.  The government calls Agent

22   Wiethorn.

23           THE COURT:  Sir, would you please come forward.

24   I'm going to ask you to raise your right hand and be sworn

25   by my clerk.
```

```
 1              (The oath was administered.)

 2              AGENT WIETHORN:  I do.

 3              THE COURT:  Thank you.  You may be seated.

 4              You may proceed, Counsel.

 5              MR. SMITH:  Thank you, Your Honor.

 6                        DIRECT EXAMINATION

 7  BY MR. SMITH:

 8       Q.   Good morning.  Would you please state your name.

 9       A.   Yes.  It's Special Agent Joseph Clark Wiethorn.

10       Q.   Can you pull those mics closer to you?

11       A.   Absolutely.

12       Q.   Thank you.

13            And where are you currently employed?

14       A.   With the Federal Bureau of Investigation.

15       Q.   And how long have you been with the FBI?

16       A.   Since December of 2020.

17       Q.   And you're familiar with the case against the

18  defendants that the Court's just called; is that right?

19       A.   Yes, I am.

20       Q.   All right.  We prepared a little PowerPoint for

21  this hearing; is that right?

22       A.   Correct.

23       Q.   All right.

24            MR. SMITH:  Permission to publish that, Your

25  Honor?
```

```
 1                  THE COURT:  You may.

 2        (The PowerPoint was published.)

 3   BY MR. SMITH:

 4        Q.   Okay.  So tell us what happened on July 4, 2025,

 5   at about 11 p.m.

 6        A.   So, yes, on July 4, 2025, a group of approximately

 7   11 people conspired and coordinated an attack on the

 8   Prairieland Detention Facility in Alvarado, Texas.

 9             In the process of this attack, multiple items of

10   property damage occurred, fireworks were shot at the

11   Prairieland Detention Facility, responding law enforcement

12   officers were struck by gunfire.

13        Q.   And so, Alvarado -- this is in Alvarado; is that

14   right?

15        A.   Correct.

16        Q.   And the responding officer that showed up, was

17   shot one time; is that right?

18        A.   That is correct.

19        Q.   Tell us what your understanding of what brought

20   the Alvarado police officer to the detention facility.

21        A.   So the Alvarado Police Department received a 911

22   call from the correctional officers working inside the

23   Prairieland Detention Facility.  The 911 call stated that

24   they believed that someone was possibly trying to break into

25   the facility.
```

1      Q.    And the Prairieland Detention Facility is an ICE

2  contract facility; is that right?

3      A.    That is correct.

4      Q.    And it houses illegal aliens in the process of

5  deportation proceedings, for the most part?

6      A.    Correct.

7      Q.    Approximately how many aliens are there at any

8  given time?

9      A.    Based on what the officers have said, anywhere

10  from 1,000 to almost 2,000.

11      Q.    So quite a few detainees in that facility; is that

12  right?

13      A.    Correct.

14      Q.    And the correction officers are not ICE employees,

15  but they're contracted by the United States government to

16  perform duties for immigration and customs enforcement?

17      A.    That is correct.

18      Q.    Okay.  So let's go to the next slide here.

19          MR. McLAIN:  Your Honor?

20          THE COURT:  Yes.

21          MR. McLAIN:  At least back here, we do not have

22  transmission of what is being shown to the Court.

23          THE COURT:  Give us just a moment.  Let's see if

24  we can get the IT working.

25          Okay.  We just received word from our IT

1    department that, for some reason, that monitor is not

2    responding.  I'm not sure why I didn't know that before.

3              Will the marshals accommodate the --

4              Do you want counsel and your clients to be able to

5    see this?

6              Do you want to go to the jury box or how do you

7    wish to proceed?

8              MR. ST. JOHN:  I can see it from here, if they're

9    kind enough to move their screen up a little bit.

10             THE COURT:  Do you and your client wish to move to

11   the jury box?

12             MR. McLAIN:  Sorry.  We can move to the jury box,

13   sir.  Yes, sir.  That wouldn't be a problem if that's okay.

14             THE COURT:  All right.  The marshals will

15   accompany the defendant and counsel.

16             MR. McLAIN:  Thank you.

17             THE COURT:  Thank you, Mr. St. John, for being

18   able to be there.  It's okay.  We've accommodated it.

19             Mr. Smith, when they are settled, you may resume.

20             MR. McLAIN:  We can see now, sir.  Thank you.

21             THE COURT:  Thank you.

22             All right.  Counsel, you may resume.

23         (The DVD/audio was played.)

24   BY MR. SMITH:

25        Q.   Okay.  So what are we watching?

```
 1        A.   So, yeah, this is the body-worn camera of

 2   Lieutenant Thomas Gross, who was the first responding police

 3   officer at the scene.

 4        Q.   So 911 is called, Alvarado P.D. is dispatched and

 5   this is the first officer on the scene; is that right?

 6        A.   Correct.

 7        Q.   And the time reflected there on the top of the

 8   video is --

 9        A.   Is --

10        Q.   Go ahead.

11        A.   -- 2259, which is approximately 10:59 p.m.

12        Q.   So almost 11 p.m. on July 4; is that right?

13        A.   Correct.

14             MR. SMITH:  Okay.  Go ahead.

15        (The DVD/audio was played.)

16   BY MR. SMITH:

17        Q.   Okay.  So I know it was hard to hear, but you've

18   listened to it quite a few times.  What was just said on the

19   body cam that you could hear?

20        A.   So as Lieutenant Gross is attempting to apprehend

21   one of the fleeing subjects, in the background of that video

22   you can hear a statement that sounds like, "Get to the

23   rifles."

24        Q.   Okay.  So you hear "Get to the rifles."

25             And there were, in fact, AR-15s staged at the
```

```
 1    scene; is that right?

 2         A.   That is correct.

 3              MR. SMITH:  All right.  Go ahead.

 4         (The DVD/audio was played.)

 5    BY MR. SMITH:

 6         Q.   And so, how many rounds approximately were

 7    discharged that you could hear?

 8         A.   Total 11 rounds were fired from the rifle and

 9    Lieutenant Gross returned fire with approximately three

10    rounds.

11         Q.   Okay.  And do you know, could you tell by watching

12    the body cam when -- did Lieutenant Gross have his weapon

13    drawn when he got out of the car?

14         A.   It does not appear so, no.

15         Q.   Okay.  And so, the AR-15 that was discharged, it

16    sounded like automatic gunfire at the time; is that right?

17         A.   That is correct.

18         Q.   And the corrections officers actually believed

19    they were being engaged at that time by automatic gunfire;

20    is that right?

21         A.   That is correct.

22         Q.   But it was not, in fact, automatic gunfire, right?

23         A.   It was not.

24         Q.   What did we learn?

25         A.   So this particular rifle was equipped with what is
```

1    known as a binary trigger.  And with a binary trigger,

2    what's unique about it is it basically doubles the rate of

3    fire that a normal rifle trigger pull would incur.

4          So as you pull the trigger in a normal rifle,

5    that's one round.  When you release the trigger, it fires a

6    second additional round, basically doubling the pace that a

7    normal gun would function.

8        Q.    So it doesn't meet the definition, the statutory

9    definition of machine gun but it replicates more than

10   single-action fire?

11       A.    Correct.

12       Q.    All right.  Okay.  Let's go to the next slide.

13          So this is a still.  What are we looking at here?

14       A.    So this is a still shot of the Prairieland

15   detention center's closed-circuit television camera.  And in

16   this video, on the far right you can see the smoke which was

17   basically from the rounds being shot by Song.

18          In the middle of the screen, you have the

19   officers' vehicle.  To the left you have both correctional

20   officers that had gone outside of the facility to confront

21   some of the attackers earlier on.

22       Q.    And we later learn that Song is the one who fired

23   the weapon, but we didn't know that at the time, right?

24       A.    Correct.

25       Q.    And at the time, immediately after the event, we

1    believed that there were multiple shooters based on the

2    rapid rate of fire; is that right?

3         A.    That is correct.  And initial observations from

4    the video, it was inconclusive at the time how many shooters

5    were there.

6         Q.    All right.  And there were two firing positions

7    taken up by Mr. Song, one right there, and then one about

8    20 feet away; is that right?

9         A.    That's correct.  First round of fire was

10   approximately where you see the smoke out there.  And then,

11   there's a residence just behind that location where

12   additional rounds -- casing rounds were discovered, showing

13   that Song had retreated back approximately 20 to 30 feet.

14        Q.    Okay.  And there were multiple CCTV cameras that

15   the Prairieland Detention Facility had; is that right?

16        A.    Correct.

17        Q.    And so, this would be a still from one of those

18   CCTVs?

19        A.    That's correct.

20        Q.    And there's no sound associated with any of those

21   CCTVs; is that right?

22        A.    That's right.

23        Q.    So the only sound that we are going to have is

24   from body cams?

25        A.    Correct.

1      Q.   All right.  And those would be typically from

2    Alvarado or Johnson County or DPS officers?

3      A.   Correct.

4      Q.   All right.  So you see the puff of smoke.  What is

5    that on the right of the screen, right above that, it says,

6    "Song shooting," what does that indicate?

7      A.   That's just that is the moment that the CCTV

8    captures Song firing the rounds.

9      Q.   And so, that's what you would call also gunshot

10   residue is discharged?

11     A.   Correct.

12     Q.   And there would be multiple puffs of smoke, if you

13   will, based on the rate of fire?

14     A.   Yes.

15     Q.   And then, where it says, "Victim officer," that's

16   about where the victim officer was when he got shot by

17   Mr. Song?

18     A.   In this particular video, if you look towards the

19   center of the screen, I believe the officer is about there.

20   Near where that light in the middle of the screen is, that's

21   about where the officer was.

22     Q.   So not terribly far away?

23     A.   No.  No.

24     Q.   And what injuries did the victim officer sustain?

25     A.   He suffered one gunshot wound that entered his

1    upper, I believe, kind of neck, shoulder area, and it exited

2    out the back of him.

3        Q.   So on the left -- on his left shoulder, more or

4    less?

5        A.   I believe so, yes.

6        Q.   And exited out the middle of his back?

7        A.   Correct.

8        Q.   So six inches either way, up or down, he's

9    probably dead?

10       A.   Absolutely.

11       Q.   All right.  Okay.  And so, the victim officer,

12   Correctional Officer 1, that's one of the -- as indicated to

13   the screen, that's one of the contracted officers; is that

14   right?

15       A.   Correct.

16       Q.   And that's contracted by the U.S. Government to

17   facilitate or work for ICE in their deportation proceedings?

18       A.   Yes.

19       Q.   And CO-2, that's the second correction officer; is

20   that right?

21       A.   Yes.

22       Q.   Those individuals have been interviewed; is that

23   right?

24       A.   We've interviewed one of them.  Both of them have

25   been initially interviewed at the scene.

```
 1        Q.   In general, what did they think was going on?

 2        A.   They absolutely believed that they were being shot

 3   at as well.

 4        Q.   And --

 5        A.   Based on the rate of fire, they immediately turned

 6   around and ran and ducked for cover.

 7        Q.   And were these two individuals, CO-1 and CO-2,

 8   armed?

 9        A.   No, they are not.

10        Q.   So they are -- and did they have vests?

11        A.   No, no vests.

12        Q.   All right.  And did they believe that they were

13   being -- that their facility was being attacked?

14        A.   I know those officers were unsure of what was

15   going on.  They were aware that there were individuals

16   outside of the fence line.  They were aware of fireworks

17   being shot out.  The information that was coming from inside

18   the facility, certain officers believed that people may

19   possibly be trying to enter the facility.

20        Q.   Okay.  Now, at this point in time, Prairieland,

21   what sort of security, if any, did they have exterior?

22        A.   They had no exterior security on the night of this

23   event.

24        Q.   And they hadn't had security for a long time; is

25   that right?
```

```
1         A.    That's correct.  Due to staffing shortages, their

2    normal individuals that could possibly sit in the guard

3    shack that is observed on the left hand of the screen, there

4    was not staffing for that, and there was also not staffing

5    for any kind of perimeter patrol security.

6         Q.    And so, this would be characterized, really, as

7    kind of a soft target; is that right?

8         A.    Correct.

9         Q.    Since the event, since this attack on Prairieland,

10   how have they changed their security?

11        A.    My understanding is they have a 24/7 armed officer

12   now stationed in that guard shack there, along with at least

13   multiple vehicle units constantly patrolling the facility.

14        Q.    So there's approximately three units or three

15   individuals engaged in 24/7 security around this facility

16   now; is that right?

17        A.    Yes.

18        Q.    And they're armed and they have vests also; is

19   that right?

20        A.    That's my understanding, yes.

21             MR. SMITH:  Okay.  Let's go to the next slide.

22             Let's go back to that, actually.

23   BY MR. SMITH:

24        Q.    So right before this, right before this in the

25   CCTV, can you see an individual running across the CCTV
```

1   footage?

2       A.   Yes, you can.

3       Q.   And describe for us kind of from left to right

4   what you see.

5       A.   So in the actual video footage, you see a subject

6   wearing all black clothing, running from the left-hand side

7   of the screen, towards the right and cutting through the

8   grass area in front of where you see the police vehicles,

9   and the officers are behind that subject giving chase.

10      Q.   The correction officers?

11      A.   The correctional officers, correct.

12      Q.   And is that the person that the victim officer,

13  the victim Alvarado officer is yelling to stop?

14      A.   That's correct.  That victim officer initially

15  only observed this subject running from these correctional

16  officers.

17      Q.   Okay.  Running across his field of view and

18  towards the shooter, towards Mr. Song?

19      A.   Correct.

20      Q.   All right.  And were you able to figure out who

21  that person was?

22      A.   Yes.

23      Q.   And who was that?

24      A.   Nathan Baumann.

25      Q.   And you've talked about Mr. Song.  Can you

```
 1    identify him here in court?

 2         A.    Yeah.  Mr. Song is at this back table here,

 3    sitting to the left.

 4         Q.    And what about Mr. Baumann, can you identify him?

 5         A.    Yes.  Mr. Baumann is to this front table, to the

 6    left.

 7              MR. SMITH:  May the record reflect the witness has

 8    identified Mr. Song and Mr. Baumann?

 9              THE COURT:  The record shall so reflect.

10    BY MR. SMITH:

11         Q.    Okay.  Let's go to the next slide.

12              So this -- these next few slides kind of identify

13    all the individuals that are taking part in this deal; is

14    that right?

15         A.    That's specific.

16         Q.    So we have a lot of things going on here.  And we

17    have names.  So let's just talk about them each and kind of

18    what these identifiers mean on here.

19         A.    Correct.

20         Q.    Start with the top left.

21         A.    Top left is Savanna Batten.

22         Q.    And she's not here today.  So we won't really

23    dwell on her a whole lot, but she will come up.

24              Next is who?

25         A.    Elizabeth Soto.
```

```
 1        Q.   Where is she in the courtroom?

 2        A.   Ms. Soto is in the back of the jury box.

 3             MR. SMITH:  May the record reflect that the

 4   witness identified Ms. Soto?

 5             THE COURT:  It will so reflect.

 6   BY MR. SMITH:

 7        Q.   And there's a GSR --

 8             What stands for GSR positive on her forehead in

 9   the slide, what does that indicate?

10        A.   Yeah, so at the scene of the attack, after several

11   of these subjects were apprehended, law enforcement at the

12   scene did conduct GSR analysis, which is gunshot residue, on

13   several of these subjects.

14             And with the results of this GSR analysis, several

15   of these individuals came back GSR positive, meaning they

16   had gunshot residue on their -- that was collected from

17   their bodies.

18        Q.   And there were differentiations on the GSR report;

19   is that right?

20        A.   That's correct.

21        Q.   Versus the GSR from a gunshot, being near a

22   gunshot, versus the fireworks demonstration; is that right?

23        A.   That's correct.

24        Q.   So people that were positive for fireworks residue

25   were not positive for GSR residue; is that right?
```

1    A.   Or they couldn't be excluded from potentially GSR

2    residue, yes.

3    Q.   Okay.  So, for example, Mr. Sikes, he was positive

4    for fireworks residue but not for GSR?

5    A.   Yeah.  He had other elements that are not commonly

6    found in gunshot primer.

7    Q.   All right.  So, this indicates -- the GSR positive

8    indicates that Ms. Soto was right next to that discharge

9    that we saw in the previous slide?

10    A.   Yeah.  The GSR indicates the individual was --

11    either discharged a firearm, was in near proximity of a

12    discharged firearm, or handled a firearm with gunshot

13    residue on it.

14    Q.   All right.  And there's also DNA on the pistol

15    that -- Ms. Soto's DNA was on a pistol seized at the scene;

16    is that right?

17    A.   That's correct.  Several of the items and weapons

18    that were seized at the scene also received DNA analysis

19    testing, and some of those results have confirmed that

20    several of these subjects did come back to having DNA on the

21    items.

22    Q.   Now, there was a pistol found in Ms. Soto's car

23    that was staged near the scene; is that right?

24    A.   That is correct.

25    Q.   All right.  Similar, the same with Mr. Ines Soto,

```
 1    he's also GSR positive; is that right?

 2         A.   That is correct.

 3         Q.   Which indicates that he would have been also close

 4    to that plume of smoke that we saw?

 5         A.   Correct.

 6         Q.   And where is Mr. Soto in the courtroom?

 7         A.   Yes, in the back table, sitting to the right.

 8              MR. SMITH:  May the record reflect the witness has

 9    identified Mr. Ines Soto?

10              THE COURT:  The record shall so reflect.

11    BY MR. SMITH:

12         Q.   There's also some annotations, there were two ARs

13    recovered -- well, three ARs recovered -- AR-15 platform

14    rifles recovered from the scene of the immediate assault; is

15    that right?

16         A.   That's correct.

17         Q.   One near the shooting, right?

18         A.   Correct.

19         Q.   One dropped away from the shooting?

20         A.   Correct.

21         Q.   And then one in -- one broken down, and that is

22    taken apart, in Mr. Sikes's backpack?

23         A.   That is correct.

24         Q.   Okay.  And so, there's some annotation there about

25    DNA being found from Mr. Soto on the AR platform rifle near
```

```
 1    the -- near where Song discharged or shot the cop, right?

 2         A.   Correct.

 3         Q.   All right.  That is that his DNA can't be excluded

 4    as a contributor to the presence of his DNA on that weapon?

 5         A.   Yes.

 6         Q.   All right.  Mr. Sikes is not present here today.

 7    So let's go to Maricela Rueda.

 8              She also has a GSR-positive annotation on her

 9    forehead.  We've already talked about that.  So that means

10    she was also in the vicinity of the discharge?

11         A.   Correct.  In the vicinity of gunshot residue, yes.

12         Q.   And where is she in the courtroom?

13         A.   Sitting in this front row here in the jury box.

14              MR. SMITH:  May the record reflect that the

15    witness has identified Ms. Rueda?

16              THE COURT:  The record will reflect.

17    BY MR. SMITH:

18         Q.   You've already identified Mr. Baumann.  So he also

19    has a GSR-positive annotation on his forehead.

20              He was the individual that ran across the field of

21    view of the police officer?

22         A.   That's correct.

23         Q.   And so, he would have had to have been close to

24    Mr. Song -- running towards Mr. Song when the weapon

25    discharged?
```

```
 1          A.   Absolutely.  Yes.

 2          Q.   All right.  Joy Gibson is not here.

 3               Meaghan Morris or Bradford Morris, can you

 4   identify?  Do you see that person here today?

 5          A.   Yeah.  Bradford Morris, I believe, is -- I

 6   can't -- right behind you, sitting behind you at that back

 7   table.  Yep.

 8          Q.   All right.

 9               MR. SMITH:  May the record reflect that the

10   witness identified Mr. Morris?

11               THE COURT:  Yes.  The record shall so reflect.

12   BY MR. SMITH:

13          Q.   He also has a GSR annotation on his forehead?

14          A.   That's correct.

15          Q.   So that indicates that he would have been in the

16   vicinity of the weapon's discharge?

17          A.   Correct.

18          Q.   All right.  And also DNA recovered from a pistol

19   recovered in his car?

20          A.   Yes.

21          Q.   In his van?

22          A.   Yes.

23          Q.   And how many -- what other weapons were found in

24   Mr. Morris' van?

25          A.   Several additional rifles were found inside
```

1    Morris' vehicle.

2         Q.   As well as some body armor?

3         A.   As well as, yes, multiple sets of body armor.

4         Q.   So there were two ARs and at least one pistol

5    found in Mr. Morris' minivan?

6         A.   Correct.

7         Q.   Mr. Evetts, so he has no GSR positive.  Based on

8    some of the things -- and we'll get into some other

9    slides -- but what do we know about what Mr. Evetts and

10   Mr. Baumann were doing together?

11        A.   So Mr. Baumann and Mr. Evetts were seen and

12   captured on this closed-circuit television damaging vehicles

13   and property in the parking lot of the Prairieland Detention

14   Center.

15        Q.   Okay.  And we'll get into that in a little more

16   detail.

17             But as Mr. Baumann -- what we were able to piece

18   together is that, as Mr. Baumann is running towards

19   Mr. Song, where does Mr. Evetts go?

20        A.   He runs a different direction.  Looks like south

21   of the facility.

22        Q.   And he's actually arrested farther away from the

23   facility on foot?

24        A.   That is correct.

25        Q.   All right.  But in his vehicle left at the scene,

1    what did you-all recover?

2         A.    Additional firearms were located in his vehicle as

3    well.

4         Q.    One pistol and an AR platform; is that right?

5         A.    Correct.

6         Q.    Okay.  Mr. Cameron Arnold, also known as Autumn

7    Hill, what do we know about where Mr. Arnold was?

8         A.    Again, based on information that we had, Arnold

9    was present at the scene and participated with the group of

10   subjects firing fireworks at the facility.

11        Q.    All right.  And his DNA cannot be excluded as one

12   of the contributors on one of those AR platforms found at

13   the scene; is that right?

14        A.    Correct.

15        Q.    Now, Mr. Arnold was not arrested at the scene; is

16   that right?

17        A.    That is correct.

18        Q.    Where was he arrested at?

19        A.    At his residence at 56th Street in Dallas.

20        Q.    And he shared that with Mr. Morris?

21        A.    That is correct.

22        Q.    So he got away, as did Mr. Song; is that right?

23        A.    That is correct.

24        Q.    They were not arrested that night?

25        A.    Not arrested on the scene.

1          Q.   All right.  Let's see who else.  And Mr. Song we

2     already talked about.  So everybody else we pretty much

3     talked about.

4              Now, obviously, we didn't arrest Mr. Song, so --

5     contemporaneous, but even though Mr. Song wasn't arrested

6     that day, there was no GSR done on him because he wasn't

7     arrested for several days later?

8          A.   That's correct.

9          Q.   Okay.  Actually, more like eight or ten?

10         A.   Correct.

11         Q.   And Mr. Arnold was arrested that night or the next

12    day; is that right?

13         A.   It was early the following morning.

14         Q.   And multiple weapons, I believe eight or nine,

15    were recovered from that residence?

16         A.   Yes.  Many, many firearms were found.

17         Q.   And what do we know -- we'll get into the

18    56th Street location, but tell us in general, what was that

19    for this group?

20         A.   So this group, it's been referred to as different

21    things.  So I've heard the term as a commune for multiple

22    individuals.  This place was used for holding meetings, for

23    organizing.

24              This was used as a staging location for the group.

25    For many of the people that went to the attack, they met up

```
 1    at this residence.  It was also used for pre-attack

 2    planning, conducting a gear check the night before the

 3    attack.

 4        Q.   Okay.  All right.  Let's go to the next slide.

 5             All right.  So through various debriefs and some

 6    chats that we are going to look at in a minute, we will

 7    identify Mr. Song as kind of the ringleader of this group;

 8    is that right?

 9        A.   Absolutely.

10        Q.   Now, obviously, it's kind of an anarchical group,

11    anarchist group that does not necessarily believe in

12    leadership, but what have we learned about Mr. Song --

13    Mr. Song's role in the group?

14        A.   Yeah, like with this -- these types of groups and

15    this anarchist-type mindset, you don't see generally a type

16    of hierarchy.  People try to treat each other as

17    individuals.  However, we've learned through talking with

18    people that Song was admired by many people in this group

19    and they looked to him for leadership.

20        Q.   All right.  And he's kind of been described by

21    several of the individuals as sort of almost a cult leader;

22    is that right?

23        A.   Correct.

24        Q.   All right.  Let's go to the next slide.

25             Okay.  So we see a lot of things going on here.
```

 1    Explain this slide to us.

 2         A.    So what you're seeing here is the result of a

 3    search warrant that was conducted at the residence of Ines

 4    Soto and Elizabeth Soto.

 5         Q.    Husband and wife?

 6         A.    Correct.

 7         Q.    As far as we know?

 8         A.    Yes.

 9         Q.    Okay.  Go ahead.

10         A.    And as a result of this, we discovered, for lack

11    of a better word, a printing production with multiple

12    commercial-grade equipment, paper binders, cutters,

13    industrial copiers, all for producing what we have

14    discovered to be anarchist-type material and reading.

15         Q.    They're commonly known as zines; is that right?

16         A.    That's correct.

17         Q.    Z-i-n-e-s-es?

18         A.    Correct.

19         Q.    Z-i-n-e-s?

20         A.    Correct.

21         Q.    All right.  Obviously, the photo kind of there on

22    the right is all this printing material, printing presses,

23    if you will, taken from the Sotos' residence.  It wasn't set

24    up like that; is that right?

25         A.    That's correct.

1      Q.   But that's the result of a search warrant?

2      A.   Yes, it is.

3      Q.   All right.  And kind of in the middle, what are we

4  looking at there?

5      A.   Again, you're seeing examples of this literature,

6  this type of documentation, this anarchist -- this

7  literature that this -- these individuals put out and

8  distribute amongst other followers of this ideology.

9      Q.   Okay.  And kind of the -- this cell, if you will,

10  has been described by some as the old hats of the group; is

11  that right?

12      A.   That's correct.

13      Q.   And that's -- who was -- who are we seeing?  Who

14  were --

15           Who's pictured on the screen?

16      A.   So, yeah, you have Ines Soto, Elizabeth Soto, and

17  Savanna Batten.

18      Q.   All right.  And Ms. Batten is the blonde; is that

19  right?

20      A.   That is correct.

21      Q.   Who is not here today?

22      A.   Correct.

23      Q.   All right.  Okay.  And IFAK, what is an IFAK?

24  I-F-A-K.

25      A.   An IFAK is an individual first aid kit.

```
 1          Q.   All right.  And we're going to talk about that in

 2    a lot detail.

 3          But these individuals were arrested in or near or

 4    in possession of the bulk of the IFAKs on the scene; is that

 5    right?

 6          A.   That is correct.

 7          Q.   All right.  And it's a first aid kit that is meant

 8    to -- meant for what?

 9          A.   Yeah.  So it's beyond what many would consider a

10    standard first aid kit, beyond Band-Aids and things like

11    that.  An IFAK is more commonly referred to as, like, a

12    tactical medical kit for treating traumatic injuries such as

13    gunshots or severe bleeding wounds.

14          Q.   Okay.  And did they -- these individuals have

15    tourniquets with them?

16          A.   Yes.  That's common to be found in many IFAK kits.

17          Q.   And what's the purpose of the tourniquet?

18          A.   Is to apply onto an exterior limb to stop the

19    bleed of a traumatic injury.

20          Q.   All right.  Let's go to the next slide.

21          And so, this is kind of labeled as "Agitators and

22    Instigators."  Tell us what kind of -- what we know,

23    generally, about what this group of individuals, Bradford

24    Morris, Cameron Arnold, Maricela Rueda, Seth Sikes, and

25    Mr. Evetts, were doing and responsible for kind of that
```

1   night?

2      A.   Yeah.  So many of the individuals there at the

3   scene participated in the launching of fireworks towards the

4   Prairieland Detention Facility.  They were trespassing,

5   coming up near the fence line of the property.

6         They had a megaphone, yelling phrases to the

7   facility.  There were flashlights being shot at -- being

8   shown at the facility.  We know Mr. Evetts was responsible

9   for also obtaining a knife and damaging vehicles in the

10   parking lot of the facility.

11      Q.   All right.  And Mr. Evetts also was one of the

12   individuals who destroyed one of the CCTVs; is that right?

13      A.   That's correct.

14      Q.   And we'll see a video of that here soon.

15         Let's go to the next slide.

16         And I kind of alluded to this already.  So Baumann

17   and Evetts were kind of working together to -- in the

18   parking lot, away from the fireworks, you know, attack on

19   the facility, if you will.

20         Describe that for us, as they broke off from the

21   fireworks group.

22      A.   Yeah.  Absolutely.  So while you had a -- the main

23   group of individuals that, again, all dressed in black

24   clothing, which is referred to as black bloc clothing, to

25   conceal their identities, hide their faces, make it very

1    difficult to identify who was who.

2         The majority of these people proceeded towards the

3    north and west of the facility, shooting fireworks from that

4    location.  And at some point, Mr. Baumann and Mr. Evetts

5    broke off from that group, went towards the parking lot,

6    damaged not only PDC, which is Prairieland property, but

7    also personal vehicles of several of the workers at the

8    facility.

9         Q.   So personal vehicles and one government vehicle in

10   particular; is that right?

11        A.   That is correct.

12        Q.   Okay.  And some of the destruction involved

13   spray-painting?

14        A.   Spray-painting.  They're popping tires,

15   spray-painting headlights.  There was one that the

16   air-condition coil in the front of the vehicle was

17   punctured, causing over $10,000 of damage to a personal

18   vehicle.

19        Q.   All right.  And then, of course, as we talked

20   about earlier, destruction of one of the CCTVs; is that

21   right?

22        A.   Correct.

23        Q.   And we'll talk about the group chat, but as kind

24   of foreshadowing, Ms. Gibson, who is not present, sent out

25   information related to one of those CCTVs that was

 1    ultimately destroyed; is that right?

 2        A.    That's correct.

 3            MR. SMITH:  All right.  Okay.  Let's go to the

 4    next slide.

 5    BY MR. SMITH:

 6        Q.    Escape and concealment.  I don't think any of

 7    these individuals are here, but just tell us kind of in

 8    general what these group of five individuals did to conceal

 9    Mr. Song after the attack.

10        A.    Yes.  So in here you see from left to right, Susan

11    Kent, Daniel Sanchez, Lynette Sharp, John Thomas, and

12    Rebecca Morgan.

13            The second individual, Daniel Sanchez, his

14    particular role was concealing evidence after the fact.

15    Maricela Rueda contacted him via phone in an attempt to get

16    rid of evidence from the residence that they lived in.

17            The other individuals --

18        Q.    And some of this evidence was this literature that

19    you've referred to as zines, this anarchical information; is

20    that right?

21        A.    That is correct.

22            And specifically, there was a box that was

23    observed that Mr. Sanchez had pulled from one of the

24    residences.  And inside this box, pursuant to a search

25    warrant, we discovered several of the same anarchist-type

1    material, some of which was also located in the residence of

2    the Sotos.

3        Q.   Okay.  Go ahead.  I kind of interrupted you.

4        A.   Yeah.  Absolutely.  The other individuals were all

5    coconspirators and helping the escape of Song from the

6    facility.  They organized, they planned when and where they

7    were going to pick him up from.

8             We know that -- we now know that Mr. Song

9    communicated with Lynette Sharp, the woman identified in the

10   middle.  And Sharp and several of these other individuals

11   organized to pick up Mr. Song the following day, who had

12   eluded law enforcement for over a 24-hour period, picked him

13   up near the Prairieland Detention Facility and transported

14   him to an apartment in Dallas.

15            And he was at that apartment for approximately

16   one, two days before he was yet again transferred from that

17   apartment by John Thomas, and then was transported into the

18   custody of Rebecca Morgan, who transported Song to her

19   apartment.

20            And then, many days later, law enforcement

21   uncovered that Mr. Song was actually in, in fact, Rebecca

22   Morgan's apartment.

23       Q.   And Mr. Song hid out at Ms. Morgan's apartment for

24   multiple days; is that right?

25       A.   Yes.

1          Q.   Tell us about the arrest of Mr. Song at that

2    apartment.

3          A.   So the arrest was conducted by FBI S.W.A.T.  Upon

4    entering the facility, as soon as Mr. Song was encountered,

5    multiple rifles were encountered in his presence.

6          Q.   So we recovered initially, after the attack, over

7    50 weapons; is that right?

8          A.   Correct.

9          Q.   And then, Song still had access even as a fugitive

10   to more weapons; is that right?

11         A.   That's correct.

12         Q.   And how many did he have in that apartment?

13         A.   I believe there was three.

14         Q.   All right.  And there was one really in close

15   proximity to him when he got arrested?

16         A.   Correct.

17         Q.   And was the entry what you would consider a hard

18   entry with flash bangs?

19         A.   Yes.  They used many different tactics, flash

20   bangs being one of them.

21         Q.   All right.  Okay.  Let's go to the next slide.

22              All right.  So you talked about the fireworks and

23   you talked about some of the CCTV stuff.  We saw one view of

24   it earlier.  This is a different view of the CCTV; is that

25   right?  A different CCTV?

1    A.    That's correct.

2    Q.    All right.  So there's a circled area, and within

3    that circled area, though it's hard to see, there was a

4    group of approximately nine individuals, more or less?

5    A.    Yes.  Based on the footage that we've reviewed

6    from the CCTV footage, we've counted up to nine, possibly

7    even more, individuals along the fence line near this wooded

8    area walking and shooting off fireworks towards the

9    facility.

10    Q.    Obviously, you can't identify anybody, right?

11         I mean, there's no way to tell who's doing what?

12    A.    That's correct.  Again, this group organized and

13    planned to wear what's known as black bloc, all black

14    clothing, black masks to make it difficult to identify any

15    of who they are.

16    Q.    So the information that we've put together as to

17    who did what is based on cooperator information from people

18    who are involved in the case?

19    A.    Correct.

20    Q.    And articles of clothing and backpacks seized?

21    A.    Yes.  Things that were also found on them upon

22    their apprehension by law enforcement, yeah.

23    Q.    Okay.  So doing this, wearing black bloc, is --

24    which we'll discuss later -- worked, right?

25         Because the CCTV, you can't tell who's doing what?

1          A.    That's correct.

2          Q.    All right.  This is, obviously, a still of a CCTV.

3     And what is it showing kind of in the right of the frame?

4          A.    Yeah.  So here you can clearly see a firework

5     going off inside the perimeter fence line of the facility.

6          Q.    And hitting -- actually hitting the -- this is a

7     still of it, but it actually hits the facility?

8          A.    Correct.

9          Q.    Obviously, the firework doesn't do any damage to

10    the facility, but this is an example of the multiple

11    fireworks that were shot in, around, above, and at the

12    facility?

13         A.    Correct.

14         Q.    All right.  So let's go to the next slide.

15                And so, this is a blowout of kind of what is

16    Prairieland and the surrounding area; is that right?

17         A.    That is correct.

18         Q.    The red box, the red rectangle to the right, what

19    is that?  What are we looking at there?

20         A.    That is the Prairieland Detention Facility.

21         Q.    And the two little red dots next to it, what would

22    you -- what's that?

23         A.    That's the approximate location that Mr. Song was

24    standing when he fired at the Alvarado police officer.

25         Q.    All right.  And also the approximate location of

1    where those individuals who were GSR positive would have

2    coalesced around Mr. Song at the firing?

3        A.    Correct.

4        Q.    All right.  There's some obvious things.  They're

5    labeled on the map.  But "parking lot where vandalism

6    occurred," explain that to us.

7        A.    So, yes, just to the south of the buildings you

8    see there at the facility, that is the parking lot for all

9    the employees to park at, as well as near where a van that

10   is owned by the facility was parked.

11       Q.    And so, when you described Mr. Baumann and

12   Mr. Evetts doing -- destroying property and the like, that's

13   where they were doing it?

14       A.    Correct.

15       Q.    Okay.  And the fireworks, where was that being

16   done at?

17       A.    Again, that was going to be further north and to

18   the left of this red box, in the green area next to where

19   the -- that treeline is observed.

20       Q.    So I think this works.  So approximately right

21   here (indicating)?

22       A.    Approximately, yes.

23       Q.    For the record, I just marked with a highlighter

24   on the screen the approximate location of where the

25   fireworks were being discharged at the facility; is that

1    right?

2        A.    That's correct.

3        Q.    Okay.  And did the correction officer -- did one

4    of the correctional officers indicate how close these

5    individuals got to the facility?

6        A.    At one point, one of the officers mentioned that

7    the person was right up on the fence line.

8        Q.    All right.  And so, right at the moment, towards

9    the end of the fireworks attack, if you will, at the

10   facility, describe for us what happens with this map as to

11   what the correction officers do and what the assailants do.

12       A.    So, yeah, so the officers that initially

13   confronted these individuals, they came out of a door kind

14   of to the northwest, the upper left corner of that top

15   building at the facility.  And that's -- from there, they

16   first encountered these individuals on the other side of the

17   fence line.

18            The officers said that these individuals did

19   address them, shouting certain things.  They weren't

20   necessarily clear what they were saying, but it was about

21   this time that, once they were confronted by these officers,

22   the group did start moving back south towards where those

23   dots are, where Mr. Song was standing.

24       Q.    So, in other words, the correction officers are

25   telling them to leave, essentially?

1        A.    Correct.

2        Q.    And those individuals, those nine or so

3   individuals, start moving towards Mr. Song?

4        A.    That is correct.

5        Q.    And about that time, as they're moving, the 911

6   call has been -- people inside the detention facility have

7   called 911?

8        A.    Yes.

9        Q.    And about that same time, the victim officer --

10  the victim, the Alvarado police officer shows up right

11  almost to where Mr. Song is; is that correct?

12       A.    Yeah.  About the time where the videos are seen,

13  getting to about that approximate location where Mr. Song

14  was standing is about the same time that the Alvarado

15  officer shows up.

16       Q.    So it's almost as if, as everything coalesces at

17  one point, that's when the action happens; is that right?

18       A.    That's correct.  Because, at that location, there

19  was also a wagon that this group had brought that was loaded

20  with an additional rifle, had cases of water, had additional

21  ballistic armor.  And it was more or less their kind of

22  rally point for the attack out there.

23       Q.    Okay.  All right.  And so, we will get to the --

24  let's go over kind of an overview of where people were

25  arrested, more or less.

1            We know that some individuals escaped, like

2   Mr. Song, we know he escaped, right?

3        A.   That's correct.

4        Q.   We know Cameron Arnold also escaped the area?

5        A.   That's correct.  But we -- at this time, we do not

6   have knowledge of how and where -- when Arnold escaped from

7   the facility.

8        Q.   Okay.  We know that a group of five was arrested

9   approximately right where this circle is on the top left; is

10  that correct?

11       A.   Approximately.  They were on the street when they

12  were officially arrested.

13       Q.   Right.

14            And who -- what was that group of five?

15       A.   So in that group you had Ines Soto, Elizabeth

16  Soto, Savanna Batten, and Seth Sikes.

17       Q.   All right.  And Maricela Rueda?

18       A.   And Maricela Rueda.

19       Q.   So all five of those individuals were arrested

20  together?

21       A.   Correct.

22       Q.   And then approximately 20 minutes later,

23  Mr. Baumann was arrested; is that right?

24       A.   That's correct.

25       Q.   What street was he on?

1          A.    I believe it was Wildwood, which is the -- not the

2    northernmost street but the other street right below it.

3          Q.    Okay.  And that was about 20 minutes after the

4    shooting and after the Sotos were arrested?

5          A.    That is correct.

6          Q.    All right.  And then Mr. Evetts, where is he

7    arrested?

8          A.    Mr. Evetts is arrested at another location a few

9    miles from the facility.

10          Q.    Several miles away; is that right?

11          A.    Correct.

12          Q.    And no GSR was done on Mr. Evetts, nor Ms. Batten;

13    is that right?

14          A.    That is correct.

15          Q.    Okay.  So that's why we don't have GSR results for

16    those individuals?

17          A.    That's correct.

18          Q.    All right.  Let's go to the next slide.  This is

19    a -- this is kind of a close-in view of that.

20                What are we looking at here?

21          A.    That's correct.  This is an image pulled from the

22    appraisal district of Johnson County showing the true

23    property line owned by the Prairieland facility.

24          Q.    So the blue, turquoise, whatever color that is,

25    that's the property line of the detention facility?

```
 1         A.   That's correct.

 2         Q.   So these individuals were obviously trespassing.

 3    All these individuals were trespassing on property that they

 4    didn't have a right to be on?

 5         A.   That is correct.

 6         Q.   Okay.  Let's go to the next slide.

 7              And we'll go into some of the chats later but this

 8    is just kind of -- what it --

 9              Tell us what this slide is.

10         A.   Yeah.  Absolutely.  Again, this is just an example

11    of a chat that was recovered by law enforcement, shared

12    through the encrypted messaging platform Signal.  In this

13    chat we've learned that -- at the top you see the "N," which

14    is a moniker used by Ines Soto.

15              In this, he shares a map to this group of

16    conspirators outlining the property lines, who owns what,

17    whether it's Prairieland facility property, whether it's

18    privately owned, whether it's City of Alvarado owned.

19         Q.   Okay.  And so, this was on July 4th.  So on the

20    day of the attack, Ines, using the cell phone ending 1258,

21    the moniker "N," sends out to the group what are the

22    boundaries of their operation, basically?

23         A.   Correct.

24         Q.   Okay.  And Harold of the Mad Gods, who -- I'm

25    sorry -- Harold of the Mad God, the owner of the device from
```

```
1    which we extracted this information, is who?
2         A.   That is Bradford Morris.
3         Q.   Okay.  And this is the only Signal information
4    we -- that is, the government, received was based on the
5    download from Mr. Morris' device?
6         A.   Yes.  We received multiple chats from Bradford
7    Morris' device.
8         Q.   How does Signal work?  What do we know about
9    Signal?
10        A.   So, Signal, again, as we learned, is -- was highly
11   used by this group and these people that conform to this
12   ideology.  It is an encrypted messaging platform.  And we've
13   learned that within these chats, the administrator, the
14   creator of each individual chat room has the option to set
15   chats to self-delete, and at -- in any iteration, whether
16   it's a few hours, up to a few days, weeks.
17        Q.   And so, process -- legal process served on Signal
18   won't result in this sort of information?
19        A.   That is correct.
20        Q.   You just can't get it at all?
21        A.   Correct.  They do not -- they do not keep and they
22   do not provide information to the government.
23        Q.   And so, the only information we have about this
24   group is through this one device that we were lucky enough
25   to capture; is that right?
```

```
1        A.   That's correct.  Other devices that we have

2   imaged, the Signal chats had already been deleted.

3        Q.   All right.  Now, were you able to -- in the

4   multiple cell phone downloads that we've done, did you --

5   were you able to recover any messages on typical messaging

6   platforms like Instant Messen- -- by the iPhone, Instant

7   Messenger, or the text message feature or any other

8   platform, were you able to recover any data from those?

9        A.   Yeah, I'm not -- I don't recall recovering any

10  from any standard messaging platform.  Signal is the primary

11  platform that we've uncovered that this group was using.

12       Q.   All right.  And we know from multiple interviews

13  of multiple different individuals that this was their -- the

14  way they communicated?

15       A.   Absolutely.  Yes.

16            MR. SMITH:  All right.  Go to the next slide.

17  BY MR. SMITH:

18       Q.   Okay.  So we've discussed a little bit about what

19  Baumann and Evetts did relative to the destruction of

20  property and the like on that south side of the property

21  line or south side of the facility.

22            What are we looking at here?

23       A.   So this is a view from another closed-circuit

24  television camera.  This particular camera is located just

25  above a keypad that would be used to -- for a vehicle entry
```

1    gate.  So this would be from the standpoint of right above a

2    keypad.  So if a vehicle were to approach, you would be able

3    to see the driver's side of the person inside that vehicle.

4        Q.   And we know that the only two individuals on this

5    side of the property were Baumann and Evetts, right?

6        A.   That's correct.

7        Q.   All right.

8        A.   From other views of CCTV footage, we have

9    identified Baumann and Evetts to be the only other ones in

10   this area.

11           MR. SMITH:  Okay.  All right.  Go ahead and press

12   play.

13       (The DVD/audio was played.)

14           MR. SMITH:  Let's pause it.

15   BY MR. SMITH:

16       Q.   And what do we see there?

17       A.   So in this footage, again, we obviously see an

18   individual dressed in all-black clothing, but he is wearing

19   a tan backpack.  This backpack was unique, because when

20   Mr. Baumann was apprehended by law enforcement, he was

21   wearing this same backpack.  So we can positively identify

22   that that individual is Nathan Baumann.

23       Q.   So this is our only real good close-up of what the

24   individuals pretty much look like?

25       A.   Correct.

1     Q.   So describe for us what we kind of see in the kind

2  of a blurry -- what is a blurry format based on this camera.

3     A.   Yeah.  Absolutely.  Again, we see Baumann approach

4  the camera close up, but then he starts backing away several

5  steps.

6     Q.   And what's he wearing?

7     A.   Again, all black clothing.  You're not able to --

8  he's wearing a mask.  Long sleeves, black clothing, black

9  pants.  The only somewhat identifiable feature that he has

10 is this tan backpack that he's wearing.

11    Q.   All right.  And we recovered that from when he was

12 arrested?

13    A.   That is correct.

14    Q.   And he -- his head is covered as well?

15    A.   Yes.

16    Q.   All right.  Go ahead.

17         And there's no sound on -- there's no sound on

18 this one?

19    A.   No sound on this.

20         MR. SMITH:  All right.  Go ahead.

21    (The DVD/audio was played.)

22 BY MR. SMITH:

23    Q.   And what just happened there?

24    A.   At that point, that is the point where the camera

25 was destroyed.

1       Q.   So taken off its cradle, basically?

2       A.   Correct.

3            MR. SMITH:  All right.  Next slide.

4  BY MR. SMITH:

5       Q.   And that's what we see there?

6       A.   Yes.  On that bottom picture there, you see the

7  camera that was ripped from its housing.  And then, in the

8  background, you see damage to the Prairieland-owned van with

9  punctured tires.

10           And then, above that you see examples of the spray

11  paint graffiti that was conducted on personal vehicles, as

12  well as the guard shack outside of the facility.

13      Q.   Okay.  And so, this van, those tires are obviously

14  flat and punctured; is that right?

15      A.   Correct.

16      Q.   That's what's labeled on the picture as A.  That's

17  the CCTV that was ripped off its cradle?

18      A.   Correct.

19      Q.   So as Baumann's backing up, the only person left

20  is Evetts, right?

21      A.   That's correct.

22      Q.   So Evetts is the one who destroys this thing?

23      A.   Yes.

24      Q.   All right.  And the spray paint, that would have

25  been done mostly by Mr. Baumann; is that right?

1          A.    That is correct.

2          Q.    And he was arrested with spray paint?

3          A.    Yes.  In his bag, he was -- a can of spray paint

4    was located.

5          Q.    All right.  So these two individuals working in

6    concert together, specifically, at this one point in time to

7    do the damage that we see here?

8          A.    Correct.

9          Q.    And again, Mr. Baumann is the one who runs across

10   the field of view of the police officer who is ultimately

11   shot by Mr. Song, and is ultimately right next to Mr. Song

12   when Mr. Song fires at the police officer; is that right?

13         A.    Correct.

14         Q.    All right.  Go to the next slide.

15               Okay.  So we've alluded to, or you've alluded to a

16   little bit about Antifa, a little bit about -- and that's

17   really it as far as Antifa.

18               What do we know about what these individuals are,

19   as far as what they believe in?

20               What does EGBC stand for?

21               What does SRA stand for?  Kind of walk us through

22   a little bit of that.

23         A.    Well, again, Antifa is a loosely organized, kind

24   of decentralized anarchist mindset, an ideology.  These

25   individuals commonly practice anarchy and don't believe in a

1    normal system.

2          Their mindset is they claim to be antiracist,

3    antiviolence, anti anything, but they've proven time and

4    again that their behavior goes beyond peaceful protests or

5    peaceful demonstrations.

6          They're commonly known to have direct-action

7    tactics with violence, vandalism, felonious property

8    destruction.  And in this case clear, clear damage, clear

9    assault on an officer.

10          These people commonly participate in these actions

11    wearing black bloc clothing.  It is an ideology that these

12    people believe in, and those who self-identify as it

13    practice this in a lot of aspects of their life.

14     Q.    And so, we know from debriefs and the like and the

15    material that we've seized that, for example, Savanna

16    Batten, she's Antifa, or she identifies as such, Ms. Soto,

17    Mr. Ines also, Mr. Sikes, and at least Maricela Rueda; is

18    that right?

19     A.    That's correct.

20     Q.    And then, of course, the ringleader, Mr. Song, and

21    then his girlfriend, Ms. Gibson?

22     A.    Correct.

23     Q.    And then Lynette Sharp as well?

24     A.    Yes.

25     Q.    So EGBC, what does that stand for?

```
1           A.   That's the Emma Goldman Book Club.  Again, what

2    we've learned in this particular session, Emma Goldman is a

3    known anarchist.  And in these book clubs, this is a place

4    for people to come together and share and spread this type

5    of literature, this anarchist material.

6           And where they read, they set up what's called

7    tabling events.  And it's a place for these people to come

8    together to discuss these ideas.

9           Q.   All right.  And these are really kind of violent,

10   overthrow-the-government-type things?

11          A.   Correct.

12          Q.   All right.  SRA, what does that stand for?

13          A.   The Socialistic Rifle Association.

14          Q.   And that's, as the name implies, socialist in

15   nature.

16          And what do we know from debriefs?

17          What do these individuals do who are part of the

18   SRA?

19          A.   So the SRA, unlike Antifa, SRA is a formal

20   organization, dues-paying members.  There is a leadership

21   structure to this.  It's a nationwide known thing.  They

22   claim in their own literature to be a left-leaning, firearms

23   instruction and tactical training for these type of

24   communities.

25          Q.   And we know that Mr. Song, for this group of
```

1    individuals who are SRA and others, what does he do relative

2    to weapons training and the like?

3        A.   So, yes, we've learned that Mr. Song did

4    participate with the SRA.  He held a leadership role in

5    certain capacities.  We've learned that he held some sort of

6    firearms instruction role, and at one point was actually

7    removed from this role due to a negligent discharge.

8        Q.   And so, they would meet once a month or so at a

9    gun range and do what?

10       A.   Yes.  They would -- so they would -- they would

11   use their funds.  They would pool resources, and they would

12   rent out a range.  And they would go have range -- range

13   days multiple times, one to two times a month.

14       Q.   All right.  And Mr. Song did this with people like

15   Evetts and Sikes and Mr. Thomas and others; is that right?

16       A.   Correct.

17       Q.   And we know that Mr. Song used that binary

18   weapon -- that binary AR platform, he shot that at the

19   range; is that right?

20       A.   Yes.  Yes.  We've learned that he's -- Mr. Song

21   has trained at some of these ranges with that specific

22   firearm.

23       Q.   Okay.  And it has a distinct sound, as we heard in

24   the body cam earlier, right?

25       A.   Correct.

 1          Q.   And Mr. Song -- that weapon that Mr. Song used

 2     that day, it had a large, like a 60-round clip; is that

 3     right?

 4          A.   Yes, very large-capacity magazine.

 5          Q.   And did he commonly use that?

 6               Is the information that we learned that he

 7     commonly used that?

 8          A.   Yes.  We learned -- yes.

 9               MR. SMITH:  Let's go to the next slide.  Next one.

10     BY MR. SMITH:

11          Q.   Okay.  So this particular group of Antifa

12     individuals that participated in this attack on

13     Prairieland -- we know that Antifa generally stands for

14     antifascist; is that right?

15          A.   Correct.

16          Q.   But in particular, I mean, it's really kind of an

17     anti-President Trump and anti-ICE movement; is that right?

18          A.   Yes.  We've seen that rhetoric and terminology in

19     many of their demonstrations.

20          Q.   And that's kind of a very recent phenomenon; is

21     that right?

22          A.   Correct.

23               MR. SMITH:  Next slide.

24     BY MR. SMITH:

25          Q.   And this group particularly believes -- they're of

1    illegal immigrants that are here illegally in our country;

2    is that right?

3        A.    That's correct.

4        Q.    And they actually believe that these individuals

5    are political prisoners?

6        A.    Yes, they do.

7        Q.    And we've gotten that from multiple debriefs and

8    the literature that we've recovered and the like?

9        A.    Correct.

10       Q.    Let's go to the next slide.

11             And as you said, there's two components kind of to

12   this Antifa cell, if you will, it's the Emma Goldman Book

13   Club and then the Socialist Rifle Association?

14       A.    That's correct.  All of -- all of these entities

15   share this same type of ideology with each other.

16       Q.    But there is some kind of disagreement between the

17   group, right?

18             You have an anarchy group and you have kind of

19   socialist group; is that right?

20       A.    That's correct.  The Socialist Rifle Association,

21   in their bylaws, they specifically say they are not against

22   committing crimes or violence.

23       Q.    All right.  Let's go to the next slide.

24             And you've talked about it a little bit, but from

25   what we've learned, the Emma Goldman Book Club, and the

 1    people who run it, really they're kind of the philosophical

 2    lifeblood of this group; is that right?

 3        A.    That's correct.

 4        Q.    And they do things like print off these zines and

 5    that sort of thing?

 6        A.    Correct.

 7        Q.    And some of these -- some of this literature is

 8    actually how to attack a prison?

 9        A.    Correct.

10        Q.    All right.  Tell us -- we haven't really talked

11    about All Cops Are Bastards, or ACAB, but what is that?  Is

12    that a thing in this group?

13        A.    Yes.  Again, it's a -- it's a term that's been

14    around for many years now that these groups identify with,

15    ACAB, All Cops Are Bastards.  Again, it's another part of

16    their mindset, their ideology.

17              They genuinely believe that all cops are bastards,

18    all cops are bad, they're evil.  And they view cops less

19    than, and that their lives aren't -- aren't worthy.

20        Q.    And we'll see some examples of it, but there's

21    stickers and flags that actually say "ACAB," right?

22        A.    Correct.  Yeah.  These individuals will put these

23    type of stickers and -- on their tables or share it with

24    each other.  These people will wave flags with this type of

25    terminology on it.

 1              MR. SMITH:  All right.  Let's go to the next

 2    slide.

 3    BY MR. SMITH:

 4       Q.   So this is an example of what we just talked

 5    about, right?

 6       A.   Yes.  This is just some of the literature that

 7    we've obtained through our investigation.

 8       Q.   All right.  Next slide.

 9              And so, we kind of saw it disassembled, if you

10    will, but what are we looking at here?

11       A.   Yes.  From the previous image we saw from the

12    Soto's residence, this is in place where those items were

13    recovered.  So this is at their residence.

14              In this picture, you see a full-size copier

15    machine.  You see, again, examples of this industrial-type

16    of printing equipment.

17       Q.   And then on the right is kind of some of the

18    things that we seized from various --

19       A.   Yeah.  One of many examples of this type of

20    literature that's distributed.

21       Q.   "Why Anarchy?"  "What Does Freedom Look Like?"

22    These sort of things, right?

23       A.   Right.

24       Q.   And we know that Mr. Soto is the primary printer

25    of the group based on one cell phone extraction that we were

1    able to get from Ms. Batten's phone; is that right?

2        A.    Correct.

3        Q.    Where they discuss the printing of one book?

4        A.    Printing and pricing, correct.

5            MR. SMITH:  Next slide.

6    BY MR. SMITH:

7        Q.    Okay.  So this is kind of an example of the ACAB

8    thing.  Describe for us what we see in the middle there.

9        A.    Again, as an example, this would be more or less

10   what I would refer to as a banner or flag depicting the

11   ACAB, All Cops Are Bastards, language with the image of the

12   police car being on fire.

13       Q.    And that was taken from the Sotos' residence?

14       A.    Correct.

15       Q.    And then, kind of on the right is some of this

16   more literature; is that right?

17       A.    Yes.  Several other examples of this anarchist

18   literature.

19       Q.    "Factories don't burn down by themselves"; is that

20   right?

21       A.    Correct.

22       Q.    And on the left, "Revolutionary Meditation"?

23       A.    Yes.

24       Q.    And then "Open Letter to Fellow Incarcerated

25   Persons"?

1          A.    Yes.

2                MR. SMITH:  All right.  Next slide.

3    BY MR. SMITH:

4          Q.    And here's a game that was recovered, I believe,

5    from the Sotos' residence.  It's actually how to -- I mean,

6    it's kind of a game of how you break prisoners out of jail,

7    right?

8          A.    Correct.  Yeah.  It's some- -- not like any other

9    type of game I've observed before.  It's giving instructions

10   on basically, yeah, how to -- how to deal with jails and

11   immigrants in these detention centers and -- again, it's a

12   board game of anarchy.

13               MR. SMITH:  Next slide.

14   BY MR. SMITH:

15         Q.    Okay.  So we talked about Emma Goldman Book Club,

16   what it means in this organization.

17               What about the SRA, what do they do for this cell?

18         A.    So, yeah.  So many of these individuals we've

19   seen, they are crossover, people that identify with the

20   Antifa belief mindset, share some of the same ideology with

21   those in the Socialist Rifle Association.

22               Again, what we've learned is sometimes these

23   groups of individuals in the SRA will -- can provide what's

24   known as security.  They'll be the enforcers for certain

25   events or protests that they go to.

1      Q.   So the SRA members provide the guns, the

2   ammunition, that sort of thing?

3      A.   They can, yes.

4      Q.   And what about these handheld radios?

5           Describe for us kind of what we seized.

6      A.   Yeah.  And throughout this entire scene, there at

7   the scene of Prairieland, at several of the residences

8   observed, we uncovered multiple handheld radios which shows

9   just a level of coordination that, when these groups are

10  organizing, they're planning beyond just a simple protest of

11  staying together.  That they're expecting to split up.  And

12  that way they can coordinate their movements during any kind

13  of event or attack.

14     Q.   So typically they -- and then we'll see some

15  discussion of this.  Not using cell phones, obviously,

16  because those can be tracked, right?

17     A.   That's correct.

18     Q.   But using these handheld radios instead?

19     A.   Correct.

20     Q.   Because they're much -- we don't really intercept

21  handheld radios?

22     A.   That's correct.

23     Q.   Okay.  And then, of course, we've already talked

24  about IFAKs and bulletproof vests.

25           Let's go to the next slide.

1              So here's some examples, right, of what we see?

2         A.   Yes.  Absolutely.  Again, this is just -- this is

3    a pamphlet created by the Socialist Rifle Association

4    basically trying to encourage membership.  And then on the

5    right is just a photo taken from a phone showing multiple

6    rifles.

7         Q.   And so this pamphlet, if you will, is similar to a

8    type taken from Mr. Evetts's vehicle --

9         A.   Correct.

10        Q.   -- that was found on the scene?

11        A.   Yes.

12        Q.   And then this picture on the right is actually a

13   photograph of various firearms taken off of Mr. Ines Soto's

14   phone; is that right?

15        A.   Yes.

16        Q.   There wasn't a whole lot taken from the device,

17   but this is one of the things?

18        A.   Yes.

19        Q.   Next slide.

20             And what do we see on the left there?

21        A.   Again, just an example of the multiple different

22   types of handheld radios that these groups would use during

23   their events.  Again, many different rifles.  Again,

24   bulletproof vests.

25        Q.   And these were some of the -- these are examples

 1    of some things seized from various residences associated

 2    with these individuals in this case?

 3        A.   That's correct.

 4        Q.   Next line.

 5             Same thing there?

 6        A.   Yes.  Multiple rifle magazines and ammunition.

 7        Q.   Next slide.

 8             Okay.  So we've alluded to, foreshadowed some of

 9    these chat sessions.  There were two primary chat sessions,

10    if you will, right?

11        A.   Correct.

12        Q.   Kind of a bigger chat, a broader chat session that

13    we took off Mr. Morris' device.  And then kind of more -- a

14    smaller chat session, if you will, correct?

15        A.   That's correct.

16        Q.   And there was also a gear check kind of in the

17    middle of this, that was done in the middle of this, in

18    person?

19        A.   Correct.

20        Q.   So we had three lines of communication, three

21    methods of communication between and amongst the group,

22    ultimately, coalescing in the attack on Prairieland; is that

23    right?

24        A.   Absolutely.  And this group was -- even in their

25    messaging.  We know that they were concerned with what they

1     refer to as OPSEC, or operational security.  And times that

2     they didn't feel comfortable discussing on messaging

3     platforms, they would meet in person.

4          Q.   All right.  So they actually used the word

5     "OPSEC"?

6          A.   Yes.

7          Q.   Multiple times?

8          A.   Multiple times.

9          Q.   Good, bad, OPSEC, right?

10         A.   Yes.

11         Q.   And, of course, they have pseudonyms.  They're

12    not -- they're not chatting as Ines Soto or Elizabeth Soto

13    or Benjamin Song or this sort of thing, right?

14         A.   Generally, yeah.  We found that these individuals

15    mainly use monikers and these monikers can change from chat

16    to chat session.

17         Q.   All right.  So the monikers we know for the two

18    days that are most important, on July 3rd and 4th, are as

19    indicated on this slide; is that right?

20         A.   That's correct.

21         Q.   Go ahead and read those into the record and who

22    they relate to?

23         A.   Yes.  "N" would be Ines Soto.  "E" is Elizabeth

24    Soto.  "Champagne" is Song.  "Harold of the Mad God" is

25    Morris.  "Bible" is Baumann.  "Mal Criada" is Rueda.

1   "Candied Dynamite" is Lynette Sharp.  "Foxglove" is Joy

2   Gibson.  "Crow," Rebecca Morgan.  "Not Being the Little

3   Creature Allegation" is Arnold.  "Jon Val Jon" is Evetts.

4        Q.   All right.  So these individuals participated,

5   either viewing it or published things in the chat session;

6   is that right?

7        A.   That's correct.

8        Q.   Okay.  Let's go look at some examples of what we

9   see here.  Sasha, we're not been able to identify, but this

10  is kind of at the beginning of the thread; is that right?

11       A.   That is correct.

12       Q.   And what is Sasha saying to the group captured on

13  the device of Mr. Morris?

14       A.   So, yeah, Sasha -- in this -- in this we see that

15  it says, "From Trap," so the individual known as Trap,

16  again, not someone we've identified, would have posted this

17  and the entire group would have seen this messaging and been

18  part of this messaging.

19            It says: "I'm done with peaceful protests.  We

20  need less parades and more LA-style action.  We've been

21  doing peaceful demonstrations for years now and they still

22  increase spending on police to further equip them with

23  military weaponry and physically hurt us.

24            "They don't give a fuck about our well-being.

25  They have shown that again and again.  So why should we give

1    a fuck about them and think about their family and their

2    homes, when they don't give us the same courtesy and

3    consideration.  Blue lives don't matter."

4        Q.   "Blue lives," of course, referring to police

5    officers; is that right?

6        A.   Correct.

7        Q.   Again, we don't know who Trap is or Sasha, but

8    this is -- this is kind of the beginning of the bigger chat

9    session; is that right?

10       A.   Yes.  This is just giving an insight into the

11    mindset of the individuals in this group.

12       Q.   And, again, Sasha, right after this --

13       A.   It says:  "Tired of making my language palatable

14    for people who fear action that actually does something.

15    Normalize violent resistance."

16       Q.   Okay.  So we see kind of -- kind of this group

17    talk about peaceful protests, but when they say "peaceful

18    protest," what do they actually mean?

19       A.   We've learned that these individuals, when they

20    say things like "peaceful protest" or "noise demonstration,"

21    things like "property damage" and "vandalism" fall under --

22    in their mindset, they believe that falls under peaceful

23    protests.

24       Q.   And they also strongly believe in, obviously, All

25    Cops Are Bastards, right?

```
1            A.    Correct.

2            Q.    And this theory, if you will, of community

3     self-defense?

4            A.    Correct.

5            Q.    And describe for us what that means.

6            A.    Meaning that they don't view cops in any type of

7     authority position.  Meaning if anybody -- anybody

8     approaches them and they -- with any perceived risk, they

9     have the right to defend themselves, lethally if necessary.

10                 MR. SMITH:  Okay.  Let's go to the next slide.

11    BY MR. SMITH:

12           Q.    So this is from Ines Soto; is that right?

13           A.    That's correct.  You see the "N" at the top, yes.

14           Q.    This is kind of where we're getting into some of

15    the more specifics of this attack, and he's -- he's

16    saying -- he's saying what, just in that circle there?

17           A.    Again, experiencing a genocide.

18           Q.    So this group -- this is kind of what you talked

19    about.  This is in reference to the aliens and that sort of

20    thing.  They really believe that illegal aliens are -- who

21    are detained are political prisoners?

22           A.    Yes.

23           Q.    And suffering a genocide?

24           A.    Yes.

25           Q.    And building concentration camps; is that right?
```

```
 1        A.   Correct.

 2        Q.   I mean, that's from Ines's own handle?

 3        A.   That's correct.

 4        Q.   All right.

 5             MR. SMITH:  Next line.

 6   BY MR. SMITH:

 7        Q.   Okay.  So Jon Val Jon, that's Mr. Evetts; is that

 8   right?

 9        A.   That's correct.

10        Q.   So he's a pretty active participant in this group?

11        A.   Yes.

12        Q.   And Bible, Mr. Baumann's also active?

13        A.   That's correct.

14        Q.   And then Mal Criada is Rueda?

15        A.   Correct.

16        Q.   Tell us what he says, Mr. Evetts, and tell us what

17   that means.

18        A.   So he says, "I wonder if any yellow vests will be

19   there."

20             And we've learned that these groups, when they

21   refer to yellow vests, they view that as their own kind of

22   internal moderators, people that will keep the crew in check

23   to prevent things from getting out of hand, to prevent

24   violence, so basically their own version of their own

25   policing.
```

1      Q.   Okay.  And they view -- we'll see this later on,

2   but they view yellow vests with disdain, in other words?

3      A.   Yes.  In this particular instance, they didn't

4   want yellow vests in there.  They did not want to be managed

5   or controlled.  They wanted to carry out their attacks

6   without concern of yellow vests being in there.

7      Q.   We haven't talked about this, but there were

8   two -- there were two protests -- or a protest and then an

9   attack, right?

10      A.   Correct.

11      Q.   Tell us about that a little bit.

12      A.   At that Prairieland facility on the day of July 4,

13   in the early afternoon, a separate unaffiliated protest did

14   occur on the street outside of the Prairieland Detention

15   Facility.

16      Q.   And approximately how many people were there?

17      A.   15 to 20, I believe.

18      Q.   And it was -- it was a peaceful protest?

19      A.   Absolutely peaceful, didn't do any kind of damage

20   or destruction, and didn't really even cause any kind of

21   problem for anybody.

22      Q.   And we know -- we know several individuals were

23   there that day from this group; is that right?

24      A.   Yeah.  Correct.  We know that Rueda and Evetts had

25   attended the daytime protest, more or less scouting out the

 1    facility ahead of time.

 2        Q.   Okay.  And we know Song and Gibson were also there

 3    that day sending out reconnaissance photographs of the

 4    facility?

 5        A.   Correct.  Yes.  They were sharing photographs of

 6    the facility and things that they observed prior to the

 7    attack that evening.

 8        Q.   All right.  Let's go to the next slide.

 9             Champagne, who's that?

10        A.   Champagne, that's Song.

11        Q.   All right.  And what do we see?  What's the

12    attachment here?

13        A.   So the attachment is the internal flier that the

14    group created for the attack on that night of July 4.

15        Q.   Okay.  And so, this is broadcast to the group, to

16    the bigger group, and it's saying -- what is Mr. Song

17    saying?

18        A.   "Tomorrow share with trusted folks only.  Do not

19    post."  Which shows that they wanted this to be an intimate

20    gathering.  They didn't want this to get out.

21             The group that was involved all had an idea, were

22    all only trusted individuals that participated in this

23    attack.

24        Q.   And Rueda tells the group what?

25        A.   "Risk is something for everyone to take into

```
 1   account."

 2        Q.   "FS," for sure, right?

 3        A.   For sure.

 4             MR. SMITH:  Next slide.

 5   BY MR. SMITH:

 6        Q.   Ines is sending out group -- sending out messages

 7   constantly, right?

 8        A.   Correct.

 9        Q.   And he says we need to stop thinking about the

10   term "safety"?

11        A.   Correct.

12        Q.   And later on in the chat session, or

13   contemporaneous with it, Sasha kind of posts what about

14   Alvarado P.D. in particular?

15        A.   Again, it says:  "Super easy to get ambushed by

16   Alvarado P.D."

17        Q.   All right.  So they're aware of the facility.

18   They're aware of the response.  Who's even going to respond

19   to this thing, right?

20        A.   Yeah.  They're prepping and they're basically

21   sharing the information so that they can plan and be

22   acknowledgeable of the risks that they are taking.

23             MR. SMITH:  All right.  Next slide.

24   BY MR. SMITH:

25        Q.   Again, Ines is talking more about solutions to
```

1    problems.

2        And Sasha responds:  "No matter what, be highly

3    mobile, whatever that looks likes"?

4        A.   Correct.

5        Q.   And so -- and so what do we know that to mean in

6    the context of what happened?

7        A.   Again, when we say be highly mobile, that's why

8    many of these individuals were on foot, they carpooled

9    together.  They were -- they tried to spread out but also

10   coordinate where they were coming from and going to, where

11   they were initially going to stage, showing that they had a

12   plan.

13        MR. SMITH:  Okay.  Next slide.

14   BY MR. SMITH:

15        Q.   And this kind of -- we've already talked about

16   what this means for the group, but this is a concrete

17   example of what you've already talked about; is that right?

18        A.   Correct.

19        Q.   So we don't know who Estrada is necessarily, but

20   we know that this was sent and received within the group?

21        A.   Correct.

22        Q.   And the first line from Estrada is:  "Do you

23   remember when, I think SRA used to do self-defense

24   training?"

25        So what is this person referring to?

 1          A.   Right.  So just basically showing that the SRA has

 2     conducted trainings of self-defense for the members of this

 3     community.

 4          Q.   All right.  And they're asking -- Estrada's asking

 5     of the group, are we doing tactical training or are we just

 6     going to rely on the zines that have been going around?

 7          A.   Correct.

 8          Q.   And the zines are those things that we talked

 9     about at length, right?

10          A.   Yes.  It's these pamphlets that are anarchist

11     material that's shared amongst the groups.

12          Q.   Okay.  Next slide.

13               And so, this is an example of a zine that -- that

14     was recovered and kind of shows how to attack a facility,

15     right?

16          A.   Right.  Correct.  It shows, again, how to make a

17     mask from a shirt.  So if you don't have a mask with you,

18     how to quickly make one.  And in this picture you show an

19     image of a person getting ready to destroy a security

20     camera.

21          Q.   And these individuals were masked up like that; is

22     that right?

23          A.   Correct.

24          Q.   The people who attacked the Prairieland facility?

25          A.   Had masks and black clothing from head to

 1    shoulder.

 2        Q.    And they did, in fact, destroy cameras, as you see

 3    there?

 4        A.    They did.

 5        Q.    And this isn't -- this isn't the government's

 6    highlighting?  This is how this document was captured?

 7        A.    That's correct.

 8        Q.    All right.  So somebody -- this was taken from a

 9    defendant.  And this is how that was highlighted?

10        A.    Correct.

11             MR. SMITH:  Next slide.

12    BY MR. SMITH:

13        Q.    And this is another example of a zine, right?

14        A.    Correct.

15        Q.    And I believe that's Ms. Batten's hand, taken from

16    her -- taken from her phone?

17        A.    Yes, I believe so, yes.

18             MR. SMITH:  Next slide.

19    BY MR. SMITH:

20        Q.    "It's safer in the front."  What do we know that

21    to mean?

22        A.    Basically being on the front lines.  Take- --

23    initiating being a part of the attack.

24        Q.    And it literally says:  "Taking the offensive

25    against tyranny"?

```
 1            A.   Correct.

 2                 MR. SMITH:  All right.  Next slide.  Oh, go back

 3    to that.

 4    BY MR. SMITH:

 5       Q.   And they're all -- what are they wearing?

 6                 How would you describe them?

 7       A.   The same black bloc material.  Black clothing,

 8    black face coverings to conceal their identities.

 9                 MR. SMITH:  Next slide.

10    BY MR. SMITH:

11       Q.   What do we see here?

12       A.   Just additional anarchist material, Antifa

13    material, taken from one of the many searches that were

14    conducted in this investigation.

15       Q.   "All day every day.  Fuck the police."

16       A.   Correct.

17                 "Kick the cops off your block.  The government

18    does not care."

19                 MR. SMITH:  All right.  Next slide.

20    BY MR. SMITH:

21       Q.   So we're back to some of the chats.  This is from

22    Elizabeth Soto.  And what is she telling the group?

23       A.   "There's two."

24                 Basically talking about the two different

25    protests.  So there was the -- the daytime protest was known
```

1    to the group, as well as the flyer that was talking about

2    the nighttime attack.

3        Q.    And there's a weird dichotomy in this group that

4    we've discovered.  What does it mean when they say, "It

5    looks pretty libby," pretty liberal?

6             What does that mean?  What are they talking about?

7        A.    Meaning they are almost belittling that protest

8    for not taking any direct action; that they were truly a

9    peaceful protest.

10       Q.    And they're oddly, you know, what you would

11   describe as kind of antiliberal.  They don't -- they

12   actually don't like these liberal protesters who are out

13   there just holding signs?

14       A.    Correct.

15       Q.    All right.  And "Anti-Colonial Holy War," who

16   we've not really identified, just kind of echos this

17   sentiment, right?  "We are fighting the gestapo after all"?

18       A.    Correct.

19            MR. SMITH:  Next slide.

20   BY MR. SMITH:

21       Q.    So Ines, he kind of goes back and forth, but he

22   says, "Look, the local PD, they're going to be stretched way

23   too thin.  You guys are way over the top," right?

24       A.    Correct.  Yes.

25       Q.    But then, in the same kind of breath, he says

1    what?

2        A.    Again, "Level of concern, it seems way over the

3    top to me," but then he says, "We are at war."

4        Q.    Okay.  And that's from Ines Soto, right?

5        A.    Correct.

6        Q.    Next slide.

7            And they truly believe that, right?  They're

8    fighting?  They're fighting what they believe to be a

9    fascist government?

10       A.    That's correct.

11       Q.    This is from Baumann.  What is he saying?

12       A.    "Pretty realistic expectation to be prepared."

13       Q.    And Mal Criada?

14       A.    "Being tactically prepared."

15       Q.    All right.  So everybody knows what being prepared

16   means?

17       A.    Absolutely.

18           MR. SMITH:  All right.  Next slide.

19   BY MR. SMITH:

20       Q.    Again, the only reason we have this is because we

21   were able to savage this from Mr. Morris' device?

22       A.    That's correct.

23       Q.    Otherwise, we don't have any of this information?

24       A.    That's correct.

25       Q.    All right.  So Bible, Baumann echoes, "Be

```
1   confident.  Be prepared."

2              And Anti-Colonial War, as I kind of said earlier,

3   what does that individual say?

4        A.   Yeah.  "We literally are at war with a fascist

5   dictatorship."

6        Q.   Next slide.

7              From Baumann, what does he say?

8        A.   He says, "Our goal isn't to scare but to show the

9   reality we are living in."

10        Q.   So Mr. Baumann is not there to scare anybody,

11   right?

12        A.   Correct.

13        Q.   This is an attack?

14        A.   He is taking action.

15        Q.   All right.  Sasha, who we still don't know, what

16   does this mean?  What does this mean for the group?

17        A.   "Just bloc up and plan with the knowledge of the

18   risk."

19              Again, we've learned, again, "bloc up" referring

20   to black bloc, meaning conceal your identities, cover up,

21   don't be identifiable, and know the risk.

22              Basically, sharing that every person that chose to

23   go out there that night knew the risk that they were taking

24   by participating.

25        Q.   And so, there's kind of a difference in and
```

 1    amongst this group between gray bloc and black bloc; is that

 2    right?

 3         A.   Correct.

 4         Q.   And what does gray bloc mean, generally?

 5         A.   Gray bloc is more subtle colors, not necessarily

 6    covering their face, but they're not trying to wear super

 7    identifiable clothing either.  Just something that would

 8    blend in with a normal crowd.

 9         Q.   And black blocing, as opposed to that, means what?

10         A.   Yeah.  Black blocing is you're fully protecting

11    your identity, trying to be unidentifiable to not only law

12    enforcement, but to also anonymize your specific illegal

13    activity that you may be taking.

14              MR. SMITH:  All right.  Next slide.

15    BY MR. SMITH:

16         Q.   All right.  So more of the same, right?

17              This is Ines Soto telling the group what?

18              Just read what's circled there.

19         A.   Yes.  "We need to act."

20         Q.   And again, we kind of saw this in the beginning,

21    but now we see it in the beginning of the slide show, the

22    presentation of your testimony, but now we see it in

23    context, right?

24         A.   Correct.

25         Q.   The same slide?

1      A.   Same slide, yes.  Still sharing with the group

2  pre-attack planning.  Sharing with the individuals going out

3  there, hey, this is where we're going.  These are the areas

4  that you need to be knowledgeable about.

5      Q.   These are the boundaries of public, private

6  property?

7      A.   Right.

8      Q.   All right.  So know your risk, in other words?

9      A.   Yes.

10          MR. SMITH:  Next slide.

11  BY MR. SMITH:

12      Q.   So Ines sends out more information, right?

13      A.   Yes.

14      Q.   More triangulation, if you will?

15      A.   Correct.  Showing the distance of where the city's

16  4th of July celebration is going on until 10 p.m.  This is

17  the distance between the 4th of July celebration and the

18  Prairieland facility.

19      Q.   So he's pushing out maps to the group?

20      A.   Correct.

21      Q.   And was there a slide about the police departments

22  that were around Prairieland?

23          Of the police departments that were around

24  Prairieland, the facility?

25      A.   What are you asking again?

1    Q.   Was there information sent out about shared maps

2  of the police departments around Prairieland?

3    A.   Yes.  Yes.

4    Q.   Okay.  Next slide.

5         And this kind of chat ends -- this session of it

6  kind of ends with this poem, if you will, right?

7    A.   Correct.

8    Q.   Posted by Ines?

9    A.   Correct.

10   Q.   And ultimately, just read for us kind of

11  highlighted, the circled parts.

12   A.   Yes.  It says, again, over in this sentence, "Or

13  projectiles over the heads of the yellow vests aimed at the

14  real enemy.  Again, this type of antisocial shenanigans

15  against PSL also helps spread the news that we do not

16  respect authority.  We are not looking for condescending

17  saviors.  We are looking for freedom."

18   Q.   And to the right, the attachment picture is what?

19   A.   Again, it's another example of, "Our enemies."

20  And it's showing a yellow vest.

21   Q.   So this is poetry, obviously, right?

22   A.   Correct.

23   Q.   But it literally says, "Send projectiles over the

24  heads of yellow vests."

25        So shoot over the heads of yellow vests?

1          A.    Correct.

2          Q.    And "yellow vests are there to keep us in line"?

3          A.    Correct.

4          Q.    And "Shoot at our real enemies"?

5          A.    Correct.

6          Q.    Again, "Our enemies are the yellow vests.  Our

7     enemies are the ones who are there to protect us from

8     getting out of hand"?

9          A.    Correct.

10         Q.    Okay.  Let's go to the next slide.

11               In the beginning of this part of your testimony,

12    we talked about multiple chat -- or multiple communication

13    means, right?

14         A.    Yes.

15         Q.    So the first one, it's what we call kind of the

16    big chat, right?

17         A.    Yes, I believe the chat was titled, "News and

18    Discussions."

19         Q.    All right.  So in between that and the next chat

20    that we'll kind of look at, that was kind of going on at the

21    exact same time, right?

22         A.    Correct.  Multiple chats occurring overlapping

23    with each other.

24         Q.    All right.  What we know from debriefs of

25    individuals was a gear check at Morris and Arnold's home; is

1    that right?

2         A.   That is correct.

3         Q.   And so, as it says, the participants were who?

4         A.   Again, Benjamin Song, Bradford Morris, Cameron

5    Arnold, Susan Kent, Rebecca Morgan.

6         Q.   So those individuals were at Arnold and Morris'

7    house discussing the attack on Prairieland the next day?

8         A.   Correct.  It was what they referred to as a gear

9    check.

10        Q.   All right.  And so, we know this from several

11   debriefs, that the group kind of went back and forth, but in

12   general, describe for us what we know occurred at this gear

13   check.

14        A.   So, yeah, at this attack, we know that they

15   discussed multiple-act tactics and ideas of what might occur

16   at the facility.  They discussed were they wearing black

17   bloc?  Were they going to be having medical kits with them?

18   Who all was going to be there?  How they were going to get

19   there.

20             And then as well as just overall planning of what

21   to do with specific guns, giving instructions to people that

22   weren't there to go back and relay information.

23        Q.   Okay.  And there was a lot of back and forth with

24   Song kind of being the ringleader of this group; is that

25   right?

```
 1         A.   That's correct.

 2         Q.   Ultimately, what did Song say as far as whether or

 3    not he would be peacefully arrested or arrested by

 4    authorities?

 5         A.   Yes.  Multiple times we've heard he said the

 6    phrase "I am not going back to jail" Or "not going to jail."

 7         Q.   He wasn't going to go to jail that next day?

 8         A.   Correct.

 9         Q.   All right.  And it was for sure that they were

10    bringing weapons and body armor and vests?

11         A.   Correct.

12         Q.   All right.  And, I mean, was the question asked:

13    Should we bring our weapons?

14         A.   Yes, they asked.  And yes, it was confirmed, yes.

15              MR. SMITH:  All right.  Next slide.

16    BY MR. SMITH:

17         Q.   Okay.  So, again, we've had the big chat, we had

18    the gear check, and at the same time as the big chat was

19    going on, this smaller chat session was going on; is that

20    right?

21         A.   Correct.

22         Q.   Okay.  And it's kind of -- Maricela Rueda is kind

23    of the ringleader of this chat session with Song; is that

24    right?

25         A.   That's correct.  And she more or less identifies
```

 1  herself as one of the planners for this attack.

 2      Q.   All right.  And what is she saying here to the

 3  group?

 4      A.   "People need to make their own plans and be on

 5  board with a general plan."

 6      Q.   And what about the next slide?

 7      A.   It's basically talking about they're worried about

 8  putting out too much information because it will put people

 9  at risk if they don't plan properly.

10      Q.   And they're worried about the organizers of this

11  thing being identified?

12      A.   Correct.

13      Q.   So this is kind of part of the operational

14  security of the group that you referred to?

15      A.   Yeah.  The group that's planning this is trying to

16  keep it as close-knit as possible to only include the

17  trusted individuals.

18          MR. SMITH:  All right.  Next slide.

19  BY MR. SMITH:

20      Q.   This is from Candied Dynamite, who we know is who?

21      A.   Lynette Sharp.

22      Q.   All right.  And what is she saying?

23      A.   "I will have to support from afar as I can't leave

24  my house right now" -- RN -- "due to family problems.  Let

25  me know how I can help.  Should I stay in this chat to

 1    monitor or leave?"

 2        Q.   And then what does Song say?

 3        A.   Well, further down he says, "Yeah, we can still do

 4    fireworks in the rain."  But Candied Dynamite in the middle

 5    says, "I can send money now if y'all need it or wait to

 6    contribute after, if needed."

 7        Q.   So Sharp is basically saying, hey, I can't go, I

 8    have something else going.  And what eventually is said to

 9    her about staying in this chat session?

10        A.   Yeah, they actually tell her go ahead and leave.

11    And we've seen in other examples of these chats members that

12    basically identified that they're not going to participate,

13    it's expected for them to drop out of the chat for, again,

14    what they call OPSEC reasons.

15        Q.   All right.  Nevertheless, Song is saying, we're

16    still going to do fireworks, even if it's raining.  Because

17    there was some conversation about it being rainy that day?

18        A.   Right.  Yes.  And showing that the rain wasn't

19    going to affect them going out that night.

20        Q.   All right.  Next slide.

21    BY MR. SMITH:

22        Q.   So this is from Evetts.  This is kind of what we

23    just referred to.  And what is he saying?

24        A.   "I would hope that nobody during" -- or "I would

25    hope that during the action, nobody would be on their

 1    phone."

 2         Q.   And what else?

 3         A.   "I'd rather people not be able to triangulate the

 4    planners."

 5         Q.   So there's a -- he's saying implicitly what was

 6    otherwise explicit, don't be on your phone, and then the

 7    reason is because they don't want people to be identified?

 8         A.   Yes.  This group is basically showing knowledge

 9    that phone tracking is a tool used by law enforcement.  And

10    they are taking steps, making sure people know that, hey, if

11    you're going out there -- this is one of their examples of

12    OPSEC.

13              We may discuss it in a minute.  But in this

14    situation, we discovered phones?  These people either didn't

15    bring their phone with them, put their phone in what is

16    known as a Faraday bag, which blocks cell phone signal from

17    being able to triangulate that, or had their phones just

18    off.

19         Q.   So people, as you said -- what is a Faraday bag?

20         A.   Again, a Faraday bag is -- it can be homemade.

21    You can also purchase them.  Again, it's just a device that

22    blocks any type of connectivity from the device to any of

23    the cellular network.

24         Q.   Okay.  And, of course, they're concerned about

25    OPSEC because they know what they're about to do is not a

```
1   legal action?

2       A.  Correct.

3           MR. SMITH:  Let's go to the next slide.

4   BY MR. SMITH:

5       Q.  We discussed this a little bit earlier about the

6   camera that we saw that was busted, right?

7       A.  That's correct.  And in this photo, Foxglove,

8   which is Joy Gibson, "Just want to highlight this in case it

9   was missed."

10          And she shares a photograph of -- and then

11  clarifies in a follow-up post, "This camera," basically

12  identifying a camera there at the scene.

13      Q.  Now, of course, Ms. Gibson is not here but she was

14  involved in the planning; is that right?

15      A.  That's correct.

16      Q.  And she's posting out to the group that this

17  camera is there so be aware of it?

18      A.  Correct.

19      Q.  And that's ultimately the camera that Evetts

20  destroys?

21      A.  Yes.

22          MR. SMITH:  Next slide.

23  BY MR. SMITH:

24      Q.  Right there, right?

25      A.  Yes.
```

```
 1          Q.   Okay.  There's some more OPSEC, if you will, sent

 2    out by Evetts, right?

 3               So what's he kind of -- tell us what he's saying,

 4    and then tell us what it means.

 5          A.   Absolutely.  So, again, it's clear that Evetts had

 6    gone to the scene and was relaying information to the group.

 7    Saying, "Gate takes approximate 15 secs to open and close.

 8    It also stayed open for 20 seconds, but that may be just a

 9    default setting."

10          Q.   And so, what gate is he talking about, do you

11    think?

12          A.   One of the vehicle access gates to the inside of

13    the Prairieland facility.

14          Q.   And that's the same gate that was tied to the pin

15    pad CCTV camera that Mr. Evetts destroyed?

16          A.   That's correct.

17          Q.   So he's sending out recon about this gate opening

18    and closing, right?

19          A.   Correct.

20          Q.   And then.  He's the one that destroys that --

21          A.   That's correct.

22          Q.   -- that CCTV?

23          A.   Yep.

24          Q.   And then he puts it in context as far as who he

25    went there with, right?
```

1          A.    Correct.

2          Q.    Read that for us.

3          A.    Additionally, "The two squat cars" -- I believe he

4     was trying to say squad cars, meaning police cars -- "left

5     when Mal and I left."  Mal Criada being Rueda.

6          Q.    So Mal Criada is Ms. Rueda?

7          A.    Correct.

8          Q.    All right.  He also tells the group, hey, what?

9          A.    "Got fireworks."

10         Q.    So he bought the fireworks.  He's going to bring

11    them?

12         A.    Correct.

13         Q.    And we know that from debriefs, that he's the one

14    that brought fireworks on his shoulder, right?

15         A.    Correct.

16         Q.    In the cooler?

17         A.    Carried a cooler from their vehicles to where they

18    sat down and shot fireworks.

19              MR. SMITH:  All right.  Next slide.

20    BY MR. SMITH:

21         Q.    Some more intel back and forth between these two

22    individuals, right?  So read that for us, and who is saying

23    it.

24         A.    Correct.  "It's facing the facility entrance

25    though, right?"  Just getting clarification of probably

 1   where the location of the camera is.

 2            And then Evetts says, "Fence is concave and razor

 3   wire top, stack of three razor wire bottom."

 4       Q.   So he's sending out messages of the security of

 5   this facility, right?

 6       A.   Absolutely.

 7       Q.   All right.  And then, what does Ms. Rueda say?

 8       A.   "House on the corner of Tanglewood has a Ring

 9   doorbell that faces the street.  So any activity near that

10   intersection will be visible."

11       Q.   So she's putting out more intel out there about

12   what's going on in that neighborhood; is that right?

13       A.   Correct.

14       Q.   Now, sadly, there was a Ring doorbell, but it

15   didn't work, right?

16       A.   Correct.

17       Q.   All right.

18            MR. SMITH:  Next slide.

19   BY MR. SMITH:

20       Q.   And Ms. Rueda is kind of joking in this post, but

21   she's obviously concerned with what here?

22       A.   Again, once again, "It's another example of it

23   might be good to ward off the yellow vest pests."

24            Showing that, again, this group for this planned

25   attack, did not want any of these yellow vest moderators to

 1    be part of the event.

 2        Q.   All right.  And Gibson reiterates what was said in

 3    the other post; is that right?

 4        A.   Yes.  "I think we are doing bloc," which meaning

 5    black bloc, all black clothing, "and keeping kit on hand but

 6    not on our bodies."

 7        Q.   And so, what is kit in this circumstance?

 8             Weapons and --

 9        A.   Most likely would mean one of two things.  Kit

10    could refer to as medical kit, or at times kit can also be a

11    term that, you know, is commonly used in law enforcement as

12    far as a tactical kit or tactical vest, body armor.

13        Q.   So we're keeping kit on hand but not on our

14    bodies.  So some of them did have medical kits on their

15    bodies, right?

16        A.   Several of them did, yes.

17        Q.   And then, but we did see a lot of weapons and

18    armor separated and not on their person?

19        A.   Correct.

20        Q.   Right.  But we do know, at the very beginning of

21    the attack, or the very beginning of the shooting, what does

22    Mr. Song say?  "Get to the rifles."

23        A.   Yeah, "Get to the rifles."

24        Q.   All right.  So, in context, "Get to the kit.  Get

25    to the rifles," right?

1       A.   Correct.

2       Q.   He's rallying the group to create a larger attack?

3       A.   Correct.

4       Q.   That thankfully did not materialize?

5       A.   Correct.

6       Q.   All right.  Gibson indicates that Champagne,

7 that's the object?

8        It's a champagne symbol, right?

9       A.   Correct.

10      Q.   Okay.  "Champagne and I are bringing a wagon to

11 hold armor and rifles"?

12      A.   Correct.

13      Q.   At that's what we recover?

14      A.   Yes.  Recovered a wagon containing those very

15 things.

16      Q.   All right.

17      MR. SMITH:  Next slide.

18 BY MR. SMITH:

19      Q.   So Rueda posts this --

20      We already saw this message, if you will, in the

21 bigger chat, right?

22      A.   Correct.

23      Q.   Okay.  So this is the exact same message that we

24 saw in that bigger chat that Ines had posted?

25      A.   That is correct.

1          Q.    And Ines posts this seven minutes later in the

2    bigger chat session?

3          A.    Correct.

4          Q.    Yet we recovered no conversation between Ines Soto

5    and Ms. Rueda?

6          A.    Correct.

7          Q.    All right.  But they're posting the exact same

8    slide?

9          A.    Yes.

10         Q.    Or exact same message?

11         A.    Exact same one.

12         Q.    So two different little chat messages going on,

13   there's obvious -- so that means there's obvious

14   communication between and amongst the group?

15         A.    Correct.

16               MR. SMITH:  All right.  Next slide.

17   BY MR. SMITH:

18         Q.    Okay.  So Gibson is talking about what now here?

19         A.    In response to another -- a cooperating defendant,

20   which we know as Rel, "I think I can build one more first

21   aid kit if I need to."

22               And Gibson says, "We could use one since I cannot

23   find mine and Champagne's got lost in the move."

24         Q.    All right.  So they're talking about getting

25   another IFAK; is that right?

```
 1          A.   Correct.

 2          Q.   And Song and Gibson had moved recently and were in

 3   need of an IFAK?

 4          A.   Correct.

 5               MR. SMITH:  Next slide.

 6   BY MR. SMITH:

 7          Q.   So what is Rueda telling the group here?

 8          A.   "The rifles might make the situation more hot if

 9   this is the case either way."

10          Q.   And then what does Champagne -- what does Song

11   respond -- how does he respond?

12          A.   "I think you would be surprised.  Cops are not

13   trained or equipped for more than one rifle so it tends to

14   make them back off."

15          Q.   So they're talking about weapons and he's posting

16   to the group, "We're bringing rifles for this reason"?

17          A.   Absolutely.  And this would make sense for when

18   the officer first arrives, Song yells to the group, "Get to

19   the rifles."  Showing that this is his intent.  Have

20   multiple rifles coming towards the police.

21               MR. SMITH:  Next slide.

22   BY MR. SMITH:

23          Q.   This is kind of our last slide that we see in this

24   group chat, and it comes from Rueda.

25               And what does she say here?
```

 1          A.   "I'm saying 10 to 12, maybe."  That's laughing.

 2   "If it's just us, I'm cool with the intimacy."

 3          Q.   So Ms. Rueda is telling the group that, "Hey.

 4   I've organized.  I've taken a head count.  I think there

 5   will be between 10, 12 people"?

 6          A.   Correct.

 7          Q.   And we know what?

 8          A.   We know we have 11 people for sure, possibly

 9   additional conspirators were at the scene of the attack.

10          Q.   So we know for sure 11 showed?

11          A.   Correct.

12          Q.   Which is right what she knew to be the case?

13          A.   Correct.

14              MR. SMITH:  Next slide.

15   BY MR. SMITH:

16          Q.   Okay.  So this is some of the things we seized

17   from the scene that you've already kind of talked about?

18          A.   Correct.

19          Q.   The top left, tell us what that is.

20          A.   Again, that's just one of the radios that was

21   found at the scene.  Next to that is the cooler.

22          Q.   So the radios -- what do we know about the radios?

23          A.   So we do know that this group did communicate with

24   radios out there.

25          Q.   At night, right?

1        A.    At night.

2        Q.    Next, that's the cooler that you referred to that

3   Mr. Evetts brought in?

4        A.    Correct.  And in there, you can see fireworks

5   scattered in and around the cooler.

6        Q.    And what's our little flag there say; do you

7   recall?

8        A.    I can't recall.  That's something -- oligarchy.

9   Fight oligarchy.

10       Q.    Fight anarchy or fight fascism, or something like

11  that?

12       A.    Yeah.

13       Q.    Kind of more of the same stuff, right?

14       A.    Correct.  Just additional anarchist terminology.

15       Q.    And this is the weapon that we believe Mr. Song

16  used to shoot the officer; is that right?

17       A.    That's correct.

18       Q.    And describe for us what we're seeing in that

19  weapon.

20       A.    On that weapon, you see -- again, you see the

21  extended magazine.

22       Q.    That's the 60-round clip?

23       A.    Correct.  And you see it's equipped with what's

24  referred to as a bipod.  Something that you could prop up

25  the rifle to -- to steady, if you were laying in a prone

1    position.  And it also has some sort of -- some sort of

2    scope, whether it's a red dot or a magnifying scope.

3        Q.   And that's the one with the binary trigger?

4        A.   That is correct.

5        Q.   All right.  To the bottom left, what is that?

6        A.   That is an additional rifle that was covered near

7    where Joy Gibson was apprehended and where the wagon --

8    where they wheeled the wagon with that rifle and additional

9    vests.

10       Q.   And what is this pile of gear that's sitting right

11   there?

12            Is that what we later determined to be Song's vest

13   and some other things; is that right?

14       A.   That's correct.  We believe that was items that,

15   as Mr. Song was fleeing, would have possibly ditched that

16   bag.  The items were scattered out upon law enforcement

17   searching for -- searching the contents of that bag.

18       Q.   All right.  Next slide.

19            So we kind of talked about these IFAKs and that

20   sort of thing.  This is kind of a close-up image of what was

21   taken off Ms. Batten, right?

22       A.   Correct.  Yes.  Again, you see -- the items are

23   scattered about as law enforcement at the scene had been

24   searching the items for additional weapons.

25            But in this one, you can identify the black bag on

```
 1    the bottom left.  And in the body-worn camera footage, you

 2    see Savanna Batten encountered wearing this particular bag.

 3    And --

 4        Q.   So it's kind of like this over-the-shoulder --

 5        A.   Kind of a cross-body-type bag.

 6        Q.   Cross-body bag.

 7             And within that bag is what?

 8        A.   In that bag, we see another ski mask, a black ski

 9    mask, and another IFAK kit.

10        Q.   Now -- so all that -- the black ski mask and that

11    red IFAK, that was in that little, black purse?

12        A.   That's correct.

13        Q.   Now, we'll see the arrest footage here in a

14    second, but was Ms. Batten arrested with that ski mask on

15    her head?

16        A.   She did not have it on her head, no.

17        Q.   And she also had her limbs exposed, right?

18        A.   That's correct.  She was wearing black clothing,

19    but we believe that some of the full coverings were

20    discarded somewhere at the scene at some point following the

21    attack.

22        Q.   Right.  So she was wearing a little black tank

23    top, which would have been easily visible in that CCTV

24    footage, right?

25        A.   Right.
```

```
 1          Q.   You would have seen all of her skin?

 2          A.   Correct.

 3          Q.   All right.  But that's not how she was arrested?

 4          A.   Correct.

 5               MR. SMITH:  All right.  Next slide.

 6  BY MR. SMITH:

 7          Q.   Mr. Ines Soto, he was wearing this backpack, with

 8  what in it?

 9          A.   So Ines Soto had a backpack with approximately

10  four full IFAK kits located in of the bag.

11          Q.   So we know that Mr. Soto and Ms. Soto --

12               Who were arrested right next to each other, right?

13          A.   That's correct.

14          Q.   We know that they were right next to Song when he

15  discharged the weapon and shot the cop, right?

16          A.   In the vicinity, correct.

17          Q.   Because of the GSR, right?

18          A.   Correct.

19          Q.   And we know that they had between and amongst them

20  five IFAKs, right?

21          A.   Correct.

22          Q.   Now, they did not render assistance to that cop

23  that got shot, right?

24          A.   No, they did not.

25          Q.   He went down?
```

```
1            A.    Correct.

2            Q.    We all saw it?

3            A.    Correct.

4            Q.    And these individuals had the means to render aid,

5     right?

6            A.    They all did, yes.

7            Q.    And they didn't.  They didn't do it?

8            A.    No.

9            Q.    They casually walked on?

10           A.    Correct.

11           Q.    And we'll see that footage here in a second.

12                 MR. SMITH:  Next slide.

13    BY MR. SMITH:

14           Q.    All right.  So we talked about some more

15    information, some more things that these individuals had?

16           A.    Correct.

17           Q.    The top left is kind of that -- Ines Soto's

18    backpack kind of splayed out, right?

19           A.    That's correct.  These crime scene photos are

20    taken by the crime scene investigator at the scene.

21           Q.    Bottom left and top right, that's kind of what

22    Sikes was wearing?

23           A.    That's correct.

24           Q.    Body armor?

25           A.    Body armor.  And then, inside the backpack, you
```

1  see a broken down AR-style rifle.

2      Q.   All right.  So that's the AR kind of disassembled

3  in pieces, right?

4      A.   Correct.

5      Q.   All right.  And he had -- Mr. Sikes had a pistol

6  on his hip?

7      A.   That is correct.

8      Q.   And the bottom right is kind of the backed out

9  version of what was taken off --

10      A.   Yeah.  The items of some of the other individuals

11  encountered, correct.

12      Q.   And that's taken off of Ms. Batten and then

13  Ms. Rueda?

14      A.   Correct.

15         MR. SMITH:  All right.  Next slide.

16  BY MR. SMITH:

17      Q.   This is a close-up image of kind of what you

18  referred to earlier.  Tell us what it is, the top-left

19  slide.

20      A.   Yeah.  So on the top left, you see -- this is the

21  wagon that Song and Gibson, they wheeled out to the scene

22  near where the shooting occurred.  Inside the wagon on the

23  top left, you see a tactical vest body armor.  You can see a

24  flashlight.  And the flashlight was clearly used multiple

25  times, observed on closed-circuit television camera.

1          You see the rifle located in its carrying case

2     that was located directly next to that bag.  There was also

3     a case of water that they had brought out there and wheeled

4     from the wagon as well.

5          MR. SMITH:  Okay.  Next slide.

6     BY MR. SMITH:

7          Q.   All right.  So you spoke about this earlier, but

8     here's the photographic representation of your earlier

9     testimony about the two shooting positions.

10          Describe for us what we're seeing.

11          A.   That's correct.  So at the north end of Sunflower

12     Lane is where these individuals were standing.  The shell

13     casings that were recovered were near the roadway and this

14     grassy area.  And there were eight shell casings from the

15     rifle recovered immediately there.

16          And we can confirm that from the eight shots from

17     the body-worn camera.  And then the residence, the first

18     house there on Tanglewood, the side of that residence, the

19     air conditioning unit -- later on, when investigators were

20     canvassing the scene, they discovered the three additional

21     rifle casings that were also heard and observed on the

22     body-worn camera.

23          Q.   So Song shoots from his primary position, hits the

24     cop, right?

25          A.   That's correct.

1          Q.   And then he takes a secondary position 20, 30 feet

2    away and shoots again, right?

3          A.   And shoots again, yes.

4          Q.   All right.  And so, that's why, in the early days

5    of this investigation, we thought there were two shooters?

6          A.   Yes.  Correct.

7               MR. SMITH:  All right.  Next slide.

8    BY MR. SMITH:

9          Q.   So this is a still of a body cam for the arrest of

10   Joy Gibson.  Tell us what we know about this interaction

11   with Ms. Gibson.

12         A.   Yes.  Absolutely.  So reviewing the body-worn

13   camera and discussing with some of the officers there, the

14   responding units that initially approached where Lieutenant

15   Gross was shot and was receiving additional care, they were

16   setting up initial security, trying to get an understanding

17   of what was happening.  And in one or two minutes after

18   their arrival, as they're looking at the scene --

19         Q.   So immediately after the victim officer is shot,

20   Alvarado P.D. coalesces, other units coalesce, and then this

21   happens, right?

22         A.   Absolutely.  Yes.  So as they're looking around,

23   they're observing this wagon.  And then an officer, all of a

24   sudden, observes Joy Gibson laying prone on the ground,

25   again, difficult to see, wearing all black clothing, black

1    mask, no skin showing, and then they immediately take her

2    into custody.

3         Q.   So she's wearing these black gloves, right?

4         A.   Correct.

5         Q.   All in black, as you kind of see there, her shirt,

6    her top?

7         A.   Right.  Yes.

8         Q.   And then describe how her head is wrapped?

9         A.   And her head was wrapped up in a mask.  And then

10   additionally, she used in her own language that she was

11   wearing an EarPro.  Because as the officers were trying to

12   remove the coverings, she yells out, "I have an EarPro on."

13        Q.   So what are EarPros?

14        A.   EarPro is -- again, it's a term that's generally

15   only used at any individuals out at shooting ranges,

16   individuals that are going to be firing firearms.  It's a

17   common tactic for any individuals at a shooting range, both

18   law enforcement and civilians, to wear an EarPro.

19        Q.   So it's like these big -- these big ear

20   protection, right?

21        A.   Right.

22        Q.   And you pretty much only wear that if you're going

23   to be prepared for being -- shots being fired?

24        A.   Generally, yes.

25        Q.   Because it's very loud, right?

1          A.    Correct.  Yes.

2          Q.    And within those EarPros, what did she have?

3          A.    She also had a wired headphone that was connected

4     to one of the handheld radios.  It had an earpiece that was

5     wired into the interior of the EarPro she was wearing.

6          Q.    So kind of like the cops do, they have the

7     earpiece and it's wired to their -- to their walkie-talkie

8     so they don't --

9          A.    Correct.

10         Q.    -- have to put it up to their ear?

11         A.    Correct.

12         Q.    And also so you can hear when shots are being

13    fired?

14         A.    Correct.

15         Q.    And this was somebody who was intimate with

16    Mr. Song, right?

17         A.    Yes.  Lived with Mr. Song.

18         Q.    All right.  Okay.

19               So at the same -- almost the same time that

20    Ms. Gibson's being arrested, what happens in relation to

21    this slide?

22         A.    So the officers are there at the scene, they're

23    still evaluating.  They're still concerned about scene

24    safety, where these other individuals possibly are.

25         Q.    They have no idea what happened, right?

1        A.    Yeah.    They're, yes, still very early on in the

2    investigation.    Lieutenant Gross had initially put out that

3    there were approximately three subjects.    We now know there

4    was well more than three, but that was the initial

5    information that the officers received.    So at that time --

6        Q.    That's what he puts out -- the victim in this case

7    puts out, hey, three individuals with black and a rifle?

8        A.    Correct.    So at this time, the officers did not

9    know a clear direction, how many subjects were out there.

10   But all they know at the time is an officer had been shot,

11   so they were extremely concerned for their safety and

12   apprehending additional subjects.

13       Q.    So this is from one of the cops -- one of the

14   Alvarado P.D. officers, a still of their body cam.    They

15   just arrested Gibson.

16             His body cam happens to capture what?    What do we

17   see there?

18       A.    So we see this is -- this is Mr. Morris' van

19   slowly driving near the proximity of several other police

20   officers just starting to head southbound on Sunflower Lane

21   away from the scene.

22       Q.    He's trying to escape, right?

23       A.    Absolutely.

24       Q.    There's like three or four cop cars, lights going

25   crazy, right?

1      A.    Yes.

2      Q.    And that body cam just happens to capture

3   Mr. Morris' van leaving?

4      A.    That's correct.

5      Q.    And that's at approximately 11:08, about eight

6   minutes after the shooting?

7      A.    That's correct.

8      Q.    So things are crazy, right?

9      A.    Very, very immediate right after the shooting.

10      Q.    All right.  And the cop -- one of these cops says,

11   "Hey, stop that van"?

12      A.    Yeah.  The officers observed the van.  They

13   recognized that it was just out of place.  They recognized

14   the driver didn't even look at their direction and just kind

15   of stayed straight focused.  For them, that situation,

16   they're experience and training, that's abnormal in a

17   situation such as this.

18      Q.    Because these local Alvarado cops, they know that

19   little neighborhood, right?

20      A.    Absolutely.

21      Q.    And they know all those people that are in there?

22      A.    Yeah.  They commonly -- commonly patrol those

23   areas.

24      Q.    They go there all the time?

25      A.    Correct.

1          Q.   All right.  And so.  What do we see pictures here

2     of?  What's in Morris' van?

3          A.   So inside Morris' van, we found additional rifles,

4     tactical vests, helmets, multiple other gears that would --

5     similar to everything else that was recovered from the

6     scene.

7               MR. SMITH:  Okay.  Next slide.  Let's watch this.

8               Hold on before we play it.

9     BY MR. SMITH:

10         Q.   What is this?

11              We're going to see a couple excerpts of some body

12    cams.  What are we about to watch here?

13         A.   So this is -- you're going to have body camera

14    from some of the officers at the scene.  So this is after

15    they had done the traffic stop of Morris, and they were

16    conducting a search of the vehicle.  And this was just them

17    capturing some of the evidence items that they recovered and

18    their reaction to discovering those items.

19         Q.   So Morris gets out of the neighbored, gets onto

20    the highway that leaves that area, Highway 67; is that

21    right?

22         A.   That's correct, I believe.

23              MR. SMITH:  All right.  Go ahead.

24         (The DVD/audio was played.)

25    ///

 1    BY MR. SMITH:

 2        Q.   So that was hard to hear.

 3            Okay.  So what did that individual say without the

 4    expletive?

 5        A.   Yeah.  So as soon as that officer encountered

 6    that -- he discovered a rifle kind of directly behind the

 7    front passenger and driver's seats.  And he says, "What the

 8    F," showing his shock for discovering a rifle.

 9        Q.   So that rifle is within immediate arm's reach of

10    Mr. Morris, right?

11        A.   Absolutely.

12        Q.   And this individual clears that weapon.  So that

13    weapon was loaded and chambered?

14        A.   Yes, had a round ready to go.

15        Q.   Okay.

16            THE COURT:  Mr. Smith, how much longer do you

17    have?

18            MR. SMITH:  I'm pretty close, Judge.  Probably

19    like 30 minutes, more or less.

20            THE COURT:  Okay.  Why don't we take a short

21    morning break here for a second.  We've been going for about

22    two hours.

23            Marshal, handle the courtroom however you need to.

24            We'll just take a short recess and then we'll

25    resume.  And then, when you finish, we'll go straight into

1    cross-examination.  We are in recess.

2            (A recess was had at 10:58 a.m.)

3               COURT SECURITY OFFICER:  All rise.

4        (Court reconvened at 11:13 a.m.)

5               THE COURT:  Thank you.  Please be seated.

6               Okay.  Mr. Smith, you may proceed.

7               MR. SMITH:  Thank you, Your Honor.

8    BY MR. SMITH:

9        Q.   So I think we left off with the police officer

10   discovering from Mr. Morris' vehicle, right behind him an AR

11   rifle that was loaded, magazine inserted, round in the

12   chamber; is that right?

13       A.   Yes, sir.

14       Q.   So we watched that entire video.  He cleared -- he

15   cleared the weapon.

16               MR. SMITH:  Let's go to the next slide.

17   BY MR. SMITH:

18       Q.   All right.  So this is -- so they've already

19   found -- they just found the AR.  So the next officer finds

20   something else.  Let's watch this.

21       (The DVD/audio was played.)

22   BY MR. SMITH:

23       Q.   So what was just discovered right behind that

24   rifle?

25       A.   So, yes, in the backseat there was an additional

     1    ballistic vest loaded with magazines filled with ammunition.

     2         Q.   I believe he counted out five magazines loaded

     3    each?

     4         A.   That's what he explained, yes, five magazines,

     5    yes.

     6         Q.   So 5 times 30 approximately would be about 150

     7    rounds?

     8         A.   Approximately, yes.

     9         Q.   Plus what was in the weapon?

    10         A.   Correct.

    11         Q.   All right.  And he -- he preliminary says this was

    12    an attack on Prairieland, right?

    13         A.   Correct.  That was -- these officers that were no

    14    later than 20 minutes after the initial shooting, their

    15    impression is this -- this was an attack.  That was clearly

    16    their mindset and what they believed had happened.

    17         Q.   All right.  So these guys were ready.  They were

    18    ready to rock and roll.  They shot a cop.

    19              And then now we're kind of viewing the exfil, if

    20    you will; the escape, right?

    21         A.   Correct.

    22              MR. SMITH:  All right.  Next slide.

    23    BY MR. SMITH:

    24         Q.   We talked about this in the beginning, but we have

    25    a little more context now of what happened.

1              So Mr. Morris was arrested past here on 67 towards

2    the bottom of the screen; is that right?

3         A.   That's correct.

4         Q.   Okay.  And now we're about to watch some videos

5    relative to the other five that were arrested.

6              So let's go to the next slide.

7              Again, we've discussed this slide.

8              So before we play this, describe for us what we

9    are about to see and about approximately where it is.

10        A.   So, yes, I don't know if you want to go back to

11   that other image of property lines?

12        Q.   One more?

13        A.   One more.

14             So in this map, you have the facility that is on

15   the right of the screen.  And then towards the left you see

16   a street view map that says Burnett.  And between Burnett

17   and up, we have Wildwood and Tanglewood to the north.

18             The subject vehicles that, when they came to this

19   facility, they staged and parked their vehicles on

20   Burnett --

21        Q.   And I just -- I just highlighted a region on that

22   map.  Is that about where you're talking about?

23        A.   Approximately, yes.

24        Q.   Okay.  And it's highlighted in yellow.  Go ahead.

25             So Evetts's vehicle was there, the Sotos' vehicle

1    was there, that we know of?

2          A.    Correct.

3          Q.    Go ahead.

4          A.    So at this -- this is the location where we

5    believe that they all kind of initially staged once arriving

6    to the scene.  And from there they went on foot down

7    Tanglewood, wheeling the wagon, wheeling the ice chest with

8    fireworks, and taking it to this -- those dots located on

9    the north of Sunflower Drive.  That's where they more or

10   less staged for the rest of their attack.

11         Q.    Now, Morris has already been arrested at this

12   point when about the video -- before this video we're about

13   to watch, right?

14         A.    Or --

15         Q.    I'm sorry.  I'm sorry.  Morris has already left

16   the scene?

17         A.    I believe so, yes.

18         Q.    Okay.  And so, his vehicle would have had to have

19   been closer than these vehicles because that's a pretty

20   decent walk, right?

21         A.    Correct.

22         Q.    Okay.  All right.  So it would have been closer to

23   the shots to where Song shot than where the Sotos' and

24   Evetts's vehicle was?

25         A.    Presumably, yes.

```
1         Q.   All right.  Okay.  And we're watching a body cam

2    of one of the Alvarado police officers who --

3              Set the stage for us.  What's he doing here?

4         A.   So, yes, he is one of several of the initially

5    responding officers that came to the scene.  He knows that

6    certain officers had responded to directly where Lieutenant

7    Gross was struck and was at that location.

8              Again, in a chaotic situation, as is an

9    officer-involved shooting, other officers are starting to

10   think of, hey, we need to set a perimeter.

11             And they know that this street, this Burnett is

12   a -- more or less a back way out of this area.  So this

13   officer had approached that area to start looking for

14   additional subjects.

15        Q.   Okay.  So this is 11:04, 23:04, right, p.m.?

16        A.   Correct.

17        Q.   Or 23:04, 11:04 p.m.?

18        A.   Correct.

19        Q.   Remember, at 11:08 we had seen Morris' van pull

20   out?

21        A.   That's correct.

22        Q.   Okay.

23        A.   So Morris, at some point, wherever this van was,

24   had gotten to the van and had casually tried to escape the

25   scene.
```

```
 1            MR. SMITH:  Okay.  All right.  Let's play.

 2        (The DVD/audio was played.)

 3            MR. SMITH:  And pause there.

 4   BY MR. SMITH:

 5        Q.   So who is that?

 6        A.   So here on this video, you see Ines Soto in the

 7   front, and then you also have Elizabeth Soto, Seth Sikes,

 8   and Maricela Rueda.

 9        Q.   Okay.  So there -- right here is Ines, right?

10        A.   Correct.

11        Q.   Right there is Ms. Soto?

12        A.   Correct.

13        Q.   Behind her is Savanna Batten?

14        A.   Correct.

15        Q.   And then trailing them is Maricela Rueda and Seth

16   Sikes?

17        A.   Correct.

18        Q.   Now, a cop has been shot, right?

19        A.   That's correct.

20        Q.   And these guys are just kind of walking casually

21   through this residential neighborhood past these cop cars,

22   right?

23        A.   That's correct.  The responding officers, again,

24   as information is coming in, it's so recently after the

25   shooting, information isn't necessarily flowing completely
```

1    free.  So some of those officers that are out here, they're

2    unsure of exactly what is going on.

3           So in their initial encounter to these subjects,

4    there was a little bit of confusion of whether or not

5    somebody had allowed this team to already -- had already

6    been checked out or if they, because they were just casually

7    walking away, if they were somehow affiliated with something

8    else.  So it was unclear at the very beginning of this.

9        Q.    And then over here we know on this side of the

10   frame is where the Soto's vehicle and Sikes' vehicle was,

11   right?

12       A.    Yes.  So this -- actually, on the left is

13   definitely where all of their vehicles were parked.  So that

14   would lead to believe that these individuals were attempting

15   to get back to their vehicles, but upon encountering that

16   law enforcement was at their vehicles, their solution was

17   just to walk past casually to avoid detection.

18       Q.    So they walk past their parked cars past the cops,

19   right?

20       A.    Correct.

21           MR. SMITH:  All right.  Go ahead.

22        (The DVD/audio was played.)

23           MR. SMITH:  Go ahead and pause it.

24   BY MR. SMITH:

25       Q.    And so, Gross is this cop that was shot, right?

```
 1        A.    That's correct.  And at this time, this officer,

 2   even though he had heard of an officer-involved shooting, he

 3   was not aware that Lieutenant Gross had actually been struck

 4   by gunfire.

 5        Q.    Okay.  And those five people that we've identified

 6   just casually walked past the cops, right?

 7        A.    Correct.

 8              MR. SMITH:  All right.  Go ahead.

 9        (The DVD/audio was played.)

10   BY MR. SMITH:

11        Q.    And that's the cars that they just walked by,

12   right?

13        A.    Correct.

14        Q.    Their own vehicles.

15        (The DVD/audio was played.)

16              MR. SMITH:  Pause it.

17   BY MR. SMITH:

18        Q.    And so, it's raining, right?

19        A.    That's correct.

20              MR. SMITH:  Okay.  Go ahead.

21        (The DVD/audio was played.)

22   BY MR. SMITH:

23        Q.    Okay.  So we see here on the left, that's

24   Ms. Batten, right?

25        A.    That's correct.
```

```
 1        Q.   And so, she's the one wearing the little tank top?

 2        A.   That's correct.

 3        Q.   So you can see her skin very easily?

 4        A.   Absolutely.

 5        Q.   And you do not pick up that skin on the CCTV,

 6   right?

 7        A.   Correct.  Yeah.  Multiple of these individuals are

 8   now not as covered as what you see as the subject on the

 9   initial CCTV footage.

10        Q.   Like what we saw with Baumann when he's right next

11   to Evetts breaking the camera?

12        A.   Correct.

13             MR. SMITH:  All right.  Go ahead.

14        (The DVD/audio was played.)

15             MR. SMITH:  Pause it.

16   BY MR. SMITH:

17        Q.   So what does the cop ask?

18        A.   "Where are you-all coming from?"

19        Q.   And what's Ines Soto's response?

20        A.   "Just walking."

21        Q.   All right.  And this, of course, this is six

22   minutes after the officer has been shot, right after they

23   were right next to Song when Song shot the cop?

24        A.   Correct.

25             MR. SMITH:  Okay.  Go ahead.
```

```
 1              (The DVD/audio was played.)

 2   BY MR. SMITH:

 3       Q.    You can kind of see Rueda kind of covered still in

 4   black, right?

 5       A.    That's correct.

 6       Q.    Wearing that backpack?

 7       A.    Yes.

 8       Q.    And then you can see, that's Soto's backpack right

 9   there?

10       A.    Correct.

11       Q.    And then before that, we saw the little purse that

12   Batten was carrying?

13       A.    That's correct, yeah.  Through the body-worn

14   camera, we were able to attribute several of the evidence

15   items that were recovered at the scene.

16       Q.    And there's Elizabeth Soto right there, right next

17   to her husband, right?

18       A.    Correct.

19       Q.    And there's Mr. Sikes right next to them all?

20       A.    Correct.

21       Q.    On the far left.

22              MR. SMITH:  All right.  Go ahead and push play.

23       (The DVD/audio was played.)

24   BY MR. SMITH:

25       Q.    Now, these individuals, they're not saying
```

```
 1    anything.  They're not just saying, "Hey, we just saw
 2    somebody get shot."  "We were part of some protest."  "We
 3    were part of this or that."  They don't say anything, right?
 4         A.   Yeah, they're acting very nonchalant to what would
 5    normally be a tense encounter for any normal subject.
 6         Q.   Okay.  And we know that -- we know for a fact that
 7    Ines Soto has four IFAKs on his back?
 8         A.   Correct.
 9         Q.   And Batten has one in her purse?
10         A.   Correct.
11         Q.   And none of them stop to render aid for that cop
12    that got shot?
13         A.   No, sir.
14              MR. SMITH:  All right.  Go ahead.
15         (The DVD/audio was played.)
16              MR. SMITH:  Pause it.
17    BY MR. SMITH:
18         Q.   So we hear multiple individuals say what?
19         A.   "I do not consent to a search."
20         Q.   Okay.  So Elizabeth Soto says it, Batten says it,
21    Sikes says it, Maricela says it, and Ines says it?
22         A.   I believe so, yes.
23         Q.   Okay.  They're all kind of almost chanting the
24    same thing?
25         A.   Yes, all just using the same wording.
```

```
 1          Q.   Okay.  "I do not consent.  I do not consent"?

 2          A.   Correct.

 3               MR. SMITH:  All right.  Go ahead.

 4          (The DVD/audio was played.)

 5     BY MR. SMITH:

 6          Q.   So, obviously, they're making a probable cause

 7     search based on the shooting, right?

 8          A.   That's correct.

 9          Q.   And, obviously, they did not give consent for the

10     search, right?

11          A.   Correct.

12          (The DVD/audio was played.)

13               MR. SMITH:  Okay.  Pause it there.

14     BY MR. SMITH:

15          Q.   So now we know -- or now the local cops know that

16     this was a cell, a part of the attack, right?

17          A.   Correct.

18          Q.   They recovered a gun and they recover a bunch of

19     other stuff that we've already seen?

20          A.   Correct.

21          Q.   The IFAKs, the black clothing, hiding the

22     identities, all that sort of thing?

23          A.   Correct.

24          Q.   All right.  So that's five.  We know that Morris

25     tried to escape but he was detained, right?
```

127

```
 1          A.   Correct.

 2          Q.   Now, we know Arnold does escape successfully?

 3          A.   We do know that, yes.

 4          Q.   All right.  And we know that he was there shooting

 5     off fireworks with the group?

 6          A.   Correct.

 7          MR. SMITH:  Okay.  Let's go to the next slide.

 8     BY MR. SMITH:

 9          Q.   So this is a -- some of the pictures taken from

10     Rueda's cell phone; is that right?

11          A.   That's correct.

12          Q.   And this is kind of some garb that she had taken a

13     selfie with from her phone?

14          A.   Correct.

15          Q.   And this individual on her right is wearing this

16     bandanna, and what does it say there?

17          A.   Similar language that those individuals were

18     using.  "I don't talk to cops.  I do not consent to a

19     search."

20          Q.   Okay.  So that's kind of something that --

21     "Abolish the police."  You know, "Blue lives don't matter."

22     "All cops are bastards."  "I do not consent."

23          More of the same, kind of in realtime we see that

24     used by this group?

25          A.   It's shared terminology that these individuals
```

1      that adhere to this ideology use.

2          Q.   So they've obviously talked.  They've always had a

3      prepared reaction, right?

4          A.   Correct.

5          Q.   To interaction with law enforcement?

6          A.   Correct.

7          Q.   And they got caught before they get away?

8          A.   Correct.

9              MR. SMITH:  Already.  Next slide.

10     BY MR. SMITH:

11         Q.   We already talked about this a little bit.  A few

12     of these individuals.  I think maybe Mr. Soto had a phone on

13     him but it was powered off?

14         A.   That's correct.

15         Q.   Sikes had one on him, but it was powered off; is

16     that right?

17         A.   Sikes had a phone inside of a Faraday bag in his

18     vehicle.

19         Q.   All right.  And then, Batten didn't have an ID.

20     Soto -- Elizabeth Soto didn't have an ID?  Those sort of

21     things?

22         A.   Correct.  Yeah.  So most of these individuals were

23     not carrying a cell phone or identification on their

24     persons.

25         Q.   And then, Mr. Arnold's identification was in

1    Mr. Morris' van?

2        A.    That's correct.  Social security card and a

3    wallet -- inside of a wallet.

4        Q.    Okay.  So that indicates that he, that is

5    Mr. Arnold, rode with Mr. Morris?

6        A.    Yes.

7        Q.    And that would make sense, right, because they

8    live in the same residence?

9        A.    Correct.

10        Q.    But he was able to get away?

11        A.    Correct.

12        Q.    Evetts, he was able to exfil to get away, going

13    the other way, going on South, right?

14        A.    Correct.

15        Q.    And he was intercepted about two miles down the

16    road, right?

17        A.    Yes.

18        Q.    And what does he say when asked about where he's

19    been, what was he doing, that sort of thing?

20        A.    Same thing.  Just kind of walking away.  Just not

21    giving a lot of explanation.

22        Q.    He said he didn't know where he had been, right?

23        A.    Right.

24        Q.    Something like that?

25        A.    Right.

1          Q.   All right.

2               MR. SMITH:  All right.  Next slide.

3   BY MR. SMITH:

4          Q.   Okay.  So we talked a little bit about Song's

5   extraction, but I don't think we ever discussed, like, where

6   he was hiding and the like.  So let's go back to the map.

7               MR. SMITH:  About five slides back.  One more.

8   There you go.  Okay.

9   BY MR. SMITH:

10         Q.   So we know, right, that when the -- when officers

11  showed up, that they deployed -- most of them were deployed

12  right around here in this highlighted area; is that right --

13         A.   That's correct.

14         Q.   -- and on the initial scene?

15              And we knew that -- we know that a drone was

16  deployed?

17         A.   Yes.

18         Q.   And the drone went where?

19         A.   It primarily stayed near the detention center.  So

20  kind of to the north and to the west of the detention

21  center, in that area.  But it did not cover the area on the

22  west side of that neighborhood towards Burnett and

23  Tanglewood.

24         Q.   I think you meant to say east.

25              So --

1          A.    Right.

2          Q.    -- the drone operator went north and east, right?

3          A.    Correct.

4          Q.    Okay.

5          A.    Correct.

6          Q.    And that drone was operating with thermal and

7    infrared as well?

8          A.    That's our understanding, yes.

9          Q.    And did not pick up any bodies that could have

10   escaped in that direction?

11         A.    No, sir.

12         Q.    But we know that everybody escaped to the south

13   and west, right?

14         A.    Yes.  All signs showed that the individuals fled

15   either down Tanglewood or Wildwood, towards that direction.

16         Q.    So Evetts would have fled first going south

17   towards 67, right?

18         A.    Correct.

19         Q.    More or less?

20               We know Song hid out in and around this tree line,

21   right?

22         A.    Correct.  Yeah.  There's what was -- we it call a

23   sunflower field is what supposedly he was hiding out in.

24   Tall brush, tall sunflowers to hide in.

25         Q.    That's to the west of the facility, right?

1          A.    That's correct.

2          Q.    Now, what do we know about the articles of -- the

3     items -- the kit, if you will, that was littered along this

4     path?

5          A.    Yeah.  So it would make sense, so where Song

6     conducted the shooting near the facility on Sunflower, down

7     Tanglewood, we discover not only the rifle, but we also

8     discovered a mask with -- that came back DNA positive to

9     Mr. Song that was also located near the rifle.

10          And additionally, the backpack with additional

11     items also there.  So it would leave one to believe that

12     Song fled from the direction of Sunflower, down Tanglewood,

13     towards Burnett, towards that open field.

14          Q.    So the rifle was recovered right about here, more

15     or less?

16          A.    Correct.

17          Q.    Then the mask, then the backpack, in that kind of

18     sequence?

19          A.    Approximately, yeah.

20          Q.    More or less, right?

21          A.    More or less.

22          Q.    And then Song would have kind of exfilled to the

23     north for just a little bit and hid in that -- and hid in

24     that bush -- hid in those bushes?

25          A.    That's -- yes.  And we do know that Mr. Song did

```
 1    have a cell phone on him too that, we believe, taken in and

 2    out of a Faraday bag and cell phone pings kind of put him in

 3    the vicinity of that area.

 4         Q.   So after the fact, after the shooting, law

 5    enforcement starts pinging -- we ping all of these phones,

 6    right?

 7         A.   Correct.

 8         Q.   Whatever phones we can -- whatever phones numbers

 9    we can associate to any individual?

10         A.   Correct.

11         Q.   We learn later that we have sporadic updates from

12    Mr. Song's phone in and around this tree line?

13         A.   That's correct.

14         Q.   And so, he would have hid there overnight,

15    powering it on and off, texting or whatever, communicating

16    with people over Signal to come get him?

17         A.   Yeah.  We now know he was communicating with

18    Lynette Sharp.

19         Q.   So describe that process for us.

20         A.   So, again, we believe that he was occasionally

21    either powering on his phone, taking his phone out of a

22    Faraday bag and through Signal, starting to communicate,

23    trying to facilitate his escape or extraction from that

24    area.

25         Q.   And what do we know from various cooperators and
```

```
 1   the like of what happens over the next eight or so days as
 2   it relates to Mr. Song?
 3        A.   So, yeah, so we know that a group, kind of
 4   initially led by Sharp, organized, met at a Days Inn Hotel
 5   in Cleburne, kind of created a plan about where they were
 6   going to go.
 7             We know the next day they met at a Murphy gas
 8   station.  A couple individuals talked about what was going
 9   on and how they may -- what areas they may try to pick Song
10   up at.
11             And then under the concealment of night, that
12   evening, Sharp and John Thomas together, rode together,
13   picked up Song, who had, through their words, crawled over a
14   long distance and was picked up near what we believe is the
15   Alvarado Truck Repair Center.
16        Q.   So Song is hiding in and around this highlighted
17   area for 24 hours?
18        A.   Correct.
19        Q.   Through the whole day, then he starts to work his
20   way down here, more or less on his stomach, all the way
21   until right about here, is that right, more or less?
22        A.   Correct.
23        Q.   And then he's extracted by some of his
24   conspirators.  And then what happens?
25        A.   So, yeah, once his extraction occurred, he was
```

1    then taken to an apartment of an unaffiliated person.  One

2    of the individuals that helped extract him was supposedly

3    cat sitting at this empty apartment at the time.

4            He was held there for approximately 24 to 48 hours

5    before he was once again moved from that location and

6    transferred into the possession of Rebecca Morgan who then

7    took him back to his -- to her apartment.

8        Q.    And Morgan holds him for about four days, more or

9    less?

10       A.    I believe.  Maybe even longer than four days.

11       Q.    And we've already talked about that?

12       A.    Correct.

13       Q.    Okay.  So we've talked about multiple different

14   extractions, multiple different routes.  And this was kind

15   of echoed, right, in these messages about having a plan,

16   sticking to it, having your own plan about how to get away?

17       A.    Correct.  And the individuals that didn't

18   participate, offering their assistance if needed.

19       Q.    Right.  Right.

20           So the only person that we haven't accounted for

21   as far as extraction goes is Baumann.  So he's arrested

22   approximately 20 minutes after the Soto group, right?

23       A.    That's correct.

24       Q.    And he's more or less arrested right about here?

25       A.    Yes.  On Wildwood, correct.

1    Q.    And he is dressed similarly to what we saw in the

2    camera.  And he has the things you've already discussed?

3    A.    Correct.

4    Q.    So that would have occurred approximately 30 to

5    40 minutes after the shooting?

6    A.    Yeah.  Approximately, yes.

7    Q.    More or less?

8    A.    Yes.

9    Q.    And, of course, all the -- so the major police

10   presence is right around here, right?

11   A.    Correct.

12   Q.    More or less?

13   A.    Yes.

14   Q.    At the intersection of Sunflower and Tanglewood

15   and then right around here at Burnett?

16   A.    Right.  Where all the other subject vehicles were

17   located.

18   Q.    Okay.  Now, the same unit that searched the bags

19   that we just saw, we saw the -- right after this clip,

20   there's a search of bags and all this stuff is found.  That

21   same unit, then, breaks off and goes down Wildwood, right?

22   A.    Correct.  There's a two-officer unit, and they

23   decide once they were initially done with those -- handling

24   those initial subjects they encountered, they were going to

25   canvas the area for me.  And while driving down Wildwood,

137

 1    they encountered Mr. Baumann.

 2         Q.   So they drive down -- they drive down Wildwood to

 3    about right here in the middle of Wildwood, more or less?

 4    That's when they encounter Mr. Baumann?

 5         A.   Correct.

 6         Q.   Which would have been 30 to 40 minutes after the

 7    shooting?

 8         A.   More or less, correct.

 9         Q.   After Morris has been arrested, correct?

10         A.   Correct.

11         Q.   After the Soto group has been arrested?

12         A.   Correct.

13         Q.   And after Arnold has exfilled, Song's exfilled,

14    and Evetts has exfilled, right?

15         A.   Right.

16         Q.   All right.  So he's the last one?

17         A.   More or less, yes.

18         Q.   So he had to have been just hanging out casually

19    in one of these yards, right?

20         A.   It would lead one to believe that he was either

21    hiding until he decided to start moving again.

22         Q.   Okay.  And then, he's taken into custody, walking

23    nonchalantly.  Similar to these other guys, right?

24         A.   Correct.

25         Q.   All right.  I think we've covered everybody's

```
 1    arrest and extraction.

 2              MR. SMITH:  May I have just a moment, Your Honor?

 3              THE COURT:  You may.

 4              MR. SMITH:  That's it, Your Honor.

 5              THE COURT:  All right.  Let's begin

 6    cross-examination.

 7              That was a little more detailed than we always get

 8    in preliminary hearings.  So I'm going to ask the defense to

 9    remember this is not a discovery hearing.  You will get

10    discovery.

11              But you are allowed to probe the strengths as a

12    factor, I guess, for probable cause and detention.  Keep

13    that in mind.  And let's try not to overlap what another

14    defense counsel may have already asked and replow ground.

15              Mr. Cofer --

16              MR. COFER:  Thank you.

17              THE COURT:  -- are you prepared at this time?

18                        CROSS-EXAMINATION

19    BY MR. COFER:

20       Q.   Agent, you testified a fair amount about your

21    understanding of Antifa --

22              THE COURT:  Mr. Cofer, I'm sorry, I'm going to ask

23    you to go to the podium just for today, if that's all right.

24              MR. COFER:  No problem.

25              THE COURT:  If that won't throw you there?
```

 1                MR. COFER:  Then Mr. Luster won't be able to tell

 2    me what to say.

 3                THE COURT:  Yeah.  Well, that's your own bonus.

 4                MR. COFER:  That's all right.

 5                THE COURT:  And, Mr. Luster, you may approach him

 6    if you need to.

 7                MR. LUSTER:  Thank you, Your Honor.

 8    BY MR. COFER:

 9        Q.    Agent, you testified a good amount about your

10    understanding of Antifa, EGBC, and SRA.  Can you tell me

11    about your training and education related to those

12    identifiers?

13        A.    Absolutely.  So under the FBI, we would classify

14    Antifa to fall under what some of our threat matrixes, what

15    we would normally say is either anarchists, violent

16    extremism, or antigovernment/antiauthority violent

17    extremism.  Antifa would fall under the umbrella of those

18    identifiers.

19        Q.    You said earlier that it's not an organized,

20    cohesive organization.  It's just a way of thinking or

21    philosophy?

22        A.    Generally, that's my understanding is that Antifa

23    does not have a formal leadership or organization.

24        Q.    It stands for antifascist?

25        A.    Yes, sir.

1    Q.    What's a fascist?

2    A.    Again, fascism is someone that's authoritarian.

3  Someone that's -- a dictatorship, if you may.

4    Q.    Okay.  Particularly right wing?

5    A.    Particularly -- you could say right wing.

6    Q.    And so, the three different groups that you had

7  everyone labeled as, how did you determine their membership

8  in those groups?

9         What were you looking for to say this person's

10  Antifa, this person is SRA, and so forth?

11    A.    We had information from various sources, either by

12  the evidence obtained through our searches or through our

13  cooperating defendants that actually identified those people

14  as having those ideals or beliefs.

15    Q.    So during the course of your investigation, if you

16  found something during a search like at someone's home that

17  connected them to one of these groups, then you might label

18  them as being a part of one of these groups?

19    A.    Correct.

20    Q.    Or if you spoke to one of the cooperating

21  defendants or other sources and they indicated that one of

22  the defendants was in one of these groups or part of one of

23  these groups, then you would label them as being a part of

24  that group?

25    A.    Correct.

1     Q.    Okay.  And so, you conducted a fair amount of

2     investigation in identifying and labeling the different

3     defendants in the appropriate groups?

4     A.    Correct.

5     Q.    Now, we saw a lot of pictures of weapons and

6     discussions about peaceful protests.  Protesting with

7     firearms or weapons, that's not uncommon in the United

8     States, is it?

9     A.    I wouldn't say that it's common or uncommon.

10    Q.    It became much more common during the years 2020,

11    2021, 2022, didn't it?

12    A.    I can't testify if it's common or not.

13    Q.    Do you have some training and background in

14    different groups, I guess, you know, armed militant-type

15    groups?

16    A.    Yes, I have training.

17    Q.    Okay.  Do any of those include groups that

18    associate with the right wing?

19    A.    I wouldn't deem -- what would you identify as

20    right wing?

21    Q.    Well, for instance, it became very common from

22    2020 for a few years for "Stop the Steal" protests to have

23    armed participants; isn't that right?

24    A.    I'm not knowledgeable about that particular group.

25    Q.    Do you own a television?

 1          A.   Yes, sir.

 2               MR. SMITH:  Objection, Judge.  This is getting

 3     argumentative.

 4               THE COURT:  Yeah.  Mr. Cofer, let's not do that.

 5     Come on.

 6     BY MR. COFER:

 7          Q.   It's not illegal to protest holding a firearm, is

 8     it?

 9          A.   It depends on where they're located at, sir.

10          Q.   So protesting and a firearm, though, that's not an

11     offense?

12          A.   In the context of this event, it wasn't a protest.

13     It was an attack.

14          Q.   I asked you, protesting with a firearm, is that a

15     crime?

16          A.   Again, in particular context, it may not be a

17     crime.

18          Q.   Protests are often at government facilities; is

19     that right?

20          A.   They do occur at government facilities, yes.

21          Q.   And in that time period I was talking about

22     earlier, the 2020 and so forth, a lot of protests happened

23     at government facilities, specifically legislative houses,

24     right?

25          A.   Potentially.  Again, I don't track previous

```
 1    protests of where they occurred and when they occurred.

 2         Q.   When did you begin tracking protests and the

 3    activities of those protests?

 4         A.   I don't track those activities.  I'm only involved

 5    with this particular case.

 6         Q.   Now, at protests, sometimes they can begin

 7    peaceful and become violent, right?

 8         A.   There's been occasions where that has happened,

 9    yes.

10         Q.   They can start as peaceful and then violence can

11    occur because of interaction with law enforcement, right?

12         A.   Because of interaction with law enforcement?

13         Q.   Yes.

14         A.   I would say the interaction of the protestors

15    would cause --

16         Q.   The protesters interacting with whom?

17         A.   I would say that at any protest, it would be the

18    protestors increasing the hostility or the violence towards

19    law enforcement.

20         Q.   Okay.  So peaceful protests sometimes become

21    violent when the protestors interact with law enforcement?

22         A.   Yes.  There's occasions where that's happened.

23         Q.   And so, it can be a risk for a protestor to be

24    injured or killed by law enforcement?

25         A.   I don't think that -- I wouldn't say it would be a
```

Zoie Williams, RMR, RDR, FCRR
United States District Court
(817)850-6630

1    risk.

2         Q.    You're telling me that it's your opinion that it

3    is not a risk for someone that is out protesting in the

4    presence of law enforcement, for that person to be injured

5    or killed by law enforcement?

6         A.    A person peacefully protesting, I would say

7    there's no risk to be killed by law enforcement.

8         Q.    There are also risks related to non-law

9    enforcement such as counterprotestors; is that right?

10        A.    I would say there is a risk for a

11   counterprotestor.

12        Q.    For instance, during the George Floyd protests,

13   there were over 100 instances of someone driving their car

14   into the protest crowd.  Are you aware of that?

15        A.    No, sir.

16        Q.    The counterprotestors can be a risk of violence to

17   the protestors?

18        A.    I think there are examples of counterprotesting,

19   yes, becoming violent.

20        Q.    And so, someone that arms themselves and protects

21   themselves, it could be reasonable that they do that to

22   mitigate or protect against the risk of counterprotestors or

23   other violence?

24        A.    I wouldn't call it reasonable.

25        Q.    I'm sorry?

1    A.    I wouldn't call it reasonable.

2    Q.    And so, if someone is attacking a group of

3  protestors, do they have the right to defend themselves?

4    A.    It's going to be situational.

5    Q.    So it would be your opinion that, if law

6  enforcement attacked a group of protestors, that those

7  protestors would not have the right to defend themselves?

8    A.    Law enforcement does not attack protestors.

9    Q.    Just as a blanket, you feel confident in that

10  assessment, that law enforcement never attacked protestors?

11    A.    Absolutely.

12    Q.    And if a group of protestors are attacked by

13  counterprotestors, do they have a right to defend

14  themselves?

15    A.    Potentially, yes.

16    Q.    And so, a weapon, such as the weapons seized in

17  this case, they can be used for defense; is that right?

18    A.    Potentially, yes.

19    Q.    You gave us a lot of detail, but I want to get a

20  few more details.  I want the idea of the timeline.

21         What time did the group arrive outside of the

22  detention center?

23    A.    I believe it's approximately an hour or 45 minutes

24  prior to when the shooting occurred.

25    Q.    And how did you arrive at that time -- that time

1    calculation?

2        A.    Just examination of closed-circuit television and

3    of what we've seen of the footage that we've recovered from

4    Prairieland.

5        Q.    And from the time that they arrive until the 911

6    call, about how long was that?

7        A.    Again, I believe the 911 call occurred

8    approximately maybe five minutes before the first responding

9    officer arrived on scene.

10        Q.    And so, between the time of the arrival and the

11    911 call, there were fireworks that were discharged; is that

12    right?

13        A.    Correct.

14        Q.    And there was noise from a bullhorn or whatever?

15        A.    Correct.

16        Q.    And there was graffiti and property damage?

17        A.    Correct.

18        Q.    Some of the people that were out there that

19    evening had an intention to engage in other acts than

20    violence.  Would that be fair to say?

21        A.    I would say every person out there had the

22    knowledge of the risk of violence.

23        Q.    Knowledge of the risk of violence?

24        A.    Correct.

25        Q.    Right.  And so, perhaps why they had guns and

1    other defensive elements; is that right?

2         A.   I can't say why they would bring guns, other than

3    their actions were not to protest.  This was an attack.

4         Q.   In any event, going back, people were there to

5    make noise and shoot fireworks, do things other than commit

6    acts of violence?

7         A.   I would not say that.

8         Q.   So there was no one there that shot off fireworks?

9         A.   There were people that had shot off fireworks.

10        Q.   They brought the fireworks with them?

11        A.   Yes.

12        Q.   So they intended to go there and shoot off

13   fireworks?

14        A.   Partially.

15        Q.   And they brought a bullhorn with them?

16        A.   Correct.

17        Q.   And they were talking loudly through that?

18        A.   Correct.

19        Q.   And there was graffiti?

20        A.   Correct.

21        Q.   So there were activities other than the shootings?

22        A.   Correct.

23        Q.   And so, you have the 911 call and you have

24   Lieutenant Gross, who was the first law enforcement on the

25   scene; is that right?

1       A.   Yes, sir.

2       Q.   And then what was the delay for other law

3  enforcement?

4            How long until other law enforcement was on-scene?

5       A.   I wouldn't call it there was a delay.  He was

6  immediately -- I mean, right behind him was a fire marshal

7  that was seen on video responding to Officer Gross almost at

8  the exact same time.  And then other units had already been

9  dispatched and were responding from the initial 911 call.

10      Q.   Is there any indication about when the last time

11  fireworks were discharged compared to when the 911 call or

12  when the shooting happened?

13      A.   I don't have that information.

14      Q.   Now, I want to overlay Autumn Hill's timeline.

15           Now, you have been referring to Autumn Hill as

16  Mr. Arnold.  You know that's the same person?

17      A.   Correct.

18      Q.   Okay.  And so, if I say, "Ms. Hill," you will know

19  who I'm talking about?

20      A.   Yes, sir.

21      Q.   All right.  And so, do we know when Ms. Hill

22  arrived at the detention facility?

23      A.   Yeah.  We believe that Ms. Hill arrived with

24  several of these other individuals believed to be in Meaghan

25  Morris' or Bradford Morris' vehicle.

1     Q.   And you believe that from what information?

2     A.   A search of the vehicle revealed a wallet with

3  Mr. Arnold's social security card and wallet inside the

4  vehicle.

5     Q.   And so, the presence of the wallet in Morris'

6  vehicle is why you think Ms. Hill was there at the same time

7  as these people?

8     A.   That's only one of the factors.  Cooperating

9  defendants also place Mr. Arnold there as well.

10     Q.   Okay.  And so, tell us about that information.

11     A.   What would you like to know?

12     Q.   I would like to know what the cooperating

13  defendants or whomever said to you about when Ms. Hill

14  arrived.

15     A.   Just -- they didn't say anything about when they

16  arrived.  Just know that they were there at the scene when

17  they were encountered and participated in the action of

18  setting off fireworks.

19     Q.   So they just indicated that Ms. Hill was present

20  at the scene?

21     A.   And participated with the fireworks.

22     Q.   Participated with the fireworks.

23          Did they tell you about where Ms. Hill was in

24  proximity to Song?

25     A.   No.

1        Q.   Did Song and Ms. Hill ride out there together?

2        A.   That's unclear.

3        Q.   When did Ms. Hill leave the detention center?

4        A.   It's unclear.

5        Q.   And so, we don't know whether Ms. Hill left before

6   the 911 call, do we?

7        A.   No, sir.

8        Q.   It would make sense that, if Ms. Hill were staying

9   with Morris and the others and they got into a car and they

10   left and they were stopped, Ms. Hill had stayed with them,

11   that Ms. Hill would have been in that car?

12        A.   Not necessarily.

13        Q.   Well, it would certainly make it more likely?

14        A.   I can't say it would be more likely.

15        Q.   Okay.  In any event, you have no notion of whether

16   Ms. Hill was present for the shootings?

17        A.   No, sir.

18        Q.   Did you ever see Ms. Hill on any of the

19   closed-circuit television?

20        A.   You're not able to identify many of the members on

21   the closed-circuit television due to them all being in black

22   bloc clothing.

23        Q.   And so, were you able to identify Ms. Hill on the

24   closed-circuit television?

25        A.   No, sir.

1      Q.   You spoke earlier about a gear check meeting.

2      A.   Correct.

3      Q.   Do you remember?

4      A.   Yes, sir.

5      Q.   What day was that on?

6      A.   July 3rd.

7      Q.   July 3rd.

8           And the information you have about that meeting is

9    from some cooperating defendants?

10     A.   And as well as the Signal messaging mentioning the

11   gear check.

12     Q.   And so, as far as what happened at that meeting,

13   did your cooperating defendants tell you that they discussed

14   murdering -- excuse me, my mouth's getting dry -- any

15   corrections officers or law enforcement?

16     A.   I do not have that information.  No, sir.

17     Q.   Do you know what was discussed at the meeting?

18     A.   I know some of the items that were discussed, yes.

19     Q.   What were they?

20     A.   Again, what items they would be bringing, what

21   they would be wearing, would they be bringing rifles.

22     Q.   Okay.  But as far as you know, nothing about

23   killing anybody?

24     A.   I do not have knowledge of that, no.

25     Q.   Now, in those -- well, sorry.  Go back.

```
 1              You indicated that Ms. Hill's DNA cannot be

 2    excluded from an AR's platform; is that right?

 3         A.   I believe so.

 4         Q.   Which AR?

 5         A.   I would have to look at the evidence.  We have

 6    tracking of all the items that were associated and ARs that

 7    were obtained from the scene.

 8         Q.   Certainly not the one that Mr. Song used for the

 9    shooting?

10         A.   I can neither confirm nor deny which one is which

11    at this time.

12         Q.   Do you know whether it was an AR from the scene or

13    an AR that was recovered at an apartment later?

14         A.   I don't off the top of my head know which

15    particular AR.

16         Q.   So the fact Ms. Hill's DNA can't be excluded from

17    some AR, we don't have any idea of the location that that AR

18    was recovered?

19         A.   No, we know the locations of where the ARs were

20    recovered.  I'm telling you I can't specifically, at this

21    moment, tell you which AR, where it was located at that

22    scene.

23         Q.   So we don't know if the AR in which you may or may

24    not have Ms. Hill's DNA was even taken to Prairieland

25    Detention Center?
```

1      A.   No, it would have been taken from one of the ARs

2  at the scene of Prairieland.

3      Q.   So it was at the scene, not at an apartment?

4      A.   Correct.  The DNA -- the DNA that was collected on

5  the firearms was either at -- was on the scene of

6  Prairieland, not from any of the residences.

7      Q.   Okay.  Who collected the DNA?

8      A.   That was taken -- it was processed by the Texas

9  Department of Public Safety Crime Lab.

10      Q.   It was processed by the crime lab, you said?

11      A.   Correct.

12      Q.   Okay.  Who did the swabbing or the collection of

13  the DNA?

14      A.   I believe that was either with the Texas Rangers

15  or the Johnson County crime scene investigators.

16      Q.   And was that swabbing or collection of the DNA,

17  was it done on the scene or after the weapons were removed?

18      A.   I'm not aware of that off the top of my head.

19      Q.   On the AR where Ms. Hill's DNA may have been

20  found, was there anybody else's DNA on that AR?

21      A.   I'm not specific on that particular AR who else

22  might have been on that particular item.

23      Q.   Like, for instance, someone that may have, you

24  know, been in contact with Ms. Hill quite a lot?

25           Those people were out there, weren't they?

154

1          A.   Correct.

2          Q.   Do you know whether the AR was broken down or

3    whether it was put together?

4          A.   The only broken-down AR was the one that was in

5    the backpack.

6          Q.   But we don't know if it was that one or another

7    one?

8          A.   I can't confirm or deny which particular one it

9    is.

10          Q.   All right.  Now, the Signal chats, Signal is not

11    an application that is used just for these kinds of groups,

12    right?

13          A.   No.  It's available for any person to download.

14          Q.   And it's a pretty popular application, correct?

15          A.   I can't speak to its popularity.

16          Q.   Government officials sometimes use it, don't they?

17          A.   I'm not aware of any government officials that use

18    it.

19          Q.   Well, in any event, it is widely available in the

20    App Store and that sort of thing?

21          A.   I believe so, yes.

22          Q.   Okay.  Now, you testified a lot about what groups

23    think, what these groups think and their motivations earlier

24    when you were answering Mr. Smith's questions, didn't you?

25          A.   I spoke to the mind -- the ideology that this

1   group has shown.

2       Q.   In the Signal chat, there are people expressing

3   disagreements about their feelings related to taking risks

4   and safety and that sort of thing, aren't there?

5       A.   Correct.

6       Q.   Actually, someone you mentioned earlier used a

7   pejorative in their group, a pejorative of "You're acting

8   like a yellow vest"?

9       A.   Correct.

10      Q.   Meaning, you're being too concerned with safety

11  and risk; you're sort of being a party pooper?

12      A.   I would take it like that, yes, sir.

13      Q.   Sure.  And so, not all of the people in this

14  Signal chat have the same view of risk, violence, and

15  safety?

16      A.   I can't speak to what everyone's view was in that

17  chat.

18      Q.   Fair enough.

19           Do you have any evidence that Autumn Hill

20  specifically helped Song in any regard?

21      A.   Can you elaborate more on how you would say help?

22      Q.   Well, I mean aid or abet?

23      A.   I think by participating in the attack with

24  Mr. Song would be helping him.

25      Q.   And so, how did Ms. Hill participate in the

1    attack?

2         A.   With the presence, with -- showing up in black

3    bloc -- showing up and shooting off fireworks into the

4    facility, participating in this group that had organized

5    themselves, had planned, had prepared, had brought weapons,

6    body armor, medical kits.

7         Q.   So presence, preparation.

8              Now, I didn't see anything in the Signal chats

9    about someone going out there and killing anybody.  Did you?

10        A.   No, sir.

11        Q.   And we don't know what was said in the gear check

12   meeting.

13             And do you have any communications of Ms. Hill,

14   where she has talked about her desire or plan to kill

15   anybody?

16        A.   No, sir.

17        Q.   When was she arrested?

18        A.   The following day at her residence.

19        Q.   So not on scene?

20        A.   Correct.

21             MR. COFER:  Pass the witness.

22             THE COURT:  Did you pass the witness?

23             MR. COFER:  Pass the witness.

24             THE COURT:  Oh, I'm sorry.  I didn't hear you.

25             Who's next?  Mr. Florey?

1          MR. FLOREY:  Yes.

2          THE COURT:  You may proceed, Counsel.

3                    CROSS-EXAMINATION

4    BY MR. FLOREY:

5      Q.   Good afternoon.

6      A.   Afternoon, sir.

7      Q.   My name's Ben Florey.  I'll ask some questions.  I

8    represent Mr. Baumann.

9      A.   Yes, sir.

10     Q.   Baumann.

11          If you can't understand my question, please just

12    say, "Hey, ask it again," and we'll get it straight.  I just

13    want to make sure we communicate well.

14     A.   Yes, sir.  Thank you.

15     Q.   All right.  Now, you're the case agent here?

16     A.   Correct.

17     Q.   And you've read all the offense reports and

18    reports of all the police officers that were involved?

19     A.   Yeah.  I can't say I read everything, but I've

20    read a majority.

21     Q.   What?

22     A.   I can't say I've read every single piece of item,

23    but I've read a majority of the items.

24     Q.   All right.  Let me ask you about the chats that my

25    client was involved in.

1      Would it be fair to characterize that all of the

2  chats he put together were warnings and admonitions of, the

3  police are going to do this, they're going to do that, be

4  careful?

5      A.   I wouldn't call them warnings.  I think it was

6  just discussing the risk involved with what they were doing,

7  yeah.

8      Q.   Did he propose any action that needed to be done?

9  Did he give instructions?

10      A.   I don't recall off the -- right now.

11      Q.   Isn't there also a chat that we haven't seen here

12  from one of the other chapters that told him, basically, if

13  you're so concerned about safety, why don't you show up

14  wearing a yellow vest?

15      A.   Correct.  I'm aware of that one.  Yes, sir.

16      Q.   You're aware of that one?

17      A.   Yes, sir.

18      Q.   We haven't seen that one on, have we, on the

19  display?

20      A.   Yeah, I can't recall if this was on it, but I am

21  aware of that particular message, yes.

22      Q.   And in your interviews with the cooperating

23  individuals or any of the ones that didn't cooperate, did

24  any of them indicate that they had met my client before that

25  evening?

 1        A.   I'm not aware of anyone that met him beforehand.

 2        Q.   Or had been involved with him in any other

 3   activity before the chats?

 4        A.   I'm not -- I'm not sure at this time if there was

 5   other involvement that he participated with any of these

 6   individuals.

 7        Q.   But you wouldn't dispute the proposition that he

 8   had never been with this group of people before and that he

 9   had never chatted with them before?

10        A.   I can neither confirm nor deny that.

11        Q.   And do you know how long he had been in this chat

12   room?

13             I don't know how this works.  Maybe you can

14   explain it, but --

15        A.   Yeah.  I think the data that we extracted, I don't

16   think it necessarily tells us the history of how long they

17   were a part of that particular chat.

18        Q.   But in its history, if there's any, there wasn't

19   anything that would be significant that would alarm you or

20   be significant to the case?

21        A.   I can't speak to what history there was before

22   what we extracted.

23        Q.   All right.  I think you mentioned that all the

24   phones involved had gone through an analysis and an

25   extraction; is that right?

1          A.   Yes.  Several of the -- just about every phone has

2    attempted to be forensically analyzed.

3          Q.   Would you put the microphone closer to you,

4    please.

5          A.   Yes, sir.

6          Q.   It's just my hearing.

7               You had his phone, did you do an extraction

8    download and location on that?

9          A.   I believe so.  Yes, sir.

10         Q.   And did it show anything at all?

11              What did it show, where he went to and where he

12   had come from, and where he supposedly was for that 20 or 40

13   minutes?

14         A.   I don't know the results of his particular

15   extraction off the top of my heed.

16         Q.   All right.  So you wouldn't be able to dispute

17   that he was just laying in the weeds, scared to death, for a

18   long time before he decided to say, "I want to go home"?

19         A.   I don't know what he was doing during that time

20   frame.

21         Q.   So, now, did you read the reports of the arrest --

22   arresting officers, one or two -- I think there may be two

23   officers -- two vehicles involved with his arrest?

24         A.   I believe -- I've talked with those officers and

25   seen the body-worn camera of that encounter.

1      Q.   All right.  You've seen the body cam.  We don't

2   have it here.  We haven't seen it?

3      A.   Correct.

4      Q.   We stopped short of that?

5      A.   Right.

6      Q.   Isn't it true that he complied with the directions

7   of the officers when they encountered him?

8           In fact, when he saw them, he stopped?

9      A.   I believe he obeyed the officers' commands, yes.

10     Q.   Didn't he go to the ground on his own, dropping

11  the phone off his backpack, away from him, so that he could

12  go to the ground?

13     A.   I'm not sure what he did with the phone, but I

14  know again he complied with the officers.

15     Q.   Before he was asked to go to the ground, he went

16  to the ground; isn't that correct?

17     A.   I believe so.

18     Q.   All right.  And subsequent to that, he was asked

19  about, where's your car?  How did you get here?  Correct?

20     A.   I can't speak to that off the top of my head.

21     Q.   But didn't he take the officers to his car and

22  show them that's his car and explain to them what was inside

23  of it so they wouldn't be concerned about anything dangerous

24  in there?

25     A.   I don't recall that particular fact at this time.

1          Q.   Did you find anything in your reading that there

2    was anything in his car that indicated that he had any

3    weapons, vests, first aid kits, anything at all?

4          A.   He did have a bag containing the spray paint that

5    was used to vandalize the vehicles.

6          Q.   In his backpack?

7          A.   Correct.

8          Q.   But not in his car?

9          A.   I do not believe so.  No, sir.

10         Q.   What else was in his backpack; do you recall?

11         A.   Other than the spray paint, I couldn't list off

12   the items that he had on him at this time.

13         Q.   Would you dispute probably nothing other than the

14   spent Roman Candles that he had been involved in with the

15   fireworks?

16         A.   Again, I can't speak to what else he had on him.

17         Q.   Now, the fireworks were kind of extraordinary to

18   do out in the country next to a detention center, but it was

19   the 4th of July, wasn't it?

20         A.   Yes, sir, it was the 4th of July.

21         Q.   Is it unusual for someone to shoot fireworks on

22   the 4th of July?

23         A.   At a federal facility, yes, it's unusual --

24         Q.   There's photo that we've seen, I think it's a

25   still, there could be a video that shows at one point, where

1    the government says that a source says, "There is

2    Mr. Baumann walking toward Mr. Song."  Do you recall --

3        A.   Running towards Mr. Song, correct.

4        Q.   Running towards Mr. Song.

5             And the timing of that was after Song had started

6    shooting, correct?

7        A.   It was in the same proximity time.  He was running

8    towards Mr. Song.  And right as he was in Mr. Song's

9    vicinity is when the shooting happened.

10        Q.   I'm sorry, what now?  Right when?

11        A.   Right when he approached the vicinity of which

12    Mr. Song was located, that is when the shootings began.

13        Q.   So you looked at that and it's your determination

14    that he actually reached Mr. Song before Song started

15    shooting?

16        A.   Yes, sir.

17        Q.   All right.  Now, I saw the pictures displayed here

18    today and there was, you explained it, a source had

19    identified an individual in that picture and that that

20    individual was my client; is that right?

21        A.   You would have to be more specific about which

22    picture.

23        Q.   I thought that was your testimony.  One of your

24    sources of information, a cooperating defendant perhaps, had

25    identified my client in a picture where he's walking towards

1    Mr. Song?

2       A.   I don't believe that was from a cooperating

3    defendant.  That was from the knowledge of watching the

4    closed-circuit television of where he was located while he

5    was vandalizing the vehicles, and then running away from

6    those officers approaching the location of where Mr. Song

7    was at.

8       Q.   He was running away?

9       A.   From the correctional officers.

10       Q.   All right.  Maybe we can look at the picture

11    again, but I could see nobody in that picture.  Did you have

12    a different way to look --

13       A.   Again, that is just a still shot and the actual

14    closed-circuit video, you clearly see somebody running

15    across.

16       Q.   Okay.  So who identified him as my client?

17       A.   He was identified just from the overall knowing of

18    the investigation of where he was at, where he was

19    participated in chase, we know that that was him, just in

20    proximity.

21       Q.   You're speculating that's him basically, aren't

22    you?

23       A.   No, sir.  It's not speculation.

24       Q.   Well, how many people were out there in the

25    parking lot?

1          A.    Two.

2          Q.    How do you know there was only two?

3          A.    Closed-circuit television.

4          Q.    Well, could the closed-circuit television not

5    capture everybody that's there?

6                The picture I've seen, it's pretty narrow.  It's

7    not wide angle?

8          A.    There are other closed-circuit televisions that

9    weren't presented today.

10         Q.    There were others?

11         A.    Correct.

12         Q.    When he was apprehended, did he have any guns on

13   him?

14         A.    I do not believe so.  No, sir.

15         Q.    Was he associated with any guns whatsoever as far

16   as you knew physically?

17         A.    I don't have knowledge of him being associated

18   with any of the guns.

19         Q.    Did any of the individuals who cooperated and

20   talked to you indicate that they had seen or known him

21   before this incident -- I'm sorry, I repeated that

22   question -- but just to make sure?

23         A.    Yeah, I am not aware of anyone that specifically

24   mentioned that.

25         Q.    He arrived and he was going to leave by himself;

1    is that right?

2         A.   I know he arrived, he had his vehicle.  I don't

3    know how he was planning on leaving.

4         Q.   When the officers arrested him, again, did he look

5    like he was glad to see an officer?

6         A.   I can't speak to his emotions and state when

7    encountering the officer.

8         Q.   Did you also read the statements of the detective

9    that was going to interview him at the police station?

10        A.   I wouldn't be able to recall those off the top of

11   my head at this time.

12        Q.   Then you wouldn't be able to let us know whether

13   or not at that time he was told that an officer got shot for

14   the first time when he found that out?

15        A.   Again, I can't say what he was told at that time.

16        Q.   And he had already asked for a lawyer?

17             And then he said, "No, I don't want a lawyer.  I

18   want to talk"?

19        A.   Yeah, I am not aware of that, sir.

20        Q.   So the only thing that ties him to the scene at

21   the time is the closed-circuit TVs there in the parking lot

22   where he's seen with his backpack?

23        A.   That's not the only thing that ties him to the

24   scene.  The spray paint ties him to the seen.

25        Q.   Louder, please.

1    A.    Again, the spray paint ties him to the scene.

2    Q.    Uh-huh.

3    A.    The results of the GSR analysis that was completed

4    ties him to scene.

5    Q.    You testified I think that there is some paper or

6    authority that says that they can tell that the GSR on my

7    client --

8          Where was it, again, on my client?  Was it on his

9    hand or his arm or where?

10    A.    I believe all the swabs were taken on the hands.

11    Q.    And I believe you testified that there is some

12    source or authority that told you and you repeated to us

13    here that there's no way to confuse firearm gunpowder with

14    fireworks gunpowder?

15    A.    Again, I'm not an expert in the chemistry behind

16    that.  I'm going off the report that was provided by the

17    Texas Crime Lab.

18    Q.    Does the crime lab report make an analysis based

19    on a comparison of the firework gunpowder?

20    A.    I think it will specify if the elements are from a

21    gunshot primer residue.

22    Q.    This is speculation also, correct?

23    A.    No.  That is what the report says.

24    Q.    It said what?

25    A.    The report does specifically mention whether the

1  gunshot residue was from gunshot primer.

2       Q.   Gunshot primer?

3       A.   Correct.

4       Q.   Was there anything in the report that said they

5  made an analysis as to whether or not it could have been

6  fireworks powder?

7       A.   There were other items in the report from other

8  individuals that showed additional elements that are not

9  commonly seen in gunshot primer.

10      Q.   But no one made an analysis of the fireworks

11 powder on my client's hands; is that right?

12      A.   Again, your client did not have any other

13 elements, other than the report saying that it was simply

14 from gunshot primer.

15      Q.   All right.  And you don't know whether or not that

16 could be confused with fireworks?

17      A.   I can't testify to that.  I'm sorry.

18      Q.   All right.

19           MR. FLOREY:  Pass the witness.  I have nothing

20 further.  Thank you.

21           THE WITNESS:  Yes, sir.

22           THE COURT:  Sir, Mr. McLain.

23           MR. McLAIN:  Thank you.

24                    CROSS-EXAMINATION

25 ///

1    BY MR. McLAIN:

2        Q.    You hanging in there?

3        A.    Yes, sir.

4        Q.    All right.  Is it Special Agent Wiethorn, am I

5    saying that right?

6        A.    Yes, sir.  That's correct.

7        Q.    Great.  My name is Patrick McLain along with Brian

8    Bouffard, the other attorney representing Zachary Evetts.

9    Okay?

10        A.    Yes, sir.

11        Q.    I feel like I need to say real quick, two months

12    ago, I was in a federal court in Detroit.  I was called as

13    an expert witness by a plaintiff in a civil rights suit,

14    because I'm supposedly an expert in prosecutorial ethics.

15    So I was the first witness up, and I got to be

16    cross-examined by the defendant, former prosecutor, and by

17    his attorney, the attorney for his investigator, so I do

18    feel some sympathy for you --

19        A.    I appreciate it, sir.

20        Q.    -- even though you have not said some nice things

21    about my client.  I can't imagine what it's like to have two

22    hours of direct, and then 10 of us coming after you.  I

23    appreciate it.

24            I want to talk about some basics about your

25    investigation.  Did you do crim history backgrounds on all

 1     of the defendants in this case?

 2          A.    I believe so.  Yes, sir.

 3          Q.    Did you do employment backgrounds?

 4          A.    Yes, sir, I believe so.

 5          Q.    All right.  And you did check into, as you shared

 6     with us, into whatever communications between them about

 7     this incident that you could find?

 8          A.    Correct.

 9          Q.    Now, regarding the criminal histories, you found

10     that my client had no criminal history, right?

11          A.    I can't speak to that off the top of my head right

12     now.

13          Q.    Does that sound about right?

14          A.    It's possible.

15          Q.    It would probably stick in your mind, if he had,

16     right?

17          A.    There's a lot of clients, sir.

18          Q.    All right.  And you knew he was a reliability

19     engineer at a local Ellis County manufacturing plant?

20          A.    I'm not familiar with his specific employment.

21          Q.    Does that sound about right?

22          A.    Again, I can't specifically say that's correct.

23          Q.    But you do his work history, right?

24          A.    No, his work history was obtained, but --

25          Q.    All right.  And regarding the communication, you

1    say you only pulled up communications amongst the defendants

2    in this case regarding this incident from some chat on the

3    app Signal; is that correct?

4         A.    Correct.  That's the majority of it.

5         Q.    And that was only from one person's device?

6         A.    Correct.

7         Q.    That was Mr. Baumann, did you say?

8         A.    No, sir.

9         Q.    Which one was it?

10        A.    Morris.

11        Q.    Morris.  I apologize.  Thank you.

12              All right.  When you opened up your testimony, we

13   saw what seemed to be a summary of the shots fired that

14   night; is that accurate?

15        A.    Correct.

16        Q.    We heard what seemed to be 11 shots coming from

17   one person's weapon, which you presume to be Mr. Song's,

18   correct?

19        A.    Correct.

20        Q.    And then three shots coming from what you believe

21   to be Lieutenant Gross's weapon?

22        A.    Correct.

23        Q.    And so, for anyone who claimed to see two shooters

24   that night, that would give one possible theory of why they

25   were saying there were two shooters that night?

1    A.   I --

2    Q.   Because you know of at least two people shooting?

3    A.   I believe the theory was due to the fact that the

4    shooting occurred at one location, and then there was

5    movement involved and additional rounds followed.

6    Q.   So that certainly seems to confirm why we are

7    talking about two shooters because we believe -- or you

8    believe Lieutenant Gross shot three rounds and Mr. Song shot

9    11?

10   A.   Correct.

11   Q.   And you say Mr. Song had a -- his AR-15 rifle set

12   up so that it shot in a binary fashion?

13   A.   That's correct.

14   Q.   Which means it cooked off two rounds when normally

15   one round would come from a trigger pull?

16   A.   Correct.

17   Q.   And it seems to be to under 10 seconds, they were

18   11 rounds it cooked off, right?

19   A.   Yes, sir.  Very rapid.

20   Q.   All right.  And you remarked that there seemed to

21   be some confusion about where the shots were coming from and

22   who fired at first, right?

23   A.   Can you repeat?

24   Q.   You had told that it's -- that it appeared from

25   watching the videos that there was some confusion about who

1    shot and where the rounds were coming from at first, right?

2       A.    Some of the additional investigators at the scene

3    weren't quite clear just from looking at the closed-circuit

4    television footage.

5       Q.    In fact, when you were discussing with us about

6    the party of five that were in the residential

7    neighborhood --

8       A.    Yes, sir.

9       Q.    -- that included the Sotos', for instance --

10      A.    Correct.

11      Q.    -- it appeared, in your review of the video, that

12   they might not have even been aware that there were -- shots

13   had been fired yet, that they were just learning of it

14   either during or right after they met with that party of

15   five?

16      A.    I wouldn't say that, no, sir.

17      Q.    At any rate, we don't see Mr. Evetts around

18   Mr. Song during any of that firing, do we?

19      A.    Yeah, I can't confirm that Mr. Evetts was in that.

20      Q.    I want to get to one other basic here.

21            You're familiar with the one and only charging

22   document in this case, the criminal complaint with a file

23   date of 7 July of this year?

24      A.    Yes, sir.

25      Q.    Because, in fact, you swore to it?

1          A.    Yes, sir.

2          Q.    And it contains allegations of three counts of

3    attempted murder of three separate federal officers?

4          A.    Yes, sir.

5          Q.    And three counts alleging discharge of a firearm

6    as well?

7          A.    Yes, sir.

8          Q.    And approximately 10 defendants are named in each

9    of those counts, right?

10         A.    Yes, sir.

11         Q.    Including Mr. Evetts?

12         A.    Yes, sir.

13         Q.    Even though he wasn't seen around the weapon at

14   the time we're watching the video when it was discharged,

15   right?

16         A.    Yes, sir.

17         Q.    And there is no indication that Mr. Evetts ever

18   was carrying a weapon at any time that night that he may

19   have been at the scene, right?

20         A.    I don't have any of that information.  No, sir.

21         Q.    Right.

22               The closest we have, I believe, is an intimation

23   on your part, if we heard you correctly, that Mr. Evetts had

24   a firearm and -- a rifle, as well as a pistol in his -- in

25   the vehicle under his name, in the neighborhood near the

1    Prairieland Detention Center?

2         A.    That's correct.

3         Q.    And at no time that night, based on the videos and

4    your investigation thus far, was Mr. Evetts ever by his

5    vehicle or ever went to his vehicle around the time the

6    shots were fired?

7         A.    Yeah, there's no evidence of that.

8         Q.    Right.

9               In fact, there is a vehicle that certainly looks a

10   lot like his.  If you notice it, I'm referring to the

11   vehicle that has the word "traitor" spray painted on it.

12              Do you know which vehicle I'm referring to?

13        A.    I'm aware of that image.  Yes, sir.

14        Q.    Okay.  Do you know whether, in fact -- because all

15   I can tell from the photos, it sure looks like his vehicle,

16   if indeed that was his vehicle?

17        A.    No, sir, that was not his vehicle.

18        Q.    Okay.  Are you sure?

19        A.    Yeah, I would -- that's not where his vehicle was

20   encountered.

21        Q.    Okay.  All right.  But there was no spray paint

22   recovered from his vehicle, correct?

23        A.    I'm not aware of any spray paint recovered from

24   his vehicle.

25        Q.    Okay.  There was a mention of body armor.  I don't

1    know if you have familiarity with body armor made from the

2    substance Kevlar.  Do you have any familiarity with that

3    substance or body armor made from Kevlar?

4        A.   I'm aware of that terminology, yes, sir.

5        Q.   Right.  And you're aware that that's the type of

6    body armor designed, in substance they're used by, for

7    instance, folks in the U.S. military and some folks in law

8    enforcement, right?

9        A.   I would say it's common knowledge that Kevlar is

10   associated with body armor.

11       Q.   Right.  It's a strong type of body armor meant to

12   hopefully stop rounds or other piercing munitions from going

13   through and protecting the wearer, right?

14       A.   Correct.

15       Q.   Right.  And do you recall that the "body armor"

16   that was in Mr. Evetts' vehicle was, in fact, what is often

17   called the soft body armor, like those that are worn in the

18   soft gun games or the paintball games that some folks use

19   when they go out in the woods and they play games with

20   paintball with soft guns?

21       A.   No, sir.  I believe that body armor was, in fact,

22   ballistic-rated armor.

23       Q.   Okay.  And you're aware that it was not Kevlar

24   armor that was recovered from his vehicle?

25       A.   I can't speak to the specific material.

1          Q.   Okay.  When you were going over the groupings of

2     the persons in the PowerPoint that all of us just saw for

3     the first time today, that apparently the U.S. Attorney's

4     office has put together for you, Mr. Evetts was not part of

5     that group of folks identified as printers and publishers,

6     right?

7          A.   That's correct.

8          Q.   All right.  And Mr. Evetts was not recognized as

9     the leader, as you attribute Mr. Song to be, either, right?

10         A.   That's correct.

11         Q.   All right.  Now, you did say that Mr. Evetts, you

12    grouped him in something you called the agitators and

13    instigators, correct?

14         A.   Yes, sir, I believe he was grouped in that group.

15         Q.   Right.  And you told us that that was because he

16    was launching fireworks.

17              We didn't see any video of Mr. Evetts launching

18    fireworks, did we?

19         A.   You're not able to specifically say which

20    individuals were captured on video launching the fireworks.

21         Q.   Okay.  Apropos, I don't know if Mr. Florey or

22    Mr. Cofer is, but I -- because I know, I live down there in

23    Cedar Hill and am all too familiar with Venus.

24              Venus is the town abutting Alvarado, correct?

25         A.   I believe so, yes.

```
1        Q.   Right?  It's immediately north of Alvarado?

2        A.   Yes.

3        Q.   On Highway 67, right?

4        A.   I believe so.  Yes, sir.

5        Q.   If you keep going north from Alvarado, you hit

6   Venus, then Midlothian, and then 287, either going to Fort

7   Worth or Waxahachie.

8             Are you familiar with the geography?

9        A.   Vaguely familiar.

10       Q.   Okay.  Well, and Venus is the town in that group

11  of cities that permits the selling of fireworks, right?

12       A.   I can't tell you if they do or not.

13       Q.   Okay.  And, in fact, this was the 4th of July,

14  correct?

15       A.   Yes, sir.

16       Q.   And you remarked to one of the attorneys that,

17  well, it's not permitted to shoot fireworks on a federal

18  facility.  I believe that was your response to one of the

19  attorneys?

20       A.   Yes, sir.

21       Q.   Okay.  However, this Prairieland Detention Center

22  there in north Alvarado --

23       A.   Yes, sir.

24       Q.   -- abuts a residential area, correct?

25            In fact, we see it in some of the --
```

1         A.   Yeah.  Yes, sir.

2         Q.   -- the maps, right?

3         A.   Yes, sir.

4         Q.   And there's roughly perhaps 40, 50 small

5    residences in that area?

6         A.   Yes, sir.

7         Q.   And, in fact, unless you have information to the

8    contrary, it would be expected that probably people in the

9    area could and would shoot off fireworks if they wanted to

10   celebrate the 4th of July in that area, right?

11        A.   Yes, sir, they could.

12        Q.   Okay.  And in the videos you showed us, we don't

13   see fireworks hitting the Prairieland Detention Center, do

14   we?

15        A.   One of the images does show the fireworks hitting

16   the facility.

17        Q.   Okay.  I'm sure the prosecutor, if he can find it,

18   could show it.

19             So it's your testimony that we watched, we

20   actually saw a firework hit the Prairieland Detention

21   Center?

22        A.   There was a still shot image showing the firework.

23        Q.   Okay.  Well, I believe we saw one going off but --

24   okay.

25             But, at any rate, we don't know who launched that

1  particular firework, do we?

2      A.   No, sir.

3      Q.   All right.  We certainly can't say whether it was

4  Mr. Evetts?

5      A.   No, sir.

6      Q.   And there is no -- none of the chats you shared

7  with us where Mr. Evetts is talking about using or planning

8  fireworks, right?

9      A.   I would have to refresh myself, but I believe one

10 of the chats showed that he said, "I got fireworks."

11     Q.   In any of the chats you showed us, Mr. Evetts is

12 not talking about using fireworks at the Prairieland

13 Detention Center?

14     A.   He does not use those words, no, sir.

15     Q.   All right.  Now, you also mentioned that

16 Mr. Evetts did some sort of damage to property?

17     A.   Correct.

18     Q.   I want to take you to that image where we see

19 Mr. Baumann with the brown backpack.

20     A.   Correct.

21     Q.   Do you recall that?

22     A.   Yes, sir.

23     Q.   And we saw him walking towards what looks to be

24 towards a white perhaps unmarked van?

25     A.   Correct.

1      Q.   We don't see Mr. Evetts, do we?

2      A.   No, sir.  The only person you see on that is

3   Mr. Baumann.

4      Q.   Right.  And we don't see -- I think you attributed

5   Mr. Baumann to some sort of damage to a camera.  Is that

6   what you were saying?

7      A.   Mr. Evetts to the camera, correct.

8      Q.   Okay.  But we don't see Mr. Evetts damage any

9   camera there either, do we?

10      A.   Not in that image.  No, sir.

11      Q.   No.  Nor any of the images we were shared with

12   today?

13      A.   No, sir.

14      Q.   And more to the point, none of the six counts in

15   the matter before this Court has anything to do with

16   property damage, does it?

17      A.   No, sir.

18      Q.   But it does have to do with what you have

19   consistently called an attack.  That's the word you used,

20   right?

21      A.   Yes, sir.

22      Q.   Now, by way of example, is it fair to say that

23   some of the people who looked at the events at the U.S.

24   capitol on the 6th of January '21 --

25          MR. SMITH:  Objection.  Relevance.

```
 1                 THE COURT:  It's argumentative at the least, so

 2     move on.

 3                 MR. McLAIN:  Okay.

 4     BY MR. McLAIN:

 5         Q.   At this point, would you agree that all citizens

 6     given certain rights -- not given.  I'm sorry -- have

 7     certain rights protected under our constitution?

 8         A.   Of course.

 9         Q.   And germane to this particular case, we have the

10     right to freely assemble, right, peacefully?

11         A.   That's not what they did in this case, sir.

12         Q.   Okay.  But we have a right to peacefully assemble,

13     right?

14         A.   Yes, sir.

15         Q.   Okay.  So -- and again, these are not rights the

16     government gives us, but actually we ask the government to

17     protect us for --

18         A.   Right.

19         Q.   -- is that fair to say?

20         A.   Yes, sir.

21         Q.   So, for instance, I want to protest pro life or

22     pro choice, some political stand outside this courthouse, I

23     can do that, right?

24                 MR. SMITH:  Your Honor, this is not relevant.

25                 THE COURT:  This is more like a legal argument to
```

Zoie Williams, RMR, RDR, FCRR
United States District Court
(817)850-6630

1     me, I think.  I don't know it's appropriate for the witness.

2     If you want to make that in your summation, I'll be happy to

3     hear it.

4            MR. McLAIN:  Sure.  All right.

5     BY MR. McLAIN:

6        Q.   But what was clear from the communications you

7     shared with us, these folks were protesting the actions of

8     their government regarding the treatment of aliens, correct?

9        A.   There was no part of this that was a protest, sir.

10    It was an attack.

11       Q.   Okay.  So looking at the very words themselves,

12    you're saying no part of that could be read as a protest?

13       A.   Correct.

14       Q.   All right.  But it's not your position that

15    somehow it would be criminal for them to lawfully and

16    peacefully protest at the Prairieland Detention Center,

17    right?

18       A.   Could they lawfully, peacefully -- yes, they have

19    that right to.

20       Q.   Okay.  You also made some discussion, at least at

21    the prompting of the prosecutor, about Mr. Evetts being a

22    member of the Socialist Rifle Association.

23            The Socialist Rifle Association is not an

24    organization that advocates violence, is it?

25       A.   That's my understanding.  Yes, sir.

1          Q.    It is an organization akin to, for instance, the

2    Texas Rifle Association, the National Rifle Association,

3    that promotes the right to firearms and the proper use of

4    firearms, right?

5          A.    That's one of the things.  Yes, sir.

6          Q.    Right.  And they teach firearm safety and they go

7    to ranges and things like that, right?

8          A.    That's my understanding.  Yes, sir.

9          Q.    But they distinguish themselves because they --

10   they believe they have a different political philosophy than

11   perhaps folks that belong to the National Rifle Association?

12         A.    Yes, sir.

13         Q.    Okay.  But as a creed, that doesn't -- there's

14   nothing about being a member of the Socialist Rifle

15   Association that pegs one as being pro violence, right?

16         A.    No, sir.

17         Q.    Mr. Evetts was found by the Venus police traveling

18   northbound on the side of U.S. Highway 67, correct?

19         A.    That was my understanding.

20         Q.    And that was several hours later after this whole

21   incident you've testified about, right?

22         A.    Right.

23         Q.    He wasn't carrying any weapons?

24         A.    No, sir.

25         Q.    He cooperated?

1      A.   Yes, sir.

2      Q.   He's never stated that he ever had an intent to

3  harm anyone or participate in any sort of unlawful

4  activities, has he?

5      A.   I can't speak to what statements he said at the

6  scene.

7      Q.   Okay.  But you don't have any such statements, do

8  you?

9      A.   No, sir.

10      Q.   Okay.  A couple of small points but important.

11  You identified Mr. Evetts as Jon Val Jon in those chats.

12           How did you come to that determination that that's

13  him as opposed to someone else?

14      A.   Several of these individuals, we -- they did have

15  phone numbers associated with their accounts.  So we ID'd

16  them that way or some of our cooperating defendants were

17  able to identify the user names of these individuals.

18      Q.   Okay.  But to my question, how did you determine

19  he was Jon Val Jon?

20      A.   I wouldn't be able to speak to the specific link

21  off the top of my head on this one.

22      Q.   Just to be fair to you, you don't know at this

23  point, how you came --

24      A.   I can't recall that information off the top of my

25  head right now.

1              MR. McLAIN:  Just one moment, Your Honor.

2              Thank you, Your Honor.  I will pass the witness as

3    well.

4              THE COURT:  Thank you, sir.

5              Mr. St. John.

6              MR. ST. JOHN:  Thank you, Judge.

7                        CROSS-EXAMINATION

8    BY MR. ST. JOHN:

9        Q.   Is it going to hurt your feelings if I don't take

10   a long time?

11       A.   No, sir.

12       Q.   I just finished three weeks of trial.  I probably

13   won't take as long as the other attorneys, which are good

14   lawyers.

15             So how long you been with the FBI?

16       A.   For almost five years, sir.

17       Q.   And did you actually make the scene in Alvarado

18   that day?

19       A.   I did not go to the scene.  No, sir.

20       Q.   So this is all -- everything you've testified to

21   is based on your investigative abilities to talk to other

22   police officers and people who were on the scene, right?

23       A.   Correct, sir.

24       Q.   So what agencies were there?

25       A.   I know you had the Texas Rangers, the Johnson

1  County Sheriff's Office, Texas Department of Public Safety,

2  Troopers, Alvarado Police Department, and then FBI agents.

3      Q.   We had some Alvarado police officers sitting right

4  there, if I'm not mistaken, so --

5           So my client, Bradford Morris, just for the record

6  only, legally had his named changed to Meaghan Morris, but

7  I'm not going to use that in this hearing.

8           But I want to let the record be clear it was

9  changed by a court of law, so it's Meaghan Morris, but I'm

10 going to call him Bradford Morris.

11          Did you ever interview my client at all?

12     A.   I did not.

13     Q.   Is this your -- in the criminal complaint, are you

14 the FBI agent to sign the complaint, though?

15     A.   Yes, sir.

16     Q.   So your investigation is based on what other

17 police officers told you and what other people at the scene

18 might have shared with you; is that right?

19     A.   Correct.

20     Q.   And are you in the Dallas office?

21     A.   No, sir.  Fort Worth office.

22     Q.   Right across the street?

23     A.   Yes, sir.

24     Q.   I'm in the same building.  I've never seen you

25 before.  You're on 17?

1      A.   Yeah.

2      Q.   I'm on 20.

3           So I'm going to be very brief about this.  I hope

4  the person that got shot is okay.  I don't want to know

5  their name.

6           What agency do they specifically work for?

7      A.   The Alvarado Police Department.

8      Q.   Okay.  Is that person okay now?  Doing better, I

9  should say?

10     A.   I know that the person has returned to duty.

11     Q.   Okay.  Of course, I understand that.

12          So anytime someone's shot -- and I try a lot of

13  homicides.  I just finished two of them in a row the last

14  week or week before.  When something is fired from a

15  firearm, there's going to be some type of projectile.

16          Do you know if the -- during any surgery, if

17  any -- any projectile was recovered from the person's body?

18     A.   No, sir.

19     Q.   Okay.  You don't know that?

20     A.   No, there was no projectile recovered from their

21  body.

22     Q.   Okay.  There was nothing recovered.  Okay.

23          So the rifle -- so there's no way to test anything

24  from a person who is shot in terms of what actually might be

25  the rifle that shot that individual, correct?

```
 1        A.   Sir, I do believe that there was a rifle that was

 2   captured on the back side of the plate gear that the officer

 3   was wearing.

 4        Q.   Say that again for me.

 5        A.   I believe the projectile was captured on the back

 6   plate of the officer.

 7        Q.   Okay.  Good.

 8             Do you know if DPS lab has tested that projectile

 9   from the alleged rifle that shot at that person?

10        A.   I don't know the status of the testing of that

11   particular item.

12        Q.   Do you know the mechanism of how that occurs?

13             Do you know how that specifically occurs?

14        A.   Can you ask that again, sir?

15        Q.   Well, I'm not going to draw this out --

16        A.   Right.

17        Q.   -- because he's been my friend for a long time,

18   and I can tell he's getting tuckered out.

19             A firearms expert is going --

20             THE COURT:  I'm fine, Mr. St. John, but continue.

21             MR. ST. JOHN:  Okay.  I appreciate that.  I don't

22   mean --

23   BY MR. ST. JOHN:

24        Q.   So a firearms expert is going to shoot into a tank

25   of water, historically, a DPS firearms expert, and they're
```

 1   going to take that comparison through a comparison

 2   microscope to see if the bullet retrieved is the same bullet

 3   from that firearm; is that your understanding?

 4        A.   Again, I'm not an expert on that testing.

 5        Q.   That's fine.  That's how it works, so -- just for

 6   the record.

 7             So the -- and your report based on other folks --

 8   let me get to it real quick.

 9             So apparently, I guess, Alvarado P.D. found a

10   Franklin Armory, AR-15-style rifle west of the shooting on

11   Tanglewood Drive.

12             Did you write that in there?

13        A.   That's where -- yeah, that's the information that

14   we received, yeah.

15        Q.   Okay.  And the rifle had a bullet jammed in the

16   chamber, thereby causing a malfunction.

17             There was a second AR rifle found abandoned in the

18   woods across from Prairieland Detention Center in the

19   vicinity of the spent .556 casing, along with two other body

20   armor plate carriers, loaded with AR-15 magazines.

21             So you didn't stop my client, I think Johnson

22   County S.O. stopped my client in his little Hyundai van; is

23   that what your understanding is?

24        A.   Correct.

25        Q.   And so, my client had in his van two ARs and a

1      pistol.

2              Is that what you wrote down in your report?

3      A.   Yes, sir.

4      Q.   And you don't know if any testing was done from my

5      client's two rifles -- he might not have been the owner --

6      two rifles in his van and -- well, the pistol wouldn't have

7      the same caliber from the AR.

8              Do you know if they tested -- DPS tested the two

9      ARs from my client's van as to what was recovered from the

10     body armor?

11     A.   No, sir.  Again, I'm not sure of the status of the

12     analysis on the projectile that was recovered.

13     Q.   You don't know if DPS has finished that?

14     A.   No.  I do know that the DPS analysis recovered

15     that the shell casings all came from the same rifle.

16     Q.   Who is doing that, DPS Garland or DPS Waco?

17     A.   I would be hesitant to say which specific lab did

18     that test.  I know Waco has done some and I know Garland has

19     done some.

20     Q.   Now, based on your investigation, based on what my

21     client shared with you, he drove several people from Dallas

22     County to Johnson County; is that your understanding?

23     A.   Yes, sir.

24     Q.   In his van.

25              He parked his van, and in this interview with

1    maybe -- whoever it was, Johnson County S.O. or Alvarado

2    P.D., he indicated to law enforcement he did not get out of

3    his van.  Is that your understanding?

4        A.   I believe I am aware of that statement, yes.

5        Q.   And he indicated he didn't use any guns in his

6    vehicle, correct?

7        A.   I'm not sure of that statement.

8        Q.   Okay.  That's fine.

9             And then, he -- after he heard the gunshot, he

10   indicated he left in his van by himself and the people he

11   brought there he didn't take back.  Is that your

12   understanding?

13       A.   I do know, yeah, he was by himself in the van.

14       Q.   And he clearly admitted to law enforcement that he

15   was at the Prairieland Detention Facility in Alvarado,

16   Texas.  He met some people online and transported -- he met

17   them online, he didn't know them, and transported some of

18   them down from Dallas to Prairieland, which is in Johnson

19   County, to make some noise.  And that's their little lingo

20   maybe to act up.

21            My client indicated that he does own firearms.

22   Johnson County Sheriff's Office took them into custody.  Is

23   that what you wrote in your report?

24       A.   I believe so, sir, yes.

25       Q.   And you did write that in your report.  I just

1    read it.

2         A.   I don't have it in front of me at this moment.

3         Q.   This isn't a trial.  I'm not going to act like

4    it's a trial.  But the government, these two men who I've

5    known for a very long time, who are very good prosecutors,

6    have some allegations specifically about my client's

7    behavior.

8              We're not going to get into that today but some of

9    the things you testified to just now don't match up with the

10   complaint filed by the U.S. Government.

11             MR. ST. JOHN:  Thank you for being here.

12             THE COURT:  All right.  Thank you.

13             Mr. Brown, you have cross-examination, sir.

14                        CROSS-EXAMINATION

15   BY MR. BROWN:

16        Q.   Good afternoon, sir.

17        A.   Afternoon.

18        Q.   My name is Derek Brown.  I represent Ms. Rueda.

19        A.   Yes, sir.

20        Q.   What pistol did the government allegedly find her

21   DNA on?

22        A.   I can't speak to the specific firearm right off

23   the top of my head.

24        Q.   Well, this presentation had her picture, gunshot

25   residue and DNA on pistol.  Are there multiple pistols?

1      A.   There were multiple firearms collected, yes.

2      Q.   Pistols?

3      A.   Yes.   There were multiple -- multiple pistols as

4  well at the scene.

5      Q.   Where were the pistols found?

6      A.   There was pistols in vehicles.   There was pistols

7  at -- on other people's waists.

8      Q.   And she was found with a backpack?   Is that what

9  we saw?

10      A.   Yes, sir.

11      Q.   Okay.   What was in her backpack?

12      A.   I couldn't speak specifically to what the -- all

13  the contents of the backpack at this time.

14      Q.   Did she have any weapons?

15      A.   I do not believe so.   No, sir.

16      Q.   No pistol?

17      A.   Not when she was encountered by law enforcement.

18      Q.   Okay.   Did she have gloves on?   I couldn't tell

19  from that.

20      A.   I don't recall if she had gloves on at the time of

21  the encounter.

22      Q.   And what was the method that the gunshot residue

23  was collected?

24      A.   I believe, again, they swabbed the hands of the

25  individuals.

1          Q.   And so, if she had gloves, would gunshot residue

2     penetrate the gloves?

3          A.   I do not believe so.

4          Q.   Okay.  Would there be gunshot residue on her

5     person if she was close to a plume of gunshot residue?

6          A.   Potentially.

7          Q.   Okay.  And if she had gloves on, would there be

8     any on her hands?

9          A.   Potentially.

10         Q.   It can go through gloves?

11         A.   I can't testify to where the -- where it would

12    travel to.

13         Q.   And how did Mr. Rueda arrive at that scene that

14    night?

15         A.   Oh, in one of the vehicles there at the scene.

16         Q.   You don't know which one?

17         A.   Not particularly.  But we know that her -- she

18    parked at the residence in Dallas, parked her personal

19    vehicle, and carpooled down.

20         Q.   And did we hear you to say that Mr. Evetts and

21    Ms. Rueda were at the demonstration there early that day?

22         A.   Correct.

23         Q.   Okay.  And is there closed footage of her presence

24    there?

25         A.   There is footage of her presence there.

1          Q.    Okay.  What was she wearing?

2          A.    I couldn't recall off the top of my head, but --

3          Q.    Was it bright colors?

4          A.    Normal clothing, I would say.  Everyday street

5    clothes.

6          Q.    Is it different than the clothing that she was in

7    that night?

8          A.    Yes, sir.

9          Q.    Do you know that?

10         A.    Yes, sir.

11         Q.    Because she had different clothing on, but you

12   don't recall what type of clothing it was, you just know

13   it's different?

14         A.    The subjects at night were all wearing black

15   clothing.  I do know she was not wearing all black clothing

16   and black bloc clothing during the daytime protest.

17         Q.    Okay.  And where was she when Mr. Song allegedly

18   shot at the officer?

19         A.    Again, all records believe that she was in the

20   vicinity of the shooting.

21         Q.    How far?

22         A.    I couldn't approximate at the time.

23         Q.    Because we saw a still photo of what's alleged to

24   be a firework being discharged from the -- what looked to be

25   on the picture, the left side of razor wire; is that true?

1    A.    Yes, sir.

2    Q.    And there were a number of people that you can't

3  identify because of their dark clothing in that group?

4    A.    That's correct.

5    Q.    How many were in that group?

6    A.    On multiple views of this closed-circuit

7  television, the people came and to -- from approximately

8  nine to 10 individuals.

9    Q.    In the firework group?

10    A.    Yes.  The people that went and traveled and shot

11  off fireworks.

12    Q.    Okay.  And how far was the firework group from the

13  muzzle flash?

14    A.    At the time of the muzzle flash, the firework

15  group was no longer to the side of the facility.  They were

16  in the proximity of --

17    Q.    Well, not simultaneously.  But how far from the

18  firework that we saw and the muzzle flash?

19        Regardless if it happened simultaneously or in

20  close time proximity, how far?

21    A.    I'd say approximately a hundred yards.

22    Q.    A hundred yards.

23        Would you have noticed Ms. Rueda making her way

24  somehow from the firework group to the shooting area?

25    A.    There is footage of showing the entire group

1    traveling back towards the direction of where the shooting

2    occurred.

3        Q.    So they could have literally arrived to an area

4    where a gun had been discharged, but not necessarily at the

5    gun during the time of the discharge?

6        A.    Can you rephrase that one more time, please?

7        Q.    Yeah.  They all went and collected, you're saying,

8    to the area close to where the firearm was discharged?

9        A.    That's correct.

10        Q.    Okay.  Did the bullhorn get collected?

11        A.    I believe so, but I can't be positive on that one,

12    sir.

13        Q.    If it was found laying around, that would have

14    been picked up?

15        A.    It would have been.  Yes, sir.

16        Q.    You don't know where that was found?

17        A.    Not off the top of my head, no, sir.

18        Q.    All right.  Do you know if it was a male or female

19    voice, or can it be determined who was using the bullhorn?

20        A.    I'm not sure if that can be determined at this

21    time.

22        Q.    Was somebody talking into the bullhorn?

23        A.    That's my understanding.  Yes, sir.

24        Q.    Do you know what was being said?

25        A.    No, sir.

1          Q.   Does anybody know?  Is there audio of that at all?

2          A.   There's not on the closed-circuit television.  No,

3    sir.

4          Q.   Okay.  Does anybody know what was being said?

5          A.   I couldn't testify to anybody knowing that.  No,

6    sir.

7          Q.   Did the officers testify this is what they heard

8    being yelled at them or yelled to people in the facility

9    through the use of a bullhorn?

10         A.   I know the officers heard -- I got conflicting

11   if -- whether they actually understood what was being said

12   or not.

13         Q.   Are you aware that Mr. Song is being sued or was

14   sued by what's considered a right wing, kind of a

15   counterprotest group?

16         A.   I'm aware there is a civil suit.  I don't know any

17   of the details of that.

18         Q.   Do you know where it stems from?

19         A.   No, sir.

20         Q.   You don't know if it's a protest or not?

21         A.   Again, I don't -- I can't talk to the facts of

22   that.

23         Q.   If I told you that it involved protests and

24   counterprotests, would you have any reason to disbelieve

25   that?

```
 1          A.   No, sir.

 2          Q.   Okay.  Did she have body armor on?

 3          A.   Say that again, sir.

 4          Q.   Did she, Ms. Rueda, have any body armor?

 5          A.   No, sir.

 6          Q.   And she's not a member of SRA; is that right?

 7          A.   I'm not -- I don't have any knowledge of that, no,

 8    sir.

 9          Q.   Well, we all saw pictures of her with labels on

10    her head, Antifa; do you remember that?

11          A.   Yes, sir.

12          Q.   Was "SRA" also attached to her image?

13          A.   We have no evidence confirming whether or not she

14    is SRA.

15          Q.   And an AR was found jammed, right?  It was

16    malfunctioning?

17          A.   Yes, sir.

18          Q.   Was that the same gun that is believed to be the

19    shooting gun?

20          A.   Yes, sir.

21          Q.   Okay.  And that was relocated, your testimony is,

22    it went from one spot to another spot?

23          A.   Yes, sir.

24          Q.   How far apart are those two spots?

25          A.   It's several hundred feet, I believe.
```

1      Q.   Do you know how many protests Ms. Rueda has

2  participated in?

3      A.   No, sir.

4      Q.   Would it surprise you to know that it's more than

5  two?

6      A.   No, sir.

7      Q.   What if it's about 10?  Would that surprise you?

8      A.   That's okay.  I have no knowledge of her previous

9  protests.

10     Q.   You don't have any reason to believe, if it was

11  10, that that's not true?

12     A.   No, sir, I don't.

13     Q.   Okay.  And what's her criminal history?

14     A.   I'm not sure of her particular criminal history,

15  of her previous arrests at this time.

16     Q.   If she had something outstanding like a violent

17  criminal conviction, would you be aware of that?

18     A.   Again, I wouldn't be able to speak to it at this

19  time.

20     Q.   You wouldn't come prepared with that information

21  if she did have something like that?

22     A.   No, sir.  I just -- I can't recall at this time

23  what her specific criminal history entails.

24     Q.   If someone had a violent criminal conviction or

25  history, would you recall that in preparation for this

1    testimony?

2         A.   Potentially.

3         Q.   And so, you don't have that with her?

4         A.   Again, I believe I've answered that, sir.

5         Q.   What's the likelihood of cross-contamination from

6    someone who did touch an item of clothing or have gunshot

7    residue on it versus someone who might have touched that

8    same clothing?

9         A.   I can't speak to that.

10        Q.   You can't distinguish that?

11        A.   I can't speak to that.  No, sir.

12        Q.   Okay.  Is there any indication that she

13   specifically wanted someone to get injured that night?

14        A.   No, sir.

15        Q.   Okay.  You don't know how long she was away from

16   the Prairieland facility when she was there earlier during

17   the day and then when she somehow arrived at some point in

18   the evening; is that right?

19        A.   Can you rephrase that one more time, please?

20        Q.   Yeah.  Do you know how many hours apart her being

21   at the Prairieland peacefully versus the allegation that she

22   went there with violent intent later?

23             Do you know the time frame of that?

24        A.   Approximately 10 hours.

25        Q.   And she wasn't part of the weapons check or the

1   gear check that you called it?

2      A.   I don't have evidence of her being there.  No,

3   sir.

4      Q.   Okay.  Did she drive herself to the residence in

5   Dallas?

6      A.   I believe so.  Her vehicle was located at that

7   residence.

8      Q.   And if someone has a belief that's antigovernment,

9   that's not necessarily a criminal matter, is it?

10      A.   The belief by itself, no, sir.

11      Q.   Okay.  If she shows up at that facility, that's

12   her, I guess, protest and assembly right; is that correct?

13      A.   At which occasion?

14      Q.   The first time she was at the facility in the

15   afternoon.

16      A.   Yes, sir.

17      Q.   That's okay?

18      A.   Yes, sir.

19      Q.   But she shows up in the evening and doesn't have

20   any body armor, doesn't pull the trigger -- at least that's

21   what the government believes, right?

22      You don't think she shot anybody?

23      A.   We have no evidence of that.  No, sir.

24      Q.   Okay.  Well, you think there's multiple shooters?

25      A.   No, sir, we -- there's no evidence of that.

1      Q.   Is being an agitator and an instigator by itself a

2  criminal act?

3      A.   By itself, no, sir.

4      Q.   Okay.  And if someone wants to get rid of material

5  that law enforcement would consider antigovernment, is that

6  a criminal act, to get rid of pamphlets and flyers?

7      A.   If you are attempting to conceal evidence of a

8  crime, then, yes.

9      Q.   Flyers are evidence of a crime?

10     A.   Potentially.

11     Q.   And if she's trying to move them, that's per se a

12  criminal matter?

13     A.   It's her involvement in an attempt to conceal

14  evidence.

15     Q.   Did she have any spray paint in her backpack?

16     A.   I do not believe so.

17     Q.   Okay.  Do you have any idea what was in her

18  backpack?

19     A.   I could recall there was multiple items of dark

20  clothing.

21     Q.   Could it have been other people's clothing?

22     A.   I can't testify whether it is or it is not.

23     Q.   Well, someone had exposed skin when they were

24  encountered by the police, right?

25     A.   Yes, sir.

 1    Q.   Do we know where the outer covering of that

 2   person's -- or the outer clothing of that person who had

 3   exposed skin when arrested, do you know where that item of

 4   clothing went?

 5    A.   No, sir.

 6    Q.   Okay.  Could it have been in her backpack?

 7    A.   It's possible.

 8    Q.   Okay.  So is that possible that she got

 9   contamination of DNA and/or gunshot residue from other

10   people's clothing or items?

11    A.   I couldn't speak to that, sir.

12    Q.   Okay.  There was indication in the communications

13   back and forth that there was a general plan, people just

14   need to stick to a general plan?

15    A.   Yes, sir, I am aware of that specific wording.

16    Q.   Okay.  And was there a plan within a plan?

17    A.   Potentially.  I can't -- I can't speak to what

18   their specific plan was.

19    Q.   And so, if someone acted with their own personal

20   intent and plan, does that mean that the general plan

21   indicated malicious intent?

22    A.   Yeah, I can't speak to what the -- what each

23   person knew as far as individuals, but I do know as a group

24   they collectively knew what they were going out there to do.

25    Q.   And without any detectable words indicating, "We

1  are going to shoot somebody.  We're going to hurt somebody.

2  We have the intent to kill somebody," that language is

3  nowhere in your evidence; is that right?

4      A.   No, sir.

5      Q.   Okay.  Who confirmed that weapons should be

6  brought?

7      A.   In that gear check, it was discussed.  I think in

8  the Signal chats, it was talking about they would be

9  bringing weapons.

10     Q.   That they should be brought?  Somebody suggested

11  and affirmed that weapons should be brought?

12     A.   In the chats, at one point somebody says, "We'll

13  bring in the wagon to carry the rifles and armor."

14     Q.   And so, someone's presence alone, is that

15  indicative of an understanding of what other people are

16  doing in that loose collection of people?

17     A.   In this particular instance, their presence was --

18  it was clear that the group had coordinated together in

19  going out there to the facility.

20     Q.   Right.  To get there, to be there, but does that

21  indicate --

22          THE COURT:  I think that's more of a question than

23  an argument to me about a question of law.

24          MR. BROWN:  Okay.

25  ///

1    BY MR. BROWN:

2        Q.   Does that indicate, by her presence, that she had

3    knowledge of everybody's individual intent?

4        A.   I can't speak to what knowledge she had of

5    everyone's intent.

6            MR. BROWN:  Okay.  Thank you, Your Honor.  Pass

7    the witness.

8            THE COURT:  All right, sir.

9            Ms. Schuerman, do you have cross-examination?

10           MS. SCHUERMAN:  Yes, Your Honor.

11           THE COURT:  I do want to try to get through this

12   witness and then take a break.  We've been almost another

13   two hours.  So remaining defense counsel, please try not to

14   overlap and stay focused.

15           All right.  Ms. Schuerman, you may proceed.

16                     CROSS-EXAMINATION

17   BY MS. SCHUERMAN:

18       Q.   Good afternoon, Agent.

19       A.   Good afternoon, ma'am.

20       Q.   Did you identify Ms. Soto on CCTV?

21       A.   On the -- no, ma'am.

22       Q.   You stated that she was near Mr. Song when the

23   shooting occurred.  How do you know that?

24       A.   Based on the evidence that the group left the

25   areas where the fireworks were being shot and the evidence

 1    of the gunshot residue.

 2        Q.   I'm sorry.  Can you speak a little louder?

 3        A.   Absolutely.  The based on the evidence that we've

 4    seen of the group leaving the shooting -- the area where

 5    they were shooting fireworks, approaching the area where

 6    Mr. Song did the shooting, and the fact that there's the GSR

 7    analysis.

 8        Q.   And you just stated that you didn't identify my

 9    client on CCTV, but now you are stating that --

10             Can you explain the discrepancy?

11        A.   There is no discrepancy.  The group clearly was

12    all in -- has been confirmed to be in black bloc clothing.

13    They've all been there at the scene.  The evidence is clear

14    that they were there.  She was encountered shortly after in

15    the vicinity of the scene.

16        Q.   I believe you discussed gunshot residue with some

17    of the other attorneys.  Other than being in the proximity

18    when a firearm is shot, is there any other way to get

19    gunshot residue on your hands?  Body?  Clothes?

20        A.   Based off the analysis report, the report does say

21    either discharged a firearm, being in the proximity of a

22    firearm, or coming into contact with another item that had

23    gunshot residue on it.

24        Q.   There's no way to tell when the gunshot residue

25    got on my client's hand, correct?

1    A.    I couldn't testify to that.

2    Q.    Okay.  You testified that a pistol was found with

3  Ms. Soto's fingerprints on it.  Where was the pistol found?

4    A.    That particular -- there was a vehicle that was --

5  a pistol that was found inside this vehicle -- the vehicle

6  of the Sotos.

7    Q.    You testified that Mr. and Ms. Soto and several

8  others were seen, and you could see it on the body cam,

9  walking past their vehicle; is that correct?

10    A.    That's correct.

11    Q.    Is there any indication that my client had already

12  been to the vehicle after this event occurred?

13    A.    After?  I'm sorry, which specific event?

14          After the shooting?

15    Q.    Right.

16    A.    There's no indication that they reached the

17  vehicle beforehand.

18    Q.    And if a gun is found in someone's vehicle, is

19  that automatically evidence of a crime?

20    A.    No, ma'am.

21    Q.    Was the gun registered to my client?

22    A.    I couldn't speak to the registration.

23    Q.    It's not illegal to possess a gun, correct?

24    A.    No, ma'am.

25    Q.    You testified that literature was found in

1    Ms. Soto's house, correct?

2        A.    Correct.

3        Q.    Along with copiers, printers, things like that?

4        A.    Correct.

5        Q.    Are any of those alone illegal?

6        A.    No, ma'am.

7        Q.    And are any of those things mentioned in one of

8    the parts of the complaint?

9        A.    I don't believe so.

10        Q.    Was Ms. Soto wearing a backpack?

11        A.    I believe so, yes.

12        Q.    What was in it?

13        A.    I'd have to -- I couldn't specifically mention the

14    particular items.

15        Q.    Did you bring your report today?

16        A.    I don't -- what report?

17        Q.    Did you bring anything other than the video --

18        A.    No, ma'am.

19        Q.    -- that you showed?

20              Why not?

21        A.    Am I required to, ma'am?

22        Q.    Just asking.

23        A.    I mean, I wasn't on the scene.  I didn't encounter

24    the individuals at the time.

25        Q.    Was there any evidence that Ms. Soto had a gun at

1  the scene, other than in her vehicle?

2      A.   No, ma'am.

3      Q.   Was there any evidence that she damaged any

4  vehicles?

5      A.   No, ma'am.

6      Q.   Was there any evidence at all that Ms. Soto was

7  anything but present?

8      A.   Yes, ma'am.  She participated in these chats.  She

9  arrived with her husband, who had multiple trauma kits, IFAK

10  kits, participated in these chats, was aware of what they

11  were doing, was a part of this group that had an

12  understanding of the overall intent.

13     Q.   The complaint mentions seven codefendants by name.

14  It also mentions Mr. Song, but basically by reference

15  because his name is not in the complaint.

16          Where is any information in the complaint about my

17  client, other than her name?

18     A.   I'm sorry.  Can you ask --

19          What specifically are you saying?

20     Q.   Is my client mentioned in the complaint, other

21  than as one of the codefendants?

22     A.   I do not believe so.

23          MS. SCHUERMAN:  Thank you.

24          THE COURT:  All right.  You're passing the

25  witness?

```
 1                    Mr. Davis.

 2                    MR. DAVIS:  Thank you, Your Honor.

 3                          CROSS-EXAMINATION

 4    BY MR. DAVIS:

 5        Q.   Good afternoon, sir.

 6        A.   Afternoon.

 7        Q.   My name is Leigh Davis.  I am representing Ines

 8    Soto.

 9        A.   Yes, sir.

10        Q.   If you don't understand a question I ask, please

11    ask me to repeat it or rephrase it.

12        A.   Thank you, sir.

13        Q.   You indicated earlier that my client tested

14    positive for gunshot residue?

15        A.   Yes, sir.

16        Q.   And you believe that gunshot residue came from his

17    proximity to Mr. Soto when Mr. Soto discharged the firearm;

18    is that correct?

19        A.   I -- I think you misspoke.

20             THE COURT:  You mean Mr. Song?

21             MR. DAVIS:  Oh, Mr. Song.  Sorry.  My bad.  Yes,

22    thank you.  So let me just start over.

23             THE WITNESS:  Yes, sir.

24    BY MR. DAVIS:

25        Q.   You testified that the gunshot residue on Mr. Ines
```

1    Soto came from his proximity to Mr. Song when Mr. Song

2    discharged the firearms?

3        A.    Possible likelihood, yes, sir.

4        Q.    Okay.  So is it likely or possible or is it your

5    firm testimony?

6        A.    Again, I can't confirm or deny there his exact

7    proximity to the firearm at the time.

8        Q.    Okay.  So you can't say for sure that the GSR got

9    on Mr. Ines Soto because of his proximity to Mr. Song when

10   he discharged the firearm?

11       A.    No, sir, not absolutely certain.

12       Q.    So it's possible then that Mr. Soto had gunshot

13   residue from either handling a firearm or discharging a

14   firearm?

15       A.    Yes, sir, it's possible.

16       Q.    Okay.  But you would agree with me that, at this

17   scene, at this incident, only Mr. Song discharged a firearm?

18       A.    That's the evidence that we have.  Yes, sir.

19       Q.    Okay.  Any evidence that anybody else, other than

20   Lieutenant Gross, discharged a firearm?

21       A.    No, sir.

22       Q.    Okay.  You also said that the testing could not

23   exclude his DNA on one of the ARs; is that right?

24       A.    Yes, sir.

25       Q.    What does "cannot exclude" mean?

1    A.   I think it's either an affirmative or a negative.

2  It's inconclusive, I believe.

3    Q.   Okay.  So you're really not sure if that was his

4  DNA on the AR?

5    A.   Yeah, I can't testify to that.  No, sir.

6    Q.   Okay.  And which AR are we talking about?

7    A.   Again, which specific one, I can't mention off the

8  top of my head.

9    Q.   Can you at least narrow it down to one of the two

10  ARs seized at the scene?

11    A.   No, sir, I -- not at this time.

12    Q.   So it's possible it came from an AR seized on the

13  execution of search warrants?

14    A.   No.  Again, all the testing was done with the

15  evidence obtained at the scene at Prairieland.

16    Q.   Okay.  Therefore, then, the DNA of Mr. Ines Soto

17  that was recovered on an AR must have come from one of the

18  ARs recovered at the scene?

19    A.   Yes, sir.

20    Q.   Okay.  But you're just not sure which one?

21    A.   Correct.

22    Q.   And there were two?

23    A.   There were multiple ARs total.

24    Q.   How many?

25    A.   Again, there were the three outside.  There was

1    the one that was believed to be used by Mr. Song with the

2    binary trigger.  There was the one in the proximity of the

3    wagon, next to Ms. Gibson.  And then there was the

4    broken-down AR in the backpack.

5         Q.    Okay.  So how did my client commit the offense in

6    Count I of this criminal complaint?

7         A.    Could you elaborate, please?

8         Q.    All right.  Are you familiar with the term

9    "principle"?

10              MR. SMITH:  Your Honor, this is argument.

11              THE COURT:  Again, this might be more better

12   suited as a legal argument to the Court.

13   BY MR. DAVIS:

14        Q.    Okay.  Well, then, what actions would you say

15   support --

16              What did my client do to commit Count I?

17        A.    Your client engaged in activity and organized with

18   this group to come out and commit an attack on the facility.

19   Your client approached the facility and was confronted with

20   four individual first aid kits showing that he was prepared

21   to engage and possibly treat multiple traumatic injuries.

22        Q.    Okay.  So how did those actions aid and abet the

23   commission of the offense in Count I?

24              MR. SMITH:  Argumentative.

25              THE COURT:  Yeah, sustained.

1  BY MR. DAVIS:

2      Q.   With respect to the firearms in Counts IV, V, and

3  VI, the 924(c)s, what did my client do there?

4      A.   Again, could you elaborate?

5      Q.   Well, how did he possess, use, or discharge a

6  firearm in this incident?

7      A.   Again, the evidence shows that he had gunshot

8  residue, so he was in the vicinity or handled firearms.

9      Q.   But you can't conclusively tell us that it was the

10 firearm that Mr. Song discharged, can you?

11     A.   No, sir.

12     Q.   Okay.

13          MR. DAVIS:  Thank you, Your Honor.  I'll pass the

14 witness.

15          THE COURT:  All right.  And then, Mr. Hayes,

16 cross-examination.

17                    CROSS-EXAMINATION

18 BY MR. HAYES:

19     Q.   Good afternoon, Agent.  How are you?

20     A.   Afternoon, sir.

21     Q.   Been a long day, huh?

22     A.   A little bit.

23     Q.   I've got just a few questions for you.  If they

24 don't make any sense, please just ask me to clarify.

25     A.   Thank you.

1      Q.   Okay.  And if you've already said it, I apologize.

2   I've been trying to pay attention, but there's been so many

3   questions going back and forth, I might have lost track.

4      A.   I understand.

5      Q.   I'm here with Mr. Song and specifically the

6   questions I want to ask you deal with Mr. Song.

7      A.   Yes, sir.

8      Q.   Okay.  I might get vague, but I'm going to try to

9   pin it in if I can.

10          I've listened to you all day long, and I'm not

11   sure if we've gotten an answer, but how long were -- was

12   this group outside of that detention center prior to the

13   shots being fired, if you know?

14      A.   Again, I would -- approximation of 45 minutes to

15   an hour.

16      Q.   Okay.  And according to the complaint -- so they

17   were there about 45 minutes?

18      A.   Again, approximation.  Yes, sir.

19      Q.   And we're approximating a lot.  I wasn't there,

20   you weren't there.  So we're trying to look at some stuff.

21          But it says that around 10:37 a.m., that's when

22   the fireworks started?

23      A.   Yes, sir.

24      Q.   So they were there maybe 20 minutes before

25   fireworks?

1          A.    Potentially, yes.

2          Q.    Okay.  What --

3          A.    Again, were they -- go ahead.

4          Q.    No, I cut you off.  I'm sorry.

5          A.    No, it's all right.

6                Again, between where they parked their vehicles

7     and approached the scene, I can't specifically mention that

8     time.

9          Q.    Okay.  And what were they doing prior to the

10    fireworks going off?

11               Do you have any reports on that?

12         A.    No, sir.  All I have is we have footage of them

13    arriving to the area where they parked that wagon and kind

14    of grouping there.

15         Q.    Aside from the protestors, was there anybody else

16    out there that day outside of the facility, other than those

17    two COs?

18         A.    I am not aware of anybody else.

19         Q.    Okay.  The two COs that you had on the diagram,

20    were they out there the entire time?

21         A.    No, sir.  They were inside the building and they

22    were given orders to go out and investigate.

23         Q.    Was that once the fireworks started?

24         A.    I'm not sure the exact time of when the order was

25    given.

1          Q.   Okay.  But whenever the protestors got there

2     initially and set up and started doing whatever they were

3     doing prior to lighting the fireworks, there was nobody else

4     out there, that you are aware of, civilian or law

5     enforcement?

6          A.   No, sir.

7          Q.   Okay.  So there was no one really to fight with,

8     other than just lighting off fireworks at that point?

9          A.   If they were trying to fight with somebody, I

10    don't know.  Yes.

11         Q.   You didn't see anybody out there to fight with,

12    right?

13         A.   No, sir.  No other person.

14         Q.   You keep saying attack, but there was really no

15    one to attack at that point except maybe a building?

16         A.   It was -- still I would classify that as an attack

17    on the facility.

18         Q.   Okay.  And, of course, they had fireworks and a

19    bullhorn, so obviously they weren't being covert?

20         A.   They were being covert in the fact of their

21    clothing and hiding their identities.

22         Q.   Well, maybe they didn't want to be seen, but they

23    had -- they certainly wanted their presence to be known or

24    they wouldn't have shot off fireworks or used a bullhorn?

25         A.   Oh, I think it was clear they were attempting to

1    get the attention of those inside the facility.

2        Q.   Okay.  So they weren't trying to hide their

3    presence, but maybe their identity, based on your opinion

4    about the black bloc wear?

5        A.   Yes, sir.

6        Q.   Okay.  Did you find any of the fireworks

7    afterwards, like, the refuse, the spent shells?

8        A.   The fireworks were recovered at the scene.  Yes,

9    sir.

10        Q.   Was it all just Roman Candles or was there

11    anything bigger than that or do you know?

12        A.   I'm not an expert in fireworks, but I believe

13    there were -- some of them were larger than your standard

14    Roman candle.

15        Q.   Okay.  Was it anything outside of what we could

16    have bought at a fireworks stand on the side of the road?

17        A.   I couldn't speak to that.  No, sir.

18        Q.   The complaint indicates that there were two

19    shooters.  Today you believe that Mr. Song was a lone

20    shooter.

21            Can you tell me what changed in that amount of

22    time?

23        A.   Again, the evidence is that initial officers that

24    were reviewing some of the footage, it wasn't clear at that

25    time.  And so, it was an approximation of potentially two

1    shooters.

2        Q.    Okay.    In the complaint, I think you specifically

3    say that there was an assailant that open woods -- or in the

4    woods that opened fire, shooting at the APD officer in the

5    neck area.    The assailant in the green mask then also opened

6    fire.

7            So it makes it sound like there's some evidence

8    that there were two people.    Did you see that on the video?

9        A.    Again, this -- that was what was reported

10   initially by some of the individuals at the scene.

11       Q.    Okay.    So the individuals at the scene

12   specifically told you that a man in a green mask shot, but

13   prior to that, another individual shot as well?

14       A.    Again, it was -- again, that was the information

15   that was relayed at the initial --

16       Q.    I gotcha.    And that's what we're relying on.

17           But what changed?    Why have you changed your mind

18   about that is what I'm asking?

19       A.    Again, once we obtained footage of -- and further

20   analysis of the CCTV and the body-worn camera of the

21   officer, we can confirm that it was just the one shooter.

22       Q.    Okay.    It's not just because all the shell casings

23   came back to the same weapon, right?

24       A.    Not solely.    No, sir.

25       Q.    Okay.    I was afraid that that's what you had done,

222

 1    that maybe just thought, since they all came from the same

 2    gun, they must have been shot by the same person.

 3            But you're telling the judge there's more evidence

 4    than that?

 5        A.   Yes, sir.

 6        Q.   Okay.  You said several people described Mr. Song

 7    as a cult leader.  Who was that?

 8        A.   Again, some of our --

 9            MR. SMITH:  Objection, Your Honor.  Identities

10    don't need to be disclosed at this point in time for the

11    safety based on their cooperation in the case.

12            MR. HAYES:  Well, let me rephrase the question.

13            THE COURT:  Go ahead and rephrase it.

14    BY MR. HAYES:

15        Q.   I don't care about names.

16            I'm asking, was it people that were associated

17    with the protest that day, or was it people outside of the

18    protest?

19        A.   Both.

20        Q.   Okay.  So there's people who were actually with

21    them that day that described him as a cult leader?

22        A.   Yeah.  He is known within this group of being

23    someone that's in a leadership role.

24        Q.   Okay.  But what I'm asking you is you indicated

25    that someone told you, or he was described, and you had

1   information?

2        A.   Yes, sir.

3        Q.   And that was people both -- people on the

4   protestor side and people outside of the ones that were with

5   them that day; is that correct?

6        A.   Correct.

7        Q.   Okay.  And I guess all that will become available

8   down the road; is that --

9        A.   Yes, sir.

10       Q.   Okay.  And what evidence tells you that Mr. Song

11  was the shooter that day?

12       A.   Evidence of multiple cooperating defendants.

13       Q.   Is there anything outside of cooperating

14  defendants that tell you that Mr. Song was the shooter that

15  day?  Any physical evidence?

16       A.   Yes, sir.  There is other additional physical

17  evidence.

18       Q.   Okay.  Tell me what that is.

19       A.   Again, the green mask that Mr. Song was wearing

20  came back -- and was -- is viewed on the body-worn camera

21  footage did come back DNA positive to Mr. Song.

22       Q.   Okay.  So the individual in the green mask we

23  believe was Mr. Song?

24       A.   Yes, sir.

25       Q.   Initially, you believed the person who shot

```
 1    Lieutenant Gross was not Mr. Song because he was the person

 2    not wearing the green mask, right?

 3         A.   Initially, we did not know the identity of the

 4    shooter.

 5         Q.   But we've changed that, I guess, right?

 6         A.   Yes, sir.  We now know the identity.

 7         Q.   There's been a lot of talk about the gate.  Did

 8    anyone enter that gate or try to?

 9         A.   No, sir.

10         Q.   The closest anyone got to the gate was at that

11    keypad?

12         A.   That's my understanding, yes, sir.

13         Q.   Did you get the impression anyone tried to invade

14    that facility or tried to get inside the facility in any

15    way?

16         A.   Again, the only -- at some point, the officers at

17    the facility believed somebody may have been trying to break

18    in.

19         Q.   All right.  Did you see any evidence of that?

20         A.   No, sir.

21         Q.   And prior to the COs walking out that day, was

22    there anyone in danger from the protest?

23         A.   I couldn't speak to anybody specifically in

24    danger.

25         Q.   Do you have any information that there was anyone
```

1    in danger prior to those two individuals leaving the

2    facility?

3            I guess my question is, if no one came out and

4    this protest ran out of fuel, it's possible they just would

5    have gone home?

6        A.    I think their goal was to draw out, was to elicit

7    a law enforcement response.

8        Q.    And what's that based on?

9        A.    The entirety of their actions.

10       Q.    Okay.

11       A.    The common -- the reasonableness that what they

12   were doing would elicit a law enforcement response.

13       Q.    By setting off fireworks?

14       A.    By setting off fireworks, damaging vehicles,

15   absolutely would elicit a response.

16       Q.    The damaged vehicles, you mean the ones we saw

17   that were vandalized?

18       A.    Yes, sir.

19       Q.    And that was just two of the 11?

20       A.    Can you rephrase?

21       Q.    I think you indicated that two of -- two of the

22   people had broken off from that group of 11 to do that?

23       A.    Yes, sir.

24       Q.    The other nine weren't damaging vehicles, as far

25   as you know?

1          A.   Don't have any evidence of that.  No, sir.

2          Q.   Did you see anything that there was a plan to

3     vandalize vehicles, or does that seem like maybe something

4     someone came up with on their own?

5          A.   There is information from a cooperating source

6     that spray painting may have been discussed beforehand.

7          Q.   It's my understanding that --

8               Well, was the area searched and processed?

9          A.   Yes, sir.

10         Q.   And so, any of the clothes, the leg and arm

11    coverings, the masks, all of that would have been found out

12    there, as far -- the best you could have?

13         A.   Yes, sir.  They did a canvass trying to collect

14    evidence, yes.

15         Q.   And you'd indicated that on the mask had DNA

16    linking back to Mr. Song, I assume there's other DNA

17    evidence related to some of the other articles of clothing?

18         A.   Yes, sir.

19         Q.   Anything else that relates to my client, Mr. Song,

20    that you can think of?

21         A.   I can't recall off the top of my head.

22         Q.   Okay.  Fair enough.

23              So it's my understanding there were 11 shots fired

24    from the protestor side; is that right?

25         A.   Say that one more time.

1    Q.   It's my understanding, from sitting here today,

2    there were 11 shots fired from the protestor side; is that

3    correct?

4    A.   Well, they're not protestors, sir.

5    Q.   Okay.  Well, I'm just going to call them that.

6    A.   Okay.

7    Q.   And every time -- I know you want to call them

8    attackers, but we might just see that differently.

9    A.   Yes, sir.

10   Q.   Would you agree?

11   A.   Understood.

12   Q.   But from the side of the people sitting out here,

13   there were 11 shots fired that day; is that right?

14   A.   Eleven shots towards the officer and the

15   correctional officers.

16   Q.   Were there other shots fired in other areas?

17   A.   There's no evidence, other than what the officer

18   returning fire is.

19   Q.   Okay.  So there were 11 shots fired?

20   A.   Are you including the officer's shots?

21   Q.   Nope.

22   A.   No?

23   Q.   That's why I said protestor side and you got upset

24   about that.

25         But the people on this side, as far as you know,

```
1    shot -- there were 11 shots --

2         A.   Yes.

3         Q.   -- relating to this side of things?

4         A.   Yes, sir.

5         Q.   Okay.  There were hundreds of rounds of ammo and

6    eight guns out there?

7         A.   Several firearms.  Yes, sir.  Lots of ammunition.

8    Yes, sir.

9         Q.   And 11 shots that you believe came from a single

10   rifle?

11        A.   Yes, sir.

12        Q.   Not much of an attack, huh?

13        A.   The totality absolutely was an attack.

14        Q.   Did you find the flashlight out there?

15        A.   Yes, sir.

16        Q.   Were you able to get any DNA off of that?

17        A.   I do not recall if the flashlight was tested for

18   DNA.

19        Q.   There were, I think -- and I may be wrong about

20   the eight guns, because I've counted and I've listened and

21   I've tried to keep up, but how many of the guns that were

22   out there were linked to Mr. Song?

23        A.   I know he is the registered owner of several of

24   the items.  I couldn't specifically tell you how many at

25   this time.
```

```
 1          Q.   It looks like he bought or had four of them linked

 2    to him.  Does that sound right?

 3          A.   That sounds familiar.  Yes, sir.

 4          Q.   Did any of those have his DNA on it?

 5          A.   I'm not -- again, I'm not sure which specific

 6    rifles came back to his DNA on them.

 7          Q.   Do you remember if any of them had his DNA on it?

 8          A.   I believe there was one rifle that had his DNA on

 9    it.

10          Q.   But you don't remember which one that was?

11          A.   Not off the top of my head.  No, sir.

12          Q.   And you believe that there were two locations that

13    were fired from.  Is that based on CCTV, or is that based on

14    the placement of the shells?

15          A.   Primarily, the shell casings, sir.

16          Q.   Okay.  Is there any indication on CCTV that the

17    shooter moved from one location to another?

18          A.   I'd say it's unclear.

19          Q.   Okay.  On the Signal chat that we saw today and

20    the prosecutor went through, did you see any -- anything

21    from Mr. Song specifically advocating violence?

22          A.   From Mr. Song specifically advocating violence?  I

23    wouldn't classify it as that.  No, sir.

24          Q.   Did you see anything in the Signal app where

25    they're talking about shooting people or shooting pigs or
```

1  something disrespectful like that?

2      A.   I would classify the statements of, you know,

3  "Blue lives don't matter" as a negative and derogatory term

4  towards violence towards law enforcement.

5      Q.   Okay.  But that's about as bad as it got that you

6  saw as far as antipolice?

7      A.   I would -- you could classify it in other and

8  equal terms.

9      Q.   It seemed like there were a lot of instances,

10  though, of some of the individuals saying, well, you know,

11  we've got to protect ourselves; they might ambush us.  It

12  sounds like a lot of them thought that the police were out

13  to get them, even if they weren't.

14      A.   You could claim that that was their mindset.

15      Q.   At that's one of the reasons people carry the

16  IFAKs, the first aid kit, is to protect yourself if you get

17  shot or hit by somebody; wouldn't you agree?

18      A.   I would agree you do that, but they were eliciting

19  the law enforcement response that put themselves in danger.

20      Q.   By being there?

21      A.   By their actions that they took.

22      Q.   In setting off fireworks?

23      A.   One of the actions that they took.

24      Q.   Isn't it sad that they thought that, if they went

25  out there to make their opinion known, that they might get

1    shot or hurt in a way that required first aid?

2                MR. SMITH:  This is argumentative, Your Honor.

3                THE COURT:  It's sustained.

4    BY MR. HAYES:

5        Q.   You keep saying the word "attack," but we've

6    talked about today 11 shots fired from the protestors, some

7    of the guns out there, I think seven or eight guns, but at

8    least two of them were in bags and one of them was broken

9    down, right, and the other one was in the van that was a

10   block away.

11               There were no harm to the COs, right?

12       A.   Absolutely emotional harm was done to the COs.

13       Q.   Oh, emotional harm.  Right?  Emotional harm?

14       A.   Yes, sir.

15       Q.   Okay.  I'm sorry that they don't want get their

16   feelings hurt, but did they get hurt physically in any way,

17   that you're aware of?

18       A.   I'm not aware of that.  No, sir.

19       Q.   So they weren't victims of the attack physically,

20   right?

21       A.   I'm not aware of any physical injuries to the COs.

22       Q.   Did anyone shoot the building?

23       A.   I am not aware of any rounds that struck the

24   building.

25       Q.   Ram cars into anything?  Ram cars through the

1    gate?  Cut a hole in the fence?  Anything like that?

2        A.    No, sir.

3        Q.    So the attack that you keep referring to was

4    fireworks, until the shots rang out?

5        A.    And the felonious amount of property damage to the

6    facility.

7        Q.    The spray painting of vehicles?

8        A.    And the destruction of property.

9        Q.    Is that the removal of the camera?

10       A.    Yes, sir.  And the PDC-owned vehicle.

11       Q.    So that was the attack?

12       A.    Part of the attack.

13       Q.    Prior to Lieutenant Gross getting there, no shot

14   had been fired?

15       A.    I am unware of any -- there's no evidence of any

16   other shots.

17       Q.    And when he got out of his car, you said you

18   couldn't tell from the body camera if he had his gun drawn

19   or not.  Is there any way to determine that?

20       A.    There's no other video showing that.  No, sir.

21       Q.    Is there any other video showing that he didn't

22   have that drawn?

23       A.    I know he draws his gun at some point, but I

24   just -- it's not when he initially gets out of the vehicle.

25       Q.    Okay.  Was it before or after the shots are fired

1   or can you tell?

2       A.   From the video itself, it's unclear.

3       Q.   Were there any other officers out there at that

4   time?

5       A.   He was followed almost -- there was, you know, an

6   Alvarado fire marshal that was -- approached the scene

7   seconds, right after him.

8       Q.   But were there any other police officers?

9       A.   Not at that time when the shooting happens.

10      Q.   I assume a lot of them showed up after the fact?

11      A.   Yes, sir.

12      Q.   But whenever he was being shot at or when he got

13  shot, he was the only police officer in the area?

14      A.   Yeah.  I mean, the fire marshal is also classified

15  as a peace officer in Texas.

16      Q.   Okay.  But he's in a fire truck, right?

17      A.   He was in his specific vehicle.

18      Q.   Okay.  Well, as far as we know, no one was mad at

19  the firemen that day.  They were just mad at law

20  enforcement, according to you, right?

21      A.   I would say mad at any aspect of the federal

22  government or a government entity.

23      Q.   Was there any other elements of the attack that I

24  missed when I was kind of going through what we talked about

25  today?

 1                    Is there anything that did not come up that you

 2    think the Court should be aware of?

 3        A.   No, sir.  You can ask, but I do not recall

 4    anything at this time.

 5                    MR. HAYES:  Okay.  Thank you very much.

 6                    THE COURT:  All right.  Thank you.  You may step

 7    down.

 8                    MR. SMITH:  I have redirect, Judge, if you --

 9                    THE COURT:  Really?

10                    MR. SMITH:  Okay.  I mean, if the Court's not --

11                    THE COURT:  I mean, keep it short, because this is

12    a bit of overkill, but go ahead.

13                    MR. SMITH:  All right.  Well, I just wanted to --

14    will you please bring up Slide 11?

15                    There was a lot of argument about this, Judge.  I

16    will be brief on it.

17                    THE COURT:  Okay.

18                         REDIRECT EXAMINATION

19    BY MR. SMITH:

20        Q.   Okay.  So we know from multiple cooperators that

21    Cameron Arnold was in this group, right?

22        A.   Correct.

23        Q.   All right.  We also know that Cameron Arnold was

24    brought to this facility by another cooperator; is that

25    right?

1          A.    Correct.

2          Q.    We know Elizabeth Soto was in that group also,

3   right?

4          A.    Correct.

5          Q.    Okay.  And we know that as this -- and everybody

6   else was part of the fireworks crew except for Baumann and

7   Evetts who broke off and did the vandalism, right?

8          A.    That's correct, yes.

9          Q.    Okay.  And then we know that, as soon as the

10  correctional officers come out, they move these individuals

11  simultaneously, these other nine individuals, and they

12  coalesce at the shooting?

13         A.    Correct.

14         Q.    Right?

15               All right.  Now, I will close with this.  The

16  corrections officers, they were scared to death, right?

17         A.    Absolutely.

18         Q.    They thought they were taking --

19               MR. COFER:  Your Honor, I'm going to object to

20  leading, and he's just retreading all this.  It's not --

21               THE COURT:  Just go ahead and try not to lead

22  and --

23               MR. SMITH:  Yes, Your Honor.  Thank you.

24  BY MR. SMITH:

25         Q.    Were they scared?

1          A.     Absolutely.

2          Q.     Were they in fear for their lives?

3          A.     Yes, crawling on hands and knees, believing that

4    they would be shot.

5          Q.     They believed they were getting shot at?

6          A.     That is what they've told us, yes.

7          Q.     And one officer did, in fact, get shot?

8          A.     Correct.

9                 MR. SMITH:  All right.  Thank you.

10                THE COURT:  All right.  Thank you.  You may step

11   down.

12                We're going to take a recess for -- give me just a

13   moment.

14        (An off-the-record discussion was had.)

15                THE COURT:  Mr. Smith, is that it for the

16   government's evidence, or do you have other witnesses?

17                MR. SMITH:  Yes, Judge.

18                THE COURT:  Okay.  From the defense, do any of you

19   anticipate calling live witnesses?  I will accept proffers

20   when we return.

21                Mr. Cofer?

22                MR. COFER:  Yes, Your Honor.

23                THE COURT:  Okay.  How many?

24                MR. COFER:  It depends on the quality of the

25   testimony from the first witness.  I have several officers

```
1        that I have subpoenaed to be here --

2                THE COURT:  Okay.

3                MR. COFER:  -- that were involved in the

4        investigation.  And so, my hope is that it will be one, but

5        if I can't get it from one, I will go to the rest.

6                THE COURT:  Anyone else have a live witness to

7        present?

8                Yes?

9                MR. BOUFFARD:  For the detention hearing portion,

10       Your Honor.

11               THE COURT:  Okay.  So you do have one for there?

12       I will accept proffers, also, from those, which is our

13       normal course.

14               All right.  So I had 2:00 hearings scheduled.  I'm

15       going to see what I can do about moving that.  But let's

16       take a 45-minute lunch, and then we will resume in this

17       courtroom for defense presentations and summations.

18               We're adjourned until then.

19               Yes, sir?

20               MR. COFER:  Your Honor, may we leave items in the

21       courtroom, or do we need to take those?

22               THE COURT:  You may.  We'll lock the courtroom

23       once it's cleared.

24           (A recess was had at 1:30 p.m.)

25           (Court reconvened at 2:14 p.m.)
```

```
 1                    COURT SECURITY OFFICER:  All rise.

 2                    THE COURT:  Thank you.  Please be seated.  Let's

 3      resume the preliminary and detention hearing.

 4                    We are at the point to hear defense.

 5                    Mr. Cofer, I understand you have a witness?

 6                    MR. COFER:  Yes, Your Honor.  Sergeant Chad

 7      Marshall.

 8                    THE COURT:  Sergeant Marshall.

 9                    Will the marshals check the hall for a Sergeant

10      Marshall?  It should be, I believe, a uniformed police

11      officer.

12                    THE WITNESS:  Yes, sir.

13                    THE COURT:  I will have you stop right there.

14      Raise your right hand to be sworn by my clerk.

15           (The oath was administered.)

16                    THE WITNESS:  I do.

17                    THE COURT:  Thank you.  If you would, please, come

18      right around here and have a seat.  Feel free to adjust that

19      microphone however you need to.

20                    You may proceed, Counsel.

21                    MR. COFER:  Thank you, Your Honor.

22                         DIRECT EXAMINATION

23      BY MR. COFER:

24           Q.   Sergeant Marshall, which agency are you with?

25           A.   With the Alvarado Police Department.
```

1      Q.   Okay.  And you are here pursuant to a subpoena

2   that you were served with?

3      A.   Yes, sir.

4      Q.   And I am the attorney, Cody Cofer, that caused

5   that subpoena to be served.  I appreciate you being here.

6      A.   Yes, sir.

7      Q.   And you've been in the courtroom this morning

8   listening to the testimony?

9      A.   Yes, sir.

10      Q.   I'm not going to rehash a lot of the things we

11   talked about.  Just your involvement, what maybe you spoke

12   to your officers about.

13           But you are familiar with Cameron Arnold?

14      A.   To an extent.  Yes, sir.

15      Q.   You know Cameron Arnold to also be called Autumn

16   Hill?

17      A.   Yes, sir.

18      Q.   I'm going to refer to that person as Ms. Hill.

19   Okay?

20      A.   Yes, sir.

21      Q.   All right.  Now, you were the affiant for the

22   criminal complaint and affidavit for arrest warrant for

23   Ms. Hill; is that correct?

24      A.   Yes, sir.

25      Q.   The facts contained within that affidavit are

1    facts that either you knew personally or were relayed to you

2    by other law enforcement officers, correct?

3         A.   Yes, sir.

4         Q.   And either in your investigation or what was

5    relayed to you, do you know when Ms. Hill left the

6    Prairieland Detention facility?

7         A.   I do not, sir.

8         Q.   Do you know if Ms. Hill was present at the time of

9    the shooting?

10         A.   From what had been relayed to me, yes, sir.  The

11    facts relayed to me were that someone had mentioned to one

12    of the other investigators that, I believe it was

13    Ms. Morris, had said that she was there with her and her

14    Texas, either ID or driver's license, was found in the

15    vehicle.

16         Q.   And so, you're -- what was relayed to you was from

17    the interview of Ms. Morris; is that correct?

18         A.   It was relayed to me by my chief.  Now, where it

19    came down from there, who exactly got that information and

20    passed it on, I'm not -- I don't -- I don't have that

21    answer.

22         Q.   Now, I want you to listen to my question

23    carefully.

24         A.   Okay.

25         Q.   You have information that Ms. Hill was present at

1   the Prairieland facility on the night in question; is that

2   correct?

3       A.   That's the belief that was passed on to me.  Yes,

4   sir.

5       Q.   But not that she was present at the Prairieland

6   facility at the time that the shooting took place?

7       A.   I don't have specific times.  No, sir.

8       Q.   Okay.  All right.  And is there any evidence that

9   you have or that has been relayed to you by other law

10  enforcement or anyone else that Ms. Hill planned the killing

11  of anyone or planned the shooting of anyone?

12      A.   Not to my knowledge.

13      Q.   And as far as you know from messages, or any

14  source whatsoever, did your agency get some evidence that

15  Ms. Hill in any way aided or abetted in the shooting of the

16  Alvarado officer?

17      A.   Outside of the interview with Megan Morris that

18  one of the investigators had, I'm not for sure who that was,

19  and the -- like I said, the ID found in the car.  That's the

20  only thing I'm aware of.

21      Q.   So the ID found in the car.

22           And then what was relayed to you about the

23  interview with Meaghan Morris?

24      A.   That a coconspirator, Meaghan Morris, had told one

25  of the investigators, or whoever interviewed her, that she

1    had rode there with them.

2         Q.    Okay.  So her presence at the Prairieland

3    Detention Center and her ID in the car, that is the only

4    evidence that would suggest to you that she might have aided

5    and abetted in the shooting?

6         A.    That is all I'm aware of at this time.  Yes, sir.

7         Q.    Okay.  Have you had occasion to speak with this

8    agent that is over here at the government's table?

9         A.    Very brief.  I've seen him a couple times around

10   the PD during the investigation, but it wasn't much.  No,

11   sir.

12        Q.    Have you had meetings with the DA's office or the

13   U.S. attorney's office about this case?

14        A.    No, sir.  I went to a -- basically a public

15   information over here at one of the buildings, but that was

16   it.  It wasn't an actual meeting talking about, you know,

17   details and all that kind of stuff.  So I would say, no,

18   sir.

19        Q.    And from the time that you signed and swore to the

20   probable cause affidavits for the arrest warrant, has your

21   agency conducted any additional investigation?

22        A.    Not to my knowledge.  But I was reassigned, so I'm

23   not for sure how up to date they are on that.

24        Q.    Very good.

25             MR. COFER:  I'll pass the witness, Your Honor.

```
 1              THE COURT:  All right.  Before I move for

 2    cross-examination, any questions for this witness,

 3    Mr. Florey?

 4              MR. FLOREY:  Just a couple, Your Honor.

 5              THE COURT:  Okay.

 6                      CROSS-EXAMINATION

 7    BY MR. FLOREY:

 8         Q.   My name's Ben Florey.  I represent Mr. Baumann.

 9         A.   Yes, sir.

10         Q.   I have a few questions.

11              Are you aware of who was doing the interviews at

12    the police station of the individuals that were brought in?

13    Which lieutenant was that?

14         A.   From the names I was given, it was Sergeant Dustin

15    Paulsen.

16         Q.   Paulsen?

17         A.   Paulsen.

18         Q.   Paulsen?

19         A.   Yes, sir.

20         Q.   Have you seen him here today?

21         A.   Yes, sir.

22         Q.   I did too, and I visited with him.  I'm just

23    making sure I got his name correct.

24         A.   Yes, sir.

25              And Officer Christopher Eadler.
```

```
 1          Q.   Eadler?

 2          A.   Eadler.

 3               THE COURT:  How do you spell that?

 4               THE WITNESS:  E-a-d-l-e-r.

 5               THE COURT:  Thank you.

 6               THE WITNESS:  Yes, sir.

 7   BY MR. FLOREY:

 8          Q.   I got that wrong.  Eadler?

 9          A.   Yes, sir.

10          Q.   All right.  But there wasn't a lieutenant that

11   interviewed anybody, it was a sergeant?

12          A.   Not that I'm aware of.  So Dustin Paulsen is a

13   sergeant.  Christopher Eadler is an officer.  Those are the

14   only two that I'm aware of.

15          Q.   Paulsen, P-a-u-l-s-o-n?

16          A.   S-e-n.

17               MR. FLOREY:  All right.  That's all I've got.

18               THE COURT:  Thank you, sir.

19               Mr. McLain, any questions for the witness?

20               MR. McLAIN:  No.  Thank you, Your Honor.

21               THE COURT:  Mr. St. John, any questions?

22               MR. ST. JOHN:  No, Your Honor.

23               THE COURT:  Mr. Brown?

24               MR. BROWN:  No, Your Honor.

25               THE COURT:  Ms. Schuerman?
```

```
 1                  MS. SCHUERMAN:  No, Your Honor.

 2                  THE COURT:  Mr. Davis?

 3                  MR. DAVIS:  No, sir.

 4                  THE COURT:  Okay.  And Mr. Hayes?

 5                  MR. HAYES:  No, Your Honor.

 6                  THE COURT:  Cross-examination by the government?

 7                  MR. SMITH:  Yes, Your Honor.

 8                       CROSS-EXAMINATION

 9   BY MR. SMITH:

10       Q.   Were you part of any of the subsequent follow-up

11   interviews of any of the cooperators in the case with the

12   FBI?

13       A.   No, sir.

14       Q.   And part of the exploitation of any digital media

15   or anything like that?

16       A.   Not as in imaging or anything like that.  No, sir.

17                  MR. SMITH:  Okay.  I have no further questions,

18   Your Honor.

19                  THE COURT:  Okay.  May this witness be excused?

20                  MR. COFER:  Yes, Your Honor.

21                  THE COURT:  Thank you for being here.  You're

22   excused, sir.

23                  THE WITNESS:  Thank you.

24                  THE COURT:  Additional evidence by proffer or by

25   live witness.
```

```
 1                MR. COFER:  No, Your Honor.  We'll rest.

 2                THE COURT:  All right.  Mr. Florey, do you have

 3      any witnesses or proffer to make at this time?

 4                MR. FLOREY:  Yes, Your Honor.  I would like to

 5      proffer the information I got from Lieutenant Paulsen.  He

 6      confirms what my client told me I could use for

 7      cross-examination of the officer --

 8                THE COURT:  I guess you'll need to go to podium,

 9      make sure we can hear you.

10                You're saying you're proffering the information

11      that you used during your cross-examination?

12                MR. FLOREY:  Yes, sir.  I confirmed that with him

13      during the lunch hour.  Visited with him a little bit about

14      it.  I couldn't find him before.  But he would confirm and

15      he would testify, if he were here today, he was here a

16      moment ago, that --

17                THE COURT:  And tell me the witness's name one

18      more time.

19                MR. FLOREY:  Falson, F-a-l-s-o-n, I believe is

20      what he said.

21                He would testify that my client was brought into

22      his office there for an interview.  My client was given

23      Miranda warnings.  He said he wanted a lawyer at that time.

24      Falson said, "That's all right.  So then go ahead and book

25      him for shooting an officer and attempted murder."
```

 1                And at that time, my client said, "No.  Wait.  I

 2      don't want a lawyer.  I didn't know an officer got shot.  I

 3      want to talk."

 4                Properly at that time, the lieutenant said, "No.

 5      You've already taken your rights under the Miranda, and I'm

 6      not going to interview you anymore.  Go ahead and book him."

 7                That's what I have by way of a proffer.

 8                THE COURT:  I'll accept that proffered testimony.

 9                MR. COFER:  Your Honor, I don't mean to butt in,

10      but I just -- for the Court's benefit, I can clarify.  So

11      it's Dustin Paulsen, P-a-u-l-s-e-n.  He was subject to my

12      subpoena, and he was here.  They had a murder call.  So I

13      cut everybody loose other than the one that I called.

14                THE COURT:  Okay.  And I appreciate -- I

15      appreciate that, Mr. Cofer.

16                MR. FLOREY:  Thank you.

17                THE COURT:  I appreciate that, Mr. Cofer.

18                All right.  Any evidence by proffer or live

19      testimony, Mr. McLain?

20                MR. McLAIN:  Not on behalf of Mr. Evetts, no, sir.

21                THE COURT:  Okay.  Mr. St. John?

22                MR. ST. JOHN:  No, Your Honor.

23                THE COURT:  Mr. Brown?

24                MR. BROWN:  No, Your Honor.

25                THE COURT:  Ms. Schuerman?

```
 1                    MS. SCHUERMAN:  No, Your Honor.

 2                    THE COURT:  Mr. Davis?

 3                    MR. DAVIS:  No, Your Honor.

 4                    THE COURT:  Mr. Hayes?

 5                    MR. HAYES:  No, Your Honor.

 6                    THE COURT:  All right.  Did I miss anybody?

 7              Give me a second.

 8              Okay.  Mr. McLain, I thought you said you had a

 9    witness earlier.  Mr. Bouffard?

10              MR. McLAIN:  Sir, we have witnesses on the

11    detention hearing portion only, but not on the PC portion.

12                    THE COURT:  All right.  This is all one hearing.

13              MR. McLAIN:  Okay.

14              THE COURT:  Believe me, we're not going any longer

15    than this, so --

16              MR. McLAIN:  Yes, sir.

17                    THE COURT:  And that should be clear to everybody.

18    This is preliminary and detention hearing, as I called it at

19    the beginning.  So if you would like to call a detention

20    witness at this --

21              MR. BOUFFARD:  If I can handle it, yes, sir.

22              MR. McLAIN:  Yes, sir.

23              THE COURT:  If you'd like to call a detention

24    witness at this time?

25              MR. McLAIN:  Yes, Your Honor.
```

```
 1              MR. BOUFFARD:  We call Mr. Kim Evetts.

 2              THE COURT:  Mr. Evetts, would you please come

 3   forward.  First name Ken, K-e-n?

 4              THE WITNESS:  K-i-m.

 5              THE COURT:  K-i-m?

 6              All right, sir.  If you will follow my officer,

 7   please.

 8              Sir, if you would please raise your right hand and

 9   be sworn by my clerk.

10        (The oath was administered.)

11              THE WITNESS:  I do.

12              THE COURT:  Thank you, sir.  If you would, please

13   have a seat right up here.  Adjust those microphones however

14   you need to, sir.

15              You may proceed, Counsel.

16              MR. BOUFFARD:  Thank you, Your Honor.

17                     DIRECT EXAMINATION

18   BY MR. BOUFFARD:

19        Q.   Mr. Evetts, good afternoon, sir.

20        A.   Good afternoon.

21        Q.   Can you please state your name and spell your

22   last?

23        A.   My name is Kim Evetts.  Last name is spelled

24   E-v-e-t-t-s.

25        Q.   And first name Kim, K-i-m?
```

```
 1              A.   K-i-m.

 2              Q.   And sir, what city and state do you live in?

 3              A.   Fort Worth, Texas.

 4              Q.   And your occupation?

 5              A.   I'm retired.

 6              Q.   Okay.  How do you know Zachary Evetts?

 7              A.   He's my son.

 8              Q.   So you've known him his whole life, right?

 9              A.   Yes, sir.

10              Q.   And as his father, sir, how well would you say you

11      know him?

12              A.   Very well.

13              Q.   Okay.  Is Zachary a citizen of the United States?

14              A.   Yes, sir.

15              Q.   Okay.  Before we proceed, I would like to make the

16      Court aware of who is here today on behalf of Zachary.

17                   Can you briefly identify the folks here in the

18      gallery who are here on behalf of Zachary?

19              A.   Yes.  There's my wife, Robin Evetts, his mom.  His

20      sister, Brooke Evetts.  One of his friends, Russell.

21      Another friend, Sky.  His wife, Wendi, and his

22      mother-in-law -- I'm sorry.  I'm nervous.

23                   THE COURT:  That's okay.  Nerves get to people on

24      the stand.  You're okay.

25                   THE WITNESS:  And then another work -- former work
```

1  associate, Wade Jordan.

2  BY MR. BOUFFARD:

3      Q.   Okay.  Yes, sir.

4           So I'm going to ask you some questions in three

5  general areas.  Okay?  I'm first going to talk about

6  character.  I'm then going to talk about the likelihood that

7  Mr. Evetts would appear in court, Mr. Evetts being your son,

8  Zach.  And then I'm going to talk about the issue of whether

9  there is any danger to the community if he were released.

10  Okay?

11      A.   Okay.

12      Q.   So starting with good character, sir, in your

13  opinion, what kind of a person is Zachary?

14      A.   Zach is a very caring, loving, honest person.

15  Never seen him get in any kind of dispute, altercations with

16  people.  He's got a good character.

17      Q.   Can you provide Judge Cureton with any specific

18  examples when you talk about Zach's honesty?

19      A.   I remember a situation back when he was in high

20  school.  He was driving my old SUV back and forth to school.

21  Got a call from my wife, said, "Hey, Zach's -- the tire's

22  blown out on Zach's truck.  He's over on Park Vista

23  Boulevard."

24           I went over to get -- she had picked him up

25  already.  I went, took care of everything, got home, and I

```
 1    was kind of thinking or led to believe that the tire had

 2    just gone flat.  But when I got home, he told me that he had

 3    hit a curb and that's what caused the tire to go flat.

 4         Q.   Okay.  So he admitted to you that he had caused

 5    that flat and --

 6         A.   Yeah.

 7         Q.   Okay.  How did that make you feel, hearing that?

 8         A.   It made me feel proud.

 9         Q.   Tell me why.

10         A.   That he could -- that he trusted me as his father

11    to understand that he's a new driver.  He's young.  He's

12    inexperienced.

13         Q.   Okay.

14         A.   And he trusted me, basically.

15         Q.   Is Zachary a responsible person?

16         A.   Oh, yeah.  One of the most responsible persons I

17    have ever met.  More responsible than his old man, actually,

18    I would say.

19         Q.   Okay.  Is there anything that jumps out at you, as

20    you look back over your time with Zachary, that stands out

21    as an example of his responsibility?

22         A.   Yeah.  When he was in high school, he wasn't

23    really a great student.  I mean, he made decent grades.

24    But, you know, high school kids, you know, slack off

25    sometimes and -- but I noticed once he got in college, he
```

```
 1   took it serious.  He graduated with honors.  I can't

 2   remember if he was magna cum laude or summa cum laude, but

 3   graduated with honors.

 4          So it showed me the responsibility that he had

 5   gained after moving out of the house and being on his own

 6   pretty much at college, that he was going to take it serious

 7   and be responsible, because he knows, or he knew that money

 8   was being paid for this.

 9   Q.   So you mentioned that he graduated college with

10   honors.  What college did he graduate from?

11   A.   Midwestern State University.

12   Q.   Is that in Wichita Falls?

13   A.   Yes, sir.

14   Q.   Okay.  And what was his -- or what is his degree

15   in?

16   A.   His degree was in mechanical engineering, and I

17   believe a minor in mathematics.

18   Q.   Okay.  What about Zach's character for

19   peacefulness?  Is Zach a peaceful person?

20   A.   Always.  I have never seen him -- I've seen him

21   upset before, but never seen him really get riled up about

22   too much.  He's more of a logic kind of person instead of an

23   emotional-type person.

24   Q.   Okay.  What about empathy?

25   A.   He has great empathy.  In fact, I think that's why
```

1    he was down there.  He cares --

2        Q.   Say again.

3        A.   I think that's why he was down there.  He cares

4    about people --

5        Q.   Okay.

6        A.   -- and their well-being.

7        Q.   Okay.  Sir, other than the allegations in this

8    case, which, to be very clear, he denies, have you ever

9    known Zachary to engage in any criminal behavior?

10       A.   No, sir.

11       Q.   Okay.  Have you ever known Zachary to use illegal

12   drugs?

13       A.   No, sir.

14       Q.   Okay.  Sir, I'm going to talk to you now about the

15   issues regarding whether or not Zach is likely to appear in

16   court when ordered to if he's released.

17            How long have you lived in North Texas?

18       A.   Fifty-eight years.

19       Q.   And does most of your family also live in North

20   Texas?

21       A.   Yes, sir, they do.

22       Q.   Is your family a close family?

23       A.   Yes, sir, they are.

24       Q.   Okay.  So, in particular, I want to ask you, have

25   you had a chance to observe Zachary's relationship with his

     1    wife, Wendi?

     2              And if so, can you please describe to the judge

     3    their relationship as you see it.

     4        A.   They have one of the best relationships I'm aware

     5    of.  That I've -- the people I've been around.  I've been

     6    around a lot of people, I've been around, you know, a while.

     7    I'm retired.  Their relationship is ideal.  I very seldom

     8    see them argue about anything.  I wish my relationship was

     9    more like theirs sometimes.

    10        Q.   Okay.  Between you, your family, and then also

    11    Zachary's wife, Wendi, their home in Waxahachie, do you

    12    believe that Zachary has strong ties to our community?

    13        A.   Oh, yes.

    14        Q.   Okay.  And before he was arrested and detained on

    15    July 5th of this year, did Zachary have a steady employment

    16    record?

    17        A.   Yes, sir.

    18        Q.   If released, do you know if Zachary intends to

    19    either resume his old employment or to find new employment?

    20        A.   He will be finding new employment.

    21        Q.   Okay.  Do you believe that Zachary is a person who

    22    will appear for his court dates?

    23        A.   Oh, yes.

    24        Q.   Okay.  And will you and your family help provide

    25    him any support he may need to ensure that he appears for

1    his court dates?

2         A.   Yes.  We have and we will.

3         Q.   Do you believe Zachary will continue to fully

4    engage with Mr. McLain and myself as his attorneys as we

5    continue to represent him?

6         A.   Yes, sir.

7         Q.   If Judge Cureton were to impose conditions on

8    Zachary as part of a pretrial release, will you and your

9    family help provide him the support he may need to comply

10   with all conditions that may be put on him?

11        A.   Yes.

12        Q.   Okay.  And so, to kind of sum this up, is

13   Zachary -- is he walking this path alone or does he have the

14   love and support of his family?

15        A.   He's got the love and support of his family,

16   100 percent.

17        Q.   Okay.  And, sir, finally, I'd like to ask you some

18   questions about whether he's a dangerous person.  Okay?

19             You already alluded to this, but does Zachary have

20   any prior criminal convictions?

21        A.   No, sir.

22        Q.   And other -- you know, again, other than his

23   arrest on these charges, does he have any kind of criminal

24   history at all?

25        A.   No, sir.

1          Q.   Okay.  Have you ever known Zachary to be violent?

2          A.   No, sir.

3          Q.   Have you ever known him to advocate violence?

4          A.   No, sir.

5          Q.   How does he handle conflict?

6          A.   He's a peacemaker.  He's one of those guys that

7     likes for things to be calm.  Like I say, he's not real

8     emotional about stuff.  He doesn't have a lot of high

9     emotion.  He likes for calmness to be around, and so he's a

10    peacemaker.

11         Q.   Okay.  Have you ever heard him threaten anybody?

12         A.   No, sir.

13         Q.   Do you believe that Zachary is a person who would

14    harm or threaten to harm or intimidate witnesses?

15         A.   No, sir.

16         Q.   Jurors?

17         A.   No, sir.

18         Q.   Any member of the community?

19         A.   No, sir.  I've got an example, if I could, to give

20    you.  I've got an example of his kindness, if I could?

21              THE COURT:  Please.

22              THE WITNESS:  We were at the deer lease years

23    back, and he was younger.  It was him and his brother and

24    some other of the other men that were on the deer lease,

25    their kids were there.  And there was a lizard up in the

1    tree, close to camp --

2    BY MR. BOUFFARD:

3        Q.   Sir, can I ask you to pause and lean forward to

4    that microphone a little bit more?

5        A.   Yes.   There was a lizard up in the tree at the

6    camp.   We were all standing around kind of by the camp

7    because nobody was out hunting, doing anything.   One of the

8    other kids wanted to kill the lizard, went over and got his

9    BB gun, whatever kind of gun it was, I can't remember for

10   sure, shot the lizard out of the tree and it hit the ground.

11           Zach started crying.   I had to walk him away and

12   tell him, "It's okay.   Some people are just like that."

13       Q.   Sir, do you think if Zach were released that he

14   would act to obstruct justice in any way?

15       A.   No, sir.

16       Q.   And finally, sir, do you believe that Zach would

17   pose any danger to anyone's safety if he were in the

18   community instead of detained pending his trial in this

19   case?

20       A.   He wouldn't hurt anyone.

21       Q.   Okay.

22           MR. BOUFFARD:   Sir, that's all the questions I

23   have for you.   Mr. Smith may have some.

24           THE COURT:   All right.   Before we get there, does

25   any defense counsel have any questions for this witness?   If

```
 1    so, just indicate by raising your hand.

 2                Okay.  I see no hands.

 3                Any questions from the government?

 4                MR. SMITH:  No, Your Honor.

 5                THE COURT:  All right.  Thank you, sir.  You may

 6    step down.

 7                THE WITNESS:  Thank you.

 8                THE COURT:  Thanks for being here.

 9                MR. BOUFFARD:  Your Honor, we would call Brooke

10    Evetts.

11                THE COURT:  Ms. Brooke Evetts, if you would come

12    forward.

13                MR. BOUFFARD:  And one more witness after Brooke.

14                THE COURT:  Okay.  Will they be substantially

15    different or will they be supporting the same thing I just

16    heard?

17                MR. BOUFFARD:  Mostly supportive.  The third

18    witness will be different from the first two.  More

19    significantly different.

20                THE COURT:  Because I will take it that her

21    testimony will be consistent with what I've just heard and

22    accept it as a proffer, if you wish.

23                MR. BOUFFARD:  100 percent consistent and that's

24    fine with us.

25                THE COURT:  Thank you for being here, Ms. Evetts.
```

1              Sir, you may call your third witness.

2              MR. BOUFFARD:  We call Mr. Roy Jordan to the

3    stand.

4              THE COURT:  All right.  Mr. Jordan, if you would

5    please come forward.

6              Mr. Jordan, would you please raise your right hand

7    and be sworn by my clerk.

8         (The oath was administered.)

9              THE WITNESS:  I do.

10             THE COURT:  Thank you, sir.  If you would, please

11   have a seat.

12             You may proceed, Counsel.

13             MR. BOUFFARD:  Thank you, sir.

14                       DIRECT EXAMINATION

15   BY MR. BOUFFARD:

16        Q.   Mr. Jordan, can you state your full name and spell

17   your last?

18        A.   Roy Wade Jordan, J-o-r-d-a-n.

19        Q.   And, sir, do you go by Wade?

20        A.   Yes, sir.

21        Q.   Okay.  Thank you.

22             What city and state do you live in, sir?

23        A.   Crowley, Texas.

24        Q.   Okay.  And what is your occupation?

25        A.   Plant manager at Thompson Pipe Group.

1    Q.    Do you know Zachary Evetts?

2    A.    I do.

3    Q.    Can you tell the judge how you know him?

4    A.    I worked with him for a little over three -- three

5    and half years at the steel mill in Midlothian.  He was --

6    we worked very close together.  I was maintenance manager,

7    he was reliability engineer, so got to -- got to know him

8    very well.  Lots of time together.  Lots of hours worked in

9    the plant, so --

10    Q.    Did you guys socialize much outside of work?

11    A.    Not too much, no.

12    Q.    So most of your knowledge, or almost all of your

13    knowledge is based on interaction in the workplace?

14    A.    Yes, sir.

15    Q.    Okay.  Well, with that understanding, can you --

16    can you tell the judge what -- in your opinion, what kind of

17    a person is he?

18    A.    He's very smart, very data driven, very

19    dependable.  He's -- he's, I mean, loyal to the cause,

20    because, I mean, they -- I mean, when we had jobs, he -- he

21    dug in deep, figured out what we needed to know, made sure

22    we was on the right path, stayed on task, so --

23    Q.    Can you tell Judge Cureton about what the duties

24    and responsibilities of a reliability engineer are?

25    A.    Well, he would take -- you know, he was there for

1    the machinery, making sure we -- we met the requirements we

2    needed to keep the machine up and to par and, you know, if

3    we needed upgrades.

4         He was there to keep us on schedules for overhauls

5    and when we do outages and stuff like that.  He was very

6    detail oriented on schedules and, you know -- and keeping up

7    with everybody's task at that time, so --

8         Q.   Am I too far off base to say that's kind of a

9    leadership position as a reliability engineer?

10        A.   Yeah.  He was there for the machines, which helped

11   us -- keep us in line, so --

12        Q.   Okay.  Do you believe Zachary is an honest person?

13        A.   Yes.

14        Q.   And why do you say so?

15        A.   When we worked together, I mean, even if I told

16   him, "Hey, don't worry about that, just from the history I

17   know of the workplace, that's going to pass.  You don't need

18   to worry about it."  He still was data driven.  That he had

19   to get it done because that was what was asked.

20        And, you know, he'd come back, you know, a couple

21   months later and say, you told me not to worry about that

22   but, you know -- because it would get passed over, so --

23        Q.   Gotcha.

24        A.   But he still wanted to get it done.

25        Q.   Okay.  Is he a responsible person?

1        A.   Oh, yes.

2        Q.   Okay.  It seems like that would be pretty --

3    pretty required in that job position?

4        A.   Yes, sir.

5        Q.   Okay.  Have you ever had occasion to form an

6    opinion about his character for peacefulness?

7        A.   I mean, he's nonconfrontational, I mean, very laid

8    back.  You know, he -- I never seen him get stirred up about

9    much at all.  So, you know -- and we had plenty of

10   opportunities to get stirred up.

11       Q.   Okay.

12       A.   You know, stuff -- conflicts from the job.  You

13   know, people, you know, working on top of each other.  It's

14   just things going off schedule.  I mean, he never got

15   deterred.

16       Q.   Okay.  You mentioned -- you mentioned like

17   conflicts in the workplace.  How does -- how does Zach

18   handle conflict in your -- in your view?

19       A.   I never seen him get confrontational with nobody.

20   I mean, he'd let me know if there was something going on

21   that I needed to know about.  But other than that, he -- he

22   never addressed stuff like that, so --

23       Q.   Based on everything you know about Zach from the

24   workplace, okay, his honesty, his responsibility, the way he

25   carries himself, all of that, do you think that he is a

1    person who will follow instructions of the Court if he's

2    told you need to be here at a certain place and certain

3    time?

4         A.   Oh, yes, sir.

5         Q.   Okay.  Any hesitation there?

6         A.   No.

7         Q.   Okay.  And then what about, you know, the issue of

8    whether or not he'd be a danger to anybody?

9              You heard me ask those question a little bit ago

10   of Mr. Evetts.

11        A.   Yeah.  I don't think he'd be a danger to anybody.

12        Q.   Okay.  And why do you say that?

13        A.   Just his nature.  Like what I've dealt with him, I

14   don't think he would be any kind of conflict.

15        Q.   Okay.  All right, sir.  That's all the questions I

16   have.  There may be questions from others.

17        A.   All right.  Thank you.

18             THE COURT:  Any defense counsel have questions for

19   this witness, please raise your hand.

20             I see no hands.

21             Any questions from the government?

22             MR. SMITH:  No, Your Honor.

23             THE COURT:  All right.  Thank you, sir.  You may

24   step down.

25             MR. BOUFFARD:  Your Honor, Mr. Evetts rests.

```
 1                    THE COURT:  All right.  Mr. St. John, any evidence

 2    you wish to present at this time?

 3                    MR. ST. JOHN:  No, Your Honor.  Rest.

 4                    THE COURT:  Okay.  Mr. Brown?

 5                    MR. BROWN:  No, Your Honor.  We rest.

 6                    THE COURT:  Okay.  Ms. Schuerman?

 7                    MS. SCHUERMAN:  We rest.

 8                    THE COURT:  Mr. Davis?

 9                    MR. DAVIS:  We'll rest, Your Honor.

10                    THE COURT:  And Mr. Hayes?

11                    MR. HAYES:  We'll rest as well, Your Honor.

12                    THE COURT:  Okay.  Well, any rebuttal evidence

13    from the government to the defense testimony?

14                    MR. SMITH:  No, Your Honor.

15                    THE COURT:  The evidence is closed.

16                    Yes, sir.  Did you --

17                    MR. FLOREY:  Yes.  One other thing, Your Honor, I

18    got busy when I was talking about that other matter.

19                    I'd like to, for my client's case, adopt the

20    testimony of the agent that resulted in cross-examination by

21    all the other defense lawyers.

22                    THE COURT:  I'll hold that true for all defense.

23                    All right.  With that being said, the evidence is

24    closed.

25                    Do you wish to be heard in summation, Mr. Smith?
```

1           MR. SMITH:  Yes, Your Honor.

2           THE COURT:  You may.

3           MR. SMITH:  So, obviously, the Government spent

4    three hours or so on facts, so this is -- I want to spend a

5    brief amount of time on the law here.  A lot of

6    cross-examination has been guided towards this issue, right?

7           So how are these guys liable for murder when only

8    one guy pulled the trigger, as far as we can tell at this

9    point in time.  Right?

10          And so, Pinkerton liability -- that's what these

11   slides are for -- Pinkerton liability attaches even if

12   you're not charged in a conspiracy.

13          And in this context, as long as there's sufficient

14   evidence that a conspirator carried -- carried -- in

15   relation to 924(c) -- carried a firearm and used it

16   furtherance of that conspiracy.

17          All right.  So next slide.

18          Aiding and abetting.  Aiding and abetting --

19   Pinkerton applies to aiding and abetting, even if aiding and

20   abetting is not charged.  Here, that's what the charge is.

21   That's the "and to," murder and aiding and abet.  So that's

22   what we have here.

23          Next slide.

24          Aiding and abetting.  This is at the heart, I

25   think, of what some of the defense attorneys were

1    referencing in terms of their cross and the like.  "Hey,

2    what did my guy do?  He didn't have a gun."

3           Well, that's not necessary.  Right?  A person

4    takes an affirmative action in furtherance of an offense if

5    he facilitates, if he makes it possible.

6           If he or she does an affirmative act, renders

7    assistance by words, acts, encouragement, support, or

8    presence in the venture.

9           And that's what we have.  That's exactly what we

10   have going on here.  These people -- these individuals were

11   involved in a long-running conspiracy that started with this

12   philosophy centered around what I've called and labeled the

13   printers.  They're the ideologic heads of this group.  They

14   are rendering assistance passing this information, this

15   Antifa information, this deep-seated hatred of the

16   government.

17          And it's not just words.  It's not -- it's not a

18   sign that All Cops Are Bastards.  That's -- that's not where

19   they stop.  They actually believe that.  They truly believe

20   that, that Blue Lives Don't Matter.  And so, that's what we

21   have -- that's what the evidence has shown of these

22   individuals going in.

23          What were they there for at 10:00 at night,

24   11:00 at night, all dressed in black, shooting fireworks at

25   a facility on private property at a prison.  Essentially it

```
 1   is a prison.  I mean, it's a detention facility.  It's a

 2   prison.  Right?

 3           And then two of them break off and then spray

 4   painting and destroying CCTVs that they recon'd.  These

 5   individuals have acted in a concerted effort.  And they're

 6   bringing rifles.  They're bringing body armor.  And they're

 7   bringing first aid kits.

 8           Why on earth would you bring a first aid kit

 9   unless you intend -- or plan to provide the resources to use

10   it?

11           And this is the -- one of the questions was:

12   Well, was there any evidence of -- I think the words were

13   "detectable words."  Are there any detectable words that

14   were used in this concerted action?

15           What we heard right before Song opens fire is "Get

16   to the rifles."  Why would he say that?  He's calling to

17   action these individuals to get to the rifles.

18           He's the only one that shoots and the cop goes

19   down and then everybody scatters.  There was definitely a

20   plan in place.  And then there was an exfil.  And that's

21   more of the plan.  Right?  They all had an individual plan

22   to take off in one way or another.

23           Song, the most dedicated of the bunch, he hid out

24   in the bush for 24 hours until he had five -- five people

25   come extract him.  That's outrageous that five people would
```

1     go out of their way to take this guy, to have him escape

2     when this is all over the news.  Amber alerts went out on

3     this thing.

4          That speaks to the kind of personality of Mr. Song

5     and what he can motivate.  That's exactly what he did.  All

6     these guys here believed in this guy.

7          Evetts, he takes off.  He's caught about three

8     miles down the road.  He busts some cameras up.  What does

9     he do?  He does not go back to his car where there's two

10     guns in there.  Why does he not go back to his car?  It's

11     right there.  Because he knows that that car links him to

12     the crime.

13          All the guns were left in the car.  Big deal.

14     It's fine to have guns.  Yeah, of course.  But that shows

15     his motivation, not to mention the chats.  He's in there

16     with Ms. Rueda scoping out the place, doing day

17     reconnaissance, finding cameras, busting cameras up.

18          Part of a plan, all in support of this attack on

19     this facility.  They actually believe -- truly believe that

20     these aliens are political prisoners.  That's their

21     motivation.

22          They have liter- -- they devote an entire garage

23     of expensive equipment to printing off this material and

24     publishing it and handing it out.  Of course, you can print

25     off material and you can send it out to people, First

1    Amendment protected right.  There's no dispute about that.

2              But that's evidence of intent.  That can being

3    used and is being used as evidence of their intent.  They

4    truly believe in the overthrow of the American government as

5    it stands now.  They want to effect the change.

6              We are at war.  That's what this -- these

7    statements are.  They're not jokes.  They're not in jest.

8    They're providing resources.  They're providing their

9    person.

10             They're shooting fireworks at a facility to draw

11   corrections officers out.  As soon as the corrections

12   officers come out, they all coalesce right on Song.

13             That's why we have four or five of them positive

14   with GSR all at the same time.  Is that a coincidence?  And

15   then five of those guys are just walking down the street,

16   past their vehicle.  Walk past the cops as if nothing is

17   wrong.

18             And then what do they have in their backpacks?

19   IFAKs.  At least five between that group.  At least five.

20   Not one of them stopped to render aid to that cop.  Not one

21   of them.

22             Baumann didn't go back.  He traveled from College

23   Station for this deal -- for this attack.  He didn't go back

24   and check on the cop after sitting there for 40 minutes.  He

25   told the cops what he thought they wanted to hear.  After

1    vandalizing, after luring these guys out.

2            And then Morris, him and Arnold or Hill have the

3    house where the gear check is done.  Where it's talked

4    about, "Hey, we're bringing rifles," echoed in the chats.

5            Song says, "I'm not getting arrested."

6            That group knew what was going to happen.  They

7    knew if there was a cop response that somebody was going to

8    open up fire and they were not gonna stop and render aid.

9    They were going to take off.  And that's what they all did.

10           None of them froze.  They all had a plan.  They

11   all attempted to execute it.  Some more successfully than

12   others.

13           Mere presence may be discussed, but mere presence

14   is in the context of some random chance event.  That you

15   happen to be on the scene of a crime when a crime happens.

16   That's what the mere presence instruction goes towards.

17           This is not mere presence.  These guys, these

18   individuals dressed in all black to attack a facility at

19   night, trespassed on the facility, shot fireworks at the

20   facility, damaged the facility.

21           And as soon as an armed response occurred, they

22   returned fire with what appeared to be automatic weapon

23   fire.  And they shot an officer.

24           They acted in concert.  And that's why Pinkerton

25   liability attaches, aiding and abetting liability attaches

1    to each person.  They don't have to each hold a gun, but

2    they're part of a common plan and scheme:  Destruction and

3    murder.  Attempted murder in this case.  Six inches from

4    being murdered.

5            THE COURT:  Mr. Cofer, do you wish to be heard in

6    summation on probable cause?

7            MR. COFER:  Yes, Your Honor.  If I may?

8            THE COURT:  You may.

9            MR. COFER:  Your Honor, this is a dangerous case.

10   It's dangerous out there, and it's dangerous in here.  It's

11   one of those situations where the judicial gatekeeping

12   function at this stage is so important, because if that

13   function is not honored and executed with integrity in this

14   kind of case, someone can be swept away by just the sheer

15   force of the emotion, makes its way to 12 people that don't

16   have the cold detachment that a judicial officer has.

17           And we saw it in the testimony of the agent.  He

18   had a hard time stifling his anger as he answered questions.

19   Not just on cross, but also on direct.

20           Now, I represented a January 6th defendant, and I

21   was proud to do it.  I'm here representing Autumn; I'm proud

22   to do it.  Both cases scare me for the same reason.  I know

23   the Court can understand.

24           Autumn, in this group of defendants, is a

25   standout.  There may be some that are close.  But absolutely

1    a standout.  When you have aiding and abetting, it's in

2    co-defense.  So you look at everything that happened up and

3    until the time of the substantive offense.

4          You look at all of that conduct and determine

5    whether that amounts to a crime, because we know that Autumn

6    did not pull the trigger.

7          And so, you work your way down the list from the

8    pattern jury instructions or the comments to the pattern

9    jury instructions, and you look at the words.

10         What words do we have from Autumn?  We went

11   through multiple messages.  Not one was from Autumn.  We

12   didn't even see evidence that Autumn saw any of those

13   messages.  On the Signal app, you can swipe left to see who

14   has accessed any particular message.  And there's no

15   evidence that Autumn even accessed those messages.

16         We do know that there were different group chats

17   going on.  We don't know which ones Autumn was a part of.

18   But most importantly, no words from Autumn.

19         Acts.  Well, there certainly were acts.  The

20   evidence is that Autumn went out and had a meeting about

21   gear, went to the protest.  Let's look at how those acts

22   then help assist or make possible.

23         Was there anything at all that helped Mr. Song

24   pull the trigger?  Autumn didn't bring that weapon.  Autumn

25   didn't -- I mean, if you believe the government's version of

 1    events, the people that coalesced around the shooting are

 2    covered in GSR.  Autumn is not there.  There's no evidence

 3    that she was there at the time.  No acts actually help

 4    assist or make possible the substantive crime.

 5              Encouragement.  There is no evidence of any

 6    communication between Autumn and Mr. Song.  If you look at

 7    the messages, the messages are not specifically talking

 8    about harming anybody.  They're not specifically talking

 9    about committing the crime of murder.

10              There is some rhetoric about war.  There's

11    rhetoric that is in opposition to violence.  There is

12    rhetoric that is counseling safety in these situations.

13              But there's no evidence that Autumn encouraged the

14    substantive offense.  There's no evidence that Autumn

15    supported this substantive offense in any way.

16              Presence.  There's not even evidence that she was

17    present when the offense occurred.  This is not the same as

18    mere presence.  But her being there, does that empower

19    Mr. Song to shoot at law enforcement?  Nonsense.

20              If you look at everything that happens up and

21    until the shooting, it is a protest, perhaps criminal

22    mischief.  The thing about probable cause, although it's a

23    low threshold, it has to be probable cause for the specific

24    offenses.  And the government has focused a great deal on

25    the property damage and these other things, which those

1    happen in protests all the time that don't result in this

2    kind of violence.

3           There is not a causal or encouraging or supporting

4    role that that kind of behavior has.  And so, in no way does

5    Autumn make Pinkerton or aiding and abetting.

6           What does the government have?  That she was

7    present at the protest based on what codefendants have said,

8    the ID in the car, and DNA.

9           And the DNA in this case is kind of confusing and

10   strange.  Because if you looked on the slide, it said some

11   people's DNA was, in fact, found on some items and others

12   could not be excluded.  Now, we know that DNA experts never

13   say that DNA is actually on an item.  If it's there, they

14   say it can't be excluded.

15          So the explanation from the agent was actually

16   that it can't be excluded means inconclusive, which is a

17   totally different thing.

18          But let's just assume her DNA was there.  They

19   have that she's present.  That's just evidence of presence

20   at the protest.  Present for the gear check, which we don't

21   know what was discussed there.  Nothing about murder.

22   Certainly the cooperating defendants would have offered that

23   kind of information.

24          Signal chats.  She had access to them, perhaps.

25   We don't know what she saw.  She certainly -- we don't have

1    any evidence that she participated.  So we have no evidence

2    if Ms. Hill was still there at the time of the shooting.  No

3    messages in the Signal chat, nothing about killing in the

4    gear meeting or anything else.

5            Not identified as the other -- many of the other

6    defendants, not identified as Antifa, as EGBC, as SRA, or

7    anything else.  You don't have that same -- you know, the

8    propaganda is evidence of intent.  You don't have that with

9    Autumn.

10           No GSR.  But the danger is, and the

11   characterization that this is an attack, this is an attack,

12   pushing back on the notion of protest.

13           That this is trespass.  Now, we didn't see any

14   evidence that there are signs that say you can't be on the

15   grounds near the facility.  There's nothing painted purple.

16   They just decided they didn't want them there, so it's

17   protest -- I mean, so it's trespassing.  An attack and not

18   protest.

19           And if you want to look at the reasons for having

20   firearms and the first aid kids and everything else, I just

21   want you to think about what we heard on the video, the

22   officers, when they had them on the ground, they said, "You

23   move, you will be shot."

24           And that's the exact kind of violence and threat

25   of violence that protesters are afraid of.  When you're out

1    there protesting the power, when you're out there protesting

2    the authority -- I know we're more comfortable with our

3    Second Amendment militia folks having guns.  We're more

4    comfortable with the right wing marching with guns, but this

5    is the kind of protest where it does get violent from law

6    enforcement.

7              And so, I don't believe the Court endorses

8    Autumn's behavior by finding no probable cause because the

9    charges are very specific, and there's no probable cause for

10   these specific charges.

11             THE COURT:  Okay.  Thank you, Mr. Cofer.

12             Mr. Florey.

13             MR. FLOREY:  If it please the Court.

14   Mr. Baumann's accused of aiding and abetting, attempted

15   murder, basically.  And I've heard the arguments about what

16   the law is, but I can -- what I understand the law to be was

17   something I pulled out of a jury charge that -- on that same

18   issue, aiding and abetting.  And it cites U.S. vs.

19   Goldtooth, a Ninth Circuit case, 2014.

20             "The defendant's conviction for aiding and

21   abetting a robbery on an Indian reservation was reversed

22   because there was no evidence that the defendant had

23   foreknowledge that a robbery was to occur."

24             Now, our position, Your Honor, is that my client

25   would need to know beforehand that there was going to be an

1    attempted murder if there was going to be an assault with a

2    firearm.  And clearly, we don't have that here.  We have

3    some chats that are incomplete with the chats that are

4    available.

5            Even one of the chats that wasn't put up by the

6    government where the other people in the chat room -- I

7    guess you call it a chat room -- were calling him kind of an

8    outlier because he was being more cautious and being warning

9    and trying to be careful.  And they wanted him to wear a

10   yellow jacket or something like that, meaning that they

11   didn't want him there, basically.

12           So he had no foreknowledge of any attempt to shoot

13   an officer, or any attempt to assault an officer, with a

14   firearm or otherwise.  In fact, if we recall the testimony

15   of the agent, he said that my client was in the parking lot

16   and he left the parking lot because guards came out.  In

17   order to avoid a conflict with the guards, he ran.

18           That's not someone who wants to have a

19   confrontation.  They say he ran to where the other people

20   were.  Specifically, the testimony was he ran towards the

21   defendant that fired the rifle.

22           We don't know where he ran.  I don't think he

23   remembers where he ran.  He was pretty upset for the entire

24   evening.  He was scared.  But being in the vicinity or the

25   proximity to the man that pulled the trigger with his

```
 1    special trigger and shot eight -- well, the complaint said

 2    like 30 rounds, but today we're understanding maybe it's

 3    eight rounds -- at that location, that would explain why,

 4    according to the witness, the GSR would be positive on him.

 5             In regard to the DNA, the officer testified that

 6    the only thing he knows about DNA is that it's positive or

 7    negative.  He had testified earlier that the result came

 8    back from my client as he could not be eliminated.

 9             Well, he doesn't -- the testimony is not such that

10    it validates cannot be eliminated as a positive.  If we had

11    the report, we could look at it, but we don't have that

12    report.  We don't have the GSR report.  It would be very

13    simple to throw it in.

14             But we're listening to the agent talk about it.

15    The only thing we have is that he doesn't know anything

16    about DNA as being positive or negative unless it's positive

17    or negative.  And he couldn't tell us, or didn't try to tell

18    us whether or not unable to eliminate is a positive.

19             So we don't have a positive on the testimony of

20    the witness we have here today.  Even then, we don't know

21    how it could have gotten there.  My client didn't know there

22    were firearms present.

23             And we have another issue in regards to the GPS on

24    the phone.  I asked about that and he didn't know if they

25    did any testing or location or downloading of this phone,
```

1    which would tell him where -- tell us all where he was at

2    certain times.

3            On the Signal chat, it was selected pieces of chat

4    that we got, but everything from my client came out to be

5    cautionary and be careful.  It wasn't anything that proposed

6    any violence.  No planning.  No incitement towards violence.

7    It was cautionary.

8            Even when he was arrested, he was compliant.  He

9    was glad to see the officer.  He -- according to the

10   complaint, he had burrs and wet and had weeds all over him

11   like he had been crawling through the grass, which is

12   exactly how he described the guards that came out, how they

13   were so afraid that they fell to the ground and crawled

14   around in the grass, just like my client did.

15           My client was shocked and afraid.  And he complied

16   with everything he could comply with when he was confronted

17   by the police, cooperated where his car was, explained the

18   issues to them in regard to their officer safety.  Nothing

19   was found in his car that was incriminating whatsoever.

20           And when he was interviewed at the station by the

21   lieutenant, he wanted his Miranda rights.  But then when he

22   heard he was going to get booked on a murder charge, he

23   said, "Wait.  No.  I want to talk."  He didn't know anything

24   about that.  It was almost like "My Cousin Vinny" but in

25   reverse.  It was a horrible thing for him.

1    He was in shock at the time the gunfire went off.

2    He was in shock when he found that out.  He did not know any

3    foreknowledge of any assault with these firearms.  He did

4    not know about any firearms being present.

5    No other witnesses testified about his involvement

6    other than the chats, which are not incriminatory in regard

7    to a foreknowledge of an assault or an attempted murder.

8    He wanted to participate in a protest and he did.

9    He emailed his lawyer.  He brought his paint can with him,

10    and he painted some cars.  He did.  He had no idea that the

11    others were planning on doing what they were planning on

12    doing.  He was by himself, away from them, and did what he

13    came to do, vandalism.  But that has nothing to do with a

14    plan to shoot the officers.

15    To say that that was a lure to bring the officers

16    out there is -- it's just speculation.  He went to do what

17    he wanted to do and he was going to leave when he got

18    through.  And that's exactly what he did.

19    There's nothing here to even reach probable cause,

20    Your Honor.  We'll ask you to discharge him.  Thank you.

21    THE COURT:  All right.  Thank you, Mr. Florey.

22    Mr. McLain.

23    MR. McLAIN:  Thank you, sir.

24    THE COURT:  Yes, sir.

25    MR. McLAIN:  Sir, as you probably picked up, I

1    have to do the probable cause part of this and Mr. Bouffard

2    had done the detention.  Do you have any heartburn with him

3    picking up on the detention question, sir?

4              THE COURT:  I do not.  Although, I will have a

5    question about the state court bond that's in place.  So I

6    will address that with you.

7              MR. BOUFFARD:  Yes, sir.

8              THE COURT:  Go ahead, Mr. McLain.

9              MR. McLAIN:  Absolutely, sir.  We've got a lot of

10   distraction today because what you're here to decide, Your

11   Honor, is whether or not you have, at least in the case of

12   our client, Mr. Evetts, probable cause on each of the six

13   counts in the complaint.

14             The government said, well, we did talk for three

15   hours.  Well, the reason they talked for three hours, Your

16   Honor, is because they spent a lot of time on distractions,

17   talking about labeling people, talking about Antifa or

18   Socialist Rifle Association, or about property damage.

19             What the prosecutor did and their FBI agent, who

20   swore to the complaint, said is that there were three

21   attempted murders.  They said Alvarado police officer and

22   two correctional officers at the ICE detention center in

23   Alvarado.  And then there were three unlawful discharges,

24   which presumably had to do with those same three previous

25   counts.

```
 1              No evidence was presented of any credibility that

 2   Mr. Evetts had anything to do with what the government has

 3   charged in the complaint, Your Honor.

 4              Chronologically, they -- they talked about the

 5   beginnings of the so-called process in the middle of their

 6   presentation when they talked about 3 July, when there was a

 7   meeting.  And which the government acknowledged Mr. Evetts

 8   wasn't part of, wasn't privy to, hadn't been shared about

 9   discussions of firearms.

10              The only evidence that the government presented

11   about firearms was a distraction in regards to Mr. Evetts

12   because Mr. Evetts has lawful possession of a rifle and a

13   pistol in his vehicle.  Because you know, if the government

14   had any evidence that somehow there was something unlawful

15   about that possession, they would have brought it up.

16              There was zero evidence that Mr. Evetts ever

17   possessed in his hands, carried about, or in any way

18   brandished any firearms whatsoever when he was in Alvarado

19   around the detention center.  There is no evidence that he

20   shot off fireworks.  There is no evidence that he did

21   property damage.

22              There was intimations that he did, but we saw

23   nothing in the video.  We heard no testimony about where

24   this information was coming from.  And again, that's all

25   smoke and mirrors and distraction on the government.
```

1          They're supposed to be here to tell you why

2     there's probable cause that Mr. Evetts had something to do

3     with trying to harm two correctional officers and the

4     Alvarado police officer and they didn't show you that.

5          Or that he had something to do with discharging or

6     that he somehow had telepathy or anticipation that somebody

7     in their group was going to do that, or that he was in

8     proximity to that person.

9          All of the government's evidence regarding

10    Mr. Evetts is that Mr. Evetts wasn't around him.  They

11    pointed to other individuals that they claimed was around

12    the individual who they are alleging fired the gun at the

13    Alvarado police officer, but they didn't place Mr. Evetts

14    anywhere proximate to that.

15         He wasn't carrying any first aid equipment.  He

16    was carrying nothing indicative that he was at all cognizant

17    there was any plan other than their protest our

18    government's, in his view, improper actions in the treatment

19    of his fellow human beings in a particular way in the

20    detention center, which was his right as an American citizen

21    to do.

22         And that's an argument by labels to call it an

23    attack.  That's an argument by labels to call names and say

24    Antifa is our Socialist Rifle Association.  And what was

25    particularly laughable about that was because the only label

1    that could stick with Mr. Evetts was the Socialist Rifle

2    Association, which the special agent admitted was not at all

3    a violence-advocating or unlawful organization.

4          They were simply, like other rifle associations,

5    advocating for firearm safety and for firearms rights and

6    teaching people the proper use of firearms.

7          In other words, an admirable thing, consistent

8    with the character evidence you heard from both his father

9    and his long-time coworker.

10          For these reasons, it's not a close call in this

11    case with Mr. Evetts.  It would be a travesty of justice to

12    say that the government did their job in any way to present

13    you probable cause Mr. Evetts was in any way tied to the

14    offenses they have alleged in the complaint and we ask you

15    to find that there is none.

16          And I will defer now to my colleague to address

17    detention, sir.

18          THE COURT:  Mr. Bouffard, I would be happy to hear

19    from you.  Let's just start with the fact that I recognize

20    the other defendants waived, because if I were to order

21    release, they would all go straight back to state custody --

22          MR. BOUFFARD:  Yes, sir.

23          THE COURT:  -- and be on that same bond that to

24    date hasn't been made.  So let's get past that hurdle first.

25          MR. BOUFFARD:  Yes, sir.

1              THE COURT:  I've taken in the evidence that you

2     presented on detention, and I'm happy to keep that under

3     consideration, but how does that play out with the state

4     court bond?

5              MR. BOUFFARD:  Yes, sir.  And some of this will be

6     a proffer, if that's okay, to kind of give you an idea --

7              THE COURT:  Fine.

8              MR. BOUFFARD:  -- what has happened so far in

9     Johnson County.

10             THE COURT:  Okay.

11             MR. BOUFFARD:  But, essentially, Mr. Evetts, just

12    like everyone else here, they get arrested, they get sent to

13    Johnson County.

14             Johnson County ostensibly charges them.  So

15    they're in Johnson County awaiting a Johnson County case,

16    but they have a U.S. Marshal's hold for our case here.

17             They get $10 million bonds.  Okay?  We have a bond

18    hearing in front of Judge Bosworth.  We get that reduced

19    from 10 million to 1.5.  So it goes from unconscionably high

20    to just excessively high.  And we would certainly argue

21    punitive and not geared towards the lawful purposes of bail.

22             So I think, Judge, there's two ways we can handle

23    that if you deem that Mr. Evetts should be released.  Okay?

24    One of them is to release him with no conditions.

25             So if you did that, what happens?  Well, he

1    immediately gets taken out of FMC.  He's back in Johnson

2    County, where we go again in front of the judge with this

3    new information that he's been to federal court and he was

4    not detained, and let's revisit the bond to something that

5    we can all agree is reasonable.

6         Option 2 might be to release him with conditions.

7    And specifically, to release him conditioned on the state

8    bond being satisfied.  In which case, he remains in custody

9    because the condition hasn't been met yet.  If Mr. McLain

10   and I can convince the district court in Johnson County,

11   then they -- you know, we make the bond and we go from there

12   and he's met the condition.

13        So there's a couple ways it can happen.  And, you

14   know, from my perspective, I think that either of those

15   options would meet the ends of justice and would ensure his

16   presence in court and prevent -- you know, prevent someone

17   acting out negatively in the community because they've been

18   released.

19        THE COURT:  Okay.  I will be happy to hear you on

20   your substantive argument.

21        MR. BOUFFARD:  Thank you, sir.  So I want to

22   just -- I don't want to rehash any of the PC arguments, but

23   I do want to point out that, on the government's motion for

24   pretrial detention, on the rebuttal presumption, they've

25   checked one box.  That box is a -- there is probable cause

1    to believe that the defendant has committed a firearms

2    offense under 924(c).

3           Well, when you look at 924(c), the only thing that

4    appears to apply to Mr. Evetts, who did not use, nor did he

5    carry a firearm, the rest of the language is:  "Or who in

6    furtherance of any such crime possesses a firearm."

7           So the question becomes, was the AR-15 and the

8    pistol that was in his trunk, and that remained in his

9    trunk, did that further any crime that we can think of?

10          I think the answer to that, sir, is clearly no.

11   It was a nonfactor and it was a nonissue.  Indeed, because

12   it is constitutionally protected conduct, I would point out

13   that there's nothing in the government's evidence that rules

14   out the possibility that everybody who brought weapons and

15   did not have them in their hands had them on the scene for

16   self-defense purposes and not for attacking PDC purposes

17   because they simply weren't used.  They could have been

18   used.

19          In fact, if the government were right, if their

20   theory were right, we would not only see those weapons being

21   used.  Because, after all, it's an attack, right?  And as

22   Mr. Levy pointed out, they -- you know, hundreds of rounds

23   of ammo, only 11 shots fired in this attack.

24          But there's also something else that I think we

25   would see that we don't see.  On that text chat that they

1    believed was both secure and filled with like-minded people,

2    in the light most favorable to the government, what would we

3    see if the government's theory made sense?  And that they

4    all knew -- and I'm -- I don't want to pin anything on Ben

5    Song because I didn't see any evidence that Ben Song did

6    anything either.  I just heard people talking about maybe he

7    did, maybe he didn't.

8           But wouldn't we see in that group chat words like,

9    "I'm going to kill a cop tonight"?  "Boy, I can't wait to

10   shoot a cop."  "Let's go out there and shoot some cops."

11          That's the language that we would expect to see on

12   that chat if the government's theory were correct.  We don't

13   see it, which means they haven't ruled out the possibility

14   that this is a protest where someone goes rogue unbeknownst

15   to anybody else.

16          As to the factors bearing on release, sir, again,

17   setting the writ issue aside for just a moment, Mr. Evetts

18   is releasable under 3142(b) without conditions because what

19   do we see about his likelihood of committing offenses if

20   released or his likelihood of flight if released?

21          Well, you have not just proffers, Judge, but

22   actual live evidence that bears on that point.  This is not

23   somebody who's out there getting in trouble.  This is not

24   somebody who has any criminal history.  This is not

25   anybody -- this is not somebody who puts -- who puts the

1    community in danger by being out on bond pending trial.

2    There's no reason in the world to believe that, just because

3    this case is scary, that he's going to run to Mexico.  And

4    oh, by the way, they've taken his passport.  He doesn't have

5    his passport.

6            So, sir, for all these reasons, we believe that,

7    you know, despite the seriousness of this case, there's

8    nothing about the facts of this case that mandate somebody

9    being detained when it's not appropriate.

10           And so, we just simply ask that, as you make this

11   decision, of course, just be guided by the lawful purposes

12   of release and not the unlawful purposes, not the punishment

13   purpose.

14           Thank you, Judge.

15           THE COURT:  All right.  Mr. St. John.

16           MR. ST. JOHN:  Thank you, Your Honor.  May it

17   please the Court.

18           THE COURT:  Yes, sir.

19           MR. ST. JOHN:  I too, like Mr. Cofer, had a

20   January 6th client looking at going to prison for something

21   he didn't do.  The case was dismissed because they couldn't

22   establish aiding and abetting.  It was dismissed in

23   Washington, D.C.

24           So my concern for you, and I will suggest, I've

25   known you for a long time, you know what the heck you're

 1   doing, the burden of proof for these two good prosecutors is

 2   extremely low, but you need to balance what the correct

 3   decision is, Your Honor.

 4           I know being a native of this -- being a

 5   fifth generation native of Texas, I don't want anyone in law

 6   enforcement to get hurt.  My background in law and law

 7   enforcement for my family, that means everything to me.

 8           But the balance is this, I'm going to ask the

 9   Court these questions:  How did my client, Meaghan Morris,

10   premeditate with malice aforethought to kill a correctional

11   officer?

12           Mr. Morris' preferred name is Meaghan.  I'm going

13   to be respectful because that's what I do.  So the Court is.

14   How did he or she do that?

15           Well, the evidence is, yes, she drove someone from

16   Dallas, several folks.  Yes, she had guns in her vehicle --

17   not against the law and not a convicted felon, but never got

18   out of her van.

19           So as good of a prosecutor as Shawn is, he can't

20   establish that he had any intent to hurt anyone.  He had no

21   intent to aid and abet someone being hurt.

22           It's an easy burden, Your Honor, but there's no

23   premeditation for anything under the old language of malice

24   aforethought that my client attempted to have someone

25   killed.  Zero evidence.  Nonexistent.

1           So you go to another count, and you might ask

2    yourself, aiding and abetting, other knowingly possessed and

3    used and discharged a firearm.  They didn't meet that

4    burden.  That's not even met.  Not even close to it.

5           And aid and abet -- so, yes, maybe he was in his

6    van, once again, with the guns.  He never got out of his

7    van.  There's not evidence of any discharge of a firearm by

8    my client.  And that's not our issue with this.

9           He didn't encourage.  He didn't aid.  He didn't

10   assist in any way this officer to get shot.  And thankfully,

11   he's okay.  I'm not going to stand up here and beat the

12   chest and say all sorts of things, because I know this Court

13   very well.

14           In today's society, whatever we believe in, I'm a

15   right type of guy.  I'm not to the left.  I'm to the right.

16   But I'm for what is correct in court.  Correct in court.

17           I would suggest to the Court that my client should

18   not be charged with this crime.  They did not establish

19   probable cause.

20           THE COURT:  Thank you.

21           All right.  Let's see, Mr. Brown.

22           MR. BROWN:  I would like to reiterate some of the

23   words of Mr. Bouffard.  In this chat that they thought was

24   secret, secure, and protected from outside information, we

25   don't see language of a group with the intent to pull the

1    trigger, initiate violence, kill somebody.  In a protected,

2    secretive group, there would be some language of, "We are

3    going to shoot somebody."  "We're going to hurt somebody."

4              And if the language attributed to Ms. Rueda in

5    that is true, "Our goal isn't to scare but to show the

6    reality we are living in."

7              That's not language of a violent anarchist.

8    That's someone who is trying to show the reality and a

9    demonstrator who doesn't like the policy of this particular

10   administration.

11             There's no evidence of malice.  She has no

12   criminal history.  She has been to many protests in the

13   past.

14             United States vs. Jackson, Fifth Circuit, 700 F.2d

15   181 held:  "Mere presence at the scene of the crime or close

16   association with coconspirators does not by itself support

17   an inference of participation in the conspiracy."

18             United States v. Galvan, 693 F.2d 417, another

19   Fifth Circuit case reiterates:  "Guilt may not be inferred

20   from mere association with those engaged in criminal

21   conduct."

22             And then U.S. v. Dean, 59 F.3d 1479, another Fifth

23   Circuit case:  "The Court reversed a conviction where the

24   government failed to prove that the defendant had knowledge

25   and intent to join the criminal activity emphasizing that

1    'mere knowledge, approval of acquiescence in the object or

2    purpose of conspiracy is not sufficient.'"

3            In this case, the government falls short.  We ask

4    the Court to find no probable cause for all six counts.

5            THE COURT:  Okay.  Thank you, Mr. Brown.

6            Ms. Schuerman.

7            MS. SCHUERMAN:  Your Honor, I will agree with

8    Mr. Smith that there has to be an affirmative act.  And in

9    his PowerPoint he put up there for us:  "Facilitates, acts

10   to help, assist, make possible, any part of the crime."

11           Unfortunately, the crime here, there are two,

12   attempted murder of a federal officer and discharging a

13   firearm in the furtherance of a crime of violence.

14           In my client's case, she's guilty of maybe

15   attempting to trespass but that's all they've given you.

16   They wanted to give you some information about, you know, my

17   client had a gun.  It was in a car that she hadn't been back

18   to yet.  There was no way for her to get access to that.

19           There's no evidence that she assisted in the

20   planning.  She didn't show up to the gear check meeting.

21   She -- there's no evidence of her handling the weapon that

22   was involved in this case.  There's no evidence of her

23   vandalizing any vehicles or property, talking about

24   violence, planning a murder.

25           Basically, she's doing some stuff that they don't

1    like.  And that's what they have on my client.  I believe

2    the case is overcharged.  There's no evidence that my client

3    knew that someone would be hurt.  We ask that you don't find

4    PC in her case.

5              THE COURT:  Okay.  Thank you, Ms. Schuerman.

6              Mr. Davis.

7              MR. DAVIS:  Thank you, Your Honor.  The hard part

8    about going at the tail end of this is you've got to spend

9    the whole hearing sitting there thinking up all the great

10   questions you want to ask and then watching all these

11   superlative lawyers ask them before you get a chance to.

12   But it also lets me ride on the coattails of the arguments

13   they've made.

14            I mean, Mr. Cofer hits the nail on the head when

15   he says:  Where's the probable cause for the charged

16   offenses?

17            Mr. McLain makes a superb point when he says:  We

18   heard a whole lot of distractions here today.

19            It is telling that we get to closing argument

20   before the government mentions the word "conspiracy."  We

21   get to closing argument:  "Oh, there's a conspiracy so let's

22   have Pinkerton liability."

23            Well, they didn't charge it that way.  If there

24   was a conspiracy to commit murder, they could have charged

25   it that way.  The government knows how to do that.  They

1    could have charged a whole lot of conspiracies.

2         They may have shown a conspiracy to protest, but

3    the First Amendment has something to say about that.  They

4    may be upset that all these people had guns, but the Second

5    Amendment has something to say about that.

6         The reality here is there's no probable cause to

7    believe my client, Mr. Ines Soto, committed these alleged

8    offenses and we ask the Court to fulfill its gatekeeping

9    duty and kick this.  Thank you.

10        THE COURT:  Thank you.

11        Finally, Mr. Hayes.

12        MR. HAYES:  Your Honor, I will be brief.  I don't

13   pretend I'm going to change your mind after you've been

14   listening to all this for the last seven hours like I have.

15        But I will point out, I think one of the real

16   tragedies in this courtroom today is everybody sitting here

17   in a jail suit is here because they cared.  They went to

18   that detention facility on July 4th because they really

19   cared about the detainees that were in there.

20        And throughout history, there's been examples of

21   people -- during the Revolutionary War, during slavery,

22   during so many times when somebody from the population had

23   to stand up and care to change things.

24        And that's what this group of people were doing.

25   They didn't go there with the intent to kill.  They didn't

Zoie Williams, RMR, RDR, FCRR
United States District Court
(817)850-6630

1  go there with the intent to harm.  They went there

2  knowing -- why did they have the first aid kits?  Because

3  they knew in their mind they were going to get harmed by the

4  police.

5          The sad thing is, Lieutenant Gross, who showed up

6  there that day to do his job, does not deserve what happened

7  to him.  He went there to help.  But the other sad thing is

8  these are two ships passing in the night because this group

9  is so upset with law enforcement because of politics and

10  news and media and everything else, that they don't trust

11  them.

12          So whenever you have that combination comes

13  together, sometimes bad things happen.  Thank God Lieutenant

14  Gross is back on duty.  I was glad to hear that today.  But

15  nobody here went there with the intent to do that.  They

16  were there for 40 minutes.

17          And what they've done?  They lit off some Roman

18  Candles and yelled some slogans in a bullhorn.  And then,

19  all of a sudden, something bad happened.  And we will figure

20  that out down the road.

21          But even that, no one has a proven any intent to

22  kill anyone.  Eleven shots were fired; I don't know where

23  the other 10 went, but I know that one of them hit

24  Lieutenant Gross.  I don't know where they were aimed at.  I

25  don't know and neither does the government.  Or at least if

1    they did, they didn't share it with us.

2             But when you look at everything, and hopefully the

3    government looks at this too, this isn't some band of thugs

4    who were out there trying to cause harm.  They really

5    thought that they might make a difference to the thousand of

6    detainees that they all empathized with, Judge.

7             Right or wrong, good or bad, that's what they did.

8    And that's not what the government has accused them of.  I

9    don't think that probable cause has been proven on any of

10   the cases here today just simply because there's been no

11   evidence of an intent to kill other than the officer got

12   shot in the shoulder.  Even then, I mean, they went through

13   45 minutes of Signal.  And even when you talked about gun,

14   it was, "Well, we need a gun to defend ourselves."  "We need

15   a first aid kits to take care of ourselves."  Sad situation,

16   Judge.  I don't envy your job.

17            THE COURT:  Thank you, sir.

18            Mr. Smith, any final word from the government?

19            MR. SMITH:  Yes, Your Honor.  This is from

20   Mr. Song:  "Cops are not trained or equipped for more than

21   one rifle so it tends to make them back off."

22            What is everybody saying?  Every one of these

23   defendants has said, well, I didn't know what I was doing

24   there.  I thought I was there to -- I don't even know what

25   was going on.  Right?  That's kind of what they said.

1      But yet they arrived at about 10:15.  They all

2  came at the same time.  They were all wearing black.  They

3  had rifles.  They had body armor.  They had IFAKs.  They

4  left their phones, put it in a Faraday bag.  They're using

5  walkie talkies to communicate.

6      Why on earth would they do that?  Why on earth

7  would they do all this planning that you saw, that everybody

8  saw, that no one disputes?  Why would they do

9  reconnaissance?  What -- why on earth would you do that?

10      Why would you go to a peaceful protest during the

11  day to see what's going on?  To mark cameras, to bust

12  cameras, why on earth would you do that?  Because you're

13  hiding something.

14      You're trying to hide what you're doing.  Why are

15  you wearing black in the middle of the night?  Because

16  you're hiding something.  You're hiding what you are doing.

17      Why are you escaping?  If all of this was a

18  misunderstanding, why didn't they just stay there and say,

19  "Oh, I'm sorry"?

20      They all tried to escape.  Some of them

21  successfully.  Some of them not.  That's the evidence of

22  intent.

23      Is there a written contract where I say, "I agree

24  to go kill a cop"?  Is that what we need?  Is that the

25  quantum of evidence needed for this Court?

```
1              No.  That's ridiculous.  That is absolutely
2    absurd.  And the government can't produce it.  That's right,
3    there's no contract where these guys agree to kill a cop,
4    but that's sure what they tried to do.
5              And with callous indifference, they left him
6    bleeding on the ground.  That's the evidence and they're all
7    trying to get out from underneath it.
8              THE COURT:  All right.  Well, I thank all of the
9    attorneys for their presentations.  We've got two
10   complaints.  Mr. Song is in a separate criminal complaint
11   than the other defendants.
12             The threshold is probable cause that this Court
13   must consider whether to hold the defendants over on these
14   charges until formal presentation to a grand jury.
15             I find that that burden has been met.  There's
16   probable cause for the charges against each of the
17   defendants.
18             On the issue of detention, all but Mr. Evetts have
19   waived the detention issue with the right to reopen it
20   should the state circumstances change, that being a
21   reduction in bond or a dismissal of those cases, whatever
22   that could be.
23             So I'm going to find that all of the defendants
24   present a risk of flight or nonappearance and a danger to
25   the community unless detained.
```

1              As to Mr. Evetts, I will remain -- or I will

2    continue to take into consideration the evidence that's been

3    presented.  You may represent to the State court judge that

4    the matter of detention at the federal court level is still

5    under consideration.

6              And that if a reasonable bond, in your opinion, is

7    set, you may let this Court know by appropriate motion for

8    me to consider that evidence that I received today and make

9    that final determination.

10             All right.  That will -- are there any other

11   matters from the government?

12             MR. SMITH:  No, Your Honor.

13             THE COURT:  From any defendant?  No?

14             MR. COFER:  No, Your Honor.

15             THE COURT:  All right.  Defendants are remanded to

16   the custody of the United States Marshal.  The attorneys are

17   excused.  Again, thank you all for a productive day.

18             COURT SECURITY OFFICER:  All rise.

19        (The proceedings concluded at 3:38 p.m.)

20

21

22

23

24

25

REPORTER'S CERTIFICATE

I, ZOIE WILLIAMS, RMR, RDR, FCRR, certify that the foregoing is a true and correct transcript from the record of proceedings in the foregoing entitled matter to the best of my ability to hear.

Further, due to the COVID-19 pandemic, some participants are wearing masks, and/or appeared via videoconferencing, so proceedings were transcribed to the best of my ability.

I further certify that the transcript fees format complies with those prescribed by the Court and the Judicial Conference of the United States.

Signed this 11th day of November, 2025.


____/s/ Zoie Williams_____
Zoie Williams, RMR, RDR, FCRR
Official Court Reporter
Northern District of Texas
Fort Worth Division

Business Address:    501 W. 10th Street
Fort Worth, Texas 76102
zwilliams.rmr@gmail.com
817.850.6630

AGENT WIETHORN: [1] 11/2

BY MR. BOUFFARD: [4] 249/18 251/2 258/2 260/15

BY MR. BROWN: [2] 193/15 206/25

BY MR. COFER: [4] 138/19 139/8 142/6 238/23

BY MR. DAVIS: [4] 212/4 212/24 215/13 216/1

BY MR. FLOREY: [3] 157/4 243/7 244/7

BY MR. HAYES: [3] 216/18 222/14 231/4

BY MR. McLAIN: [3] 168/25 182/4 183/5

BY MR. SMITH: [77] 11/7 12/3 14/24 15/16 16/5 22/23 24/10 25/6 27/11 28/17 29/12 39/5 51/17 52/15 53/22 54/4 59/10 59/24 62/3 63/6 64/3 64/14 71/11 72/6 75/5 75/24 76/14 78/12 78/19 79/4 79/10 79/20 80/20 81/19 83/15 84/11 88/16 89/19 90/21 92/4 92/23 94/20 95/19 97/18 98/17 99/6 99/22 100/15 104/6 105/13 106/16 107/6 108/8 113/9 113/25 115/8 115/17 115/22 116/23 120/4 121/24 122/10 122/17 122/22 123/16 124/2 124/24 125/17 126/5 126/14 127/8 128/10 130/3 130/9 234/19 235/24 245/9

BY MR. ST. JOHN: [2]

186/8 189/23

BY MS. SCHUERMAN: [1] 207/17

COURT SECURITY OFFICER: [4] 8/4 115/3 238/1 301/18

MR. BOUFFARD: [19] 237/9 248/21 249/1 249/16 258/22 259/9 259/13 259/17 259/23 260/2 260/13 264/25 282/7 285/22 285/25 286/5 286/8 286/11 287/21

MR. BROWN: [7] 10/2 206/24 207/6 244/24 247/24 265/5 292/22

MR. COFER: [22] 8/18 9/3 138/16 138/24 139/1 139/4 156/21 156/23 235/19 236/22 236/24 237/3 237/20 238/6 238/21 242/25 245/20 246/1 247/9 272/7 272/9 301/14

MR. DAVIS: [8] 10/11 212/2 212/21 216/13 245/3 248/3 265/9 295/7

MR. FLOREY: [12] 9/7 9/9 157/1 168/19 243/4 244/17 246/4 246/12 246/19 247/16 265/17 277/13

MR. HAYES: [7] 10/16 222/12 234/5 245/5 248/5 265/11 296/12

MR. LUSTER: [1] 139/7

MR. McLAIN: [20] 9/14 13/19 13/21 14/12 14/16 14/20 168/23 182/3 183/4 186/1 244/20 247/20 248/10 248/13 248/16

248/22 248/25 281/23 281/25 282/9

MR. SMITH: [103] 8/14 10/21 11/5 11/24 15/14 16/3 22/21 24/7 25/3 27/8 28/14 29/9 39/3 51/16 52/11 52/14 53/20 54/3 59/9 59/23 62/1 63/5 64/2 64/13 71/10 72/5 75/4 75/23 76/13 78/11 78/18 79/2 79/9 79/19 80/19 81/18 83/14 84/10 88/15 89/18 92/3 92/22 94/19 95/18 97/17 98/16 99/5 99/21 100/14 104/5 105/12 106/15 107/5 108/7 113/7 113/23 114/18 115/7 115/16 116/22 120/1 120/3 121/21 121/23 122/8 122/16 122/20 123/13 123/15 123/25 124/22 125/14 125/16 126/3 126/13 127/7 128/9 130/2 130/7 138/2 138/4 142/2 181/25 182/24 215/10 215/24 222/9 231/2 234/8 234/10 234/13 235/23 236/9 236/17 245/7 245/17 259/4 264/22 265/14 266/1 266/3 298/19 301/12

MR. ST. JOHN: [10] 9/18 14/8 186/6 189/21 193/11 244/22 247/22 265/3 290/16 290/19

MS. SCHUERMAN: [7] 10/8 207/10 211/23 245/1 248/1 265/7 294/7

THE COURT: [151] 8/5 8/16 9/1 9/4 9/8 9/10 9/16 9/24 10/5 10/9 10/13 10/19 10/23 11/3 12/1 13/20

**THE COURT:... [135]**
13/23 14/10 14/14 14/17
14/21 24/9 25/5 27/10
28/16 29/11 114/16 114/20
115/5 138/3 138/5 138/17
138/22 138/25 139/3
139/5 142/4 156/22
156/24 157/2 168/22 182/1
182/25 186/4 189/20
193/12 206/22 207/8
207/11 211/24 212/20
215/11 215/25 216/15
222/13 231/3 234/6 234/9
234/11 234/17 235/21
236/10 236/15 236/18
236/23 237/2 237/6
237/11 237/22 238/2
238/8 238/13 238/17
243/1 243/5 244/3 244/5
244/18 244/21 244/23
244/25 245/2 245/4
245/6 245/19 245/21
245/24 246/2 246/8
246/17 247/8 247/14
247/17 247/21 247/23
247/25 248/2 248/4
248/6 248/12 248/14
248/17 248/23 249/2
249/5 249/12 250/23
257/21 258/24 259/5
259/8 259/11 259/14
259/20 259/25 260/4
260/10 264/18 264/23
265/1 265/4 265/6 265/8
265/10 265/12 265/15
265/22 266/2 272/5
272/8 277/11 281/21
281/24 282/4 282/8
285/18 285/23 286/1
286/7 286/10 287/19
290/15 290/18 292/20

294/5 295/5 296/10
298/17 300/3 301/13
301/15

**THE WITNESS: [13]**
168/21 212/23 238/12
238/16 244/4 244/6
245/23 249/4 249/11
250/25 257/22 259/7
260/9

**$**

**$10 [1]** 286/17
**$10 million [1]** 286/17
**$10,000 [1]** 38/17

**'**

**'21 [1]** 181/24
**'mere [1]** 294/1

**--**

**-- abuts [1]** 178/24
**-- and [2]** 254/6 285/23
**-- it [1]** 173/11
**-- that [2]** 210/19 237/3

**.**

**.556 [1]** 190/19

**/**

**/s [1]** 302/17

**1**

**1,000 [1]** 13/10
**1.5 [1]** 286/19
**10 [11]** 100/1 100/5
169/22 172/17 174/8 197/8
201/7 201/11 202/24
286/19 297/23
**10 p.m [1]** 84/16
**100 [1]** 144/13
**100 percent [2]** 256/16
259/23
**10:00 [1]** 267/23
**10:15 [1]** 299/1

**10:37 a.m [1]** 217/21
**10:58 [1]** 115/2
**10:59 p.m [1]** 15/11
**10th [2]** 5/3 302/20
**11 [18]** 12/7 16/8 100/8
100/10 171/16 172/9 172/18
225/19 225/22 226/23
227/2 227/13 227/19
228/1 228/9 231/6 234/14
288/23
**11 p.m [2]** 12/5 15/12
**1110 [1]** 3/20
**11:00 at [1]** 267/24
**11:04 [1]** 119/15
**11:04 p.m [1]** 119/17
**11:08 [2]** 112/5 119/19
**11:13 [1]** 115/4
**11th [1]** 302/15
**12 [3]** 100/1 100/5 272/15
**1258 [1]** 49/20
**1479 [1]** 293/22
**15 [7]** 16/15 27/13 73/17
93/7 172/11 190/20 288/7
**150 [1]** 116/6
**15s [1]** 15/25
**17 [1]** 187/25
**1700 [1]** 3/12
**181 [1]** 293/15
**19 [1]** 302/8
**1901 [1]** 4/16
**197 [1]** 4/10
**1:30 [1]** 237/24

**2**

**2,000 [1]** 13/10
**20 [11]** 18/13 47/22 48/3
73/17 93/8 108/1 116/14
135/22 160/12 188/2
217/24
**20 feet [1]** 18/8
**2014 [1]** 277/19
**2020 [5]** 4/6 11/16 141/10
141/22 142/22

**2**

**2021 [1]** 141/11
**2022 [1]** 141/11
**2025 [12]** 1/7 1/13 1/19
2/4 2/10 2/16 2/22 3/3
8/2 12/4 12/6 302/15
**209 [1]** 4/10
**214.416.9100 [1]** 4/3
**214.774.0488 [1]** 4/21
**22 [1]** 8/21
**2259 [1]** 15/11
**23:04 [2]** 119/15 119/17
**24 [3]** 134/17 135/4
268/24
**24-hour [1]** 40/12
**24/7 [2]** 22/11 22/15
**287 [1]** 178/6
**298 [1]** 7/2
**2:00 [1]** 237/14
**2:14 [1]** 237/25
**2nd [1]** 4/10

**3**

**30 [14]** 1/7 1/13 1/19 2/4
2/10 2/16 2/22 3/3 8/2
108/1 116/6 136/4 137/6
279/2
**30 feet [1]** 18/13
**30 minutes [1]** 114/19
**310 [1]** 5/3
**3142 [1]** 289/18
**3300 [1]** 4/20
**3:38 [1]** 301/19
**3rd [2]** 151/6 151/7

**4**

**40 [4]** 160/12 179/4
270/24 297/16
**40 minutes [2]** 136/5
137/6
**417 [1]** 293/18
**45 [4]** 145/23 217/14
217/17 298/13

**45-minute [1]** 237/16
**452 [1]** 8/7
**468 [1]** 8/11
**48 [1]** 135/4
**4:25-mj-00452-BJ [7]**
1/5 1/11 1/17 2/2 2/8 2/14
2/20
**4:25-mj-00468-BJ [1]**
3/1
**4:25-MJ-452 [1]** 8/7
**4:25-MJ-468 [1]** 8/11
**4th [9]** 3/16 49/19 68/18
84/16 84/17 162/19 162/20
178/13 179/10
**4th of [1]** 162/22

**5**

**50 [2]** 41/7 179/4
**501 [2]** 5/3 302/20
**56th [1]** 31/19
**56th Street [1]** 32/18
**59 [1]** 293/22
**5th [1]** 255/15

**6**

**60-round [2]** 59/2 101/22
**600 [1]** 4/20
**604 [1]** 3/16
**640 [1]** 4/2
**67 [5]** 113/20 117/1 131/17
178/3 184/18
**682.777.3336 [1]** 3/17
**6882 [1]** 3/13
**693 [1]** 293/18
**6th [2]** 272/20 290/20
**6th of [1]** 181/24

**7**

**700 [1]** 293/14
**730 [1]** 4/16
**75202 [1]** 4/3
**75219 [1]** 4/20
**76021 [1]** 4/17

**76102 [6]** 3/16 3/20 4/7
4/10 5/4 302/20
**76102-6882 [1]** 3/13
**76104 [1]** 4/14

**8**

**801 [2]** 3/12 4/6
**817.252.5200 [1]** 3/13
**817.300.3073 [1]** 4/14
**817.336.1436 [1]** 4/7
**817.850.6630 [1]** 302/21
**817.868.9500 [1]** 4/17
**817.888.8888 [1]** 3/21
**817.992.5282 [1]** 4/11

**9**

**900 [1]** 4/2
**909 [1]** 4/13
**911 [12]** 12/21 12/23 15/4
46/5 46/7 146/5 146/7
146/11 147/23 148/9 148/11
150/6
**924 [4]** 216/3 266/15
288/2 288/3
**9:10 [1]** 3/4
**9:30 [1]** 9/20

**A**

**a.m [4]** 3/4 115/2 115/4
217/21
**abandoned [1]** 190/17
**abet [5]** 155/22 215/22
266/21 291/21 292/5
**abetted [2]** 241/15 242/5
**abetting [13]** 266/18
266/18 266/19 266/20
266/24 271/25 273/1
275/5 277/14 277/18
277/21 290/22 292/2
**abilities [1]** 186/21
**ability [2]** 302/7 302/11
**able [28]** 14/4 14/18 23/20
30/17 51/3 51/5 51/8 52/2

**A**

**able...** **[20]** 53/7 63/1
69/9 81/21 91/3 91/17
124/14 129/10 129/12 139/1
150/20 150/23 160/16
166/10 166/12 177/19
185/17 185/20 201/18
228/16

**abnormal [1]** 112/16

**Abolish [1]** 127/21

**about [247]** 12/5 17/2 18/7
19/16 19/19 19/21 23/25
24/4 24/17 27/24 28/9
30/9 31/7 32/2 32/3 33/12
36/1 36/23 38/20 38/23
41/1 41/22 41/23 45/20
46/5 46/9 46/12 46/13
46/14 48/3 50/8 50/23
51/18 55/16 55/16 55/18
60/24 61/11 62/5 64/15
64/17 65/4 65/24 69/24
70/1 70/1 70/17 71/19
73/7 73/11 75/9 75/13
75/25 76/15 76/17 77/9
79/24 80/1 80/6 84/4
84/21 85/1 86/12 89/6
89/7 89/7 89/10 90/9
90/17 91/24 91/25 92/5
93/10 93/17 95/11 98/18
98/24 99/15 100/17
100/22 102/19 102/23
105/14 107/7 107/9 108/10
110/23 112/5 113/12 114/21
116/6 116/24 117/4 117/9
117/9 117/22 117/22 118/12
118/12 128/11 129/15
129/18 130/4 130/7 132/2
132/14 134/5 134/8 134/21
135/8 135/11 135/13 135/15
135/16 135/24 137/3
138/20 139/9 139/11 141/6
141/24 142/21 146/6

148/10 148/19 149/10
149/13 149/15 149/23 151/1
151/8 151/22 154/22 155/3
156/9 156/14 157/24
158/13 160/1 161/19 161/23
163/21 169/21 169/24
169/24 170/6 170/13
170/21 172/7 172/21
172/25 173/5 180/7 180/12
183/21 184/14 184/21
188/3 193/6 201/7 206/8
206/23 211/16 214/6
217/17 220/4 221/18
222/15 224/7 227/24
228/19 229/25 230/5
231/6 233/24 234/15
237/15 239/11 239/12
241/22 242/13 242/16
246/13 251/5 251/6 251/8
251/18 253/18 253/21
253/24 254/4 254/14
255/8 256/18 257/8
261/23 262/16 262/18
262/21 263/6 263/8
263/21 263/23 264/7
265/18 269/7 270/1 271/4
273/20 274/8 274/9
274/10 274/22 275/21
276/3 276/21 277/15
279/6 279/14 279/16
279/24 280/24 281/4
281/5 282/5 282/17
282/17 282/18 283/4
283/6 283/8 283/11
283/15 283/17 283/23
284/25 289/6 289/19
290/8 294/16 294/23
295/8 296/3 296/5 296/19
298/13 299/1

**above [6]** 5/6 19/5 43/11
51/25 52/1 54/10

**absolutely [35]** 11/11 20/10

21/2 29/1 33/9 37/22 40/4
49/10 51/15 53/3 66/2
67/24 73/19 81/17 93/5
95/6 99/17 108/12 108/22
111/23 112/20 114/11 123/4
139/13 145/11 208/3 213/11
225/15 228/13 231/12
235/17 236/1 272/25
282/9 300/1

**absurd [1]** 300/2

**abuts [1]** 178/24

**abutting [1]** 177/24

**ACAB [5]** 61/11 61/15
61/21 63/7 63/11

**accept [4]** 236/19 237/12
247/8 259/22

**access [4]** 41/9 93/12
275/24 294/18

**accessed [2]** 273/14
273/15

**accommodate [1]** 14/3

**accommodated [1]** 14/18

**accompany [1]** 14/15

**according [4]** 217/16
233/20 279/4 280/9

**account [1]** 75/1

**accounted [1]** 135/20

**accounts [1]** 185/15

**accurate [1]** 171/14

**accused [2]** 277/14 298/8

**acknowledgeable [1]** 75/22

**acknowledged [1]** 283/7

**acquiescence [1]** 294/1

**across [8]** 9/18 22/25
23/17 28/20 55/9 164/15
187/22 190/18

**act [9]** 83/19 87/15
192/20 193/3 204/2 204/6
258/14 267/6 294/8

**acted [3]** 205/19 268/5
271/24

**acting [3]** 125/4 155/7

Case 4:25-cr-00282-P    Document 80    Filed 11/18/25    Page 307 of 398    PageID 850

**A**

**acting...** [1] 287/17

**action** [14] 17/10 46/17
56/6 69/20 70/14 80/8
82/14 90/25 92/1 149/17
158/8 267/4 268/14
268/17

**actions** [9] 56/10 147/3
183/7 215/14 215/22
225/9 230/21 230/23
284/18

**active** [2] 72/10 72/12

**activities** [4] 143/3 143/4
147/21 185/4

**activity** [5] 83/13 95/9
159/3 215/17 293/25

**acts** [8] 146/19 147/6
267/7 273/19 273/19
273/21 274/3 294/9

**actual** [4] 23/5 164/13
242/16 289/22

**actually** [35] 16/18 22/22
30/22 32/9 40/21 43/6
43/7 58/6 60/4 61/8 61/21
64/5 66/12 68/4 70/14
70/18 80/12 90/10 121/12
122/3 140/13 155/6 163/14
179/20 182/16 186/17
188/24 199/11 222/20
252/17 267/19 269/19
274/3 275/13 275/15

**additional** [25] 17/6 18/12
29/25 31/2 46/20 46/20
79/12 100/9 101/14 102/6
102/8 102/24 107/20
108/15 111/12 113/3 115/25
119/14 132/10 168/8 172/5
173/2 223/16 242/21
245/24

**additionally** [3] 94/3
109/10 132/10

**address** [4] 45/19 282/6

285/16 302/20

**addressed** [1] 263/22

**adhere** [1] 128/1

**adjourned** [1] 237/18

**adjust** [2] 238/18 249/13

**administered** [4] 11/1
238/15 249/10 260/8

**administration** [1] 293/10

**administrator** [1] 50/13

**admirable** [1] 285/7

**admired** [1] 33/18

**admitted** [3] 192/14 252/4
285/2

**admonitions** [1] 158/2

**adopt** [2] 9/8 265/19

**advocate** [1] 257/3

**advocates** [1] 183/24

**advocating** [4] 229/21
229/22 285/3 285/5

**afar** [1] 89/23

**affect** [1] 90/19

**affiant** [1] 239/21

**affidavit** [2] 239/22
239/25

**affidavits** [1] 242/20

**affiliated** [1] 121/7

**affirmative** [4] 214/1
267/4 267/6 294/8

**affirmed** [1] 206/11

**aforethought** [2] 291/10
291/24

**afraid** [4] 221/25 276/25
280/13 280/15

**after** [48] 17/25 25/10
39/9 39/14 41/6 48/3 48/4
70/12 80/17 90/6 108/17
108/19 112/6 112/9 113/14
116/14 120/24 123/22
123/22 133/4 133/4
135/22 136/5 136/19 137/6
137/9 137/11 137/13 153/17
163/5 169/22 173/14

184/20 192/9 208/14
209/12 209/13 209/14
232/25 233/7 233/10
253/5 259/13 270/24
270/25 271/1 288/21
296/13

**afternoon** [14] 73/13
157/5 157/6 193/16 193/17
203/15 207/18 207/19
212/5 212/6 216/19 216/20
249/19 249/20

**afterwards** [1] 220/7

**again** [122] 31/8 35/5
37/23 40/16 42/12 44/17
49/10 50/10 52/17 53/3
53/7 55/9 55/23 56/4
57/1 61/13 61/15 62/15
63/9 64/11 64/22 66/2
66/21 66/23 66/23 69/16
69/25 69/25 70/7 70/12
71/17 75/15 75/25 76/7
77/16 81/2 81/20 82/19
82/19 83/20 84/25 85/12
85/14 85/19 86/6 87/4
88/17 90/13 91/20 91/21
93/5 95/22 95/22 95/24
100/20 101/20 102/22
108/2 108/3 108/25 109/14
117/7 119/8 120/23 133/20
135/5 137/21 140/2 142/16
142/25 146/7 151/20
157/12 161/14 162/16
164/11 164/13 166/4 166/15
167/1 167/8 167/15 168/12
170/22 182/15 189/4
189/14 190/4 191/11 194/24
196/19 199/21 200/3
201/18 202/4 213/6 214/7
214/14 214/25 215/11
216/4 216/7 217/14 217/18
218/3 218/6 220/23 221/9
221/14 221/14 221/19

**A**

**again... [11]** 222/8 223/19 224/16 229/5 254/2 256/22 283/24 287/2 289/16 292/6 301/17
**against [7]** 11/17 60/21 78/25 85/15 144/22 291/17 300/16
**agencies [1]** 186/24
**agency [4]** 188/6 238/24 241/14 242/21
**agent [17]** 10/21 11/9 138/20 139/9 157/15 169/4 187/14 207/18 216/19 242/8 265/20 272/17 275/15 278/15 279/14 282/19 285/2
**agents [1]** 187/2
**agitator [1]** 204/1
**agitators [2]** 36/21 177/12
**ago [3]** 169/12 246/16 264/9
**agree [9]** 182/5 213/16 227/10 230/17 230/18 287/5 294/7 299/23 300/3
**ahead [30]** 15/10 15/14 16/3 34/9 40/3 52/11 53/16 53/20 68/21 74/1 90/10 113/23 117/24 118/3 121/21 121/23 122/8 122/20 123/13 123/25 124/22 125/14 126/3 218/3 222/13 234/12 235/21 246/24 247/6 282/8
**aid [23]** 35/25 36/7 36/10 98/21 105/4 125/11 155/22 162/3 215/20 215/22 230/16 231/1 268/7 268/8 270/20 271/8 276/20 284/15 291/21 292/5 292/9 297/2 298/15

**aided [2]** 241/15 242/4
**aiding [1]** 266/18 266/18 266/19 266/19 266/21 266/24 271/25 273/1 275/5 277/14 277/18 277/20 290/22 292/2
**Aids [1]** 36/10
**aimed [2]** 85/13 297/24
**air [2]** 38/16 107/19
**air-condition [1]** 38/16
**akin [1]** 184/1
**alarm [1]** 159/19
**alerts [1]** 269/2
**aliens [6]** 13/4 13/7 71/19 71/20 183/8 269/20
**all [378]**
**all-black [1]** 52/18
**allegation [2]** 69/3 202/21
**allegations [3]** 174/2 193/6 254/7
**alleged [4]** 189/9 196/23 285/14 296/7
**allegedly [2]** 193/20 196/17
**alleging [2]** 174/5 284/12
**allowed [2]** 121/5 138/11
**alluded [5]** 37/16 55/15 55/15 67/8 256/19
**almost [14]** 13/10 15/12 33/21 46/11 46/16 80/7 110/19 125/23 148/7 186/16 207/12 233/5 261/12 280/24
**alone [3]** 206/14 210/5 256/13
**along [6]** 22/12 42/7 132/3 169/7 190/19 210/3
**already [28]** 28/9 28/18 32/2 37/16 51/2 65/23 76/15 76/17 97/20 100/17 115/18 118/11 118/15 121/5 121/5 126/19 128/9 128/11

135/11 136/2 138/14 148/8 166/16 209/11 217/15 247/5 251/25 256/19
**also [68]** 8/11 9/21 19/9 22/4 22/18 26/14 26/18 27/1 27/3 27/12 28/8 28/10 28/18 29/13 29/18 31/6 33/1 37/9 37/11 38/7 40/1 42/21 43/25 46/19 47/4 56/17 67/16 70/24 72/12 74/2 76/9 83/12 85/15 91/21 93/8 94/8 96/10 102/1 103/17 107/2 107/21 110/3 110/12 120/7 132/7 132/9 132/11 144/8 149/9 158/11 166/8 167/22 180/15 183/20 200/12 211/14 213/22 221/5 233/14 234/23 235/2 237/12 239/15 254/19 255/10 272/19 288/24 295/12
**altercations [1]** 251/15
**although [2]** 274/22 282/4
**Alvarado [38]** 12/8 12/13 12/13 12/20 12/21 15/4 19/2 23/13 43/24 46/10 46/14 49/18 75/14 75/16 108/20 111/14 112/18 119/2 134/15 177/24 178/1 178/5 178/22 186/17 187/2 187/3 188/7 190/9 192/1 192/15 233/6 238/25 241/16 282/21 282/23 283/18 284/4 284/13
**always [3]** 128/2 138/7 253/20
**am [16]** 11/19 88/6 158/20 165/23 166/19 169/4 177/23 192/4 205/15 210/21 212/7 218/18 231/23 232/15 239/4

**A**

am... **[1]** 262/8
Amber **[1]** 269/2
ambush **[1]** 230/11
ambushed **[1]** 75/15
Amendment **[4]** 270/1
277/3 296/3 296/5
AMERICA **[8]** 1/5 1/11 1/17
2/2 2/8 2/14 2/20 3/1
American **[2]** 270/4
284/20
ammo **[2]** 228/5 288/23
ammunition **[4]** 65/2 67/6
116/1 228/7
amongst **[7]** 35/8 67/21
77/11 83/1 98/14 104/19
171/1
amount **[6]** 138/20 139/9
141/1 220/21 232/5 266/5
amounts **[1]** 273/5
analysis **[13]** 25/12 25/14
26/18 159/24 167/3 167/18
168/5 168/10 191/12 191/14
208/7 208/20 221/20
analyzed **[1]** 160/2
anarchical **[2]** 33/10 39/19
anarchist **[13]** 33/11 33/15
34/14 35/6 39/25 55/24
57/3 57/5 63/17 77/10
79/12 101/14 293/7
anarchist-type **[3]** 33/15
34/14 39/25
anarchists **[1]** 139/15
anarchy **[5]** 55/25 60/18
62/21 64/12 101/10
anger **[1]** 272/18
angle **[1]** 165/7
annotation **[4]** 27/24 28/8
28/19 29/13
annotations **[1]** 27/12
announcement **[1]** 10/7
anonymize **[1]** 83/12

another **[25]** 48/8 51/23
61/15 78/13 85/19 95/22
98/19 98/25 103/8 103/9
138/13 154/6 200/22
207/12 208/22 221/13
229/17 234/24 250/21
250/25 268/22 279/23
292/1 293/18 293/22
answer **[3]** 217/11 240/21
288/10
answered **[2]** 202/4
272/18
answering **[1]** 154/24
anti **[5]** 56/3 59/17 59/17
80/15 82/2
Anti-Colonial **[2]** 80/15
82/2
anti-ICE **[1]** 59/17
anti-President **[1]** 59/17
antiauthority **[1]** 139/16
anticipate **[1]** 236/19
anticipation **[1]** 284/6
Antifa **[21]** 55/16 55/17
55/23 56/16 57/19 59/11
59/13 60/12 64/20 79/12
138/21 139/10 139/14
139/17 139/22 140/10
200/10 267/15 276/6
282/17 284/24
antifascist **[2]** 59/14
139/24
antigovernment **[3]** 139/16
203/8 204/5
antigovernment/antiauthorit
y **[1]** 139/16
antiliberal **[1]** 80/11
antipolice **[1]** 230/6
antiracist **[1]** 56/2
antisocial **[1]** 85/14
antiviolence **[1]** 56/3
any **[199]** 8/21 8/23 10/18
13/7 18/20 21/21 22/5

39/6 42/14 43/9 50/15
51/5 51/7 51/8 51/10
64/8 65/2 71/6 71/8
72/18 73/19 73/20 80/8
81/23 91/22 91/22 95/9
95/25 109/15 109/17 125/5
131/9 133/9 141/17 143/17
147/4 148/10 150/15
150/18 151/14 152/17 153/6
154/13 154/17 154/19
155/19 155/20 156/13
158/8 158/23 158/24
159/2 159/5 159/18 162/2
165/12 165/15 165/18
165/19 168/12 173/17
173/18 174/18 174/20
175/23 176/2 177/17
179/25 180/11 181/8 181/11
184/23 185/3 185/7 188/16
188/17 188/17 191/4 192/5
194/14 195/8 199/16
199/24 200/4 200/7
201/10 202/12 203/20
204/15 204/17 205/25
208/18 209/11 210/5 210/7
210/25 211/3 211/3 211/6
211/16 213/19 216/24
218/11 220/6 223/15
224/14 224/19 224/25
226/1 226/10 228/16
229/4 229/7 229/16
229/20 231/16 231/21
231/23 232/15 232/15
232/19 232/21 233/3
233/8 233/21 233/23
236/18 241/8 241/13
241/15 242/21 243/2
244/19 244/21 245/10
245/11 245/14 246/3
247/18 248/14 251/9
251/15 251/17 254/9
255/25 256/20 256/23

**A**

any... **[51]** 257/18 258/14
258/17 258/25 258/25
259/3 264/5 264/14
264/18 264/21 265/1
265/12 268/12 268/13
273/12 273/14 274/5
274/15 276/1 276/13
278/12 278/13 279/25
280/6 281/2 281/3 281/4
282/2 283/1 283/14
283/17 283/18 284/15
284/17 285/12 285/13
287/22 288/6 288/9
289/5 289/24 291/20
292/7 292/10 294/10
294/23 297/21 298/9
298/18 301/10 301/13

**anybody [26]** 42/10 71/7
71/7 73/21 82/10 151/23
153/20 156/9 156/15 199/1
199/4 199/5 203/22
213/19 218/15 218/18
219/11 224/23 244/11
248/6 257/11 264/8
264/11 274/8 289/15
289/25

**anymore [1]** 247/6

**anyone [18]** 159/1 165/23
171/23 185/3 224/8
224/10 224/13 224/22
224/25 231/22 237/6
241/10 241/11 241/11
258/20 291/5 291/20
297/22

**anyone's [1]** 258/17

**anything [42]** 56/3 125/1
125/3 149/15 156/8 159/19
160/10 161/23 162/1 162/2
162/3 168/4 181/15 188/23
210/17 211/7 220/11
220/15 223/13 226/2

226/19 229/20 229/24
231/25 232/11 234/1
245/15 245/16 252/19
255/8 258/7 273/23
276/4 276/7 279/15 280/5
280/23 283/2 289/4
289/6 291/23

**anytime [1]** 188/12

**anywhere [2]** 13/9 284/14

**apart [3]** 27/22 200/24
202/20

**apartment [13]** 40/14
40/15 40/17 40/19 40/22
40/23 41/2 41/12 135/1
135/3 135/7 152/13 153/3

**APD [1]** 221/4

**apologize [4]** 9/18 9/20
171/11 217/1

**app [4]** 154/20 171/3
229/24 273/13

**apparently [2]** 177/3 190/9

**appear [4]** 16/14 251/7
254/15 255/22

**appeared [4]** 172/24
173/11 271/22 302/9

**appears [2]** 255/25 288/4

**application [2]** 154/11
154/14

**applies [1]** 266/19

**apply [2]** 36/18 288/4

**appraisal [1]** 48/22

**appreciate [8]** 9/10 169/19
169/23 189/21 239/5
247/14 247/15 247/17

**apprehend [1]** 15/20

**apprehended [4]** 25/11
52/20 102/7 165/12

**apprehending [1]** 111/12

**apprehension [1]** 42/22

**approach [3]** 52/2 53/3
139/5

**approached [6]** 108/14

119/13 163/11 215/19 218/7
233/6

**approaches [1]** 71/8

**approaching [2]** 164/6
208/5

**appropriate [4]** 141/3
183/1 290/9 301/7

**approval [1]** 294/1

**approximate [6]** 43/23
43/25 44/24 46/13 93/7
196/22

**approximately [34]** 12/6
13/7 15/11 16/6 16/9 18/10
18/13 22/14 40/15 42/4
44/20 44/22 47/9 47/11
47/22 73/16 104/9 111/3
112/5 116/6 116/8 117/9
117/23 132/19 135/4
135/22 136/4 136/6
145/23 146/8 174/8 197/7
197/21 202/24

**approximating [1]** 217/19

**approximation [3]** 217/14
217/18 220/25

**Apropos [1]** 177/21

**AR [36]** 15/25 16/15 27/13
27/25 31/4 31/12 58/18
106/1 106/2 115/10 115/19
152/4 152/12 152/13
152/15 152/17 152/17
152/21 152/23 153/19
153/20 153/21 154/2 154/4
172/11 190/10 190/17
190/20 191/7 200/15 214/4
214/6 214/12 214/17 215/4
288/7

**AR's [1]** 152/2

**AR-15 [5]** 16/15 27/13
172/11 190/20 288/7

**AR-15-style [1]** 190/10

**AR-15s [1]** 15/25

**AR-style [1]** 106/1

**A**

**are [181]**  8/18 9/13 9/15
9/25 10/4 10/16 11/13 13/7
13/14 14/19 14/25 17/13
18/23 21/9 21/10 23/9
24/13 26/5 33/6 35/3
35/13 39/7 42/15 42/18
43/19 45/23 45/24 46/12
48/20 49/21 51/22 54/13
55/18 57/9 57/17 58/1
60/1 60/5 60/21 61/11
61/15 61/17 61/18 62/10
63/11 64/19 65/9 66/25
68/18 68/18 70/25 71/20
71/21 71/21 75/22 77/5
77/5 77/8 77/10 79/5
80/6 80/7 80/12 80/17
80/23 81/3 82/4 82/9
84/3 84/5 84/25 85/16
85/17 86/2 86/6 86/7
86/7 91/10 96/4 97/10
99/12 102/22 105/19
109/13 109/16 110/12
110/22 110/24 112/8 112/21
113/12 115/1 117/9 119/9
120/20 121/1 123/7 123/18
127/22 138/11 138/17
142/18 144/8 144/14
144/18 145/12 155/2 158/3
165/8 167/20 168/8 172/6
174/8 175/18 176/17 178/8
182/15 186/13 187/13
187/20 193/5 193/25
199/13 200/24 204/7
204/9 206/1 206/15 208/9
210/5 210/7 211/19 214/6
215/8 216/19 219/4
227/20 232/25 238/4
238/24 239/1 239/13
239/25 242/23 243/11
244/13 250/18 254/23
258/12 261/24 266/7

266/11 267/14 267/18
268/13 269/20 270/6
270/7 270/15 272/25
274/1 274/7 276/14
276/25 277/9 278/3
278/3 281/6 284/12 293/2
293/6 294/11 297/8
298/20 299/14 299/16
299/17 301/10 301/15
301/16 302/9
**area [33]**  20/1 23/8 42/2
42/3 42/8 43/16 44/18
47/4 52/10 107/14 113/20
119/12 119/13 130/12
130/21 130/21 133/3
133/24 134/17 136/25
178/24 179/5 179/9 179/10
197/24 198/3 198/8 208/4
208/5 218/13 221/5 226/8
233/13
**areas [6]**  84/3 112/23
134/9 207/25 227/16
251/5
**aren't [4]**  61/19 61/19
155/4 164/21
**argue [2]**  255/8 286/20
**argument [10]**  182/25
206/23 215/10 215/12
234/15 284/22 284/23
287/20 295/19 295/21
**argumentative [4]**  142/3
182/1 215/24 231/2
**arguments [3]**  277/15
287/22 295/12
**arm [2]**  167/9 226/10
**arm's [1]**  114/9
**armed [6]**  21/8 22/11
22/18 141/14 141/23 271/21
**armor [30]**  30/2 30/3
46/21 88/10 96/12 96/18
97/11 105/24 105/25
106/23 156/6 175/25 176/1

176/3 176/6 176/10 176/11
176/15 176/16 176/17 176/21
176/22 176/24 190/20
191/10 200/2 200/4
203/20 206/13 268/6
299/3
**Armory [1]**  190/10
**arms [1]**  144/20
**ARNOLD [25]**  1/8 3/15 8/8
8/16 31/6 31/7 31/8 31/15
32/11 36/24 47/4 47/6
69/3 87/5 87/6 127/2
129/5 137/13 148/16 149/9
234/21 234/23 239/13
239/15 271/2
**ARNOLD'S [4]**  6/15 86/25
128/25 149/3
**around [35]**  21/6 22/15
43/11 44/2 61/14 77/6
84/22 84/23 85/2 101/5
108/22 130/12 131/20
133/12 134/16 136/10
136/15 173/17 174/13
175/5 198/13 217/21
238/18 242/9 255/5 255/6
255/6 257/9 258/6 267/12
274/1 280/14 283/19
284/10 284/11
**arrest [11]**  32/4 41/1 41/3
103/13 108/9 138/1 160/21
160/23 239/22 242/20
256/23
**arrested [41]**  30/22 31/15
31/18 31/24 31/25 32/5
32/7 32/11 36/3 41/15
46/25 47/8 47/12 47/19
47/23 48/4 48/7 48/8
53/12 55/2 88/3 88/3
103/14 104/3 104/12
110/20 111/15 117/1 117/5
118/11 135/21 135/24 137/9
137/11 156/17 166/4 205/3

Case 4:25-cr-00282-P    Document 80    Filed 06/22/25    Page 312 of 398    PageID 3557

**A**

**arrested... [4]** 255/14
271/5 280/8 286/12
**arresting [1]** 160/22
**arrests [1]** 201/15
**arrival [2]** 108/18 146/10
**arrive [4]** 145/21 145/25
146/5 195/13
**arrived [11]** 146/9 148/22
148/23 149/14 149/16
165/25 166/2 198/3
202/17 211/9 299/1
**arrives [1]** 99/18
**arriving [2]** 118/5 218/13
**ARs [12]** 27/12 27/13 30/4
152/6 152/19 153/1 190/25
191/9 213/23 214/10
214/18 214/23
**articles [3]** 42/20 132/2
226/17
**as [228]** 15/20 17/1 17/4
20/12 21/3 22/6 28/4 30/2
30/2 30/3 30/3 30/17
30/18 31/2 31/6 31/11
31/22 32/20 32/21 32/24
33/7 33/16 33/21 34/7
34/7 34/10 34/15 35/10
36/11 36/12 36/21 37/20
37/24 38/19 38/23 39/19
41/4 41/4 41/9 42/13
42/16 44/9 44/9 45/10
46/5 46/16 46/16 50/10
53/14 54/11 54/12 54/16
54/19 55/17 55/17 55/19
55/19 56/12 56/16 56/23
57/14 58/23 60/11 63/9
63/10 64/24 68/1 68/12
68/18 69/15 72/21 78/2
80/1 80/1 80/11 82/2 83/9
87/3 87/8 87/20 87/20
88/2 88/2 88/18 89/1
89/16 89/16 89/23 91/16

91/19 93/24 93/24 96/10
96/11 96/12 98/20 101/2
102/15 102/23 107/4
108/18 108/22 109/5
109/11 112/17 114/5 114/5
119/8 120/24 123/8 123/8
123/8 131/7 134/1 135/21
135/21 138/11 140/7 140/14
140/18 140/23 141/19
143/10 144/9 145/9 145/16
148/15 149/7 149/9 151/10
151/10 151/12 151/12
151/22 151/22 163/8
164/16 165/15 165/16
168/5 169/12 170/5 174/6
174/24 174/24 177/5
177/8 177/9 183/12 184/13
184/15 185/11 185/13 186/2
186/13 186/13 191/9 194/3
205/23 205/23 205/23
211/21 215/12 219/16
221/13 222/7 222/21
225/24 225/25 226/12
227/25 227/25 229/23
230/3 230/5 230/5 230/6
230/6 233/15 233/18
233/18 235/5 235/9 235/9
239/18 241/13 241/13
245/16 248/18 250/10
252/10 252/19 252/21
255/3 256/4 256/4 256/8
259/22 262/9 265/11
266/8 266/8 266/13
266/13 270/3 270/4
270/11 270/11 270/16
271/21 271/21 272/18
274/17 276/5 276/6 276/6
276/6 279/8 279/10
279/16 281/25 284/20
288/21 289/16 290/10
291/19 291/19 301/1
**aside [2]** 218/15 289/17

**ask [30]** 10/24 123/17
138/8 138/22 147/7 157/12
157/24 182/16 189/14
211/18 212/10 212/11
216/24 217/6 234/3 251/4
254/24 256/17 258/3
264/9 281/20 285/14
290/10 291/8 292/1 294/3
295/3 295/10 295/11
296/8
**asked [10]** 88/12 88/14
129/18 138/14 142/14
161/15 161/18 166/16
262/19 279/24
**asking [7]** 77/4 77/4
84/25 210/22 221/18
222/16 222/24
**aspect [1]** 233/21
**aspects [1]** 56/13
**assailant [2]** 221/3 221/5
**assailants [1]** 45/11
**assault [6]** 27/14 56/9
278/1 278/13 281/3 281/7
**assemble [2]** 182/10
182/12
**assembly [1]** 203/12
**assessment [1]** 145/10
**assist [4]** 273/22 274/4
292/10 294/10
**assistance [4]** 104/22
135/18 267/7 267/14
**ASSISTANT [1]** 3/11
**assisted [1]** 294/19
**associate [3]** 133/9 141/18
251/1
**associated [8]** 18/20 67/1
152/6 165/15 165/17
176/10 185/15 222/16
**association [16]** 57/13
60/13 60/20 64/21 66/3
183/22 183/23 184/2
184/2 184/11 184/15

## A

**association...** [5] 282/18 284/24 285/2 293/16 293/20

**associations** [1] 285/4

**assume** [3] 226/16 233/10 275/18

**at** [359]

**attached** [1] 200/12

**attaches** [3] 266/11 271/25 271/25

**attachment** [3] 74/12 74/13 85/18

**attack** [67] 12/7 12/9 22/9 25/10 32/25 33/1 33/3 37/18 39/9 41/6 45/9 46/22 49/20 59/12 61/8 65/13 67/22 71/15 73/9 74/7 74/14 74/23 77/14 78/23 80/2 82/13 84/2 87/7 87/14 89/1 95/25 96/21 97/2 100/9 103/21 116/12 116/15 118/10 126/16 142/13 145/8 147/3 155/23 156/1 181/19 183/10 215/18 219/14 219/15 219/16 228/12 228/13 231/5 231/19 232/3 232/11 232/12 233/23 269/18 270/23 271/18 276/11 276/11 276/17 284/23 288/21 288/23

**attacked** [5] 21/13 77/24 145/6 145/10 145/12

**attackers** [2] 17/21 227/8

**attacking** [2] 145/2 288/16

**attacks** [1] 73/5

**attempt** [4] 39/15 204/13 278/12 278/13

**attempted** [11] 160/2 174/3 246/25 271/11 272/3 277/14 278/1 281/7

282/21 291/24 294/12

**attempting** [5] 119/20 121/14 204/7 219/25 294/15

**attended** [1] 73/25

**attention** [2] 217/2 220/1

**attorney** [6] 3/11 9/14 169/8 169/17 169/17 239/4

**attorney's** [2] 177/3 242/13

**attorneys** [9] 3/19 178/16 178/19 186/13 208/17 256/4 266/25 300/9 301/16

**attribute** [2] 124/14 177/9

**attributed** [2] 181/4 293/4

**audio** [19] 14/23 15/15 16/4 52/13 53/21 113/24 115/21 120/2 121/22 122/9 122/15 122/21 123/14 124/1 124/23 125/15 126/4 126/12 199/1

**authoritarian** [1] 140/2

**authorities** [1] 88/4

**authority** [5] 71/7 85/16 167/6 167/12 277/2

**automatic** [4] 16/16 16/19 16/22 271/22

**automatically** [1] 209/19

**Autumn** [23] 31/6 148/14 148/15 155/19 239/15 272/21 272/24 273/5 273/10 273/11 273/12 273/15 273/17 273/18 273/20 273/24 273/24 274/2 274/6 274/13 274/14 275/5 276/9

**Autumn's** [1] 277/8

**available** [4] 154/13 154/19 223/7 278/4

**Avenue** [2] 4/13 4/20

**avoid** [2] 121/17 278/17

**awaiting** [1] 286/15

**aware** [41] 21/13 21/16 75/17 75/18 92/17 122/3 144/14 153/18 154/17 158/15 158/16 158/21 159/1 165/23 166/19 173/12 175/13 175/23 176/4 176/5 176/23 192/4 199/13 199/16 201/17 205/15 211/10 218/18 219/4 231/17 231/18 231/21 231/23 234/2 241/20 242/6 243/11 244/12 244/14 250/16 255/4

**away** [24] 18/8 19/22 27/19 30/22 31/22 37/18 48/10 53/4 108/2 111/21 121/7 128/7 129/10 129/12 129/20 135/16 161/11 164/5 164/8 202/15 231/10 258/11 272/14 281/12

## B

**back** [59] 13/21 18/13 20/2 20/6 22/22 24/2 25/2 25/15 26/20 27/7 29/6 45/22 79/2 79/21 80/21 87/11 87/22 87/23 88/6 94/21 99/14 117/10 119/12 121/15 125/7 130/6 130/7 132/8 135/7 147/4 151/25 189/2 189/5 192/11 198/1 205/13 217/3 221/23 223/20 223/21 226/16 229/6 251/19 251/20 252/20 257/23 262/20 263/8 269/9 269/10 270/22 270/23 276/12 279/8 285/21 287/1 294/17 297/14 298/21

**backed** [1] 106/8

**background** [4] 15/21 54/8 141/13 291/6

**B**

**backgrounds [2]** 169/25 170/3

**backing [2]** 53/4 54/19

**backpack [27]** 27/22 52/19 52/19 52/21 53/10 104/7 104/9 105/18 105/25 124/6 124/8 132/10 132/17 154/5 161/11 162/6 162/10 166/22 180/19 194/8 194/11 194/13 204/15 204/18 205/6 210/10 215/4

**backpacks [2]** 42/20 270/18

**backseat [1]** 115/25

**bad [7]** 61/18 68/9 212/21 230/5 297/13 297/19 298/7

**bag [19]** 55/3 91/16 91/19 91/20 102/16 102/17 102/25 103/2 103/5 103/6 103/7 103/8 104/10 107/2 128/17 133/2 133/22 162/4 299/4

**bags [3]** 136/18 136/20 231/8

**bail [1]** 286/21

**balance [2]** 291/2 291/8

**ballistic [3]** 46/21 116/1 176/22

**ballistic-rated [1]** 176/22

**band [2]** 36/10 298/3

**Band-Aids [1]** 36/10

**bandanna [1]** 127/16

**bangs [2]** 41/18 41/20

**banner [1]** 63/10

**base [1]** 262/8

**based [30]** 13/9 18/1 19/13 21/5 30/7 31/8 42/5 42/17 50/4 53/2 62/25 126/7 167/18 175/3 186/21 187/16 190/7 191/20

191/20 207/24 208/3 208/20 220/3 222/11 225/8 229/13 229/13 261/13 263/23 275/7

**basic [1]** 173/20

**basically [26]** 17/2 17/6 17/17 49/22 54/1 64/10 66/4 72/24 75/20 77/1 78/22 79/24 82/22 89/7 90/7 90/12 91/8 92/11 158/12 164/21 211/14 242/14 252/14 277/15 278/11 294/25

**basics [1]** 169/24

**bastards [7]** 61/11 61/15 61/17 63/11 70/25 127/22 267/18

**Batten [16]** 24/21 35/17 35/18 47/16 48/12 56/16 102/21 103/2 103/14 106/12 120/13 122/24 124/12 125/9 125/20 128/19

**Batten's [2]** 63/1 78/15

**BAUMANN [44]** 1/14 3/19 8/9 9/5 23/24 24/4 24/5 24/8 28/18 30/10 30/11 30/17 30/18 37/16 38/4 44/11 47/23 51/19 52/5 52/9 52/20 52/22 53/3 54/25 55/9 68/25 81/11 81/25 82/7 82/10 123/10 135/21 137/1 137/4 157/8 157/10 163/2 171/7 180/19 181/3 181/5 235/6 243/8 270/22

**Baumann's [3]** 54/19 72/12 277/14

**BB [1]** 258/9

**be [217]** 8/5 10/24 11/3 14/4 14/13 14/18 18/17 19/1 19/12 21/19 22/6 26/1

28/3 31/11 34/14 36/16 44/17 49/4 51/23 52/1 52/2 52/9 56/2 57/22 63/9 64/24 65/16 68/23 72/18 73/4 74/19 75/21 76/2 76/7 80/22 81/8 81/12 81/25 82/1 82/21 83/11 83/13 84/4 87/17 87/18 88/3 89/4 90/25 91/3 91/6 91/7 91/20 92/17 93/8 95/10 95/23 96/1 96/10 99/12 100/5 100/12 102/12 109/16 109/23 115/5 116/6 125/5 139/1 142/16 143/17 143/23 143/23 143/25 144/4 144/7 144/16 144/21 145/4 145/5 145/17 146/20 148/24 150/14 151/20 151/21 151/21 152/1 152/16 155/24 158/1 158/3 158/8 159/19 159/20 160/2 160/16 160/22 161/23 162/25 163/21 166/10 166/12 168/16 169/15 171/13 171/16 171/17 171/21 172/17 172/21 177/9 179/8 180/23 183/2 183/12 183/15 185/20 185/22 187/8 188/3 188/15 188/24 191/17 195/4 195/7 196/24 196/24 198/11 198/19 198/20 200/18 201/17 201/18 206/5 206/8 206/10 206/11 206/20 208/12 215/1 215/11 219/22 219/23 222/10 228/19 234/2 234/16 236/4 237/1 237/4 238/2 238/10 238/14 239/5 239/15 245/19 248/17 249/9 253/7 254/8

**B**

**be…** **[57]** 255/20 256/10
257/1 257/7 257/9 259/14
259/15 259/18 259/21
260/7 263/2 264/2 264/8
264/11 264/14 264/16
265/25 271/13 271/15
271/22 272/5 272/14
272/25 274/23 275/12
275/14 275/16 276/14
276/23 277/16 277/25
278/1 278/9 279/4 279/8
279/10 279/12 280/4
280/5 284/1 285/11
285/18 285/23 286/5
286/23 287/6 287/19
290/11 291/13 292/18
293/2 293/19 294/8 295/3
296/4 296/12 300/22
**bearing [1]** 289/16
**bears [1]** 289/22
**beat [1]** 292/11
**became [2]** 141/10 141/21
**because [77]** 32/6 42/25
46/18 52/19 65/16 65/20
81/20 89/8 90/16 91/7
91/25 104/17 109/11
109/25 112/18 118/19 121/6
129/7 143/11 143/12 169/14
172/2 172/7 173/25 175/14
177/15 177/22 184/9
189/17 196/11 196/23
197/3 211/15 213/9 221/22
224/1 228/20 234/11
253/7 258/7 259/20
261/20 262/19 262/22
269/11 272/12 273/5
275/10 277/8 277/22
278/8 278/16 282/10
282/16 283/12 283/13
284/25 285/20 287/9
287/17 288/11 288/17

288/21 289/5 289/18
290/2 290/21 291/13
292/12 296/17 296/18
297/2 297/8 297/9 298/10
299/12 299/15
**become [3]** 143/7 143/20
223/7
**becomes [1]** 288/7
**becoming [1]** 144/19
**Bedford [1]** 4/17
**been [94]** 10/14 11/15
20/22 20/25 27/3 28/23
29/15 32/20 33/20 35/10
46/6 51/2 54/25 61/13
69/9 69/17 69/20 77/6
102/23 103/23 111/10
114/21 118/11 118/19 118/22
120/18 121/6 122/3 123/22
129/19 129/22 137/6 137/9
137/11 137/18 143/8 148/8
148/15 150/11 153/1 153/19
153/22 153/24 159/2
159/8 159/11 162/14 168/5
173/12 173/13 174/19
186/15 189/17 191/5 198/4
198/14 198/15 204/21
205/6 207/12 208/12
208/13 209/12 216/21
217/2 217/2 222/2 224/7
224/17 226/6 226/11
232/14 239/7 240/10
241/9 255/5 255/5 255/6
266/6 280/11 283/8
285/24 287/3 287/9
287/17 288/17 293/12
294/17 296/13 296/20
298/9 298/10 300/15
301/2
**before [38]** 3/8 14/2
22/24 22/24 33/2 40/16
64/9 113/8 117/8 118/12
124/11 128/7 135/5 146/8

150/5 158/24 159/3 159/8
159/9 159/21 160/18 161/15
163/14 165/21 181/17
187/25 188/14 217/24
232/25 243/1 246/14
250/15 253/21 255/14
258/24 268/15 295/11
295/20
**beforehand [4]** 159/1
209/17 226/6 277/25
**began [1]** 163/12
**begin [3]** 138/5 143/2
143/6
**beginning [10]** 69/10 70/8
83/20 83/21 86/11 96/20
96/21 116/24 121/8 248/19
**beginnings [1]** 283/5
**behalf [11]** 8/16 9/5 9/12
9/17 9/25 10/6 10/10 10/14
247/20 250/16 250/18
**behavior [5]** 56/4 193/7
254/9 275/4 277/8
**behind [10]** 18/11 23/9
29/6 29/6 114/6 115/10
115/23 120/13 148/6
167/15
**being [86]** 13/22 14/17
16/19 17/17 21/2 21/13
21/13 21/17 25/21 27/25
37/7 37/7 41/20 44/15
44/25 63/12 69/2 69/24
73/6 78/22 78/23 81/14
81/15 87/24 89/11 90/17
91/17 94/5 109/23 109/23
110/12 110/20 140/18
140/23 150/21 155/10
155/11 165/17 183/21
184/14 184/15 193/11
196/24 198/24 199/4
199/8 199/11 199/13
202/20 203/2 204/1
207/25 208/17 208/21

**B**

**being...** **[32]** 217/13
219/19 219/20 222/22
230/20 233/12 239/5
245/21 251/7 253/5 253/8
254/6 259/8 259/25
265/23 270/2 270/3
272/4 274/18 278/8 278/8
278/24 279/16 281/4
287/8 288/20 290/1 290/9
291/4 291/4 291/21
300/20

**beings** **[1]** 284/19

**belief** **[4]** 64/20 203/8
203/10 241/3

**beliefs** **[1]** 140/14

**believe** **[123]** 10/2 19/19
20/1 20/5 21/12 29/5
32/14 33/11 41/13 48/1
55/19 55/25 56/12 60/4
61/17 64/4 70/22 70/24
71/20 73/17 78/15 78/17
81/7 81/8 86/17 94/3
101/15 102/14 103/19
113/22 116/2 118/5 118/17
121/14 125/22 132/11 133/1
133/20 134/14 135/10
137/20 145/23 146/7
148/23 149/1 152/3 153/14
154/21 160/9 160/24 161/9
161/17 162/9 164/2 165/14
167/10 167/11 170/2 170/4
171/20 172/3 172/7 172/8
174/22 176/21 177/14
177/25 178/4 178/18
179/23 180/9 184/10 189/1
189/5 192/4 192/24 194/15
194/24 195/3 196/19
198/11 200/25 201/10
202/4 203/6 204/16
208/16 210/9 210/11
211/22 212/16 214/2

220/12 220/19 223/23
228/9 229/8 229/12
238/10 240/12 246/19
248/14 252/1 253/17
255/12 255/21 256/3
257/13 258/16 262/12
267/19 267/19 269/19
269/19 270/4 273/25
277/7 288/1 290/2 290/6
292/14 295/1 296/7

**believed** **[14]** 12/24 16/18
18/1 21/2 21/18 116/16
148/24 200/18 215/1
223/25 224/17 236/5
269/6 289/1

**believes** **[2]** 59/25 203/21

**believing** **[1]** 236/3

**belittling** **[1]** 80/7

**belong** **[1]** 184/11

**below** **[1]** 48/2

**BEN** **[5]** 3/18 157/7 243/8
289/4 289/5

**benefit** **[1]** 247/10

**BENJAMIN** **[4]** 3/4 8/12
68/13 87/4

**best** **[4]** 226/12 255/4
302/7 302/11

**better** **[3]** 34/11 188/8
215/11

**between** **[17]** 60/16 67/21
83/1 84/17 86/19 94/21
98/4 98/14 100/5 104/19
117/16 146/10 170/6 218/6
255/10 270/19 274/6

**beyond** **[4]** 36/9 36/10
56/4 65/10

**Bible** **[3]** 68/25 72/12
81/25

**big** **[6]** 86/16 88/17 88/18
109/19 109/19 269/13

**bigger** **[7]** 67/12 70/8
74/16 97/21 97/24 98/2

220/11

**binary** **[7]** 17/19 17/19 58/17
58/18 102/13 172/12 215/2

**binders** **[1]** 34/12

**bipod** **[1]** 101/24

**bit** **[17]** 14/9 51/18 55/16
55/16 55/22 60/24 73/11
92/5 121/4 128/11 130/4
132/23 216/22 234/12
246/13 258/4 264/9

**BJ** **[8]** 1/5 1/11 1/17 2/2
2/8 2/14 2/20 3/1

**black** **[47]** 23/6 37/23
37/24 42/13 42/13 42/14
42/23 52/18 53/7 53/8
53/8 56/11 77/25 79/7
79/7 79/8 82/20 83/1
83/9 83/10 87/16 96/5
96/5 102/25 103/8 103/10
103/11 103/18 103/22
108/25 108/25 109/3
109/5 111/7 124/4 126/21
150/21 156/2 196/14
196/15 196/16 208/12
220/4 267/24 271/18
299/2 299/15

**blanket** **[1]** 145/9

**bleed** **[1]** 36/19

**bleeding** **[2]** 36/13 300/6

**blend** **[1]** 83/8

**bloc** **[20]** 37/24 42/13
42/23 56/11 79/7 82/17
82/19 82/20 83/1 83/1
83/4 83/5 87/17 96/4
96/5 150/22 156/3 196/16
208/12 220/4

**blocing** **[2]** 83/9 83/10

**block** **[2]** 79/17 231/10

**blocks** **[2]** 91/16 91/22

**blonde** **[1]** 35/18

**blown** **[1]** 251/22

**blowout** **[1]** 43/15

**B**

blue [6]  48/24 70/3 70/4 127/21 230/3 267/20

blurry [2]  53/2 53/2

board [2]  64/12 89/5

bodies [5]  25/17 96/6 96/14 96/15 131/9

body [52]  15/1 15/19 16/12 18/24 30/2 30/3 58/24 88/10 96/12 103/1 103/5 103/6 105/24 105/25 106/23 107/17 107/22 108/9 108/12 111/14 111/16 112/2 113/11 113/13 119/1 124/13 156/6 160/25 161/1 175/25 176/1 176/3 176/6 176/10 176/11 176/15 176/17 176/21 188/17 188/21 190/19 191/10 200/2 200/4 203/20 208/19 209/8 221/20 223/20 232/18 268/6 299/3

body-worn [9]  15/1 103/1 107/17 107/22 108/12 124/13 160/25 221/20 223/20

bond [11]  8/21 282/5 285/23 286/4 286/17 287/4 287/8 287/11 290/1 300/21 301/6

bonds [1]  286/17

bonus [1]  139/3

book [8]  57/1 57/3 60/12 60/25 63/3 64/15 246/24 247/6

booked [1]  280/22

Bosworth [1]  286/18

both [9]  9/15 17/19 20/24 109/17 222/19 223/3 272/22 285/8 289/1

bottom [7]  54/6 95/3

102/5 103/1 105/21 106/8 117/2

BOUFFARD [7]  4/1 9/15 169/8 248/9 282/1 285/18 292/23

Bouffard......................
..............285 [1]  7/6

Bouffard...............249 [1]  6/22

Bouffard...............260 [1]  6/24

bought [3]  94/10 220/16 229/1

Boulevard [1]  251/23

boundaries [2]  49/22 84/5

box [11]  14/6 14/11 14/12 25/2 28/13 39/22 39/24 43/18 44/18 287/25 287/25

Boy [1]  289/9

BRADFORD [11]  2/5 8/9 29/3 29/5 36/23 50/2 50/6 87/4 148/25 187/5 187/10

brandished [1]  283/18

break [6]  12/24 64/6 114/21 207/12 224/17 268/3

breaking [1]  123/11

breaks [1]  136/21

breath [1]  80/25

brevity [1]  9/10

BRIAN [3]  4/1 9/15 169/7

brief [5]  188/3 234/16 242/9 266/5 296/12

briefly [1]  250/17

bright [1]  196/3

bring [11]  88/13 91/15 94/10 147/2 206/13 210/15 210/17 234/14 268/8 273/24 281/15

bringing [10]  88/10 97/10

99/16 151/20 151/21 206/9 208/6 268/6 268/7 271/4

broadcast [1]  74/15

broader [1]  67/12

broke [3]  37/20 38/5 235/7

broken [7]  27/21 106/1 154/2 154/4 215/4 225/22 231/8

broken-down [2]  154/4 215/4

Brooke [4]  250/20 259/9 259/11 259/13

brother [1]  257/23

brought [18]  12/19 46/19 94/14 101/3 107/3 147/10 147/15 156/5 192/11 206/6 206/10 206/11 234/24 243/12 246/21 281/9 283/15 288/14

brown [10]  4/9 4/9 180/19 193/13 193/18 244/23 247/23 265/4 292/21 294/5

Brown.......................
..............292 [1]  7/8

Brown....................193 [1]  6/10

brush [1]  131/24

build [1]  98/20

building [7]  45/15 71/25 187/24 218/21 219/15 231/22 231/24

buildings [2]  44/7 242/15

bulk [1]  36/4

bullet [3]  190/2 190/2 190/15

bulletproof [2]  65/24 66/24

bullhorn [9]  146/14 147/15 198/10 198/19 198/22 199/9 219/19 219/24

**B**

bullhorn... **[1]** 297/18
bunch **[2]** 126/18 268/23
burden **[4]** 291/1 291/22
 292/4 300/15
Bureau **[1]** 11/14
burn **[1]** 63/19
Burnett **[8]** 4/6 117/16
 117/16 117/20 119/11
 130/22 132/13 136/15
burrs **[1]** 280/10
bush **[2]** 132/24 268/24
bushes **[1]** 132/24
Business **[1]** 302/20
bust **[1]** 299/11
busted **[1]** 92/6
busting **[1]** 269/17
busts **[1]** 269/8
busy **[1]** 265/18
but **[239]** 8/25 10/3 13/15
 15/17 16/22 17/9 17/23
 24/23 26/4 30/9 30/17
 30/25 32/5 32/18 33/12
 35/1 36/3 38/6 38/23
 39/7 43/7 43/10 44/5
 45/20 47/5 48/2 49/7
 52/18 53/4 56/3 59/16
 60/16 60/24 61/11 61/20
 62/10 65/18 66/17 69/9
 70/7 70/17 73/2 73/7
 76/9 76/16 76/19 80/21
 80/25 81/3 82/8 83/6
 83/12 83/21 83/22 85/23
 87/11 90/4 91/13 92/13
 93/8 95/14 95/20 96/5
 96/13 96/17 96/20 98/7
 102/25 103/14 103/19
 104/3 107/7 111/4 111/10
 116/24 121/15 126/25
 128/13 128/15 129/10
 130/5 130/21 131/12 132/7
 138/11 145/19 151/22 154/6

157/19 157/23 158/20
159/7 159/14 159/25 161/13
161/21 162/8 162/18 164/11
165/22 168/10 170/23
170/24 175/21 177/22
179/23 179/25 180/9 181/8
181/18 182/12 182/16 183/6
183/14 184/9 184/13 185/7
185/10 185/18 187/6 187/8
187/9 189/20 193/4 193/8
195/17 196/2 196/11 197/17
198/4 198/11 203/19
205/23 206/20 208/9
211/7 211/14 213/16 214/20
216/9 217/2 217/8 217/11
217/21 219/1 219/14
219/22 220/3 220/12
221/12 221/17 222/3
222/24 224/5 227/8
227/12 227/25 228/21
229/10 230/5 230/18
231/5 231/7 231/16
232/23 233/8 233/12
233/16 234/3 234/12
237/4 237/15 239/13
241/5 242/10 242/15
242/22 244/10 246/14
247/10 248/11 252/2
252/24 252/25 253/2
253/21 256/19 262/22
262/24 263/21 269/14
270/2 271/13 272/1
272/19 272/25 273/18
274/13 274/18 275/18
276/10 277/4 277/16
278/24 279/2 279/11
279/14 280/4 280/21
280/24 281/13 283/22
284/13 286/3 286/11
286/16 287/22 288/24
289/8 289/21 291/2 291/8
291/17 291/22 292/16

293/5 294/15 295/12
296/7 296/4 296/15 297/7
297/14 297/21 297/23
298/2 299/1 300/4 300/18
butt **[1]** 247/9
bylaws **[1]** 60/21

**C**

calculation **[1]** 146/1
caliber **[1]** 191/7
call **[34]** 10/20 12/22
 12/23 19/9 46/6 86/15
 90/14 131/22 144/24 145/1
 146/6 146/7 146/11 147/23
 148/5 148/9 148/11 150/6
 158/5 187/10 227/5 227/7
 247/12 248/19 248/23
 249/1 251/21 259/9 260/1
 260/2 278/7 284/22
 284/23 285/10
called **[14]** 11/18 15/4 46/7
 57/6 169/12 176/17 177/12
 181/19 203/1 239/15
 247/13 248/18 267/12
 283/5
calling **[3]** 236/19 268/16
 278/7
callous **[1]** 300/5
calls **[2]** 8/6 10/21
calm **[1]** 257/7
calmness **[1]** 257/9
cam **[10]** 15/19 16/12
 58/24 108/9 111/14 111/16
 112/2 119/1 161/1 209/8
came **[25]** 25/15 45/13
 117/18 119/5 132/8 185/23
 191/15 197/7 212/16 213/1
 214/12 221/23 222/1
 223/20 225/3 226/4
 228/9 229/6 240/19
 278/16 279/7 280/4
 280/12 281/13 299/2
camera **[33]** 15/1 17/15

**C**

**camera...** **[31]** 51/24 51/24 53/2 53/4 53/24 54/7 77/20 92/6 92/11 92/12 92/17 92/19 93/15 95/1 103/1 106/25 107/17 107/22 108/13 113/13 123/11 124/14 136/2 160/25 181/5 181/7 181/9 221/20 223/20 232/9 232/18

**cameras** **[7]** 18/14 78/2 269/8 269/17 269/17 299/11 299/12

**CAMERON** **[10]** 1/8 8/8 31/6 36/24 47/4 87/4 234/21 234/23 239/13 239/15

**camp** **[3]** 258/1 258/6 258/6

**camps** **[1]** 71/25

**cams** **[2]** 18/24 113/12

**can** **[103]** 11/10 13/24 14/8 14/12 14/20 15/22 17/16 22/25 23/2 23/25 24/4 29/3 43/4 52/21 55/3 64/23 65/3 65/12 65/16 68/15 75/21 89/25 90/3 90/5 91/20 91/21 96/10 98/20 101/4 102/25 106/23 107/16 110/12 123/3 124/3 124/8 133/8 133/9 139/10 143/6 143/10 143/10 143/23 144/16 145/17 152/10 155/21 159/10 159/13 164/10 167/6 172/23 175/15 179/17 182/23 189/14 189/18 195/10 198/6 198/19 198/20 202/19 208/2 208/10 211/18 214/9 216/10 217/9 220/21

221/21 225/20 226/20 239/1 243/3 237/25 243/7 247/10 248/21 249/21 250/17 251/17 255/2 258/3 260/16 261/3 261/15 261/16 261/23 266/8 269/5 269/24 269/25 270/2 272/14 272/23 273/13 277/16 281/9 286/22 287/5 287/10 287/13 288/9

**can't** **[65]** 28/3 29/6 42/10 42/25 50/20 89/23 90/7 101/8 141/12 147/2 150/14 152/16 152/20 154/8 154/15 155/16 157/11 157/19 157/22 158/20 159/21 161/20 162/16 166/6 166/15 168/17 169/21 170/11 170/22 173/19 176/25 178/12 180/3 185/5 185/24 193/22 195/11 197/2 198/11 199/21 201/22 202/9 202/10 202/11 204/22 205/17 205/17 205/22 207/4 213/6 213/8 214/5 214/7 216/9 218/7 226/21 237/5 253/1 258/9 275/14 275/16 276/14 289/9 291/19 300/2

**Candied** **[3]** 69/1 89/20 90/4

**candle** **[1]** 220/14

**Candles** **[3]** 162/14 220/10 297/18

**cannot** **[5]** 31/11 98/22 152/1 213/25 279/10

**canvas** **[1]** 136/25

**canvass** **[1]** 226/13

**canvassing** **[1]** 107/20

**capacities** **[1]** 58/5

**capacity** **[1]** 59/4

**capitol** **[1]** 181/21

**capture** **[4]** 50/25 111/16 112/2 165/5

**captured** **[6]** 30/12 69/12 78/6 177/20 189/2 189/5

**captures** **[1]** 19/8

**capturing** **[1]** 113/17

**car** **[24]** 16/13 26/22 29/19 63/12 144/13 150/9 150/11 161/19 161/21 161/22 162/2 162/8 232/17 241/19 241/21 242/3 269/9 269/10 269/11 269/13 275/8 280/17 280/19 294/17

**card** **[2]** 129/2 149/3

**care** **[6]** 79/18 108/15 222/15 251/25 296/23 298/15

**cared** **[2]** 296/17 296/19

**careful** **[3]** 158/4 278/9 280/5

**carefully** **[1]** 240/23

**cares** **[2]** 254/1 254/3

**caring** **[1]** 251/14

**carpooled** **[2]** 76/8 195/19

**carried** **[5]** 94/17 266/14 266/14 266/15 283/17

**carriers** **[1]** 190/20

**carries** **[1]** 263/25

**carry** **[4]** 73/5 206/13 230/15 288/5

**carrying** **[7]** 107/1 124/12 128/23 174/18 184/23 284/15 284/16

**cars** **[10]** 94/3 94/4 94/4 111/24 120/21 121/18 122/11 231/25 231/25 281/10

**case** **[54]** 1/5 1/11 1/17 2/2 2/8 2/14 2/20 3/1 11/17

# C

**case...** **[45]** 42/18 56/8
67/2 92/8 99/9 100/12
107/1 107/3 111/6 143/5
145/17 157/15 159/20
170/1 171/2 173/22 182/9
182/11 222/11 242/13
245/11 254/8 258/19
265/19 272/3 272/9
272/14 275/9 277/19
282/11 285/11 286/15
286/16 287/8 290/3 290/7
290/8 290/21 293/19
293/23 294/3 294/14
294/22 295/2 295/4
**cases** **[4]** 46/20 272/22
298/10 300/21
**casing** **[2]** 18/12 190/19
**casings** **[6]** 107/13 107/14
107/21 191/15 221/22
229/15
**casually** **[7]** 105/9 119/24
120/20 121/6 121/17 122/6
137/18
**cat** **[1]** 135/3
**catch** **[1]** 8/21
**catch-22** **[1]** 8/21
**caught** **[2]** 128/7 269/7
**causal** **[1]** 275/3
**cause** **[29]** 5/6 8/7 8/11
9/23 73/20 126/6 138/12
143/15 242/20 261/19
272/6 274/22 274/23
277/8 277/9 281/19 282/1
282/12 284/2 285/13
287/25 292/19 294/4
295/15 296/6 298/4 298/9
300/12 300/16
**caused** **[3]** 239/4 252/3
252/4
**causing** **[2]** 38/17 190/16
**cautionary** **[2]** 280/5

280/7
**cautious** **[1]** 278/8
**CCTV** **[22]** 18/14 19/7
22/25 22/25 41/23 41/24
41/25 42/6 42/25 43/2
52/8 54/17 93/15 93/22
103/23 123/5 123/9
207/20 208/9 221/20
229/13 229/16
**CCTVs** **[6]** 18/18 18/21
37/12 38/20 38/25 268/4
**Cedar** **[1]** 177/23
**celebrate** **[1]** 179/10
**celebration** **[2]** 84/16
84/17
**cell** **[13]** 35/9 49/20 51/4
60/12 62/25 64/17 65/15
91/16 126/16 127/10
128/23 133/1 133/2
**cellular** **[1]** 91/23
**center** **[21]** 19/19 30/14
130/19 130/21 134/15
145/22 150/3 152/25
162/18 175/1 178/21 179/13
179/21 180/13 183/16
190/18 217/12 242/3
282/22 283/19 284/20
**center's** **[1]** 17/15
**centered** **[1]** 267/12
**centers** **[1]** 64/11
**Central** **[1]** 4/16
**certain** **[11]** 21/18 45/19
58/5 64/24 119/6 182/6
182/7 213/11 264/2 264/2
280/2
**certainly** **[10]** 150/13
152/8 172/6 175/9 180/3
219/23 273/19 275/22
275/25 286/20
**CERTIFICATE** **[1]** 302/2
**Certificate...................
..........302** **[1]** 7/13

**certify** **[2]** 302/4 302/12
**CHAD** **[2]** 1/10 253/6
**chamber** **[2]** 115/12 190/16
**chambered** **[1]** 114/13
**champagne** **[7]** 68/24 74/9
74/10 97/6 97/8 97/10
99/10
**Champagne's** **[1]** 98/23
**chance** **[3]** 254/25 271/14
295/11
**change** **[5]** 68/15 270/5
296/13 296/23 300/20
**changed** **[7]** 22/10 187/6
187/9 220/21 221/17
221/17 224/5
**chanting** **[1]** 125/23
**chaotic** **[1]** 119/8
**chapters** **[1]** 158/12
**character** **[6]** 251/6
251/12 251/16 253/18
263/6 285/8
**characterization** **[1]**
276/11
**characterize** **[1]** 158/1
**characterized** **[1]** 22/6
**charge** **[4]** 266/20 277/17
280/22 295/23
**charged** **[7]** 266/12
266/20 283/3 292/18
295/15 295/24 296/1
**charges** **[6]** 256/23 277/9
277/10 286/14 300/14
300/16
**charging** **[1]** 173/21
**chase** **[2]** 23/9 164/19
**chat** **[48]** 38/23 49/11
49/13 50/14 67/9 67/9
67/12 67/12 67/14 68/15
68/16 69/5 70/8 75/12
85/5 86/12 86/16 86/17
86/19 88/17 88/18 88/19
88/23 89/25 90/9 90/13

# C

chat... **[22]** 97/21 97/24
98/2 98/12 99/24 155/2
155/14 155/17 158/11
159/11 159/17 171/2 229/19
276/3 278/6 278/7 280/3
280/3 288/25 289/8
289/12 292/23

chats **[30]** 33/6 49/7 50/6
50/13 50/15 51/2 79/21
86/22 90/11 154/10 156/8
157/24 158/2 159/3 180/6
180/10 180/11 185/11 206/8
206/12 211/8 211/10
269/15 271/4 273/16
275/24 278/3 278/3
278/5 281/6

chatted **[1]** 159/9

chatting **[1]** 68/12

check **[19]** 33/2 67/16
72/22 86/25 87/9 87/13
88/18 151/1 151/11 156/11
170/5 202/25 203/1 206/7
238/9 270/24 271/3
275/20 294/20

checked **[2]** 121/6 287/25

chemistry **[1]** 167/15

Cherry **[2]** 3/12 4/6

chest **[2]** 118/7 292/12

chief **[1]** 240/18

choice **[1]** 182/22

chose **[1]** 82/22

Christopher **[2]** 243/25
244/13

Chronologically **[1]** 283/4

circle **[2]** 47/9 71/16

circled **[4]** 42/2 42/3
83/18 85/11

circuit **[21]** 17/15 30/12
51/23 106/25 146/2 150/19
150/21 150/24 164/4
164/14 165/3 165/4 165/8

166/21 173/3 197/6 199/2
277/19 293/14 293/19
293/23

circumstance **[1]** 96/7

circumstances **[1]** 300/20

cites **[1]** 277/18

cities **[1]** 178/11

citizen **[2]** 250/13 284/20

citizens **[1]** 182/5

city **[3]** 49/18 250/2
260/22

city's **[1]** 84/15

civil **[2]** 169/13 199/16

civilian **[1]** 219/4

civilians **[1]** 109/18

claim **[3]** 56/2 57/22
230/14

claimed **[2]** 171/23 284/11

clarification **[1]** 94/25

clarifies **[1]** 92/11

clarify **[2]** 216/24 247/10

CLARK **[2]** 6/4 11/9

classified **[1]** 233/14

classify **[5]** 139/13 219/16
229/23 230/2 230/7

clear **[15]** 45/20 56/8
56/8 56/8 93/5 111/9
173/3 183/6 187/8 206/18
208/13 219/25 220/24
248/17 254/8

cleared **[3]** 115/14 115/15
237/23

clearly **[8]** 43/4 106/24
116/15 164/14 192/14
208/11 278/2 288/10

clears **[1]** 114/12

Cleburne **[1]** 134/5

clerk **[4]** 10/25 238/14
249/9 260/7

client **[52]** 8/20 14/10
157/25 158/24 163/20
163/25 164/16 167/7 167/8

168/12 169/21 170/10
187/5 187/11 190/21
190/22 190/25 191/21
192/21 208/9 209/11
209/21 211/17 211/20
212/13 215/5 215/16
215/17 215/19 216/3
226/19 246/6 246/21
246/22 247/1 277/24
278/15 279/8 279/21
280/4 280/14 280/15
282/12 290/20 291/9
291/24 292/8 292/17
294/17 295/1 295/2 296/7

client's **[7]** 168/11 191/5
191/9 193/6 208/25
265/19 294/14

clients **[2]** 14/4 170/17

clip **[3]** 59/2 101/22 136/19

close **[23]** 27/3 28/23
41/14 45/4 48/19 52/23
53/4 89/16 93/7 102/20
106/17 114/18 195/5
197/20 198/8 235/15
254/22 258/1 261/6
272/25 285/10 292/4
293/15

close-in **[1]** 48/19

close-knit **[1]** 89/16

close-up **[3]** 52/23 102/20
106/17

closed **[20]** 17/15 30/12
51/23 106/25 146/2 150/19
150/21 150/24 164/4
164/14 165/3 165/4 165/8
166/21 173/3 195/23 197/6
199/2 265/15 265/24

closed-circuit **[17]** 17/15
30/12 51/23 106/25 146/2
150/19 150/21 150/24
164/4 164/14 165/3 165/4
165/8 166/21 173/3 197/6

Case 4:25-cr-00282-P    Document 80    Filed 06/22/25    Page 322 of 398    PageID 865

**closed-circuit... [1]** 199/2

**closer [4]** 11/10 118/19 118/22 160/3

**closest [2]** 174/22 224/10

**closing [3]** 93/18 295/19 295/21

**clothes [3]** 196/5 208/19 226/10

**clothing [35]** 23/6 37/24 37/24 42/14 42/20 52/18 53/7 53/8 56/11 77/25 79/7 83/7 96/5 103/18 108/25 126/21 150/22 196/4 196/6 196/11 196/12 196/15 196/15 196/16 197/3 202/6 202/8 204/20 204/21 205/2 205/4 205/10 208/12 219/21 226/17

**Club [4]** 57/1 60/13 60/25 64/15

**clubs [1]** 57/3

**co [4]** 20/19 21/7 21/7 273/2

**CO-1 [1]** 21/7

**CO-2 [2]** 20/19 21/7

**co-defense [1]** 273/2

**coalesce [3]** 108/20 235/12 270/12

**coalesced [2]** 44/2 274/1

**coalesces [2]** 46/16 108/20

**coalescing [1]** 67/22

**coattails [1]** 295/12

**coconspirator [1]** 241/24

**coconspirators [2]** 40/5 293/16

**codefendants [3]** 211/13 211/21 275/7

**CODY [2]** 3/15 239/4

**COFER [16]** 3/15 8/17 9/4 138/15 138/22 142/4

177/22 236/21 238/5 239/4 247/15 247/17 272/5 277/11 290/19 295/14

**Cofer.........................**
**...............272 [1]** 7/3

**Cofer....................138 [1]** 6/6

**Cofer...................238 [1]** 6/17

**cognizant [1]** 284/16

**cohesive [1]** 139/20

**coil [1]** 38/16

**coincidence [1]** 270/14

**cold [1]** 272/16

**colleague [1]** 285/16

**collect [1]** 226/13

**collected [7]** 25/16 153/4 153/7 194/1 194/23 198/7 198/10

**collection [3]** 153/12 153/16 206/16

**collectively [1]** 205/24

**college [5]** 252/25 253/6 253/9 253/10 270/22

**Colonial [2]** 80/15 82/2

**color [1]** 48/24

**colors [2]** 83/5 196/3

**combination [1]** 297/12

**come [23]** 10/23 24/23 26/20 57/4 57/7 133/16 142/5 160/12 172/15 185/12 201/20 214/17 215/18 223/21 234/1 235/10 238/17 249/2 259/11 260/5 262/20 268/25 270/12

**comes [2]** 99/24 297/12

**comfortable [3]** 68/2 277/2 277/4

**coming [13]** 21/17 37/5 76/10 99/20 120/24

123/18 169/22 171/16 171/20 172/21 197/15 208/22 283/24

**commands [1]** 161/9

**comments [1]** 273/8

**commercial [1]** 34/12

**commercial-grade [1]** 34/12

**commission [1]** 215/23

**commit [5]** 147/5 215/5 215/16 215/18 295/24

**committed [2]** 288/1 296/7

**committing [3]** 60/22 274/9 289/19

**common [9]** 36/16 109/17 141/9 141/10 141/12 141/21 176/9 225/11 272/2

**commonly [12]** 26/5 34/15 36/11 55/25 56/6 56/10 59/5 59/7 96/11 112/22 112/22 168/9

**commune [1]** 32/21

**communicate [4]** 100/23 133/22 157/13 299/5

**communicated [2]** 40/9 51/14

**communicating [2]** 133/15 133/17

**communication [6]** 67/20 67/21 86/12 98/14 170/25 274/6

**communications [5]** 156/13 170/6 171/1 183/6 205/12

**communities [1]** 57/24

**community [9]** 71/2 77/3 251/9 255/12 257/18 258/18 287/17 290/1 300/25

**compared [1]** 148/11

**comparison [3]** 167/19 190/1 190/1

**complaint [21]** 173/22

**C**

complaint... **[20]** 187/13 187/14 193/10 210/8 211/13 211/15 211/16 211/20 215/6 217/16 220/18 221/2 239/22 279/1 280/10 282/13 282/20 283/3 285/14 300/10

complaints **[1]** 300/10

completed **[1]** 167/3

completely **[1]** 120/25

compliant **[1]** 280/8

complied **[3]** 161/6 161/14 280/15

complies **[1]** 302/13

comply **[2]** 256/9 280/16

components **[1]** 60/11

computer **[1]** 5/7

computerized **[1]** 5/7

concave **[1]** 95/2

conceal **[6]** 37/25 39/8 79/8 82/20 204/7 204/13

concealing **[1]** 39/14

concealment **[2]** 39/6 134/11

concentration **[1]** 71/25

concern **[3]** 73/6 81/2 290/24

concerned **[8]** 67/25 91/24 95/21 110/23 111/11 155/10 158/13 161/23

concert **[2]** 55/6 271/24

concerted **[2]** 268/5 268/14

concluded **[1]** 301/19

conclusively **[1]** 216/9

concrete **[1]** 76/16

condescending **[1]** 85/16

condition **[3]** 38/16 287/9 287/12

conditioned **[1]** 287/7

conditioning **[1]** 107/19

conditions **[7]** 8/22 8/23 256/7 258/10 266/24 287/6 289/18

conduct **[4]** 25/12 273/4 288/12 293/21

conducted **[8]** 34/3 41/3 54/11 77/2 79/14 132/6 141/1 242/21

conducting **[2]** 33/2 113/16

Conference **[1]** 302/14

confident **[2]** 82/1 145/9

confirm **[9]** 107/16 152/10 154/8 159/10 172/6 173/19 213/6 221/21 246/14

confirmed **[5]** 26/19 88/14 206/5 208/12 246/12

confirming **[1]** 200/13

confirms **[1]** 246/6

conflict **[4]** 257/5 263/18 264/14 278/17

conflicting **[1]** 199/10

conflicts **[2]** 263/12 263/17

conform **[1]** 50/11

confront **[1]** 17/20

confrontation **[1]** 278/19

confrontational **[1]** 263/19

confronted **[4]** 45/13 45/21 215/19 280/16

confuse **[1]** 167/13

confused **[1]** 168/16

confusing **[1]** 275/9

confusion **[3]** 121/4 172/21 172/25

connected **[2]** 110/3 140/17

connectivity **[1]** 91/22

consent **[6]** 125/19 126/1 126/1 126/9 127/18 127/22

consider **[5]** 36/9 41/17 204/5 300/13 301/8

consideration **[4]** 70/3 286/3 301/2 301/5

considered **[1]** 199/14

consistent **[3]** 259/21 259/23 285/7

consistently **[1]** 181/19

conspiracies **[1]** 296/1

conspiracy **[9]** 266/12 266/16 267/11 293/17 294/2 295/20 295/21 295/24 296/2

conspirator **[1]** 266/14

conspirators **[3]** 49/16 100/9 134/24

conspired **[1]** 12/7

constantly **[2]** 22/13 75/7

constitution **[1]** 182/7

constitutionally **[1]** 288/12

contact **[2]** 153/24 208/22

contacted **[1]** 39/15

contained **[1]** 239/25

containing **[2]** 97/14 162/4

contains **[1]** 174/2

contamination **[2]** 202/5 205/9

contemporaneous **[2]** 32/5 75/13

contents **[2]** 102/17 194/13

context **[9]** 76/6 83/23 93/24 96/24 116/25 142/12 142/16 266/13 271/14

continue **[4]** 189/20 256/3 256/5 301/2

contract **[3]** 13/2 299/23 300/3

contracted **[3]** 13/15 20/13 20/16

contrary **[1]** 179/8

contribute **[1]** 90/6

contributor **[1]** 28/4

contributors **[1]** 31/12

controlled **[1]** 73/5

conversation **[2]** 90/17

C

conversation... **[1]** 98/4

convicted **[1]** 291/17

conviction **[4]** 201/17 201/24 277/20 293/23

convictions **[1]** 256/20

convince **[1]** 287/10

cooked **[2]** 172/14 172/18

cool **[1]** 100/2

cooler **[5]** 94/16 94/17 100/21 101/2 101/5

cooperate **[1]** 158/23

cooperated **[3]** 165/19 184/25 280/17

cooperating **[15]** 98/19 140/13 140/20 149/8 149/12 151/9 151/13 158/22 163/24 164/2 185/16 223/12 223/13 226/5 275/22

cooperation **[1]** 222/11

cooperator **[2]** 42/17 234/24

cooperators **[3]** 133/25 234/20 245/11

coordinate **[2]** 65/12 76/10

coordinated **[2]** 12/7 206/18

coordination **[1]** 65/9

cop **[21]** 28/1 104/15 104/22 107/24 111/24 112/10 116/18 120/18 120/21 121/25 123/17 123/23 125/11 268/18 270/20 270/24 271/7 289/9 289/10 299/24 300/3

copier **[1]** 62/14

copiers **[2]** 34/13 210/3

cops **[24]** 61/11 61/15 61/17 61/18 61/18 63/11 70/25 71/6 79/17 99/12 110/6

111/13 112/10 112/18 121/18 122/6 126/15 127/18 127/22 267/18 270/16 270/25 289/10 298/20

corner **[2]** 45/14 95/8

correct **[439]**

correction **[6]** 13/14 20/19 23/10 45/3 45/11 45/24

correctional **[12]** 12/22 17/19 20/12 23/11 23/15 45/4 164/9 227/15 235/10 282/22 284/3 291/10

corrections **[5]** 16/18 151/15 235/16 270/11 270/11

correctly **[1]** 174/23

COs **[6]** 218/17 218/19 224/21 231/11 231/12 231/21

could **[48]** 15/19 16/7 16/11 22/2 96/10 98/22 101/24 131/9 140/5 144/21 161/11 162/25 164/11 165/4 168/5 168/16 170/7 179/9 179/11 179/18 183/12 183/18 198/3 204/19 204/21 205/6 209/8 213/22 215/7 216/4 220/15 226/12 230/7 230/14 246/6 252/10 257/19 257/20 275/12 279/8 279/11 279/21 280/16 285/1 288/17 295/24 296/1 300/22

couldn't **[18]** 26/1 162/11 194/12 194/18 196/2 196/22 199/5 205/11 209/1 209/22 210/13 220/17 224/23 228/24 232/18 246/14 279/17 290/21

counsel **[12]** 11/4 14/4 14/15 14/22 138/14 157/2

207/13 238/20 249/15 258/23 260/19 260/19

counseling **[1]** 274/12

count **[5]** 100/4 215/6 215/16 215/23 292/1

Count I **[3]** 215/6 215/16 215/23

counted **[3]** 42/6 116/2 228/20

counterprotest **[1]** 199/15

counterprotesting **[1]** 144/18

counterprotestor **[1]** 144/11

counterprotestors **[4]** 144/9 144/16 144/22 145/13

counterprotests **[1]** 199/24

country **[2]** 60/1 162/18

counts **[8]** 174/2 174/5 174/9 181/14 216/2 282/13 282/25 294/4

Counts IV **[1]** 216/2

County **[18]** 19/2 48/22 153/15 170/19 187/1 190/22 191/22 191/22 192/1 192/19 192/22 286/9 286/13 286/14 286/15 286/15 287/2 287/10

couple **[7]** 113/11 134/8 185/10 242/9 243/4 262/20 287/13

course **[17]** 38/19 56/20 65/23 68/11 70/4 91/24 92/13 123/21 136/9 140/15 182/8 188/11 219/18 237/13 269/14 269/24 290/11

court **[44]** 1/1 5/3 8/6 9/20 13/22 24/1 115/4 169/12 181/15 187/9 215/12 234/2 237/25 250/16

## C

**court... [30]** 251/7 254/16 255/22 256/1 264/1 272/23 277/7 277/13 282/5 286/4 287/3 287/10 287/16 290/17 291/9 291/13 292/12 292/16 292/16 292/17 293/23 294/4 296/8 299/25 300/12 301/3 301/4 301/7 302/13 302/18

**Court's [4]** 7/12 11/18 234/10 247/10

**courtesy [1]** 70/2

**courthouse [1]** 182/22

**courtroom [9]** 25/1 27/6 28/12 114/23 237/17 237/21 237/22 239/7 296/16

**Cousin [1]** 280/24

**cover [3]** 21/6 82/20 130/21

**covered [6]** 53/14 102/6 123/8 124/3 137/25 274/2

**covering [2]** 83/6 205/1

**coverings [4]** 79/8 103/19 109/12 226/11

**covert [2]** 219/19 219/20

**COVID [1]** 302/8

**COVID-19 [1]** 302/8

**coworker [1]** 285/9

**cradle [2]** 54/1 54/17

**crawled [2]** 134/13 280/13

**crawling [2]** 236/3 280/11

**crazy [2]** 111/25 112/8

**create [1]** 97/2

**created [3]** 66/3 74/14 134/5

**creator [1]** 50/14

**Creature [1]** 69/3

**credibility [1]** 283/1

**creed [1]** 184/13

**crew [2]** 72/22 235/6

**Criada [5]** 68/25 72/14 81/13 94/5 94/6

**crim [1]** 169/25

**crime [25]** 105/19 105/20 142/15 142/17 153/9 153/10 153/15 167/17 167/18 204/8 204/9 209/19 269/12 271/15 271/15 273/5 274/4 274/9 288/6 288/9 292/18 293/15 294/10 294/11 294/13

**crimes [1]** 60/22

**criminal [25]** 170/9 170/10 173/22 183/15 187/13 201/13 201/14 201/17 201/23 201/24 203/9 204/2 204/6 204/12 215/6 239/22 254/9 256/20 256/23 274/21 289/24 293/12 293/20 293/25 300/10

**cross [37]** 6/6 6/7 6/8 6/9 6/10 6/11 6/12 6/13 6/18 6/19 103/5 103/6 115/1 138/6 138/18 157/3 168/24 169/16 186/7 193/13 193/14 202/5 207/9 207/16 212/3 216/16 216/17 243/2 243/6 245/6 245/8 246/7 246/11 265/20 266/6 267/1 272/19

**Cross-body [1]** 103/6

**cross-body-type [1]** 103/5

**cross-contamination [1]** 202/5

**cross-examination [31]** 6/6 6/7 6/8 6/9 6/10 6/11 6/12 6/13 6/18 6/19 115/1 138/6 138/18 157/3 168/24 186/7 193/13 193/14 207/9 207/16 212/3 216/16 216/17 243/2 243/6 245/6 245/8 246/7 246/11 265/20 266/6

**cross-examined [1]** 169/16

**crossover [1]** 64/19

**Crow [1]** 69/2

**crowd [2]** 83/8 144/14

**Crowley [1]** 260/23

**crying [1]** 258/11

**cult [3]** 33/21 222/7 222/21

**cum [2]** 253/2 253/2

**curb [1]** 252/3

**CURETON [4]** 3/8 251/17 256/7 261/23

**currently [1]** 11/13

**custody [7]** 40/18 109/2 137/22 192/22 285/21 287/8 301/16

**customs [1]** 13/16

**cut [3]** 218/4 232/1 247/13

**cutters [1]** 34/12

**cutting [1]** 23/7

## D

**D.C [1]** 290/23

**DA's [1]** 242/12

**Dallas [10]** 4/3 4/20 31/19 40/14 187/20 191/21 192/18 195/18 203/5 291/16

**damage [17]** 12/10 38/17 43/9 54/8 55/7 56/8 70/21 73/19 146/16 180/16 181/5 181/8 181/16 232/5 274/25 282/18 283/21

**damaged [4]** 38/6 211/3 225/16 271/20

**damaging [4]** 30/12 37/9 225/14 225/24

# D

**danger [11]** 224/22 224/24 225/1 230/19 251/9 258/17 264/8 264/11 276/10 290/1 300/24

**dangerous [5]** 161/23 256/18 272/9 272/10 272/10

**Daniel [2]** 39/11 39/13

**dark [2]** 197/3 204/19

**data [4]** 51/8 159/15 261/18 262/18

**date [3]** 173/23 242/23 285/24

**dates [2]** 255/22 256/1

**DAVIS [9]** 4/16 10/10 10/11 212/1 212/7 245/2 248/2 265/8 295/6

Davis.........................
...............295 [1] 7/10

Davis....................212 [1] 6/12

**day [36]** 32/6 32/12 40/11 49/20 59/2 73/12 73/23 74/3 79/15 79/15 87/7 88/7 90/17 134/7 134/19 151/5 156/18 186/18 195/21 202/17 216/21 217/10 218/16 222/17 222/21 223/5 223/11 223/15 224/21 227/13 233/19 269/16 297/6 299/11 301/17 302/15

**days [12]** 32/7 40/16 40/20 40/24 50/16 58/13 68/18 108/4 134/1 134/4 135/8 135/10

**daytime [3]** 73/25 79/25 196/16

**dead [1]** 20/9

**deal [6]** 24/13 64/10 217/6

269/13 270/23 274/24 277/13 282/12 284/18

**dealt [1]** 264/13

**Dean [1]** 293/22

**death [2]** 160/17 235/16

**debriefs [7]** 33/5 56/14 57/16 60/7 86/24 87/11 94/13

**December [1]** 11/16

**decent [2]** 118/20 252/23

**decentralized [1]** 55/24

**decide [2]** 136/23 282/10

**decided [3]** 137/21 160/18 276/16

**decision [2]** 290/11 291/3

**dedicated [1]** 268/23

**deem [2]** 141/19 286/23

**deep [2]** 261/21 267/15

**deep-seated [1]** 267/15

**deer [2]** 257/22 257/24

**default [1]** 93/9

**defend [5]** 71/9 145/3 145/7 145/13 298/14

**defendant [35]** 1/9 1/15 1/21 2/6 2/12 2/18 2/24 3/5 3/15 3/18 4/1 4/5 4/9 4/12 4/16 4/19 6/15 8/16 9/12 9/25 10/6 10/10 10/14 14/15 78/9 98/19 163/24 164/3 169/16 272/20 277/22 278/21 288/1 293/24 301/13

**defendant's [1]** 277/20

**defendants [25]** 11/18 140/13 140/21 140/22 141/3 149/9 149/13 151/9 151/13 170/1 171/1 174/8 185/16 223/12 223/14 272/24 275/22 276/6 285/20 298/23 300/11 300/13 300/17 300/23 301/15

**defense [19]** 8/17 71/3

76/23 77/2 138/8 138/14 230/7 237/13 236/16 237/17 238/4 258/25 264/18 265/13 265/21 265/22 266/25 273/2 288/16

**defensive [1]** 147/1

**defer [1]** 285/16

**definitely [2]** 121/13 268/19

**definition [2]** 17/8 17/9

**degree [2]** 253/14 253/16

**delay [2]** 148/2 148/5

**delete [1]** 50/15

**deleted [1]** 51/2

**demonstration [3]** 25/22 70/20 195/21

**demonstrations [3]** 56/5 59/19 69/21

**demonstrator [1]** 293/9

**denies [1]** 254/8

**deny [4]** 152/10 154/8 159/10 213/6

**department [7]** 12/21 14/1 153/9 187/1 187/2 188/7 238/25

**departments [3]** 84/21 84/23 85/2

**dependable [1]** 261/19

**depends [2]** 142/9 236/24

**depicting [1]** 63/10

**deployed [3]** 130/11 130/11 130/16

**deportation [2]** 13/5 20/17

**DEREK [3]** 4/9 4/9 193/18

**derogatory [1]** 230/3

**describe [16]** 23/3 37/20 45/10 53/1 63/8 65/5 71/5 79/6 80/11 87/12 101/18 107/10 109/8 117/8 133/19 255/2

**described [7]** 33/20 35/10

**D**

described... **[5]** 44/11 222/6 222/21 222/25 280/12

deserve **[1]** 297/6

designed **[1]** 176/6

desire **[1]** 156/14

despite **[1]** 290/7

destroy **[2]** 77/19 78/2

destroyed **[4]** 37/12 39/1 53/25 93/15

destroying **[2]** 44/12 268/4

destroys **[3]** 54/22 92/20 93/20

destruction **[7]** 38/12 38/20 51/19 56/8 73/20 232/8 272/2

detachment **[1]** 272/16

detail **[4]** 30/16 36/2 145/19 262/6

detailed **[1]** 138/7

details **[3]** 145/20 199/17 242/17

detained **[7]** 71/21 126/25 255/14 258/18 287/4 290/9 300/25

detainees **[3]** 13/11 296/19 298/6

detectable **[3]** 205/25 268/13 268/13

detection **[1]** 121/17

detective **[1]** 166/8

detention **[61]** 3/7 6/20 8/6 8/20 8/24 9/22 10/3 10/18 12/8 12/11 12/20 12/23 13/1 17/15 18/15 30/13 37/4 40/13 43/20 46/6 48/25 64/11 73/14 130/19 130/20 138/12 145/22 148/22 150/3 152/25 162/18 175/1

178/21 179/13 179/20 180/13 183/16 190/15 192/15 217/12 237/9 238/3 240/6 242/3 248/11 248/18 248/19 248/23 268/1 282/2 282/3 282/22 283/19 284/20 285/17 286/2 287/24 296/18 300/18 300/19 301/4

determination **[3]** 163/13 185/12 301/9

determine **[4]** 140/7 185/18 232/19 273/4

determined **[3]** 102/12 198/19 198/20

deterred **[1]** 263/15

Detroit **[1]** 169/12

device **[11]** 49/25 50/5 50/7 50/24 66/16 67/13 69/13 81/21 91/21 91/22 171/5

devices **[1]** 51/1

devote **[1]** 269/22

diagram **[1]** 218/19

dichotomy **[1]** 80/3

dictatorship **[2]** 82/5 140/3

did **[175]** 8/19 10/3 16/12 16/24 19/24 21/1 21/10 21/12 21/21 25/12 26/20 31/1 31/22 36/14 39/8 41/12 42/17 45/3 45/3 45/18 45/22 51/4 51/19 58/3 58/14 59/5 73/4 73/13 78/2 78/4 88/2 95/25 96/14 96/16 96/17 97/4 100/23 103/16 104/22 104/24 105/6 110/2 111/8 114/3 126/9 130/21 131/9 132/25 140/7 143/2 145/21 145/25 149/23 150/1 150/3 150/18 151/13

153/12 155/25 156/9 156/22 158/8 158/19 158/23 160/7 160/10 160/11 160/21 161/13 161/19 162/1 162/4 164/11 165/12 165/19 166/4 166/8 168/12 169/25 170/3 170/5 171/7 177/11 177/18 180/16 182/11 185/12 185/14 185/18 186/17 186/19 187/11 187/12 190/12 191/17 192/2 192/25 193/20 194/14 194/18 195/13 195/20 198/10 199/7 200/2 200/4 201/21 202/6 203/4 204/15 207/20 208/6 210/15 210/17 215/5 215/16 215/22 216/3 216/5 220/6 221/8 223/21 224/3 224/7 224/13 224/19 226/2 226/13 228/14 229/4 229/20 229/24 231/16 231/22 234/1 235/7 236/7 241/14 243/22 248/6 252/7 253/10 255/15 261/10 265/16 267/2 269/5 271/9 273/6 279/25 280/14 281/2 281/3 281/8 281/10 281/12 281/18 282/14 282/19 283/20 283/22 285/12 286/25 288/4 288/4 288/9 288/15 289/5 289/7 291/9 291/14 292/18 297/2 298/1 298/7

didn't **[66]** 14/2 17/23 32/4 49/4 68/2 73/3 73/19 73/20 74/20 91/14 95/15 105/7 105/7 112/14 128/19 128/20 129/22 135/17 141/11 149/15 154/24 156/8 156/24

**D**

**didn't... [43]** 158/23
161/10 161/21 177/17
190/21 192/5 192/11 192/17
208/8 210/23 219/11
219/22 232/21 247/2
267/2 270/22 270/23
273/12 273/24 273/25
276/13 276/16 278/11
279/17 279/21 279/24
280/23 284/4 284/13
289/5 289/7 290/21 292/3
292/9 292/9 292/9
294/20 295/23 296/25
296/25 298/1 298/23
299/18
**difference [2]** 82/25
298/5
**different [25]** 30/20
32/20 41/19 41/24 41/25
51/13 66/21 66/23 79/24
98/12 135/13 135/14 140/6
141/2 141/14 164/12 184/10
196/6 196/11 196/13
259/15 259/18 259/19
273/16 275/17
**differentiations [1]** 25/18
**differently [1]** 227/8
**difficult [3]** 38/1 42/14
108/25
**digital [1]** 245/14
**direct [12]** 6/5 6/17 6/22
6/24 11/6 56/6 80/8
169/22 238/22 249/17
260/14 272/19
**direct-action [1]** 56/6
**direction [7]** 30/20 111/9
112/14 131/10 131/15
132/12 198/1
**directions [1]** 161/6
**directly [3]** 107/2 114/6
119/6

**disagreement [1]** 60/16
**disagreements [1]** 155/3
**disassembled [2]** 62/9
106/2
**disbelieve [1]** 199/24
**discarded [1]** 103/20
**discharge [9]** 26/8 28/10
29/16 58/7 174/5 198/5
216/5 281/20 292/7
**discharged [23]** 16/7 16/15
19/10 26/11 26/12 28/1
28/25 44/25 104/15 146/11
148/11 174/14 196/24
198/4 198/8 208/21 212/17
213/2 213/10 213/17
213/20 216/10 292/3
**discharges [1]** 282/23
**discharging [3]** 213/13
284/5 294/12
**disclosed [1]** 222/10
**discover [1]** 132/7
**discovered [10]** 18/12
34/10 34/14 39/25 80/4
91/14 107/20 114/6 115/23
132/8
**discovering [3]** 113/18
114/8 115/10
**discovery [2]** 138/9 138/10
**discrepancy [2]** 208/10
208/11
**discuss [4]** 42/24 57/8
63/3 91/13
**discussed [15]** 51/18 87/15
87/16 92/5 117/7 130/5
136/2 151/13 151/17 151/18
206/7 208/16 226/6
271/13 275/21
**discussing [5]** 68/2 87/7
108/13 158/6 173/5
**discussion [3]** 65/15
183/20 236/14
**discussions [3]** 86/18 141/6

283/9
**disdain [1]** 73/2
**dismissal [1]** 300/21
**dismissed [2]** 290/21
290/22
**dispatched [2]** 15/4 148/9
**display [1]** 158/19
**displayed [1]** 163/17
**dispute [5]** 159/7 160/16
162/13 251/15 270/1
**disputes [1]** 299/8
**disrespectful [1]** 230/1
**distance [3]** 84/15 84/17
134/14
**distinct [1]** 58/23
**distinguish [2]** 184/9
202/10
**distraction [3]** 282/10
283/11 283/25
**distractions [2]** 282/16
295/18
**distribute [1]** 35/8
**distributed [1]** 62/20
**district [6]** 1/1 1/2 3/12
48/22 287/10 302/18
**ditched [1]** 102/15
**DIVISION [2]** 1/3 302/19
**DNA [44]** 26/14 26/15
26/18 26/20 27/25 28/3
28/4 29/18 31/11 132/8
152/1 152/16 152/24 153/4
153/4 153/7 153/13 153/16
153/19 153/20 193/21
193/25 205/9 213/23
214/4 214/16 223/21
226/15 226/16 228/16
228/18 229/4 229/6 229/7
229/8 275/8 275/9 275/11
275/12 275/13 275/18
279/5 279/6 279/16
**do [223]** 8/18 11/2 13/21
14/4 14/6 14/6 14/10 16/11

**D**

do... **[215]** 29/4 30/9
31/7 32/17 43/9 45/11
45/11 47/5 50/8 50/21
50/21 50/22 52/16 55/7
55/18 57/16 57/17 57/17
58/1 58/9 60/6 61/4 64/17
64/17 66/20 70/18 73/19
74/11 74/18 76/5 76/22
76/23 78/20 79/11 85/15
87/21 90/3 90/16 91/25
93/10 96/20 100/22
100/23 101/6 105/7 110/6
111/16 113/1 114/16 123/5
125/19 126/1 126/1 127/3
127/18 127/22 132/2
132/25 133/25 141/13
141/17 141/25 142/4
142/20 144/21 145/3
145/13 147/5 148/21 150/6
151/3 151/16 151/17 151/24
152/12 154/2 155/19
156/13 158/3 158/3 159/11
160/7 162/9 162/10 162/18
163/2 165/2 165/14 169/17
169/25 170/3 170/23
173/18 175/12 175/14
176/2 176/15 178/12
179/13 180/1 180/21 181/1
181/9 181/15 181/18 182/23
185/7 188/6 188/16 189/1
189/8 189/12 189/13 191/8
191/14 192/13 194/15 195/3
196/9 196/15 198/18
198/24 199/18 200/10
201/1 202/20 202/23
204/16 204/17 205/1
205/3 205/23 205/24
207/9 207/11 207/23
211/22 215/16 216/3 218/11
220/11 224/25 225/22
228/17 229/7 230/18

234/3 236/16 236/18
237/11 237/13 237/21
238/16 240/5 240/7 240/8
244/3 246/2 249/11 250/2
250/6 254/21 255/11
255/18 255/21 256/3
257/13 258/13 258/16
260/9 260/19 260/22
261/1 261/2 262/5 262/12
262/14 263/25 264/12
265/25 267/2 269/9
270/18 272/5 272/21
272/22 273/10 273/16
281/13 281/13 281/16
281/17 282/1 282/2 282/4
282/24 283/2 284/2
284/5 284/7 284/21
287/23 289/19 290/21
291/13 291/14 295/25
297/6 297/15 299/6 299/7
299/8 299/9 299/12 300/4
**document [2]** 78/6 173/22
**documentation [1]** 35/6
**does [72]** 16/14 19/6 25/9
30/19 33/11 50/8 55/20
55/21 56/25 57/12 58/1
62/21 70/14 79/18 80/4
80/6 82/3 82/7 82/16
82/16 83/4 90/2 95/7
96/21 99/10 99/10 99/11
99/25 123/17 127/2 127/16
129/18 139/23 145/8
167/18 167/25 170/13
170/21 179/15 180/14
181/16 181/18 192/21 199/1
199/4 205/20 206/20
207/2 208/20 213/25
226/3 229/2 254/19
256/13 256/19 256/23
257/5 258/24 263/17
263/17 267/6 269/8 269/9
269/10 274/18 275/4

275/6 277/5 286/3 293/16
297/6 297/25
**doesn't [10]** 17/8 43/9
184/13 203/19 203/20
257/8 279/9 279/15 290/4
293/9
**doing [33]** 30/10 36/25
42/11 42/23 42/25 44/12
44/13 69/21 77/5 96/4
119/3 129/19 158/6 160/19
188/8 191/16 206/16 211/11
218/9 219/2 219/3 225/12
243/11 258/7 269/16
281/11 281/12 291/1
294/25 296/24 298/23
299/14 299/16
**don't [142]** 33/15 39/6
48/15 51/9 55/25 63/19
65/20 69/24 70/2 70/3
70/7 71/6 76/19 77/17
80/11 80/12 81/23 82/15
82/21 89/9 91/6 91/7
110/8 114/20 117/10 125/3
127/18 127/21 130/5
142/25 143/4 143/25
148/13 150/5 152/14
152/17 152/23 154/6
154/16 156/11 158/10
158/13 159/13 159/15
160/14 160/19 161/1 161/25
164/2 165/17 166/2 166/17
168/15 173/17 174/20
175/25 177/21 179/12
179/25 181/1 181/4 181/8
183/1 185/7 185/22 186/9
188/4 188/19 189/10
189/21 191/4 191/13 193/2
193/9 194/20 195/16
196/12 198/16 199/16
199/20 199/21 200/7
201/10 201/12 202/3
202/15 203/2 203/22

# D

**don't...** **[54]** 210/9 210/16 212/10 216/24 219/10 222/10 222/15 226/1 229/10 230/3 231/15 240/20 240/20 241/7 247/2 247/9 262/16 262/17 264/11 264/14 267/20 272/1 272/15 273/17 275/1 275/20 275/25 275/25 276/7 276/8 277/7 278/2 278/22 278/22 279/11 279/12 279/19 279/20 287/22 288/25 289/4 289/12 291/5 292/25 294/25 295/3 296/12 297/10 297/22 297/24 297/25 298/9 298/16 298/24

**done [22]** 32/6 44/16 48/12 51/4 54/25 67/17 69/19 113/15 136/23 153/17 158/8 191/4 191/18 191/19 214/14 221/25 231/12 262/19 262/24 271/3 282/2 297/17

**door [1]** 45/13

**doorbell [2]** 95/9 95/14

**dot [1]** 102/2

**dots [3]** 43/21 45/23 118/8

**doubles [1]** 17/2

**doubling [1]** 17/6

**down [39]** 20/8 27/21 63/19 90/3 94/18 104/25 106/1 118/6 129/15 131/15 132/6 132/12 134/20 136/21 136/25 137/2 137/2 154/2 154/4 177/22 191/2 192/18 195/19 214/9 215/4 223/8 231/9 234/7 236/11

240/19 254/1 254/3 259/6 264/24 268/19 269/8 270/15 273/7 297/20

**download [3]** 50/5 154/13 160/8

**downloading [1]** 279/25

**downloads [1]** 51/4

**DPS [8]** 19/2 189/8 189/25 191/8 191/13 191/14 191/16 191/16

**draw [3]** 189/15 225/6 270/10

**drawn [3]** 16/13 232/18 232/22

**draws [1]** 232/23

**dressed [5]** 37/23 52/18 136/1 267/24 271/18

**drive [6]** 4/16 118/9 137/2 137/2 190/11 203/4

**driven [2]** 261/18 262/18

**driver [2]** 112/14 252/11

**driver's [3]** 52/3 114/7 240/14

**driving [4]** 111/19 136/25 144/13 251/20

**drone [4]** 130/15 130/18 131/2 131/6

**drop [1]** 90/13

**dropped [1]** 27/19

**dropping [1]** 161/10

**drove [2]** 191/21 291/15

**drugs [1]** 254/12

**dry [1]** 151/14

**ducked [1]** 21/6

**due [6]** 22/1 58/7 89/24 150/21 172/3 302/8

**dues [1]** 57/20

**dues-paying [1]** 57/20

**dug [1]** 261/21

**Dunham [1]** 3/19

**during [22]** 65/12 66/22 90/24 90/25 140/15

140/16 141/10 144/12 160/19 173/14 175/18 188/16 196/16 198/5 202/16 242/10 246/11 246/13 296/21 296/21 296/22 299/10

**Dustin [3]** 243/14 244/12 247/11

**duties [2]** 13/16 261/23

**duty [3]** 188/10 296/9 297/14

**DVD [18]** 14/23 15/15 16/4 52/13 53/21 113/24 115/21 120/2 121/22 122/9 122/15 122/21 123/14 124/1 124/23 125/15 126/4 126/12

**DVD/audio [18]** 14/23 15/15 16/4 52/13 53/21 113/24 115/21 120/2 121/22 122/9 122/15 122/21 123/14 124/1 124/23 125/15 126/4 126/12

**dwell [1]** 24/23

**Dynamite [3]** 69/1 89/20 90/4

# E

**E-a-d-l-e-r [1]** 244/4

**E-Mail [1]** 5/4

**E-v-e-t-t-s [1]** 249/24

**each [15]** 24/17 33/16 50/14 60/15 61/24 86/23 104/12 116/3 174/8 205/22 263/13 272/1 272/1 282/12 300/16

**Eadler [5]** 243/25 244/1 244/2 244/8 244/13

**ear [2]** 109/19 110/10

**earlier [18]** 17/21 38/20 41/24 58/24 82/2 92/5 106/18 107/7 107/8 139/19 142/22 151/1 154/23 155/6

# E

**earlier... [4]** 202/16 212/13 248/9 279/7

**early [5]** 32/13 73/13 108/4 111/1 195/21

**earpiece [2]** 110/4 110/7

**EarPro [5]** 109/11 109/12 109/14 109/18 110/5

**EarPros [2]** 109/13 110/2

**earth [5]** 268/8 299/6 299/6 299/9 299/12

**easily [2]** 103/23 123/3

**east [2]** 130/24 131/2

**easy [2]** 75/15 291/22

**echoed [2]** 135/15 271/4

**echoes [1]** 81/25

**echos [1]** 80/16

**education [1]** 139/11

**effect [1]** 270/5

**effort [1]** 268/5

**EGBC [4]** 55/20 56/25 139/10 276/6

**eight [12]** 32/9 32/14 107/14 107/16 112/5 134/1 228/6 228/20 231/7 254/18 279/1 279/3

**either [26]** 20/8 26/11 69/5 83/7 91/14 99/9 131/15 133/21 137/20 139/15 140/11 153/5 153/14 173/14 177/9 178/6 181/9 208/21 213/13 214/1 240/1 240/4 240/14 255/19 287/14 289/6

**elaborate [3]** 155/21 215/7 216/4

**elements [6]** 26/5 147/1 167/20 168/8 168/13 233/23

**Eleven [2]** 227/14 297/22

**elicit [3]** 225/6 225/12 225/15

**eliciting [1]** 230/18

**eliminate [1]** 279/18

**eliminated [2]** 279/8 279/10

**ELIZABETH [16]** 2/17 4/13 8/10 10/6 24/25 34/4 35/16 47/15 68/12 68/23 79/22 120/7 124/16 125/20 128/20 235/2

**Ellis [1]** 170/19

**else [26]** 32/1 32/2 90/8 91/2 113/5 115/20 121/8 153/21 162/10 162/16 185/13 213/19 218/15 218/18 219/3 226/19 235/6 237/6 241/10 276/4 276/7 276/20 286/12 288/24 289/15 297/10

**else's [1]** 153/20

**eluded [1]** 40/12

**emailed [1]** 281/9

**Emma [5]** 57/1 57/2 60/12 60/25 64/15

**emotion [2]** 257/9 272/15

**emotional [5]** 231/12 231/13 231/13 253/23 257/8

**emotional-type [1]** 253/23

**emotions [1]** 166/6

**empathized [1]** 298/6

**empathy [2]** 253/24 253/25

**emphasizing [1]** 293/25

**employed [1]** 11/13

**employees [2]** 13/14 44/9

**employment [6]** 170/3 170/20 255/15 255/19 255/19 255/20

**empower [1]** 274/18

**empty [1]** 135/3

**encounter [6]** 121/3 125/5 137/4 160/25 194/21

210/23

**encountered [14]** 41/14 41/14 45/16 103/2 106/11 114/5 136/24 137/1 149/17 161/7 175/20 194/17 204/24 208/14

**encountering [2]** 121/15 166/7

**encourage [2]** 66/4 292/9

**encouraged [1]** 274/13

**encouragement [2]** 267/7 274/5

**encouraging [1]** 275/3

**encrypted [2]** 49/12 50/12

**end [3]** 45/9 107/11 295/8

**ending [1]** 49/20

**endorses [1]** 277/7

**ends [3]** 85/5 85/6 287/15

**enemies [4]** 85/19 86/4 86/6 86/7

**enemy [1]** 85/14

**enforcement [51]** 12/11 13/16 25/11 40/12 40/20 42/22 49/11 52/20 83/12 91/9 96/11 102/16 102/23 109/18 121/16 128/5 133/5 143/11 143/12 143/19 143/21 143/24 144/4 144/5 144/7 144/9 145/6 145/8 145/10 147/24 148/3 148/4 151/15 176/8 192/2 192/14 194/17 204/5 219/5 225/7 225/12 230/4 230/19 233/20 240/2 241/10 274/19 277/6 291/6 291/7 297/9

**enforcers [1]** 64/24

**engage [4]** 146/19 215/21 254/9 256/4

**engaged [4]** 16/19 22/15 215/17 293/20

**engineer [4]** 170/19 261/7

**E**

engineer... **[2]** 261/24 262/9

engineering **[1]** 253/16

enough **[4]** 14/9 50/24 155/18 226/22

ensure **[2]** 255/25 287/15

entails **[1]** 201/23

enter **[2]** 21/19 224/8

entered **[1]** 19/25

entering **[1]** 41/4

entire **[7]** 65/6 69/17 115/14 197/25 218/20 269/22 278/23

entirety **[1]** 225/9

entities **[1]** 60/14

entitled **[1]** 302/6

entity **[1]** 233/22

entrance **[1]** 94/24

entry **[3]** 41/17 41/18 51/25

envy **[1]** 298/16

equal **[1]** 230/8

equip **[1]** 69/22

equipment **[4]** 34/12 62/16 269/23 284/15

equipped **[4]** 16/25 99/13 101/23 298/20

es **[1]** 34/17

escape **[10]** 39/6 40/5 111/22 116/20 119/24 126/25 127/2 133/23 269/1 299/20

escaped **[6]** 47/1 47/2 47/4 47/6 131/10 131/12

escaping **[1]** 299/17

essentially **[3]** 45/25 267/25 286/11

establish **[3]** 290/22 291/20 292/18

Estrada **[2]** 76/19 76/22

Estrada's **[1]** 77/4

ethics **[1]** 169/14

evaluating **[1]** 110/23

even **[31]** 32/5 41/9 42/7 67/24 73/20 75/18 90/16 112/14 122/2 135/10 152/24 169/20 173/12 174/13 230/13 262/15 266/11 266/19 273/12 273/15 274/16 278/5 279/20 280/8 281/19 292/4 292/4 297/21 298/12 298/13 298/24

evening **[7]** 74/7 134/12 146/19 158/25 202/18 203/19 278/24

event **[13]** 8/23 17/25 21/23 22/9 65/13 96/1 142/12 147/4 150/15 154/19 209/12 209/13 271/14

events **[5]** 57/7 64/25 66/23 181/23 274/1

eventually **[1]** 90/8

ever **[15]** 130/5 150/18 174/17 175/4 175/5 185/2 187/11 252/17 254/8 254/11 257/1 257/3 257/11 263/5 283/16

every **[7]** 79/15 82/22 146/21 157/22 160/1 227/7 298/22

everybody **[13]** 9/20 32/2 81/15 131/12 165/5 235/5 247/13 248/17 268/19 288/14 296/16 298/22 299/7

everybody's **[3]** 137/25 207/3 262/7

Everyday **[1]** 196/4

everyone **[3]** 74/25 140/7 286/12

everyone's **[2]** 155/16

207/5

everything **[14]** 40/16 113/5 157/19 186/20 251/25 263/23 273/2 274/20 276/20 280/4 280/16 291/7 297/10 298/2

EVETTS **[98]** 1/20 4/1 6/21 8/9 9/12 30/7 30/9 30/11 30/19 36/25 37/8 37/11 37/17 38/4 44/12 48/6 48/8 48/12 51/19 52/5 52/9 54/20 54/22 58/15 69/3 72/7 72/16 73/24 90/22 92/19 93/2 93/5 93/15 95/2 101/3 123/11 129/12 131/16 137/14 169/8 173/17 173/19 174/11 174/17 174/23 175/4 177/4 177/8 177/11 177/17 180/4 180/7 180/11 180/16 181/1 181/7 181/8 183/21 184/17 185/11 195/20 235/7 247/20 249/1 249/2 249/19 249/23 250/6 250/19 250/20 251/7 251/7 259/10 259/11 259/25 261/1 264/10 264/25 269/7 282/12 283/2 283/7 283/11 283/12 283/16 284/2 284/10 284/10 284/13 285/1 285/11 285/13 286/11 286/23 288/4 289/17 300/18 301/1

Evetts' **[1]** 176/16

Evetts's **[3]** 66/8 117/25 118/24

evidence **[97]** 39/14 39/16 39/18 113/17 124/14 140/12 152/5 155/19 175/7 200/13

# E

**evidence... [87]** 203/2 203/23 203/25 204/7 204/9 204/14 206/3 207/24 207/25 208/3 208/13 209/19 210/25 211/3 211/6 213/18 213/19 214/15 216/7 220/23 221/7 222/3 223/10 223/12 223/15 223/17 224/19 226/1 226/14 226/17 227/17 232/15 236/16 241/8 241/14 242/4 245/24 247/18 265/1 265/12 265/15 265/23 266/14 267/21 268/12 270/2 270/3 273/12 273/15 273/20 274/2 274/5 274/13 274/14 274/16 275/19 276/1 276/1 276/8 276/14 277/22 283/1 283/10 283/14 283/19 283/19 283/20 284/9 285/8 286/1 288/13 289/5 289/22 291/15 291/25 292/7 293/11 294/19 294/21 294/22 295/2 298/11 299/21 299/25 300/6 301/2 301/8

**evil [1]** 61/18

**exact [9]** 86/21 97/23 98/7 98/10 98/11 148/8 213/6 218/24 276/24

**exactly [6]** 121/2 240/19 267/9 269/5 280/12 281/18

**examination [42]** 6/5 6/6 6/7 6/8 6/9 6/10 6/11 6/12 6/13 6/14 6/17 6/18 6/19 6/22 6/24 11/6 115/1 138/6 138/18 146/2 157/3 168/24

186/7 193/13 193/14 207/9 207/16 212/3 216/16 216/17 234/18 238/22 243/2 243/6 245/6 245/8 246/7 246/11 249/17 260/14 265/20 266/6

**examined [1]** 169/16

**example [17]** 26/3 43/10 49/10 56/15 62/4 63/7 63/9 66/21 76/17 77/13 78/13 85/19 95/22 181/22 252/21 257/19 257/20

**examples [14]** 35/5 54/10 61/20 62/15 62/19 63/17 66/1 66/25 69/8 90/11 91/11 144/18 251/18 296/20

**except [2]** 219/15 235/6

**excerpts [1]** 113/11

**excessively [1]** 286/20

**exclude [2]** 213/23 213/25

**excluded [8]** 26/1 28/3 31/11 152/2 152/16 275/12 275/14 275/16

**excuse [1]** 151/14

**excused [3]** 245/19 245/22 301/17

**execute [1]** 271/11

**executed [1]** 272/13

**execution [1]** 214/13

**exfil [3]** 116/19 129/12 268/20

**exfilled [4]** 132/22 137/13 137/13 137/14

**exited [2]** 20/1 20/6

**expect [1]** 289/11

**expectation [1]** 81/12

**expected [2]** 90/13 179/8

**expecting [1]** 65/11

**expensive [1]** 269/23

**experience [1]** 112/16

**experiencing [1]** 71/17

**expert [8]** 167/15 169/13 169/14 169/19 169/24 189/25 190/4 220/12

**experts [1]** 275/12

**explain [6]** 34/1 44/6 159/14 161/22 208/10 279/3

**explained [3]** 116/4 163/18 280/17

**explanation [3]** 8/19 129/21 275/15

**expletive [1]** 114/4

**explicit [1]** 91/6

**exploitation [1]** 245/14

**exposed [3]** 103/17 204/23 205/3

**expressing [1]** 155/2

**extended [1]** 101/21

**extent [1]** 239/14

**exterior [3]** 21/21 21/22 36/18

**extract [2]** 135/2 268/25

**extracted [4]** 50/1 134/23 159/15 159/22

**extraction [9]** 62/25 130/5 133/23 134/25 135/21 138/1 159/25 160/7 160/15

**extractions [1]** 135/14

**extraordinary [1]** 162/17

**extremely [2]** 111/11 291/2

**extremism [2]** 139/16 139/17

# F

**F-a-l-s-o-n [1]** 246/19

**F.2d [2]** 293/14 293/18

**F.3d [1]** 293/22

**face [2]** 79/8 83/6

**faces [2]** 37/25 95/9

**facilitate [2]** 20/17 133/23

**facilitates [2]** 267/5 294/9

**facilities [3]** 142/18

# F

facilities… **[2]** 142/20 142/23

facility **[102]** 12/8 12/11 12/20 12/23 12/25 13/1 13/2 13/11 17/20 18/15 21/13 21/18 21/19 22/13 22/15 30/21 30/23 31/10 37/4 37/7 37/8 37/10 37/19 38/3 38/8 40/6 40/13 41/4 42/9 43/5 43/7 43/10 43/12 43/20 44/8 44/10 44/25 45/5 45/10 45/15 46/6 47/7 48/9 48/23 48/25 49/17 51/21 54/12 73/12 73/15 74/1 74/4 74/6 75/17 77/14 77/24 84/18 84/24 87/16 93/13 94/24 95/5 117/14 117/19 131/25 132/6 148/22 156/4 162/23 178/18 179/16 192/15 197/15 199/8 202/16 203/11 203/14 206/19 215/18 215/19 218/16 219/17 220/1 224/14 224/14 224/17 225/2 232/6 234/24 240/6 241/1 241/6 267/25 268/1 269/19 270/10 271/18 271/19 271/20 271/20 276/15 296/18

facing **[1]** 94/24

fact **[29]** 15/25 16/22 39/14 40/21 78/2 125/6 133/4 152/16 161/8 161/25 172/3 173/5 173/25 175/9 175/14 176/16 176/21 178/13 178/25 179/7 208/6 219/20 233/10 236/7 253/25 275/11 278/14 285/19 288/19

factor **[1]** 138/12

factories **[1]** 63/19

factors **[2]** 149/8 289/16

facts **[6]** 199/21 239/25 240/1 240/11 266/4 290/8

failed **[1]** 293/24

fair **[9]** 138/20 141/1 146/20 155/18 158/1 181/22 182/19 185/22 226/22

fall **[3]** 70/21 139/14 139/17

falls **[3]** 70/22 253/12 294/3

Falson **[2]** 246/19 246/24

familiar **[9]** 11/17 170/20 173/21 177/23 178/8 178/9 215/8 229/3 239/13

familiarity **[2]** 176/1 176/2

family **[11]** 70/1 89/24 254/19 254/22 254/22 255/10 255/24 256/9 256/14 256/15 291/7

far **[29]** 17/16 19/22 34/7 55/17 55/19 88/2 93/24 96/12 124/21 135/21 151/12 151/22 165/15 175/4 196/21 197/12 197/17 197/20 200/24 205/23 225/24 226/12 227/25 230/6 233/18 241/13 262/8 266/8 286/8

Faraday **[7]** 91/16 91/19 91/20 128/17 133/2 133/22 299/4

farther **[1]** 30/22

fascism **[2]** 101/10 140/2

fascist **[3]** 81/9 82/4 140/1

fashion **[1]** 172/12

father **[3]** 250/10 252/10 285/8

favorable **[1]** 289/2

FBI **[8]** 11/15 47/5 137/13 186/15 187/2 187/14 245/12 282/19

FCRR **[3]** 5/3 302/4 302/17

fear **[2]** 70/14 236/2

feature **[2]** 51/7 53/9

federal **[9]** 11/14 162/23 169/12 174/3 178/17 233/21 287/3 294/12 301/4

feel **[7]** 68/2 145/9 169/11 169/19 238/18 252/7 252/8

feelings **[3]** 155/3 186/9 231/16

fees **[1]** 302/12

feet **[4]** 18/8 18/13 108/1 200/25

fell **[1]** 280/13

fellow **[2]** 63/24 284/19

felon **[1]** 291/17

felonious **[2]** 56/7 232/5

female **[1]** 198/18

fence **[8]** 21/16 37/5 42/7 43/5 45/7 45/17 95/2 232/1

few **[11]** 13/11 15/18 24/12 48/8 50/16 50/16 128/11 141/22 145/20 216/23 243/10

field **[5]** 23/17 28/20 55/10 131/23 132/13

fifth **[4]** 291/5 293/14 293/19 293/22

fifth generation **[1]** 291/5

Fifty **[1]** 254/18

Fifty-eight **[1]** 254/18

fight **[6]** 101/9 101/10 101/10 219/7 219/9 219/11

fighting **[3]** 80/17 81/8

**F**

fighting... **[1]** 81/8

figure **[2]** 23/20 297/19

figured **[1]** 261/21

file **[1]** 173/22

filed **[1]** 193/10

filled **[2]** 116/1 289/1

final **[2]** 298/18 301/9

finally **[4]** 10/14 256/17 258/16 296/11

find **[14]** 98/23 162/1 170/7 179/17 193/20 220/6 228/14 246/14 255/19 285/15 294/4 295/3 300/15 300/23

finding **[3]** 255/20 269/17 277/8

Findings........................
.............300 **[1]** 7/12

finds **[1]** 115/19

fine **[6]** 189/20 190/5 192/8 259/24 269/14 286/7

fingerprints **[1]** 209/3

finish **[1]** 114/25

finished **[3]** 186/12 188/13 191/13

fire **[19]** 16/9 17/3 17/10 18/2 18/9 19/13 21/5 63/12 148/6 221/4 221/6 227/18 233/6 233/14 233/16 268/15 271/8 271/22 271/23

firearm **[36]** 26/11 26/12 26/12 58/22 142/7 142/10 142/14 167/13 174/5 174/24 184/6 188/15 190/3 193/22 198/8 208/18 208/21 208/22 212/17 213/7 213/10 213/13 213/14 213/17 213/20 216/6 216/10 266/15

278/2 278/14 285/5 288/5 288/6 292/3 292/7 294/18

firearms **[29]** 31/2 32/16 57/22 58/6 66/13 109/16 141/7 153/5 184/3 184/4 189/19 189/24 189/25 192/21 194/1 213/2 216/2 216/8 228/7 276/20 279/22 281/3 281/4 283/9 283/11 283/18 285/5 285/6 288/1

fired **[24]** 16/8 17/22 43/24 109/23 110/13 171/13 172/22 173/13 175/6 188/14 217/13 226/23 227/2 227/13 227/16 227/19 229/13 231/6 232/14 232/25 278/21 284/12 288/23 297/22

firemen **[1]** 233/19

fires **[2]** 17/5 55/12

firework **[12]** 43/4 43/9 167/19 179/20 179/22 180/1 196/24 197/9 197/12 197/14 197/18 197/24

fireworks **[78]** 12/10 21/16 25/22 25/24 26/4 31/10 37/3 37/18 37/21 38/3 41/22 42/8 43/11 44/15 44/25 45/9 90/4 90/16 94/9 94/10 94/14 94/18 101/4 118/8 127/5 146/11 147/5 147/8 147/9 147/10 147/13 148/11 149/18 149/21 149/22 156/3 162/15 162/17 162/21 167/14 168/6 168/10 168/16 177/16 177/18 177/20 178/11 178/17 179/9 179/13 179/15 180/8 180/10 180/12 197/11

207/25 208/5 217/22 217/25 218/10 218/23 219/3 219/8 219/18 219/24 220/6 220/8 220/12 220/16 225/13 225/14 230/22 232/4 235/6 267/24 270/10 271/19 283/20

firing **[6]** 18/6 19/8 31/10 44/2 109/16 173/18

firm **[1]** 213/5

first **[40]** 10/20 15/2 15/5 18/9 35/25 36/7 36/10 45/16 76/22 86/15 98/20 99/18 107/17 131/16 146/8 147/24 162/3 166/14 169/15 172/22 173/1 177/3 203/14 215/20 230/16 231/1 236/25 249/3 249/25 251/5 259/18 268/7 268/8 269/25 276/20 284/15 285/24 296/3 297/2 298/15

five **[22]** 39/8 47/8 47/14 47/19 104/20 116/2 116/4 117/5 122/5 126/24 130/7 146/8 173/6 173/15 186/16 268/24 268/24 268/25 270/13 270/15 270/19 270/19

flag **[2]** 63/10 101/6

flags **[2]** 61/21 61/24

flash **[5]** 41/18 41/19 197/13 197/14 197/18

flashlight **[4]** 106/24 106/24 228/14 228/17

flashlights **[1]** 37/7

flat **[4]** 54/14 252/2 252/3 252/5

fled **[3]** 131/14 131/16 132/12

fleeing **[2]** 15/21 102/15

**F**

flier [1] 74/13
flight [2] 289/20 300/24
FLOREY [10] 3/18 9/6
 156/25 157/7 177/21
 243/3 243/8 246/2 277/12
 281/21
Florey.........................
..............277 [1] 7/4
Florey...................157
 [1] 6/7
Florey...................243
 [1] 6/18
flowing [1] 120/25
Floyd [1] 144/12
flyer [1] 80/1
flyers [2] 204/6 204/9
FMC [1] 287/1
focused [3] 112/15 207/14
 274/24
folks [11] 74/18 176/7
 176/7 176/18 177/5 183/7
 184/11 190/7 250/17 277/3
 291/16
follow [4] 92/11 245/10
 249/6 264/1
follow-up [2] 92/11 245/10
followed [2] 172/5 233/5
followers [1] 35/8
following [4] 32/13 40/11
 103/20 156/18
foot [3] 30/23 76/8 118/6
footage [20] 23/1 23/5
 42/5 42/6 52/8 52/17
 103/1 103/13 103/24 105/11
 123/9 146/3 173/4 195/23
 195/25 197/25 218/12
 220/24 221/19 223/21
force [1] 272/15
foregoing [2] 302/5 302/6
forehead [4] 25/8 28/9
 28/19 29/13

foreknowledge [4] 277/23
 278/12 281/3 281/17
forensically [1] 160/2
foreshadowed [1] 67/8
foreshadowing [1] 38/24
form [1] 263/5
formal [3] 57/19 139/23
 300/14
format [2] 53/2 302/12
former [2] 169/16 250/25
FORT [21] 1/3 1/6 1/12
 1/18 2/3 2/9 2/15 2/21 3/2
 3/13 3/16 3/20 4/7 4/10
 4/14 5/4 178/6 187/21
 250/3 302/19 302/20
forth [10] 8/25 80/21
 87/11 87/23 94/21 140/10
 142/22 205/13 217/3
 251/20
forward [5] 10/23 249/3
 258/3 259/12 260/5
found [41] 26/6 26/22
 27/25 29/23 29/25 30/5
 31/12 32/16 36/16 42/21
 66/10 68/14 100/21 113/3
 115/19 115/19 136/20
 140/16 153/20 166/14
 170/9 184/17 190/9 190/17
 194/5 194/8 198/13 198/16
 200/15 209/2 209/3 209/5
 209/18 209/25 226/11
 240/14 241/19 241/21
 275/11 280/19 281/2
four [8] 104/10 111/24
 125/7 135/8 135/10 215/20
 229/1 270/13
Foxglove [2] 69/1 92/7
frame [4] 43/3 121/10
 160/20 202/23
Franklin [1] 190/10
free [2] 121/1 238/18
freedom [2] 62/21 85/17

freely [1] 182/10
friend [2] 189/17 250/21
friends [1] 250/20
front [11] 23/8 24/5
 28/13 38/16 78/20 78/22
 114/7 120/7 193/2 286/18
 287/2
froze [1] 271/10
FS [1] 75/2
fuck [3] 69/24 70/1 79/15
fuel [1] 225/4
fugitive [1] 41/9
fulfill [1] 296/8
full [4] 62/14 103/19
 104/10 260/16
full-size [1] 62/14
fully [2] 83/10 256/3
function [3] 17/7 272/12
 272/13
funds [1] 58/11
further [9] 44/17 69/22
 90/3 168/20 221/19
 245/17 288/9 302/8
 302/12
furtherance [4] 266/16
 267/4 288/6 294/13

**G**

gained [1] 253/5
gallery [1] 250/18
Galvan [1] 293/18
game [4] 64/4 64/6 64/9
 64/12
games [3] 176/18 176/18
 176/19
garage [1] 269/22
garb [1] 127/12
Garland [2] 191/16 191/18
gas [1] 134/7
gate [9] 52/1 93/7 93/10
 93/14 93/17 224/7 224/8
 224/10 232/1
gatekeeping [2] 272/11

**G**

**gatekeeping...** [1]  296/8
**gates** [1]  93/12
**gathering** [1]  74/20
**gave** [1]  145/19
**gear** [18]  33/2 67/16
86/25 87/8 87/12 88/18
102/10 151/1 151/11 156/11
189/2 203/1 206/7 271/3
273/21 275/20 276/4
294/20
**geared** [1]  286/21
**gears** [1]  113/4
**general** [9]  21/1 32/18
39/8 87/12 89/5 205/13
205/14 205/20 251/5
**generally** [8]  33/15 36/23
59/13 68/14 83/4 109/14
109/24 139/22
**generation** [1]  291/5
**genocide** [2]  71/17 71/23
**genuinely** [1]  61/17
**geography** [1]  178/8
**George** [1]  144/12
**germane** [1]  182/9
**gestapo** [1]  80/17
**get** [83]  13/24 15/22
15/24 30/8 30/15 32/17
39/15 46/23 50/20 63/1
74/20 75/15 87/18 96/22
96/23 96/24 96/24 99/18
108/16 121/15 125/2 128/7
129/10 129/12 133/16
135/16 138/7 138/9 145/19
157/12 161/19 173/20
190/8 192/2 193/8 198/10
202/13 204/4 204/6
206/20 207/11 208/18
217/8 220/1 224/13
224/14 228/16 230/13
230/16 230/25 231/15
231/16 236/7 237/5

241/14 250/23 251/15
251/24 253/21 256/24
262/19 262/22 262/24
263/8 263/10 263/19
268/15 268/17 277/5
280/22 285/24 286/12
286/12 286/17 286/18
291/6 292/10 294/18
295/11 295/19 295/21
297/3 300/7
**gets** [4]  113/19 113/19
232/24 287/1
**getting** [14]  46/13 71/14
72/23 77/19 86/8 94/25
98/24 142/2 151/14 189/18
232/13 236/5 271/5
289/23
**Gibson** [19]  29/2 38/24
56/21 69/2 74/2 92/8
92/13 96/2 97/6 98/18
98/22 99/2 102/7 106/21
108/10 108/11 108/24
111/15 215/3
**Gibson's** [1]  110/20
**girlfriend** [1]  56/21
**give** [12]  13/23 69/24
69/25 70/2 126/9 158/9
171/24 236/12 248/7
257/19 286/6 294/16
**given** [8]  13/8 182/6 182/6
218/22 218/25 243/14
246/22 294/15
**gives** [1]  182/16
**giving** [5]  23/9 64/9 70/10
87/21 129/21
**glad** [3]  166/5 280/9
297/14
**gloves** [7]  109/3 194/18
194/20 195/1 195/2 195/7
195/10
**gmail.com** [2]  5/4 302/21
**go** [108]  8/25 13/18 14/6

15/10 15/14 16/3 17/12
22/7 22/22 24/11 28/7
30/19 33/4 33/24 34/9
36/20 37/15 39/3 40/3
41/21 43/14 46/24 48/18
49/6 49/7 51/16 52/11
53/16 53/20 55/14 58/12
59/9 60/10 60/23 62/1
64/25 65/25 68/21 69/8
71/10 74/8 79/2 82/23
86/10 87/22 88/7 90/7
90/10 92/3 112/24 113/23
114/14 114/25 115/16 117/6
117/10 117/24 118/3 121/21
121/23 122/8 122/20
123/13 123/25 124/22
125/14 126/3 127/7 130/6
130/8 134/6 138/23 147/12
151/25 160/18 161/10
161/12 161/15 176/19 184/6
186/19 195/10 218/3
218/22 222/13 234/12
235/21 237/5 246/8
246/24 247/6 252/3
260/19 269/1 269/9
269/10 270/22 270/23
282/8 285/21 287/2
287/11 289/10 292/1
296/25 297/1 299/10
299/24
**goal** [3]  82/8 225/6 293/5
**God** [3]  49/25 68/24
297/13
**Gods** [1]  49/24
**goes** [8]  56/4 80/21
135/21 136/21 268/18
271/16 286/19 289/14
**going** [130]  8/24 9/21
9/22 10/24 18/23 21/1
21/15 24/16 33/6 33/25
36/1 40/7 43/5 44/17
75/18 76/10 76/11 77/6

**G**

**going...** [112] 77/6 80/22 84/2 84/3 84/16 86/20 87/17 87/18 87/18 88/6 88/6 88/7 88/19 88/19 90/8 90/12 90/16 90/19 90/19 91/11 94/10 95/12 98/12 109/16 109/22 111/24 113/11 113/13 114/21 121/2 129/12 129/13 131/16 134/6 134/8 136/24 138/8 138/22 145/4 147/4 156/9 158/3 158/3 165/25 166/9 167/16 176/12 177/1 178/5 178/6 179/23 186/9 187/7 187/10 188/3 188/15 189/15 189/19 189/24 190/1 193/3 193/8 205/24 206/1 206/1 206/19 217/3 217/8 218/10 227/5 233/24 235/19 236/12 237/15 239/10 239/18 247/6 248/14 251/4 251/5 251/6 251/8 253/6 254/14 262/17 263/14 263/20 267/10 267/22 271/6 271/7 271/9 273/17 277/25 278/1 280/22 281/17 284/7 289/9 290/3 290/20 291/8 291/12 292/11 293/3 293/3 295/8 296/13 297/3 298/25 299/11 300/23

**Goldman** [5] 57/1 57/2 60/12 60/25 64/15

**Goldtooth** [1] 277/19

**gone** [5] 17/20 93/6 159/24 225/5 252/2

**gonna** [1] 271/8

**good** [29] 8/14 9/24 10/2 10/5 10/9 10/13 10/19 11/8 52/23 68/9 95/23 139/9

157/5 186/13 189/7 193/5 193/16 207/18 207/19 212/5 216/19 242/24 249/19 249/20 251/12 251/16 291/1 291/19 298/7

**got** [54] 16/13 19/16 31/22 41/15 45/5 94/9 98/23 104/23 125/12 128/7 150/9 166/13 169/15 180/10 188/4 199/10 205/8 208/25 213/8 216/23 219/1 224/10 227/23 230/5 230/11 232/17 233/12 240/19 243/23 244/8 244/17 246/5 247/2 251/16 251/21 251/25 252/2 252/25 256/15 257/19 257/20 258/8 261/7 261/7 263/14 265/18 280/4 281/17 282/9 291/17 292/6 295/8 298/11 300/9

**gotcha** [2] 221/16 262/23

**gotten** [4] 60/7 119/24 217/11 279/21

**government** [63] 1/6 1/12 1/18 2/3 2/9 2/15 2/21 3/2 3/11 8/13 10/21 13/15 20/16 38/9 50/4 50/22 57/10 79/17 81/9 142/18 142/20 142/23 154/16 154/17 163/1 182/16 182/16 183/8 193/4 193/10 193/20 203/21 233/22 233/22 245/6 259/3 264/21 265/13 266/3 267/16 270/4 274/24 275/6 278/6 282/14 283/2 283/7 283/10 283/13 283/25 285/12 288/19 289/2 293/24 294/3 295/20 295/25 297/25 298/3

298/8 298/18 300/2 301/11

**government's** [12] 6/3 8/15 78/5 236/16 242/8 273/25 284/9 284/18 287/23 288/13 289/3 289/12

**GPS** [1] 279/23

**grade** [1] 34/12

**grades** [1] 252/23

**graduate** [1] 253/10

**graduated** [3] 253/1 253/3 253/9

**graffiti** [3] 54/11 146/16 147/19

**grand** [1] 300/14

**grass** [3] 23/8 280/11 280/14

**grassy** [1] 107/14

**gray** [3] 83/1 83/4 83/5

**great** [5] 169/7 252/23 253/25 274/24 295/9

**green** [6] 44/18 221/5 221/12 223/19 223/22 224/2

**Gross** [18] 15/2 15/20 16/9 16/12 108/15 111/2 119/7 121/25 122/3 147/24 148/7 172/8 213/20 224/1 232/13 297/5 297/14 297/24

**Gross's** [1] 171/21

**ground** [10] 108/24 138/14 161/10 161/12 161/15 161/16 258/10 276/22 280/13 300/6

**grounds** [1] 276/15

**group** [132] 12/6 31/9 32/19 32/20 32/24 33/7 33/10 33/11 33/13 33/18 35/10 36/23 37/21 37/23 38/5 38/23 39/8 42/4

**G**

**group... [114]** 42/12
45/22 46/19 47/8 47/14
47/15 49/15 49/21 50/11
50/24 51/11 57/25 59/11
59/25 60/17 60/18 60/19
61/2 61/12 62/25 67/21
67/24 69/12 69/17 70/11
70/16 71/18 72/10 73/23
74/14 74/15 74/16 74/21
74/24 75/6 76/16 76/20
77/5 79/22 80/1 80/3
82/16 83/1 83/17 84/1
84/19 87/11 87/24 89/3
89/14 89/15 91/8 92/16
93/6 94/8 95/24 97/2
98/14 99/7 99/16 99/18
99/24 100/3 100/23 127/5
127/24 134/3 135/22
137/11 140/24 141/24
145/2 145/6 145/12 145/21
155/1 155/7 156/4 159/8
177/5 177/14 178/10 197/3
197/5 197/9 197/12 197/15
197/24 197/25 199/15
205/23 206/18 207/24
208/4 208/11 211/11 215/18
217/12 222/22 225/22
234/21 235/2 260/25
267/13 270/19 271/6
272/24 273/16 284/7
289/8 292/25 293/2
296/24 297/8

**grouped [2]** 177/12 177/14

**grouping [1]** 218/14

**groupings [1]** 177/1

**groups [20]** 33/14 61/14
64/23 65/9 66/22 72/20
77/11 140/6 140/8 140/17
140/18 140/22 140/23
141/3 141/14 141/15 141/17
154/11 154/22 154/23

**GSR [31]** 25/7 25/8 25/12
25/14 25/15 25/18 25/21
25/25 26/1 26/4 26/7
26/10 27/1 28/8 28/19
29/13 30/7 32/6 44/1
48/12 48/15 104/17 167/3
167/6 208/6 213/8 270/14
274/2 276/10 279/4
279/12

**GSR-positive [2]** 28/8
28/19

**guard [3]** 22/2 22/12
54/12

**guards [3]** 278/16 278/17
280/12

**guess [9]** 138/12 141/14
190/9 203/12 223/7 224/5
225/3 246/8 278/7

**guided [2]** 266/6 290/11

**Guilt [1]** 293/19

**guilty [1]** 294/14

**gun [24]** 17/7 17/9 58/9
126/18 176/18 198/4 198/5
200/18 200/19 209/18
209/21 209/23 210/25
222/2 232/18 232/23
258/9 258/9 267/2 272/1
284/12 294/17 298/13
298/14

**gunfire [6]** 12/12 16/16
16/19 16/22 122/4 281/1

**gunpowder [3]** 167/13
167/14 167/19

**guns [22]** 65/1 87/21
146/25 147/2 165/12
165/15 165/18 176/20
192/5 228/6 228/20
228/21 231/7 231/7
269/10 269/13 269/14
277/3 277/4 291/16 292/6
296/4

**gunshot [33]** 19/9 19/25

25/12 25/16 25/21 25/22
26/6 26/12 28/11 167/21
168/1 168/1 168/2 168/9
168/14 192/9 193/24
194/22 195/1 195/4 195/5
202/6 205/9 208/1 208/16
208/19 208/23 208/24
212/14 212/16 212/25
213/12 216/7

**gunshots [1]** 36/13

**guy [5]** 266/8 267/2 269/1
269/6 292/15

**guys [12]** 80/23 116/17
120/20 137/23 257/6
261/10 266/7 269/6
270/15 271/1 271/17 300/3

**H**

**had [198]** 17/20 18/13
18/15 21/22 21/24 25/16
26/5 28/23 31/8 37/6
37/22 39/23 40/11 41/9
46/19 46/20 46/20 47/15
51/2 59/2 67/20 73/24
74/21 76/11 77/25 88/17
88/17 91/17 93/5 97/24
99/2 102/23 103/17 104/9
104/19 105/4 105/15 106/5
106/5 107/3 110/3 110/4
111/2 111/10 113/15 114/14
115/2 116/16 118/18 119/6
119/13 119/19 119/24
119/24 121/5 121/5 122/2
122/3 127/12 128/2 128/12
128/15 128/17 129/22
134/13 137/18 140/6 140/11
146/19 146/21 146/25
147/9 148/8 150/10 156/4
156/5 156/5 156/5 158/24
159/2 159/8 159/9 159/11
159/24 160/7 160/12 162/2
162/12 162/14 162/16
163/5 163/18 163/24

# H

**had...  [105]**  165/20 166/2
166/16 170/10 170/15
172/11 172/24 173/13
174/23 185/2 186/25
187/3 187/6 190/15 190/25
193/24 194/20 195/1 195/7
196/11 198/4 201/16
201/24 204/23 205/2
206/18 207/2 207/4
208/22 209/11 210/25
211/9 211/11 213/12 216/7
218/19 219/18 219/23
221/25 222/25 225/22
226/15 229/1 229/7 229/8
232/14 232/18 236/14
237/14 237/24 240/10
240/11 240/13 241/18
241/24 242/1 242/7
242/12 247/12 248/8
251/24 252/1 252/2 252/4
253/4 254/25 258/11
261/20 262/18 263/5
263/9 268/21 268/24
271/10 272/18 273/20
275/24 276/22 277/22
278/12 279/7 279/10
280/10 280/10 280/11
281/10 282/2 282/24
283/2 283/14 284/2 284/5
284/6 288/15 290/19
291/16 291/20 291/20
293/24 294/17 296/4
296/22 299/3 299/3
299/3

**hadn't [3]**  21/24 283/8
294/17

**half [1]**  261/5

**hall [1]**  238/9

**hand [15]**  10/24 22/3 23/6
72/23 78/15 86/4 96/5
96/13 167/9 208/25

238/14 249/8 259/1 260/6
264/19

**handheld [6]**  65/4 65/8
65/18 65/21 66/22 110/4

**handing [1]**  269/24

**handle [6]**  72/2 114/23
248/21 257/5 263/18
286/22

**handled [2]**  26/12 216/8

**handling [3]**  136/23 213/13
294/21

**hands [10]**  167/10 168/11
194/24 195/8 208/19
236/3 259/2 264/20
283/17 288/15

**hanging [2]**  137/18 169/2

**happen [5]**  271/6 271/15
275/1 287/13 297/13

**happened [17]**  12/4 53/23
76/6 110/25 116/16 116/25
142/22 143/8 143/22
148/12 151/12 163/9 197/19
273/2 286/8 297/6 297/19

**happening [1]**  108/17

**happens [12]**  45/10 46/17
108/21 110/20 111/16 112/2
134/1 134/24 233/9 271/15
274/20 286/25

**happy [4]**  183/2 285/18
286/2 287/19

**hard [6]**  15/17 41/17 42/3
114/2 272/18 295/7

**harm [10]**  185/3 231/11
231/12 231/13 231/13
257/14 257/14 284/3
297/1 298/4

**harmed [1]**  297/3

**harming [1]**  274/8

**HARMONY [2]**  4/12 4/13

**Harold [3]**  49/24 49/25
68/24

**has [70]**  24/7 27/8 28/8

28/15 28/19 29/13 30/7
35/10 46/6 50/21 57/9
58/21 58/23 77/1 95/8
102/1 118/11 118/15 120/18
123/22 125/7 125/9 136/2
137/9 137/11 137/13 137/14
143/8 155/1 156/14 160/1
175/11 177/4 181/15 185/4
188/10 189/8 191/13 191/18
191/18 201/1 203/8 208/12
241/9 242/20 253/25
255/12 266/6 267/21
272/16 273/14 274/23
274/24 275/4 281/13
283/2 283/12 286/8 288/1
289/24 293/11 293/12
294/8 296/3 296/5 297/21
298/8 298/9 298/23
300/15

**hasn't [2]**  285/24 287/9

**hatred [1]**  267/15

**hats [1]**  35/10

**have [296]**  9/21 9/23 11/15
13/9 13/21 16/12 17/18
17/19 18/23 20/22 20/24
21/10 21/21 22/10 22/11
22/18 24/16 24/17 26/19
27/3 28/23 28/23 29/15
33/12 34/13 35/16 36/14
41/12 44/1 46/6 47/6
48/15 49/4 50/23 51/1
52/8 54/24 56/6 58/12
60/18 60/18 68/11 69/16
69/17 69/25 71/9 77/6
77/17 81/20 81/23 89/23
90/8 96/14 99/19 100/8
102/15 103/16 103/23
104/1 109/12 110/2 110/6
110/10 110/25 113/13
114/17 116/24 117/14
117/17 118/18 118/18
118/22 120/7 128/19

# H

**have...** **[222]** 128/20 131/9 131/16 132/22 133/1 133/11 133/14 136/4 137/6 137/18 138/2 138/14 139/23 141/13 141/16 141/22 145/3 145/7 145/13 147/23 147/23 148/13 148/15 150/11 150/15 151/8 151/16 151/24 152/5 152/5 152/17 152/24 153/1 153/19 153/22 153/23 155/14 155/19 156/13 158/18 161/2 162/4 163/21 164/11 165/12 165/17 168/5 168/12 168/19 169/20 169/21 173/12 174/19 174/20 174/22 176/1 176/2 179/7 180/9 181/18 181/18 182/6 182/9 182/12 183/18 184/10 185/7 185/14 187/18 191/5 191/6 193/2 193/6 193/13 194/14 194/18 197/23 198/3 198/13 198/15 199/24 200/2 200/4 200/7 200/13 201/8 201/10 201/21 202/3 202/6 202/7 203/2 203/19 203/23 204/15 204/17 204/21 205/6 206/2 207/9 210/13 213/18 214/17 217/3 218/11 218/12 218/12 219/24 220/16 221/17 222/2 224/17 224/25 225/5 226/1 226/6 226/11 226/12 229/4 232/22 234/8 236/16 236/25 237/1 237/6 237/11 238/5 238/13 238/18 240/20 240/25 241/7 241/9 242/4 242/7 242/12 243/10 243/20 245/17 246/2

247/7 248/10 249/13 252/17 253/20 254/8 254/11 254/17 254/24 255/4 255/15 256/2 256/13 256/19 256/23 257/1 257/3 257/8 257/11 258/23 258/23 258/25 260/11 263/5 264/16 264/18 266/22 267/2 267/9 267/10 267/21 268/5 269/1 269/14 269/22 270/13 270/18 271/2 272/1 272/16 273/1 273/10 275/6 275/7 275/19 275/22 275/25 276/1 276/7 276/8 278/2 278/2 278/18 279/11 279/12 279/15 279/19 279/20 279/21 279/23 282/1 282/2 282/4 282/11 283/15 285/14 286/16 286/17 288/15 288/17 289/21 290/4 291/24 295/1 295/22 295/24 296/1 296/2 296/14 297/2 297/12 300/18

**haven't [7]** 61/10 73/7 135/20 158/11 158/18 161/2 289/13

**having [7]** 26/20 87/17 135/15 135/16 140/14 276/19 277/3

**HAYES [8]** 4/19 4/19 10/15 216/15 245/4 248/4 265/10 296/11

Hayes........................ .............296 **[1]** 7/11

Hayes...................216 **[1]** 6/13

**he [403]**

**he'd [4]** 262/20 263/20 264/8 264/11

**he's [65]** 9/22 20/8 27/1 30/22 33/7 53/18 53/10 58/20 71/15 71/15 71/16 72/10 84/19 91/5 93/3 93/17 93/20 94/10 94/13 95/4 97/2 99/15 111/22 123/10 129/18 134/23 135/21 135/24 137/16 137/22 163/25 166/22 185/2 189/17 189/18 233/16 235/20 250/7 251/16 251/22 252/11 252/11 252/11 253/22 254/16 256/15 256/18 257/6 257/6 257/7 257/9 261/18 261/19 261/19 263/7 264/1 268/16 268/18 269/7 269/15 287/1 287/3 287/12 290/3 292/11

**head [23]** 53/14 77/25 100/4 103/15 103/16 109/8 109/9 111/20 152/14 153/18 161/20 166/11 170/11 185/21 185/25 193/23 196/2 198/17 200/10 214/8 226/21 229/11 295/14

**headlights [1]** 38/15

**headphone [1]** 110/3

**heads [4]** 85/13 85/24 85/25 267/13

**hear [18]** 15/17 15/19 15/22 15/24 16/7 110/12 114/2 125/18 156/24 183/3 195/20 238/4 246/9 270/25 285/18 287/19 297/14 302/7

**heard [24]** 32/21 58/23 88/5 107/21 122/2 171/16 174/23 192/9 199/7 199/10 257/11 259/16 259/21 264/9 265/25 268/15

# H

**heard...** **[8]**  272/5 276/21 277/15 280/22 283/23 285/8 289/6 295/18

**hearing** **[20]**  6/20 8/7 8/24 9/21 9/23 10/12 10/17 10/18 11/21 138/9 160/6 187/7 237/9 238/3 248/11 248/12 248/18 252/7 286/18 295/9

**hearings** **[3]**  3/7 138/8 237/14

**heart** **[1]**  266/24

**heartburn** **[1]**  282/2

**heck** **[1]**  290/25

**heed** **[1]**  160/15

**held** **[4]**  58/4 58/5 135/4 293/15

**helmets** **[1]**  113/4

**help** **[8]**  89/25 155/21 255/24 256/9 273/22 274/3 294/10 297/7

**helped** **[4]**  135/2 155/20 262/10 273/23

**helping** **[2]**  40/5 155/24

**helps** **[1]**  85/15

**her** **[72]**  24/23 25/8 28/8 40/18 78/16 78/16 90/9 90/10 103/15 103/16 103/17 104/1 109/1 109/5 109/6 109/8 109/9 109/10 120/13 123/3 124/17 125/9 127/13 127/15 135/7 156/14 156/18 193/20 193/24 194/11 195/4 195/8 195/17 195/18 195/23 195/25 197/23 200/9 200/10 200/12 201/8 201/13 201/14 201/15 201/23 202/3 202/20 203/2 203/6 203/12 204/13 204/15 204/17

205/6 207/2 211/1 211/9 211/17 240/13 240/13 241/25 242/2 242/3 259/20 274/18 275/18 291/16 291/18 294/18 294/21 294/22 295/4

**here** **[110]**  8/23 9/14 9/20 10/1 13/18 13/21 14/8 17/13 24/1 24/2 24/16 24/18 24/22 28/6 28/13 29/2 29/4 33/25 34/2 35/21 37/14 39/7 39/10 43/4 44/21 48/20 51/22 55/7 60/1 62/10 69/9 74/12 79/11 89/2 92/13 95/21 98/18 99/7 99/25 103/13 105/11 113/1 113/12 114/21 117/1 119/3 120/6 120/9 121/1 121/9 122/23 130/12 132/14 134/20 134/21 135/24 136/10 136/15 137/3 157/15 158/11 161/2 161/19 163/17 167/13 173/20 193/11 217/5 227/1 227/12 237/1 238/18 239/1 239/5 242/8 242/15 243/20 245/21 246/15 246/15 247/12 249/13 250/16 250/17 250/18 259/8 259/25 264/2 266/5 266/20 266/22 267/10 269/6 272/10 272/21 278/2 279/20 281/19 282/10 284/1 286/12 286/16 292/11 294/11 295/18 296/6 296/16 296/17 297/15 298/10

**here's** **[3]**  64/4 66/1 107/8

**herself** **[2]**  89/1 203/4

**hesitant** **[1]**  191/17

**hesitation** **[1]**  264/5

**hey** **[14]**  84/3 90/7 91/10 94/8 100/3 117/7 117/21 119/10 125/1 157/12 251/21 262/16 267/1 271/4

**hid** **[7]**  40/23 131/20 132/23 132/23 132/24 133/14 268/23

**hide** **[4]**  37/25 131/24 220/2 299/14

**hiding** **[9]**  126/21 130/6 131/23 134/16 137/21 219/21 299/13 299/16 299/16

**hierarchy** **[1]**  33/16

**high** **[6]**  251/19 252/22 252/24 257/8 286/19 286/20

**highlight** **[1]**  92/8

**highlighted** **[6]**  78/9 85/11 117/21 117/24 130/12 134/16

**highlighter** **[1]**  44/23

**highlighting** **[1]**  78/6

**highly** **[3]**  50/10 76/2 76/7

**highway** **[4]**  113/20 113/20 178/3 184/18

**Hill** **[33]**  31/7 148/15 148/18 148/21 148/23 149/6 149/13 149/19 149/23 150/1 150/3 150/5 150/8 150/10 150/11 150/16 150/18 150/23 153/24 155/19 155/25 156/13 177/23 239/16 239/18 239/23 240/5 240/8 240/25 241/10 241/15 271/2 276/2

**Hill's** **[5]**  148/14 152/1 152/16 152/24 153/19

**him** **[100]**  20/2 24/1 24/4 32/6 33/19 39/15 40/7 40/12 40/14 41/15 115/10

# H

**him...** **[89]** 128/13 128/15
133/1 133/2 133/16 135/2
135/7 135/8 139/5 148/6
155/24 158/12 159/1 159/2
161/7 161/11 162/12 162/16
164/16 164/19 164/21
165/13 165/17 165/20
166/4 166/9 166/20
166/23 166/24 167/1 167/4
177/12 180/23 185/13
187/10 222/21 229/2
233/7 242/9 243/20
243/22 246/12 246/13
246/14 246/25 247/6
250/8 250/11 251/15
251/24 253/20 253/20
253/21 255/25 256/5
256/9 256/10 257/3
257/11 257/23 258/11
258/12 261/3 261/4 261/7
262/16 263/8 263/19
264/13 268/25 269/1
269/11 271/2 278/7 278/9
278/11 279/4 280/1
280/10 280/25 281/9
281/20 282/2 284/10
286/24 287/6 287/7
297/7 300/5
**himself** **[5]** 165/25 192/10
192/13 263/25 281/12
**hip** **[1]** 106/6
**his** **[157]** 9/8 16/12 19/25
20/3 20/6 23/17 28/3
28/4 28/19 29/13 29/19
29/21 30/25 31/2 31/11
31/19 39/13 41/5 53/14
55/3 56/21 94/14 99/19
106/6 107/23 111/16 114/8
118/18 125/7 128/17 133/21
133/21 133/23 134/19
134/20 134/23 134/25

135/7 160/7 160/14 160/23
161/10 161/11 161/21 161/22
162/2 162/6 162/8 162/10
166/2 166/6 166/22 167/8
167/9 169/17 169/17
170/20 170/23 170/24
172/11 174/24 174/25
175/4 175/5 175/10 175/15
175/16 175/17 175/19
175/22 175/24 176/24
187/6 190/22 190/25 191/6
191/24 191/25 192/3 192/5
192/10 211/15 212/16 213/1
213/6 213/9 213/23 214/3
229/4 229/6 229/7 229/8
232/17 232/18 232/23
233/17 243/23 246/22
250/8 250/10 250/19
250/19 250/20 250/21
250/21 252/10 252/17
252/21 253/5 253/14
253/14 253/16 254/25
255/19 255/22 256/1
256/4 256/14 256/15
256/22 257/20 257/23
258/8 258/18 263/6
263/24 263/24 264/13
269/9 269/10 269/15
272/18 278/25 280/17
280/19 280/21 281/5
281/9 281/9 283/13
283/17 284/18 284/19
284/20 285/8 285/9
287/15 288/8 288/8
289/19 289/20 290/4
290/5 292/5 292/6 294/9
297/6
**historically** **[1]** 189/25
**histories** **[1]** 170/9
**history** **[16]** 159/16 159/18
159/21 169/25 170/10
170/23 170/24 201/13

201/14 201/23 201/25
256/24 262/16 289/24
293/12 296/20
**hit** **[6]** 178/5 179/20
230/17 252/3 258/10
297/23
**hits** **[3]** 43/7 107/23
295/14
**hitting** **[4]** 43/6 43/6
179/13 179/15
**hold** **[6]** 97/11 113/8
265/22 272/1 286/16
300/13
**holding** **[3]** 32/22 80/13
142/7
**holds** **[1]** 135/8
**hole** **[1]** 232/1
**Holy** **[1]** 80/15
**home** **[7]** 86/25 140/16
160/18 225/5 251/25
252/2 255/11
**homemade** **[1]** 91/20
**homes** **[1]** 70/2
**homicides** **[1]** 188/13
**honest** **[2]** 251/14 262/12
**honesty** **[2]** 251/18 263/24
**Honor** **[78]** 8/14 8/18 8/19
9/3 10/2 10/8 10/16 11/5
11/25 13/19 115/7 138/2
138/4 139/7 182/24 186/1
186/2 207/6 207/10 212/2
215/10 216/13 222/9 231/2
235/19 235/23 236/22
237/10 237/20 238/6
238/21 242/25 243/4
244/20 244/22 244/24
245/1 245/5 245/7 245/18
245/20 246/1 246/4 247/9
247/22 247/24 248/1
248/3 248/5 248/25
249/16 259/4 259/9
264/22 264/25 265/3

# H

**Honor...** **[22]** 265/5 265/9 265/11 265/14 265/17 266/1 272/7 272/9 277/24 281/20 282/11 282/16 283/3 290/16 291/3 291/22 294/7 295/7 296/12 298/19 301/12 301/14

**HONORABLE [1]** 3/8

**honored [1]** 272/13

**honors [3]** 253/1 253/3 253/10

**hope [4]** 90/24 90/25 188/3 237/4

**hopefully [2]** 176/12 298/2

**horrible [1]** 280/25

**hostility [1]** 143/18

**hot [1]** 99/8

**Hotel [1]** 134/4

**hour [4]** 40/12 145/23 217/15 246/13

**hours [15]** 50/16 114/22 134/17 135/4 169/22 184/20 202/20 202/24 207/13 261/8 266/4 268/24 282/15 282/15 296/14

**house [7]** 87/7 89/24 95/8 107/18 210/1 253/5 271/3

**houses [2]** 13/4 142/23

**housing [1]** 54/7

**how [91]** 11/15 13/7 14/6 16/6 18/4 22/10 29/23 41/12 45/4 47/6 50/8 61/8 64/5 64/6 64/10 64/10 73/16 77/14 77/16 77/18 78/6 78/9 79/6 87/18 89/25 99/11 104/3 109/8 111/9 114/16 134/9 135/16 140/7 145/25 146/6 148/4 155/21 155/25 159/11

159/13 159/16 161/19 164/24 165/2 166/5 185/12 185/18 185/23 186/15 189/12 189/13 190/5 195/13 196/21 197/5 197/12 197/17 197/20 200/24 201/1 202/15 202/20 207/23 214/24 215/5 215/22 216/5 216/19 217/11 228/21 228/24 236/23 242/23 244/3 250/6 250/10 252/7 254/17 257/5 261/3 263/17 263/17 266/7 273/21 279/21 280/12 280/12 286/3 291/9 291/14 295/25

**however [5]** 33/17 114/23 178/21 238/19 249/13

**huh [3]** 167/2 216/21 228/12

**human [1]** 284/19

**hundred [3]** 197/21 197/22 200/25

**hundreds [2]** 228/5 288/22

**hunting [1]** 258/7

**hurdle [1]** 285/24

**hurt [12]** 69/23 186/9 206/1 231/1 231/16 231/16 258/20 291/6 291/20 291/21 293/3 295/3

**husband [3]** 34/5 124/17 211/9

**Hyundai [1]** 190/22

# I

**I'd [6]** 91/3 197/21 210/13 229/18 256/17 265/19

**I'll [6]** 157/7 183/2 216/13 242/25 247/8 265/22

**I'm [114]** 10/24 14/2 49/24 51/9 69/19 100/1

100/2 114/18 118/15 118/15 138/8 138/22 138/23 141/24 143/4 144/25 148/19 152/20 153/18 153/21 154/17 156/24 158/15 159/1 159/4 159/4 161/13 163/10 165/21 167/15 167/16 168/17 169/14 170/20 175/10 175/12 175/13 175/23 176/4 179/17 182/6 187/4 187/7 187/9 187/24 188/2 188/3 189/15 189/20 190/4 191/11 192/7 193/3 198/20 199/16 200/7 201/14 208/2 209/13 211/18 217/5 217/8 217/10 218/4 218/24 220/12 221/18 222/16 222/24 227/5 229/5 229/5 231/15 231/18 231/21 235/19 237/14 239/10 239/18 240/20 241/18 241/20 242/6 242/22 243/22 244/12 244/14 247/5 250/5 250/22 250/22 251/4 251/5 251/6 251/8 254/14 255/4 255/7 271/5 272/21 272/21 286/2 289/4 289/9 291/8 291/12 292/11 292/14 292/15 292/15 292/16 296/13 299/19 300/23

**I've [33]** 32/21 64/9 100/4 100/4 157/19 157/22 157/23 160/24 165/6 187/24 193/4 202/4 216/23 217/2 217/10 228/20 228/20 228/21 242/9 244/17 253/20 255/5 255/5 255/5 255/6 257/19 257/20 259/21

Case 4:25-cr-00282-P   Document 80   Filed 11/18/25   Page 345 of 398   PageID 888

I've... **[5]**  264/13 267/12 277/15 286/1 290/24

ice **[6]**  13/1 13/14 20/17 59/17 118/7 282/22

ID **[7]**  128/19 128/20 240/14 241/19 241/21 242/3 275/8

ID'd **[1]**  185/15

idea **[7]**  74/21 110/25 145/20 152/17 204/17 281/10 286/6

ideal **[1]**  255/7

ideals **[1]**  140/14

ideas **[2]**  57/8 87/15

identifiable **[3]**  53/9 82/21 83/7

identification **[2]**  128/23 128/25

identified **[23]**  24/8 25/4 27/9 28/15 28/18 29/10 40/9 52/9 69/16 80/15 89/11 90/12 91/7 122/5 140/13 163/19 163/25 164/16 164/17 177/5 185/11 276/5 276/6

identifiers **[3]**  24/18 139/12 139/18

identifies **[2]**  56/16 88/25

identify **[22]**  24/1 24/4 24/12 29/4 33/7 38/1 42/10 42/14 52/21 56/12 61/14 64/19 69/9 102/25 141/19 150/20 150/23 185/17 197/3 207/20 208/8 250/17

identifying **[2]**  92/12 141/2

identities **[6]**  37/25 79/8 82/20 126/22 219/21 222/9

identity **[4]**  83/11 220/3 224/3 224/6

ideologic **[1]**  267/13

ideology **[9]**  35/2 50/12 55/24 56/11 60/15 61/16 64/20 128/1 154/25

if **[190]**  13/23 14/8 14/13 19/12 19/18 21/21 34/23 35/9 37/19 45/9 46/16 52/2 60/12 62/9 66/7 67/10 67/14 71/2 71/7 71/9 72/18 77/17 84/14 85/6 89/9 90/5 90/6 90/16 91/10 93/1 97/20 98/21 99/8 100/2 101/25 109/22 116/19 117/10 121/6 121/7 132/3 135/18 138/23 138/25 139/6 140/3 140/15 140/20 141/12 145/2 145/5 145/12 148/18 150/8 152/23 154/6 157/11 158/12 158/20 159/4 159/18 167/20 170/15 174/23 175/10 175/16 176/1 177/21 178/5 178/12 179/9 179/17 183/2 186/9 187/4 188/16 188/16 189/8 190/2 191/4 191/8 191/13 194/20 195/1 195/5 195/7 197/19 198/13 198/18 198/20 199/11 199/20 199/23 201/7 201/10 201/16 201/21 201/24 203/8 203/11 204/4 204/7 204/11 205/19 209/18 212/10 214/3 216/23 217/1 217/9 217/11 217/13 219/9 225/3 228/17 229/7 230/13 230/16 230/24 232/18 234/8 234/10 237/5 238/17 240/8 246/15 248/19 248/21 248/23 249/6 249/8 249/12 251/9 253/2

254/16 255/2 255/18 255/18 256/7 257/15 257/20 258/13 258/17 258/25 259/11 259/22 260/4 260/10 262/2 262/15 263/20 264/1 266/11 266/19 267/4 267/5 267/6 270/16 271/7 272/7 272/12 273/25 274/6 274/20 275/10 275/13 276/2 276/19 277/13 278/1 278/14 279/10 279/24 283/13 285/20 286/6 286/23 286/25 287/9 288/19 288/19 289/3 289/12 289/19 289/20 293/4 295/23 297/25 299/17 301/6

IFAK **[11]**  35/23 35/23 35/25 36/11 36/16 98/25 99/3 103/9 103/11 104/10 211/9

IFAKs **[9]**  36/4 65/24 102/19 104/20 125/7 126/21 230/16 270/19 299/3

II **[1]**  3/19

illegal **[8]**  13/4 60/1 71/20 83/12 142/7 209/23 210/5 254/11

illegally **[1]**  60/1

image **[12]**  48/21 62/11 63/11 77/19 102/20 106/17 117/11 175/13 179/22 180/18 181/10 200/12

imaged **[1]**  51/2

images **[2]**  179/15 181/11

imagine **[1]**  169/21

imaging **[1]**  245/16

immediate **[3]**  27/14 112/9 114/9

# I

**immediately [8]** 17/25 21/5 107/15 108/19 109/1 148/6 178/1 287/1

**immigrants [2]** 60/1 64/11

**immigration [1]** 13/16

**implicitly [1]** 91/5

**implies [1]** 57/14

**important [3]** 68/18 185/10 272/12

**importantly [1]** 273/18

**impose [1]** 256/7

**impression [2]** 116/15 224/13

**improper [1]** 284/18

**in [702]**

**Incarcerated [1]** 63/24

**inches [2]** 20/8 272/3

**incident [6]** 165/21 170/7 171/2 184/21 213/17 216/6

**incitement [1]** 280/6

**include [2]** 89/16 141/17

**included [1]** 173/9

**including [2]** 174/11 227/20

**incomplete [1]** 278/3

**inconclusive [3]** 18/4 214/2 275/16

**increase [1]** 69/22

**increasing [1]** 143/18

**incriminating [1]** 280/19

**incriminatory [1]** 281/6

**incur [1]** 17/3

**indeed [2]** 175/16 288/11

**Index........................ ...............303 [1]** 7/14

**Indian [1]** 277/21

**indicate [8]** 19/6 25/9 45/4 158/24 165/20 206/21 207/2 259/1

**indicated [15]** 20/12 68/19 140/21 149/19 152/1 162/2 192/2 192/5 192/10 192/21 209/21 212/13 222/24 225/21 226/15

**indicates [8]** 26/7 26/8 26/10 27/3 29/15 97/6 129/4 220/18

**indicating [2]** 44/21 205/25

**indication [7]** 148/10 174/17 202/12 205/12 209/11 209/16 229/16

**indicative [2]** 206/15 284/16

**indifference [1]** 300/5

**individual [23]** 22/25 26/10 28/20 35/25 39/13 50/14 52/18 52/22 69/15 82/3 114/3 114/12 127/15 133/9 163/19 163/20 188/25 207/3 215/20 221/13 223/22 268/21 284/12

**individuals [109]** 20/22 21/7 21/15 22/2 22/15 24/13 25/15 32/22 33/17 33/21 35/7 36/3 36/14 36/23 37/2 37/12 37/23 39/7 39/8 39/17 40/4 40/10 42/4 42/7 44/1 45/5 45/13 45/16 45/18 46/2 46/3 47/1 47/19 48/16 49/2 49/3 51/13 52/4 52/24 55/5 55/18 55/25 57/17 58/1 59/12 60/4 61/22 64/18 64/23 67/2 68/14 69/4 70/11 70/19 73/22 74/22 76/8 77/21 84/2 86/25 87/6 89/17 94/22 105/4 105/15 106/10 107/12 109/15 109/16 109/17 110/24 111/7 121/14 123/7 124/25 125/18

127/17 127/25 128/12 128/23 131/14 131/18 135/2 135/17 148/24 158/23 159/6 165/19 168/8 177/20 185/14 185/17 194/25 197/8 205/23 210/24 221/10 221/11 225/1 230/10 235/10 235/11 243/12 267/10 267/22 268/5 268/17 271/18 284/11

**industrial [2]** 34/13 62/15

**industrial-type [1]** 62/15

**INES [39]** 2/23 4/16 8/10 10/10 26/25 27/9 34/3 35/16 47/15 49/14 49/20 56/17 66/13 68/12 68/23 71/12 75/6 75/25 80/21 81/4 83/17 84/12 85/8 97/24 98/1 98/4 104/7 104/9 105/17 120/6 120/9 123/19 125/7 125/21 212/7 212/25 213/9 214/16 296/7

**Ines's [1]** 72/2

**inexperienced [1]** 252/12

**inference [1]** 293/17

**inferred [1]** 293/19

**information [52]** 21/17 31/8 38/25 39/19 42/16 42/17 50/1 50/3 50/18 50/22 50/23 59/6 75/21 81/23 84/12 85/1 87/22 89/8 93/6 105/15 111/5 120/24 120/25 140/11 148/13 149/1 149/10 151/8 151/16 163/24 174/20 179/7 185/24 190/13 201/20 211/16 221/14 223/1 224/25 226/5 240/19 240/25 242/15 246/5 246/10 267/14

**I**

Case 4:25-cr-00282-P    Document 80    Filed 12/12/25    Page 347 of 398    PageID 330

**information...** **[6]** 267/15 275/23 283/24 287/3 292/24 294/16

**infrared [1]** 131/7

**initial [12]** 8/20 18/3 108/16 111/4 116/14 121/3 123/9 130/14 136/24 148/9 220/23 221/15

**initially [16]** 20/25 23/14 41/6 45/12 76/11 108/14 111/2 118/5 119/4 134/4 136/23 219/2 221/10 223/25 224/3 232/24

**initiate [1]** 293/1

**initiating [1]** 78/23

**injured [3]** 143/24 144/4 202/13

**injuries [4]** 19/24 36/12 215/21 231/21

**injury [1]** 36/19

**Inn [1]** 134/4

**inserted [1]** 115/11

**inside [19]** 12/22 21/17 29/25 39/24 43/5 46/6 52/3 93/12 105/25 106/22 113/3 128/17 129/3 149/3 161/22 209/5 218/21 220/1 224/14

**insight [1]** 70/10

**instance [9]** 73/3 141/21 144/12 153/23 173/9 176/7 182/21 184/1 206/17

**instances [2]** 144/13 230/9

**Instant [2]** 51/6 51/6

**instead [3]** 65/18 253/22 258/18

**instigator [1]** 204/1

**instigators [2]** 36/22 177/13

**instruction [3]** 57/23 58/6 271/16

**instructions [6]** 64/9 87/21 158/9 264/12 273/8 273/9

**integrity [1]** 272/13

**intel [2]** 94/21 95/11

**intend [1]** 268/9

**intended [1]** 147/12

**intends [1]** 255/18

**intent [22]** 99/19 185/2 202/22 205/20 205/21 206/2 207/3 207/5 211/12 270/2 270/3 276/8 291/20 291/21 292/25 293/25 296/25 297/1 297/15 297/21 298/11 299/22

**intention [1]** 146/19

**interact [1]** 143/21

**interacting [1]** 143/16

**interaction [6]** 108/10 128/5 143/11 143/12 143/14 261/13

**intercept [1]** 65/20

**intercepted [1]** 129/15

**interior [1]** 110/5

**internal [2]** 72/22 74/13

**interrupted [1]** 40/3

**intersection [2]** 95/10 136/14

**interview [8]** 166/9 187/11 191/25 240/17 241/17 241/23 246/22 247/6

**interviewed [6]** 20/22 20/24 20/25 241/25 244/11 280/20

**interviews [4]** 51/12 158/22 243/11 245/11

**intimacy [1]** 100/2

**intimate [2]** 74/19 110/15

**intimation [1]** 174/22

**intimations [1]** 283/22

**intimidate [1]** 257/14

**into [28]** 12/24 30/8 30/15 32/17 40/17 49/7 68/21

70/10 71/14 74/25 109/2 110/5 114/25 135/6 137/22 144/25 150/9 156/3 170/5 170/6 189/24 192/22 193/8 198/22 208/22 231/25 246/21 301/2

**invade [1]** 224/13

**investigate [1]** 218/22

**investigation [16]** 11/14 62/7 79/14 108/5 111/2 140/15 141/2 164/18 169/25 175/4 187/16 191/20 237/4 240/4 242/10 242/21

**investigative [1]** 186/21

**investigator [2]** 105/20 169/17

**investigators [6]** 107/19 153/15 173/2 240/12 241/18 241/25

**involved [19]** 38/12 42/18 74/21 92/14 119/9 122/2 143/4 157/18 157/25 158/6 159/2 159/24 160/23 162/14 172/5 199/23 237/3 267/11 294/22

**involvement [4]** 159/5 204/13 239/11 281/5

**iPhone [1]** 51/6

**is [733]**

**isn't [12]** 78/5 78/5 82/8 120/25 141/23 158/11 161/6 161/16 193/3 230/24 293/5 298/3

**issue [9]** 251/8 264/7 266/6 277/18 279/23 289/17 292/8 300/18 300/19

**issues [2]** 254/15 280/18

**it [389]**

**it's [135]** 11/9 14/18 32/20 33/10 36/7 36/9

## I

it's... **[129]** 42/3 46/16 49/17 49/17 49/18 50/16 57/7 57/21 59/16 60/12 61/13 61/15 61/15 64/5 64/6 64/8 64/9 64/11 74/16 77/10 78/20 85/19 85/20 86/15 88/22 89/7 90/13 90/16 91/21 93/5 94/24 95/22 97/8 100/2 101/23 102/2 103/4 109/14 109/16 109/19 109/25 110/7 117/24 120/24 122/18 127/25 139/19 139/20 141/9 141/12 142/7 144/2 145/4 145/23 150/4 154/13 154/14 160/6 162/23 162/24 163/13 164/23 165/6 165/6 169/21 170/14 172/24 176/9 176/11 178/1 178/17 179/19 182/1 183/1 183/14 187/9 193/4 196/13 199/20 200/25 201/4 201/7 204/13 205/7 209/23 213/12 213/15 214/1 214/2 214/12 218/5 221/22 225/4 226/7 226/23 227/1 229/18 231/3 232/24 233/2 235/20 237/23 247/11 258/12 263/13 267/17 267/17 267/17 268/1 268/1 269/10 269/14 271/3 272/10 272/10 272/10 273/1 274/22 275/13 276/16 276/17 279/2 279/6 279/16 281/16 285/10 288/21 290/9 291/22

item **[7]** 153/22 157/22 189/11 202/6 205/3 208/22 275/13

items **[26]** 12/9 26/17 26/21 62/12 102/14 102/16 102/22 102/24 106/10 113/17 113/18 124/15 132/3 132/11 151/18 151/20 152/6 157/23 162/12 168/7 204/19 205/10 210/14 228/24 237/20 275/11

iteration **[1]** 50/15

its **[8]** 54/1 54/7 54/17 107/1 154/15 159/18 272/15 296/8

itself **[5]** 203/10 204/1 204/3 233/2 293/16

IV **[1]** 216/2

## J

jacket **[1]** 278/10

Jackson **[2]** 4/2 293/14

jail **[5]** 64/6 88/6 88/6 88/7 296/17

jails **[1]** 64/10

JAMES **[1]** 3/15

jammed **[2]** 190/15 200/15

January **[3]** 181/24 272/20 290/20

January '21 **[1]** 181/24

January 6th **[2]** 272/20 290/20

JEFFREY **[1]** 3/8

jest **[1]** 270/7

job **[5]** 263/3 263/12 285/12 297/6 298/16

jobs **[1]** 261/20

JOHN **[13]** 4/5 4/5 9/17 14/17 39/11 40/17 134/12 186/5 189/20 244/21 247/21 265/1 290/15

John.........................
...........**290 [1]** 7/7

John.................**186 [1]**
 6/9

Johnson **[16]** 19/2 48/22 153/15 186/25 190/21 191/22 192/1 192/18 192/22 286/9 286/13 286/14 286/15 286/15 287/1 287/10

join **[1]** 293/25

jokes **[1]** 270/7

joking **[1]** 95/20

Jon **[8]** 69/3 69/3 72/7 72/7 185/11 185/11 185/19 185/19

Jones **[1]** 3/19

JORDAN **[7]** 6/23 251/1 260/2 260/4 260/6 260/16 260/18

JOSEPH **[2]** 6/4 11/9

Joy **[6]** 29/2 69/1 92/8 102/7 108/10 108/24

JR **[1]** 3/18

judge **[22]** 3/8 114/18 142/2 186/6 222/3 234/8 234/15 236/17 251/17 255/2 256/7 261/3 261/16 261/23 286/18 286/22 287/2 289/21 290/14 298/6 298/16 301/3

judicial **[3]** 272/11 272/16 302/13

July **[20]** 12/4 12/6 15/12 49/19 68/18 73/12 74/14 84/16 84/17 151/6 151/7 162/19 162/20 162/22 173/23 178/13 179/10 255/15 283/6 296/18

July 3rd **[1]** 151/6

July 3rd and **[1]** 68/18

July 4 **[3]** 15/12 73/12 74/14

July 4th **[1]** 49/19

July 4th because **[1]** 296/18

July 5th **[1]** 255/15

**J**

**jumps [1]** 252/19

**Jurors [1]** 257/16

**jury [9]** 14/6 14/11 14/12 25/2 28/13 273/8 273/9 277/17 300/14

**just [157]** 9/23 11/18 13/23 13/25 15/18 18/11 19/7 24/17 39/7 44/7 44/23 49/8 49/10 50/20 51/24 53/23 62/4 62/6 65/9 65/10 66/2 66/5 66/21 70/10 71/16 77/1 77/5 79/12 80/13 80/16 82/17 83/7 83/18 85/10 87/20 90/23 91/17 91/21 92/8 93/8 94/25 100/2 100/20 101/14 111/15 111/20 112/2 112/13 112/14 113/16 114/24 115/19 115/23 117/21 117/21 120/20 121/6 121/17 122/6 122/11 123/20 125/1 125/1 125/25 129/20 129/20 132/23 136/19 137/18 138/2 138/23 139/20 145/9 146/2 149/15 149/16 149/19 154/11 157/11 157/12 158/6 160/1 160/6 160/17 164/13 164/17 164/19 165/22 173/3 173/13 177/2 185/22 186/1 186/12 187/5 188/13 190/5 192/25 193/9 196/12 201/22 205/13 208/8 210/22 212/22 214/20 216/23 216/24 219/8 220/10 221/21 221/22 222/1 225/4 225/19 227/5 227/8 232/24 233/19 234/13 235/20 235/21 236/12 239/11 243/4

243/22 247/10 252/2 258/12 259/1 259/15 259/21 262/16 263/14 264/13 267/17 270/15 272/14 272/19 275/18 275/19 276/16 276/20 280/14 281/16 285/19 286/11 286/20 287/22 289/6 289/17 289/21 290/2 290/10 290/11 298/10 299/18

**justice [3]** 258/14 285/11 287/15

**K**

**K-e-n [1]** 249/3

**K-i-m [4]** 249/4 249/5 249/25 250/1

**keep [15]** 50/21 72/22 86/2 89/16 138/12 178/5 219/14 228/21 231/5 232/3 234/11 262/2 262/4 262/11 286/2

**keeping [3]** 96/5 96/13 262/6

**Ken [1]** 249/3

**Kent [2]** 39/11 87/5

**Kevlar [4]** 176/2 176/3 176/9 176/23

**keypad [3]** 51/25 52/2 224/11

**kick [2]** 79/17 296/9

**kids [4]** 252/24 257/25 258/8 276/20

**kill [11]** 156/14 206/2 258/8 289/9 291/10 293/1 296/25 297/22 298/11 299/24 300/3

**killed [4]** 143/24 144/5 144/7 291/25

**killing [4]** 151/23 156/9 241/10 276/3

**KIM [4]** 6/21 249/1

249/23 249/25

**kind [143]** 14/9 20/4 22/5 22/7 23/3 24/12 24/17 33/7 33/10 33/20 34/21 35/3 35/9 36/21 36/22 36/25 37/16 37/17 38/23 39/7 40/3 43/3 43/15 45/13 46/21 46/24 48/19 49/8 53/1 53/1 55/21 55/23 57/9 59/16 59/20 60/11 60/16 60/18 61/1 62/9 62/17 63/7 63/15 64/6 65/5 65/12 67/12 67/13 67/16 69/10 70/8 70/16 70/16 71/14 71/18 72/21 73/19 73/20 75/13 76/15 77/14 80/11 80/16 80/21 80/25 82/2 82/25 83/20 85/5 85/6 85/10 86/15 86/20 86/20 87/11 87/24 88/22 88/22 89/13 90/22 93/3 95/20 99/23 100/17 101/13 102/19 102/20 103/4 103/5 105/17 105/18 105/21 106/2 106/8 106/17 109/5 110/6 112/14 114/6 116/19 118/5 120/20 124/3 124/3 125/23 127/12 127/20 127/23 129/20 130/20 132/17 132/22 133/2 134/3 134/5 135/14 162/17 199/14 218/13 233/24 242/17 251/13 251/15 252/17 253/22 256/12 256/23 258/6 258/9 261/16 262/8 264/14 269/4 272/14 275/2 275/4 275/9 275/23 276/24 277/5 278/7 286/6 298/25

**kindness [1]** 257/20

**kinds [1]** 154/11

# K

**kit [17]**  35/25 36/7 36/10 36/12 96/5 96/7 96/9 96/10 96/10 96/12 96/13 96/24 98/21 103/9 132/3 230/16 268/8

**kits [12]**  36/16 87/17 96/14 104/10 156/6 162/3 211/9 211/10 215/20 268/7 297/2 298/15

**knees [1]**  236/3

**knew [14]**  82/23 100/12 130/15 165/16 170/18 205/23 205/24 240/1 253/7 271/6 271/7 289/4 295/3 297/3

**knife [1]**  37/9

**knit [1]**  89/16

**know [259]**  14/2 15/17 16/11 17/23 21/14 30/9 31/7 32/17 34/7 36/22 37/8 37/18 40/8 40/8 47/1 47/2 47/4 47/8 50/8 51/12 52/4 55/18 56/14 57/16 57/25 58/17 59/13 62/24 67/25 68/17 70/7 73/22 73/22 73/24 74/2 76/5 76/19 76/20 78/20 80/10 82/15 82/21 84/8 86/24 87/10 87/12 87/14 89/20 89/25 91/10 91/25 94/13 96/11 96/20 98/20 100/7 100/8 100/10 100/22 100/23 104/11 104/14 104/19 108/10 111/3 111/9 111/10 112/18 112/21 117/10 118/1 119/11 121/9 125/6 125/6 126/15 126/15 126/24 127/2 127/3 127/4 127/21 129/22 130/10 130/15 131/12 131/20 132/2 132/25 133/17 133/25

134/3 134/7 141/14 148/16 148/18 148/21 149/11 149/12 149/16 150/5 151/17 151/18 151/22 152/12 152/14 152/19 152/23 153/24 154/2 154/6 156/11 159/11 159/13 160/14 160/19 161/14 164/19 165/2 166/2 166/3 166/12 168/15 172/2 175/12 175/14 176/1 177/21 177/22 179/25 183/1 185/22 186/25 188/4 188/10 188/16 188/19 189/8 189/10 189/12 189/13 191/4 191/8 191/13 191/14 191/18 191/18 192/13 192/17 195/16 195/17 196/9 196/12 196/15 198/16 198/18 198/24 199/1 199/4 199/10 199/16 199/18 199/20 201/1 201/4 202/15 202/20 202/23 205/1 205/3 205/23 207/23 217/13 219/10 220/11 224/3 224/6 225/25 227/7 227/25 228/23 230/2 230/10 232/23 233/5 233/18 234/20 234/23 235/2 235/5 235/9 239/15 240/5 240/8 241/13 242/16 247/2 250/6 250/11 252/24 252/24 255/6 255/18 256/22 261/1 261/3 261/7 261/21 261/25 262/2 262/6 262/17 262/20 262/20 262/22 263/8 263/9 263/12 263/13 263/13 263/20 263/21 263/23 264/7 272/22 273/5 273/16 273/17

275/12 275/21 275/25 276/7 277/2 277/25 278/22 279/15 279/20 279/21 279/24 280/23 281/2 281/4 283/13 287/11 287/14 287/16 288/22 290/7 290/25 291/4 292/12 294/16 297/22 297/23 297/24 297/25 298/23 298/24 301/7

**knowing [3]**  164/17 199/5 297/2

**knowingly [1]**  292/2

**knowledge [19]**  47/6 82/17 91/18 146/22 146/23 151/24 164/3 165/17 176/9 200/7 201/8 207/3 207/4 241/12 242/22 261/12 261/13 293/24 294/1

**knowledgeable [2]**  84/4 141/24

**known [22]**  17/1 31/6 34/15 42/13 56/6 57/3 57/21 64/24 69/15 79/25 91/16 165/20 193/5 219/23 222/22 230/25 250/8 254/9 254/11 257/1 257/3 290/25

**knows [6]**  81/15 119/5 253/7 269/11 279/6 295/25

---

# L

**LA [1]**  69/20

**LA-style [1]**  69/20

**lab [6]**  153/9 153/10 167/17 167/18 189/8 191/17

**label [3]**  140/17 140/23 284/25

**labeled [5]**  36/21 44/5 54/16 140/7 267/12

**labeling [2]**  141/2 282/17

**labels [3]**  200/9 284/22

Case 4:25-cr-00282-P   Document 60   Filed 06/17/25   Page 351 of 398   PageID 1894

labels... **[1]** 284/23
lack **[1]** 34/10
laid **[1]** 263/7
Lane **[2]** 107/12 111/20
language **[12]** 63/11 70/13
109/10 127/17 206/2
288/5 289/11 291/23
292/25 293/2 293/4
293/7
large **[2]** 59/2 59/4
large-capacity **[1]** 59/4
larger **[2]** 97/2 220/13
last **[8]** 99/23 137/16
148/10 188/13 249/22
249/23 260/17 296/14
later **[17]** 17/22 32/7
40/20 42/24 47/22 49/7
73/1 75/12 98/1 102/12
107/19 116/14 133/11
152/13 184/20 202/22
262/21
laude **[2]** 253/2 253/2
laughable **[1]** 284/25
laughing **[1]** 100/1
launched **[1]** 179/25
launching **[4]** 37/3 177/16
177/17 177/20
law **[64]** 3/19 4/2 4/5 4/9
4/13 4/19 12/11 25/11
40/12 40/20 42/22 49/11
52/20 83/11 91/9 96/11
102/16 102/23 109/18
121/16 128/5 133/4 143/11
143/12 143/19 143/21
143/24 144/4 144/5 144/7
144/8 145/5 145/8 145/10
147/24 148/2 148/4 151/15
176/7 187/9 192/2 192/14
194/17 204/5 206/23
219/4 225/7 225/12 230/4
230/19 233/19 240/2

241/9 250/22 266/5
274/19 277/5 277/16
277/16 291/5 291/6 291/6
291/17 297/9
lawful **[3]** 283/12 286/21
290/11
lawfully **[2]** 183/15 183/18
Lawn **[1]** 4/20
lawyer **[5]** 166/16 166/17
246/23 247/2 281/9
lawyers **[3]** 186/14 265/21
295/11
laying **[4]** 101/25 108/24
160/17 198/13
lead **[3]** 121/14 137/20
235/21
leader **[4]** 33/21 177/9
222/7 222/21
leadership **[7]** 33/12 33/19
57/20 58/4 139/23 222/23
262/9
leading **[1]** 235/20
LEAHEY **[1]** 3/19
lean **[1]** 258/3
leaning **[1]** 57/22
learn **[3]** 16/24 17/22
133/11
learned **[16]** 33/12 33/17
49/13 50/10 50/13 57/2
58/3 58/5 58/20 59/6
59/8 60/25 64/22 70/19
72/20 82/19
learning **[1]** 173/13
lease **[2]** 257/22 257/24
least **[14]** 13/21 22/12
30/4 56/17 172/2 182/1
183/20 203/20 214/9
231/8 270/19 270/19
282/11 297/25
leave **[9]** 45/25 89/23
90/1 90/10 132/11 150/3
165/25 237/20 281/17

leaves **[1]** 113/20
leaving **[4]** 112/13 169/3
208/4 225/1
led **[2]** 134/4 252/1
left **[47]** 17/19 20/3 20/3
22/3 23/3 23/6 24/3 24/6
24/20 24/21 30/25 39/10
44/18 45/14 47/9 54/19
57/22 63/22 66/20 94/4
94/5 100/19 102/5 103/1
105/17 105/21 106/18
106/20 106/23 115/9
117/15 118/15 121/12
122/23 124/21 150/5
150/10 192/10 196/25
207/24 240/5 269/13
273/13 278/16 292/15
299/4 300/5
left-hand **[1]** 23/6
left-leaning **[1]** 57/22
leg **[1]** 226/10
legal **[4]** 50/17 92/1
182/25 215/12
legally **[1]** 187/6
legislative **[1]** 142/23
LEIGH **[3]** 4/16 10/11
212/7
length **[1]** 77/9
less **[25]** 20/4 42/4 46/21
46/25 61/18 63/9 69/20
73/25 88/25 114/19 118/10
119/12 131/19 132/15
132/20 132/21 134/20
134/21 135/9 135/24 136/7
136/12 137/3 137/8 137/17
let **[9]** 89/24 157/24
166/12 187/8 190/8 212/22
222/12 263/20 301/7
let's **[52]** 9/5 9/12 13/18
13/23 17/12 22/21 22/22
24/11 24/17 28/7 32/1
33/4 33/24 36/20 37/15

# L

let's… **[37]**  39/3 41/21 43/14 46/24 48/18 49/6 52/14 59/9 60/10 60/23 62/1 65/25 69/8 71/10 74/8 86/10 92/3 113/7 115/16 115/20 117/6 120/1 127/7 130/6 138/5 138/13 142/4 237/15 238/2 273/21 275/18 285/19 285/24 287/4 289/10 292/21 295/21
lethally **[1]**  71/9
lets **[1]**  295/12
Letter **[1]**  63/24
level **[3]**  65/9 81/2 301/4
Levy **[1]**  288/22
liability **[5]**  266/10 266/11 271/25 271/25 295/22
liable **[1]**  266/7
libby **[1]**  80/5
liberal **[2]**  80/5 80/12
license **[1]**  240/14
lieutenant **[22]**  15/2 15/20 16/9 16/12 108/14 111/2 119/6 122/3 147/24 171/21 172/8 213/20 224/1 232/13 243/13 244/10 246/5 247/4 280/21 297/5 297/13 297/24
Lieutenant Paulsen **[1]**  246/5
life **[3]**  56/13 182/21 250/8
lifeblood **[1]**  61/2
light **[2]**  19/20 289/2
lighting **[2]**  219/3 219/8
lights **[1]**  111/24
like **[94]**  15/22 16/16 30/20 32/9 33/14 34/24 36/10 36/11 44/12 47/1 51/6 51/20 52/24 56/14

58/2 58/14 59/2 60/8 61/4 62/21 64/8 70/12 70/21 77/21 80/12 101/10 103/4 109/19 110/6 111/24 114/19 123/10 129/24 130/5 130/6 134/1 140/16 149/11 149/12 153/23 155/8 155/12 166/5 169/11 169/21 175/10 175/15 176/17 182/25 184/7 193/3 201/16 201/21 210/3 220/7 221/7 226/3 229/1 230/1 230/9 230/12 232/1 241/19 245/15 245/16 246/4 248/19 248/23 250/15 255/9 256/17 257/7 258/12 262/5 263/2 263/16 263/22 264/13 265/19 267/1 278/10 279/2 280/11 280/14 280/24 285/4 286/12 289/1 289/8 290/19 292/22 293/9 295/1 296/14
like-minded **[1]**  289/1
likelihood **[5]**  202/5 213/3 251/6 289/19 289/20
likely **[5]**  96/9 150/13 150/14 213/4 254/15
likes **[3]**  76/3 257/7 257/9
limb **[1]**  36/18
limbs **[1]**  103/17
line **[16]**  21/16 37/5 42/7 43/5 45/7 45/17 48/23 48/25 51/21 67/4 72/5 76/22 86/2 131/20 133/12 262/11
lines **[4]**  49/16 67/20 78/22 117/11
lingo **[1]**  192/19
link **[1]**  185/20
linked **[2]**  228/22 229/1
linking **[1]**  226/16

links **[1]**  269/11
list **[2]**  162/11 273/7
listen **[1]**  240/22
listened **[3]**  15/18 217/10 228/20
listening **[3]**  239/8 279/14 296/14
lit **[1]**  297/17
liter **[1]**  269/22
literally **[4]**  78/24 82/4 85/23 198/3
literature **[12]**  35/5 35/7 39/18 57/5 57/22 60/8 61/7 62/6 62/20 63/16 63/18 209/25
littered **[1]**  132/3
little **[33]**  11/20 14/9 30/15 43/21 51/18 55/16 55/16 55/22 60/24 69/2 73/11 92/5 98/12 101/6 103/11 103/22 112/19 116/25 121/4 123/1 124/11 128/11 130/4 132/23 138/7 190/22 192/19 208/2 216/22 246/13 258/4 261/4 264/9
live **[10]**  129/8 177/22 236/19 237/6 245/25 247/18 250/2 254/19 260/22 289/22
lived **[3]**  39/16 110/17 254/17
lives **[7]**  61/19 70/3 70/4 127/21 230/3 236/2 267/20
living **[2]**  82/9 293/6
lizard **[4]**  257/25 258/5 258/8 258/10
loaded **[6]**  46/19 114/13 115/11 116/1 116/2 190/20
local **[4]**  80/22 112/18 126/15 170/19

**L**

**located [15]** 31/2 40/1 51/24 55/4 104/10 107/1 107/2 118/8 132/9 136/17 142/9 152/21 163/12 164/4 203/6

**location [21]** 18/11 32/18 32/24 38/4 43/23 43/25 44/24 46/13 46/18 48/8 95/1 118/4 119/7 135/5 152/17 160/8 164/6 172/4 229/17 279/3 279/25

**locations [2]** 152/19 229/12

**lock [1]** 237/22

**logic [1]** 253/22

**lone [1]** 220/19

**long [23]** 11/15 21/24 53/8 134/14 146/6 148/4 159/11 159/16 160/18 186/10 186/13 186/15 189/17 193/5 202/15 216/21 217/10 217/11 254/17 266/13 267/11 285/9 290/25

**long-running [1]** 267/11

**long-time [1]** 285/9

**longer [4]** 114/16 135/10 197/15 248/14

**look [24]** 19/18 33/6 52/24 62/21 69/8 80/22 86/20 112/14 152/5 164/10 164/12 166/4 217/20 252/20 273/2 273/4 273/9 273/21 274/6 274/20 276/19 279/11 288/3 298/2

**looked [5]** 33/19 163/13 181/23 196/24 275/10

**looking [15]** 17/13 35/4 43/19 48/20 51/22 62/10 85/16 85/17 108/18 108/22 119/13 140/9 173/3 183/11

290/20

**looks [8]** 30/20 76/3 80/4 175/9 175/15 180/23 229/1 298/3

**loose [2]** 206/16 247/13

**loosely [1]** 55/23

**lost [2]** 98/23 217/3

**lot [41]** 24/16 24/23 30/13 33/25 36/2 37/10 37/18 38/5 44/5 44/8 56/13 66/16 87/23 96/17 129/21 141/5 142/22 145/19 153/24 154/22 164/25 166/21 170/17 175/10 188/12 217/19 224/7 230/9 230/12 233/10 234/15 239/10 255/6 257/8 266/5 278/15 278/16 282/9 282/16 295/18 296/1

**Lots [3]** 228/7 261/8 261/8

**loud [1]** 109/25

**louder [2]** 166/25 208/2

**loudly [1]** 147/17

**love [2]** 256/14 256/15

**loving [1]** 251/14

**low [2]** 274/23 291/2

**loyal [1]** 261/19

**lucky [1]** 50/24

**lunch [2]** 237/16 246/13

**lure [1]** 281/15

**luring [1]** 271/1

**LUSTER [3]** 3/15 139/1 139/5

**Lynette [6]** 39/11 40/9 56/23 69/1 89/21 133/18

**M**

**ma'am [10]** 207/19 207/21 209/20 209/24 210/6 210/18 210/21 211/2 211/5 211/8

**machine [3]** 17/9 62/15 262/2

**machinery [1]** 262/1

**machines [1]** 262/10

**mad [6]** 49/24 49/25 68/24 233/18 233/19 233/21

**made [11]** 168/5 168/10 176/1 176/3 183/20 252/8 252/23 261/21 285/24 289/3 295/13

**magazine [3]** 59/4 101/21 115/11

**magazines [5]** 67/6 116/1 116/2 116/4 190/20

**MAGISTRATE [1]** 3/8

**magna [1]** 253/2

**magnifying [1]** 102/2

**Magnolia [1]** 4/13

**Mail [1]** 5/4

**main [1]** 37/22

**mainly [1]** 68/15

**maintenance [1]** 261/6

**major [1]** 136/9

**majority [4]** 38/2 157/20 157/23 171/4

**make [34]** 37/25 42/14 77/16 77/18 89/4 99/8 99/14 99/17 129/7 132/5 147/5 150/8 150/13 157/13 165/22 167/18 183/2 186/17 192/19 216/24 230/25 246/3 246/9 250/15 252/7 273/22 274/4 275/5 287/11 290/10 294/10 298/5 298/21 301/8

**makes [4]** 221/7 267/5 272/15 295/17

**making [7]** 8/21 70/13 91/10 126/6 197/23 243/23 262/1

**M**

**Mal [6]** 68/25 72/14 81/13 94/5 94/5 94/6

**male [1]** 198/18

**malfunction [1]** 190/16

**malfunctioning [1]** 200/16

**malice [3]** 291/10 291/23 293/11

**malicious [1]** 205/21

**man [3]** 221/12 252/17 278/25

**managed [1]** 73/4

**manager [2]** 260/25 261/6

**mandate [1]** 290/8

**manufacturing [1]** 170/19

**many [36]** 13/7 16/6 18/4 29/23 32/16 32/16 32/25 33/18 36/9 36/16 37/2 40/20 41/12 41/19 59/19 61/14 62/19 64/18 66/23 73/16 76/8 79/13 111/9 150/20 164/24 197/5 201/1 202/20 214/24 217/2 228/21 228/24 236/23 276/5 293/12 296/22

**map [7]** 44/5 45/10 49/15 117/14 117/16 117/22 130/6

**maps [3]** 84/19 85/1 179/2

**marching [1]** 277/4

**MARICELA [12]** 2/11 8/9 28/7 36/24 39/15 47/17 47/18 56/17 88/22 120/8 120/15 125/21

**mark [1]** 299/11

**marked [1]** 44/23

**marshal [5]** 114/23 148/6 233/6 233/14 301/16

**Marshal's [1]** 286/16

**MARSHALL [5]** 6/16 238/7 238/8 238/10 238/24

**marshals [3]** 14/3 14/14 238/9

**mask [17]** 53/8 77/17 77/17 103/8 103/9 103/10 103/14 109/1 109/9 132/8 132/17 221/5 221/12 223/19 223/22 224/2 226/15

**masked [1]** 77/21

**masks [4]** 42/14 77/25 226/11 302/9

**match [1]** 193/9

**material [13]** 34/14 34/22 40/1 56/15 57/5 77/11 79/7 79/12 79/13 176/25 204/4 269/23 269/25

**materialize [1]** 97/4

**mathematics [1]** 253/17

**matrixes [1]** 139/14

**matter [11]** 70/3 76/2 127/21 181/15 203/9 204/12 230/3 265/18 267/20 301/4 302/7

**matters [2]** 9/15 301/11

**may [62]** 10/20 11/3 11/4 12/1 14/19 14/22 21/18 24/7 25/3 27/8 28/14 29/9 83/13 91/13 93/8 115/6 134/9 134/9 138/2 138/3 138/14 139/5 140/3 142/16 152/23 152/23 153/19 153/23 157/2 160/22 174/18 207/15 224/17 226/6 228/19 234/6 236/10 237/20 237/22 238/20 245/19 249/15 255/25 256/9 256/10 258/23 259/5 260/1 260/12 264/16 264/23 266/2 271/13 272/7 272/8 272/25 290/16 293/19 296/2 296/4 301/3 301/7

**maybe [20]** 100/1 128/12

135/10 146/8 159/13 164/10 192/1 192/20 217/24 219/15 219/22 220/3 222/1 226/3 239/11 279/2 289/6 289/7 292/5 294/14

**McLAIN [13]** 4/1 4/2 9/14 168/22 169/7 244/19 247/19 248/8 256/4 281/22 282/8 287/9 295/17

**McLain.........................**

**................281 [1]** 7/5

**McLain....................169 [1]** 6/8

**me [42]** 81/3 89/25 136/25 139/2 139/10 144/2 151/14 157/24 183/1 189/4 190/8 193/2 206/23 212/11 212/22 213/16 216/24 220/21 222/12 223/18 236/12 240/10 240/11 240/18 241/3 246/6 246/17 248/7 248/14 252/2 252/8 252/9 252/10 252/14 253/4 262/21 263/20 264/9 272/22 291/7 295/12 301/8

**Meaghan [8]** 29/3 148/24 187/6 187/9 241/23 241/24 291/9 291/12

**mean [41]** 24/18 42/11 59/16 64/5 70/18 72/2 76/5 78/21 80/4 80/6 82/16 82/16 83/4 88/12 96/9 148/6 155/22 189/22 205/20 210/23 212/20 213/25 225/16 233/14 234/10 234/11 247/9 252/23 261/19 261/20 261/20 262/15 263/7 263/7 263/14 263/20

# M

**mean...** **[5]**  268/1 273/25 276/17 295/14 298/12

**meaning** **[9]**  25/15 71/6 71/7 80/7 82/20 94/4 96/4 155/10 278/10

**means** **[15]**  28/9 64/16 71/5 72/17 76/16 81/16 83/9 86/13 93/4 98/13 105/4 172/14 275/16 289/13 291/7

**meant** **[4]**  36/7 36/8 130/24 176/11

**mechanical** **[1]**  253/16

**mechanism** **[1]**  189/12

**media** **[2]**  245/14 297/10

**medical** **[5]**  36/12 87/17 96/10 96/14 156/6

**Meditation** **[1]**  63/22

**meet** **[5]**  17/8 58/8 68/3 287/15 292/3

**meeting** **[10]**  151/1 151/8 151/12 151/17 156/12 242/16 273/20 276/4 283/7 294/20

**meetings** **[2]**  32/22 242/12

**Megan** **[1]**  241/17

**megaphone** **[1]**  37/6

**member** **[4]**  183/22 184/14 200/6 257/18

**members** **[5]**  57/20 65/1 77/2 90/11 150/20

**membership** **[2]**  66/4 140/7

**men** **[2]**  193/4 257/24

**mention** **[6]**  167/25 175/25 210/13 214/7 218/7 269/15

**mentioned** **[11]**  45/6 155/6 159/23 165/24 180/15 210/7 211/20 240/11 253/9 263/16 263/16

**mentioning** **[1]**  151/10

**mentions** **[3]**  211/13 211/14 299/20

**mere** **[7]**  271/13 271/13 271/16 271/17 274/18 293/15 293/20

**message** **[6]**  51/7 97/20 97/23 98/10 158/21 273/14

**messages** **[12]**  51/5 75/6 95/4 98/12 135/15 241/13 273/11 273/13 273/15 274/7 274/7 276/3

**messaging** **[9]**  49/12 50/12 51/5 51/10 67/25 68/2 69/17 69/18 151/10

**Messen** **[1]**  51/6

**Messenger** **[1]**  51/7

**met** **[14]**  32/25 134/4 134/7 158/24 159/1 173/14 192/16 192/16 252/17 262/1 287/9 287/12 292/4 300/15

**method** **[1]**  194/22

**methods** **[1]**  67/21

**Mexico** **[1]**  290/3

**microphone** **[3]**  160/3 238/19 258/4

**microphones** **[1]**  249/13

**microscope** **[1]**  190/2

**mics** **[1]**  11/10

**middle** **[12]**  17/18 19/20 20/6 35/3 40/10 63/8 67/17 67/17 90/4 137/3 283/5 299/15

**Midlothian** **[2]**  178/6 261/5

**Midwestern** **[1]**  253/11

**might** **[20]**  87/15 95/23 99/8 140/17 153/22 173/12 187/18 188/24 191/5 202/7 215/11 217/3 217/8 227/8 230/11 230/25 242/4 287/6 292/1 298/5

**miles** **[4]**  48/9 48/10 129/15 269/8

**militant** **[1]**  141/14

**militant-type** **[1]**  141/14

**military** **[2]**  69/23 176/7

**militia** **[1]**  277/3

**mill** **[1]**  261/5

**million** **[2]**  286/17 286/19

**mind** **[6]**  138/13 154/25 170/15 221/17 296/13 297/3

**minded** **[1]**  289/1

**mindset** **[9]**  33/15 55/24 56/2 61/16 64/20 70/11 70/22 116/16 230/14

**mine** **[1]**  98/23

**minivan** **[1]**  30/5

**minor** **[1]**  253/17

**minute** **[3]**  33/6 91/13 237/16

**minutes** **[20]**  47/22 48/3 98/1 108/17 112/6 114/19 116/14 123/22 135/22 136/5 137/6 145/23 146/8 160/13 217/14 217/17 217/24 270/24 297/16 298/13

**Miranda** **[3]**  246/23 247/5 280/21

**mirrors** **[1]**  283/25

**mischief** **[1]**  274/22

**miss** **[1]**  248/6

**missed** **[2]**  92/9 233/24

**misspoke** **[1]**  212/19

**mistaken** **[1]**  187/4

**misunderstanding** **[1]**  299/18

**mitigate** **[1]**  144/22

**mj** **[10]**  1/5 1/11 1/17 2/2 2/8 2/14 2/20 3/1 8/7 8/11

**mobile** **[2]**  76/3 76/7

**moderators** **[2]**  72/22

# M

moderators... **[1]**  95/25

mom **[1]**  250/19

moment **[10]**  13/23 19/7
45/8 138/2 152/21 186/1
193/2 236/13 246/16
289/17

money **[2]**  90/5 253/7

moniker **[2]**  49/14 49/21

monikers **[3]**  68/15 68/15
68/17

monitor **[2]**  14/1 90/1

month **[2]**  58/8 58/13

months **[2]**  169/11 262/21

more **[82]**  17/9 20/3 30/15
32/9 36/11 41/10 42/4
42/7 46/21 46/25 63/9
63/16 67/13 69/20 71/15
73/25 75/25 83/5 83/16
84/12 84/14 88/25 93/1
94/21 95/11 98/20 99/8
99/13 101/13 105/14 105/15
111/4 114/19 116/25 117/12
117/13 118/9 119/12 127/23
130/7 131/19 132/14
132/20 132/21 134/20
134/21 135/8 135/24 136/7
136/12 137/3 137/8 137/17
138/7 141/10 145/20
150/13 150/14 155/21
163/21 181/14 182/25
198/6 201/4 202/19
206/22 215/11 222/3
226/25 246/18 252/17
253/22 255/9 258/4
259/13 259/18 268/21
271/11 277/2 277/3 278/8
298/20

Morgan **[6]**  39/12 40/18
69/2 87/5 135/6 135/8

Morgan's **[2]**  40/22 40/23

morning **[6]**  8/14 10/2 11/8
32/13 114/21 239/7

MORRIS **[40]**  27/5 4/5 8/9
9/17 9/21 29/3 29/3 29/5
29/10 31/20 36/24 50/2
68/25 69/13 86/25 87/4
113/15 113/19 114/10 117/1
118/11 118/15 119/23
126/24 129/5 137/9 150/9
171/10 171/11 187/5 187/6
187/9 187/10 240/13
240/17 241/17 241/23
241/24 271/2 291/9

Morris' **[19]**  29/24 30/1
30/5 50/5 50/7 67/13
81/21 87/6 111/18 112/3
113/2 113/3 115/10 119/19
129/1 148/25 148/25 149/5
291/12

most **[11]**  13/5 68/18 96/9
128/22 130/11 252/16
254/19 261/12 268/23
273/18 289/2

mostly **[2]**  54/25 259/17

mother **[1]**  250/22

mother-in-law **[1]**  250/22

motion **[2]**  287/23 301/7

motivate **[1]**  269/5

motivation **[2]**  269/15
269/21

motivations **[1]**  154/23

mouth's **[1]**  151/14

move **[9]**  14/9 14/10 14/12
98/23 182/2 204/11
235/10 243/1 276/23

moved **[3]**  99/2 135/5
229/17

movement **[3]**  8/21 59/17
172/5

movements **[1]**  65/12

moving **[6]**  45/22 46/3
46/5 137/21 237/15 253/5

MR **[67]**  3/11 3/15 3/15

3/18 3/19 4/1 4/1 4/5 4/9
4/10 4/19 6/5 6/7 6/7 6/8
6/9 6/10 6/12 6/13 6/14
6/17 6/18 6/19 6/22 6/24
7/2 7/3 7/4 7/5 7/6 7/7
7/8 7/10 7/11 8/17 10/10
10/15 24/8 28/6 30/9
30/11 30/11 72/16 93/15
104/7 128/12 128/25
138/22 173/17 193/13
226/16 228/22 244/19
245/2 248/2 248/8 265/8
281/21 281/22 282/8
285/1 285/18 286/11
287/9 291/12 292/23
296/11

Mr. **[294]**  8/13 9/4 9/5
9/6 9/17 9/17 9/21 10/3
10/20 14/17 14/19 18/7
19/17 23/18 23/25 24/2
24/4 24/5 24/8 26/3
26/25 27/6 27/9 27/22
27/25 28/18 28/24 28/24
29/10 29/24 30/5 30/7
30/10 30/17 30/18 30/19
30/19 31/6 31/7 31/15
31/20 31/22 32/1 32/4
32/5 32/11 33/7 33/12
33/13 36/25 37/8 37/11
38/4 38/4 39/9 39/23
40/8 40/11 40/21 40/23
41/1 41/4 43/23 44/2
44/11 44/12 45/23 46/3
46/11 46/13 47/2 47/23
48/6 48/8 48/12 50/5
52/20 54/25 55/9 55/11
55/11 55/12 56/17 56/17
56/20 57/25 58/3 58/14
58/15 58/17 58/20 59/1
59/1 62/24 66/8 66/13
67/13 69/13 72/7 72/12
74/16 81/21 82/10 96/22

**M**

**Mr....  [190]**  101/3 101/15
102/15 104/11 106/5 110/16
110/17 111/18 112/3 114/10
114/16 115/6 115/10 117/1
124/19 129/1 129/5 129/5
132/9 132/25 133/12 134/2
137/1 137/4 138/15 139/1
139/5 142/4 148/16 149/3
149/9 152/8 154/24
155/24 156/25 157/8
163/2 163/2 163/3 163/4
163/8 163/8 163/12 163/14
164/1 164/6 168/22 171/7
171/17 172/8 172/11 173/18
173/19 174/11 174/17
174/23 175/4 176/16 177/4
177/8 177/9 177/11 177/17
177/21 177/22 180/4 180/7
180/11 180/16 180/19 181/1
181/3 181/5 181/7 181/8
183/21 184/17 185/11 186/5
189/20 195/13 195/20
196/17 199/13 207/22
208/6 209/7 211/14 212/1
212/17 212/17 212/20
212/21 212/25 213/1 213/1
213/9 213/9 213/12 213/17
214/16 215/1 216/10 216/15
217/5 217/6 220/19 222/6
223/10 223/14 223/19
223/21 223/23 224/1
226/19 229/21 229/22
236/15 236/21 238/5
243/3 243/8 244/21
244/23 245/4 246/2
247/15 247/17 247/19
247/20 247/21 247/23
248/4 248/9 249/1 249/2
249/19 251/7 251/7 256/4
258/23 260/2 260/4
260/6 260/16 264/10

264/25 265/1 265/4
265/10 265/25 265/4
272/5 273/23 274/6
274/19 277/11 277/12
277/14 282/1 282/12
283/2 283/7 283/11
283/12 283/16 284/2
284/10 284/10 284/13
285/11 285/13 286/23
288/4 288/22 289/17
290/15 290/19 292/21
294/5 294/8 295/6 295/14
295/17 296/7 298/18
298/20 300/10 300/18
301/1

**Mr. and [1]**  209/7

**Mr. Arnold [6]**  31/7 31/15
32/11 129/5 148/16 149/9

**Mr. Arnold's [1]**  149/3

**Mr. Baumann [23]**  9/5
24/4 24/5 28/18 30/10
30/17 30/18 38/4 44/11
47/23 52/20 54/25 55/9
82/10 137/1 137/4 157/8
163/2 171/7 180/19 181/3
181/5 243/8

**Mr. Baumann's [2]**  72/12
277/14

**Mr. Bouffard [2]**  248/9
282/1

**Mr. Brown [5]**  244/23
247/23 265/4 292/21
294/5

**Mr. Cameron [1]**  31/6

**Mr. Cofer [12]**  9/4 138/15
142/4 177/22 236/21
238/5 247/15 247/17
272/5 277/11 290/19
295/14

**Mr. Davis [2]**  212/1 295/6

**Mr. Evetts [56]**  30/7
30/19 36/25 37/8 37/11

38/4 44/12 48/6 48/8
48/12 72/7 173/9 173/19
174/11 174/17 174/23
175/4 177/4 177/8 177/11
177/17 180/4 180/7 180/11
180/16 181/1 181/7 181/8
183/21 184/17 185/11
195/20 247/20 249/2
249/19 251/7 251/7
264/10 264/25 282/12
283/2 283/7 283/11
283/12 283/16 284/2
284/10 284/10 284/13
285/11 285/13 286/23
288/4 289/17 300/18
301/1

**Mr. Evetts' [1]**  176/16

**Mr. Evetts's [1]**  66/8

**Mr. Florey [6]**  9/6 156/25
177/21 243/3 246/2
277/12

**Mr. Hayes [4]**  216/15
245/4 248/4 265/10

**Mr. Ines [8]**  26/25 27/9
56/17 66/13 212/25 213/9
214/16 296/7

**Mr. Jordan [3]**  260/4
260/6 260/16

**Mr. Kim [1]**  249/1

**Mr. Levy [1]**  288/22

**Mr. Luster [2]**  139/1 139/5

**Mr. McLain [4]**  168/22
247/19 256/4 295/17

**Mr. Morris [8]**  9/17 9/21
29/10 31/20 69/13 114/10
117/1 129/5

**Mr. Morris' [9]**  29/24
30/5 50/5 67/13 81/21
111/18 112/3 115/10 129/1

**Mr. Roy [1]**  260/2

**Mr. Rueda [1]**  195/13

**Mr. Sanchez [1]**  39/23

**M**

**Mr. Sikes [4]** 26/3 56/17 106/5 124/19

**Mr. Sikes's [1]** 27/22

**Mr. Smith [10]** 8/13 10/20 14/19 114/16 115/6 236/15 258/23 265/25 294/8 298/18

**Mr. Smith's [1]** 154/24

**Mr. Song [95]** 18/7 19/17 23/18 23/25 24/2 24/8 28/24 28/24 30/19 31/22 32/1 32/4 32/5 33/7 33/12 39/9 40/8 40/11 40/21 40/23 41/1 41/4 43/23 44/2 45/23 46/3 46/11 46/13 47/2 55/11 55/11 55/12 56/20 57/25 58/3 58/14 58/17 58/20 59/1 59/1 74/16 96/22 101/15 102/15 110/16 110/17 132/9 132/25 134/2 152/8 155/24 163/2 163/3 163/4 163/8 163/12 163/14 164/1 164/6 172/8 172/11 173/18 177/9 196/17 199/13 207/22 208/6 211/14 212/20 212/21 213/1 213/1 213/9 213/17 215/1 216/10 217/5 217/6 220/19 222/6 223/10 223/14 223/19 223/21 223/23 224/1 226/19 229/21 229/22 269/4 273/23 274/6 274/19 298/20 300/10

**Mr. Song's [4]** 33/13 133/12 163/8 171/17

**Mr. Soto [7]** 27/6 27/25 62/24 104/11 212/17 212/17 213/12

**Mr. St [8]** 9/17 14/17 186/5 189/20 244/21

247/21 265/1 290/15

**Mr. Thomas [1]** 56/11

**Mr. Wisely [1]** 10/3

**MS [17]** 4/12 5/3 6/11 7/9 25/2 26/22 35/18 40/23 94/6 95/20 104/11 207/9 207/15 244/25 247/25 265/6 295/5

**Ms. [74]** 10/7 25/4 26/8 26/15 28/15 38/24 48/12 56/16 56/21 63/1 78/15 92/13 95/7 98/5 100/3 102/21 103/14 106/12 106/13 108/11 110/20 120/11 122/24 148/18 148/21 148/23 149/6 149/13 149/19 149/23 150/1 150/3 150/5 150/8 150/10 150/11 150/16 150/18 150/23 152/1 152/16 152/24 153/19 153/24 155/25 156/13 193/18 195/21 197/23 200/4 201/1 207/20 209/3 209/7 210/1 210/10 210/25 211/6 215/3 239/18 239/23 240/5 240/8 240/13 240/17 240/25 241/10 241/15 259/11 259/25 269/16 276/2 293/4 294/6

**Ms. Batten [5]** 48/12 102/21 103/14 106/12 122/24

**Ms. Batten's [2]** 63/1 78/15

**Ms. Brooke [1]** 259/11

**Ms. Evetts [1]** 259/25

**Ms. Gibson [5]** 38/24 56/21 92/13 108/11 215/3

**Ms. Gibson's [1]** 110/20

**Ms. Hill [27]** 148/18

148/21 148/23 149/6 149/13 149/19 149/23 150/1 150/3 150/5 150/8 150/10 150/11 150/16 150/18 150/23 153/24 155/25 156/13 239/18 239/23 240/5 240/8 240/25 241/10 241/15 276/2

**Ms. Hill's [4]** 152/1 152/16 152/24 153/19

**Ms. Morris [2]** 240/13 240/17

**Ms. Rueda [12]** 28/15 95/7 98/5 100/3 106/13 193/18 195/21 197/23 200/4 201/1 269/16 293/4

**Ms. Schuerman [2]** 10/7 294/6

**Ms. Soto [9]** 25/4 26/8 56/16 120/11 207/20 209/7 210/10 210/25 211/6

**Ms. Soto's [3]** 26/15 209/3 210/1

**much [15]** 32/2 52/24 65/20 89/8 109/22 114/16 141/10 228/12 234/5 242/10 253/6 253/22 261/10 261/11 263/9

**multiple [49]** 12/9 18/1 18/14 19/12 22/13 30/3 32/14 32/21 34/11 40/24 41/5 43/10 50/6 51/4 51/12 51/13 58/13 60/7 65/8 66/5 66/21 67/6 68/7 68/8 86/12 86/12 86/22 87/15 88/5 99/20 106/24 113/4 123/7 125/18 135/13 135/14 193/25 194/1 194/3 194/3 197/6 203/24 204/19 211/9 214/23 215/21 223/12

# M

**multiple...** **[2]** 234/20
273/11

**multiple-act** **[1]** 87/15

**munitions** **[1]** 176/12

**murder** **[16]** 174/3 246/25
247/12 266/7 266/21
272/3 272/3 274/9 275/21
277/15 278/1 280/22
281/7 294/12 294/24
295/24

**murdered** **[1]** 272/4

**murdering** **[1]** 151/14

**murders** **[1]** 282/21

**Murphy** **[1]** 134/7

**must** **[3]** 214/17 222/2
300/13

**muzzle** **[3]** 197/13 197/14
197/18

**my** **[118]** 9/19 10/25 22/11
22/20 70/13 89/24 139/22
151/14 152/14 153/18 157/7
157/11 157/24 158/24
160/6 160/15 161/20
163/20 163/25 164/16
166/11 167/6 167/8 168/11
169/7 169/21 170/10 170/11
183/25 184/8 184/19
185/18 185/21 185/24
187/5 187/11 189/17 190/21
190/22 190/25 191/4 191/9
191/20 192/21 193/6
193/18 193/23 196/2
198/17 198/23 208/8
208/25 209/11 209/21
211/16 211/20 212/7 212/13
212/21 214/8 215/5 215/16
216/3 224/12 225/3 226/7
226/19 226/21 226/23
227/1 229/11 237/4
238/14 240/18 240/22
241/12 242/22 243/8

246/6 246/21 246/22
247/1 247/11 247/16 247/23
249/23 250/7 250/19
251/20 251/21 255/8
260/7 265/19 267/2
277/24 278/15 279/8
279/21 280/4 280/14
280/15 280/24 285/16
287/14 290/24 291/6
291/7 291/9 291/24 292/8
292/17 294/14 294/16
295/1 295/2 296/7 302/7
302/11

**myself** **[2]** 180/9 256/4

# N

**nail** **[1]** 295/14

**name** **[19]** 11/8 57/14
169/7 174/25 188/5 193/18
211/13 211/15 211/17 212/7
243/23 246/17 249/3
249/21 249/23 249/23
249/25 260/16 291/12

**name's** **[2]** 157/7 243/8

**named** **[2]** 174/8 187/6

**names** **[5]** 24/17 185/17
222/15 243/14 284/23

**narrow** **[2]** 165/6 214/9

**NATHAN** **[4]** 1/14 8/8
23/24 52/22

**National** **[2]** 184/2 184/11

**nationwide** **[1]** 57/21

**native** **[2]** 291/4 291/5

**nature** **[2]** 57/15 264/13

**near** **[24]** 19/20 25/21
26/11 26/23 27/17 27/25
28/1 36/3 37/5 40/13 42/7
44/9 95/9 102/6 106/22
107/13 111/19 130/19 132/6
132/9 134/14 174/25
207/22 276/15

**necessarily** **[9]** 33/11
45/20 76/19 83/5 120/25

150/12 159/16 198/4 203/9
299/8

**necessary** **[2]** 221/9 287/3

**neck** **[2]** 20/1 221/5

**need** **[27]** 69/20 75/9
83/19 84/4 89/4 90/5
98/21 99/3 114/23 119/10
139/6 169/11 205/14
222/10 237/21 238/19
246/8 249/14 255/25
256/9 262/17 264/2
277/25 291/2 298/14
298/14 299/24

**needed** **[8]** 90/6 135/18
158/8 261/21 262/2 262/3
263/21 299/25

**negative** **[5]** 214/1 230/3
279/7 279/16 279/17

**negatively** **[1]** 287/17

**negligent** **[1]** 58/7

**neighbored** **[1]** 113/19

**neighborhood** **[6]** 95/12
112/19 120/21 130/22
173/7 174/25

**neither** **[3]** 152/10 159/10
297/25

**Nerves** **[1]** 250/23

**nervous** **[1]** 250/22

**network** **[1]** 91/23

**never** **[15]** 145/10 159/8
159/9 185/2 187/24 251/15
253/20 253/21 263/8
263/14 263/19 263/22
275/12 291/17 292/6

**Nevertheless** **[1]** 90/15

**new** **[4]** 252/11 255/19
255/20 287/3

**news** **[4]** 85/15 86/17
269/2 297/10

**next** **[103]** 13/18 17/12
22/21 24/11 24/12 24/24
26/8 32/11 33/4 33/24
36/20 37/15 39/4 41/21

# N

**next...** **[89]** 43/14 43/21
44/18 48/18 49/6 51/16
54/3 55/11 55/14 59/9
59/9 59/23 60/10 60/23
62/1 62/8 63/5 64/2 64/13
65/25 66/19 67/4 67/7
71/10 72/5 74/8 75/4
75/23 76/13 77/12 78/11
78/18 79/2 79/9 79/19
80/19 81/6 81/18 82/6
83/14 84/10 85/4 86/10
86/19 87/7 88/7 88/15
89/6 89/18 90/20 92/3
92/22 94/19 95/18 97/17
98/16 99/5 99/21 100/14
100/21 101/2 102/18 104/5
104/12 104/14 105/12
106/15 107/2 107/5 108/7
113/7 115/16 115/19 116/22
117/6 123/10 123/23
124/16 124/19 127/7 128/9
130/2 134/1 134/7 156/25
162/18 215/3 266/17
266/23
**nice [1]** 169/20
**night [26]** 21/22 31/24
32/11 33/2 37/1 74/14
82/23 90/19 100/25 101/1
134/11 171/14 171/24
171/25 174/18 175/3
195/14 196/7 196/14
202/13 241/1 267/23
267/24 271/19 297/8
299/15
**nighttime [1]** 80/2
**nine [7]** 32/14 42/4 42/6
46/2 197/8 225/24 235/11
**Ninth [1]** 277/19
**no [254]** 1/5 1/11 1/17 2/2
2/8 2/14 2/20 3/1 4/6 8/7
8/11 16/14 18/20 19/23

19/23 21/9 21/11 21/11
21/22 30/7 32/6 42/11
48/12 53/17 53/17 53/19
76/2 98/4 103/16 104/24
105/8 109/1 110/25 116/13
125/13 131/11 138/24 144/7
144/15 147/8 149/25 150/7
150/15 150/17 150/25
151/16 151/24 152/19 153/1
154/13 156/10 156/16
162/9 164/23 165/14
166/17 167/13 167/23
168/10 170/10 170/24
171/8 173/16 174/17
174/20 175/3 175/7 175/17
175/21 176/21 180/2 180/5
180/6 180/14 181/2 181/10
181/11 181/13 181/17 183/9
183/12 184/16 184/24
185/9 186/11 186/19 187/21
188/18 188/20 188/20
188/23 191/11 191/14
194/15 194/16 197/15
198/17 198/25 199/2 199/5
199/19 200/1 200/5 200/7
200/13 201/3 201/6 201/8
201/12 201/22 202/11
202/14 203/2 203/10
203/23 203/23 203/25
203/25 204/3 205/5
206/4 207/21 208/11
208/24 209/16 209/20
209/24 210/6 210/18 211/2
211/5 213/11 213/21 214/5
214/11 214/14 216/11 218/4
218/5 218/12 218/21 219/6
219/7 219/13 219/13
219/14 220/17 221/24
224/9 224/20 225/3 226/1
227/17 227/22 229/11
229/23 231/11 231/18
232/2 232/13 232/15

232/20 232/20 233/18
233/21 241/7 242/10
242/14 242/17 244/20
244/22 244/24 245/1
245/3 245/5 245/13
245/16 245/17 246/1
247/1 247/4 247/20
247/22 247/24 248/1
248/3 248/5 254/10
254/13 256/21 256/25
257/2 257/4 257/12
257/15 257/17 257/19
258/15 259/2 259/4
261/11 264/6 264/20
264/22 265/3 265/5
265/14 270/1 273/14
273/18 274/2 274/3 274/5
274/13 274/14 275/4
276/1 276/2 276/10 277/8
277/9 277/22 278/12
280/6 280/6 280/23 281/5
281/10 283/1 283/19
283/20 283/23 286/24
288/10 290/2 291/20
291/22 293/11 293/11
294/4 294/18 294/19
294/21 294/22 295/2
296/6 297/21 298/10
299/8 300/1 300/3 301/12
301/13 301/14
**nobody [7]** 90/24 90/25
164/11 219/3 258/7 263/19
297/15
**noise [4]** 70/20 146/14
147/5 192/19
**non [1]** 144/8
**non-law [1]** 144/8
**nonappearance [1]** 300/24
**nonchalant [1]** 125/4
**nonchalantly [1]** 137/23
**nonconfrontational [1]**
263/7

# N

**none [5]** 125/11 180/6
181/14 271/10 285/15
**Nonexistent [1]** 291/25
**nonfactor [1]** 288/11
**nonissue [1]** 288/11
**Nonsense [1]** 274/19
**Nope [1]** 227/21
**nor [5]** 48/12 152/10
159/10 181/11 288/4
**normal [9]** 17/3 17/4 17/7
22/2 56/1 83/8 125/5
196/4 237/13
**Normalize [1]** 70/15
**normally [3]** 125/5 139/15
172/14
**north [13]** 38/3 44/17
107/11 117/17 118/9 130/20
131/2 132/23 178/1 178/5
178/22 254/17 254/19
**northbound [1]** 184/18
**NORTHERN [3]** 1/2 3/12
302/18
**northernmost [1]** 48/2
**northwest [1]** 45/14
**not [319]**
**nothing [16]** 151/22 162/13
168/19 184/14 188/22
270/16 275/21 276/3
276/15 280/18 281/13
281/19 283/23 284/16
288/13 290/8
**notice [1]** 175/10
**noticed [2]** 197/23 252/25
**notion [2]** 150/15 276/12
**November [1]** 302/15
**now [72]** 14/20 21/20
22/12 22/16 26/22 31/15
32/4 33/10 40/8 51/3
61/14 69/21 83/21 83/22
89/24 90/5 92/13 95/14
98/18 103/10 103/13

104/22 111/3 116/19 116/25
117/4 118/11 120/25 123/8
124/25 126/15 126/15
127/2 132/2 133/17 136/18
141/5 143/6 148/14 148/15
151/25 154/10 154/22
156/8 157/15 158/10
160/21 162/17 163/10
163/17 170/9 170/12 177/11
180/15 181/22 185/25
188/8 191/20 193/9 208/9
224/6 235/15 239/21
240/18 240/22 254/14
270/5 272/20 275/12
276/13 277/24 285/16
**nowhere [1]** 206/3
**number [1]** 197/2
**numbered [1]** 5/6
**numbers [2]** 133/8 185/15

# O

**Oak [1]** 4/20
**oath [4]** 11/1 238/15
249/10 260/8
**obeyed [1]** 161/9
**object [3]** 97/7 235/19
294/1
**Objection [3]** 142/2 181/25
222/9
**observations [1]** 18/3
**observe [1]** 254/25
**observed [10]** 22/3 23/15
39/23 44/19 64/9 65/8
74/6 106/25 107/21 112/12
**observes [1]** 108/24
**observing [1]** 108/23
**obstruct [1]** 258/14
**obtained [6]** 62/7 140/12
152/7 170/24 214/15
221/19
**obtaining [1]** 37/9
**obvious [3]** 44/4 98/13
98/13

**obviously [18]** 32/4 33/10
34/21 42/10 45/2 45/9
49/21 52/17 54/13 65/15
70/24 85/21 95/21 126/6
126/9 128/2 219/19 266/3
**occasion [3]** 203/13 242/7
263/5
**occasionally [1]** 133/20
**occasions [2]** 143/8 143/22
**occupation [2]** 250/4
260/24
**occur [5]** 73/14 87/15
142/20 143/11 277/23
**occurred [16]** 12/10 44/6
87/12 106/22 134/25
136/4 143/1 143/1 145/24
146/7 172/4 198/2 207/23
209/12 271/21 274/17
**occurring [1]** 86/22
**occurs [2]** 189/12 189/13
**oddly [1]** 80/10
**off [75]** 37/20 38/5 42/8
43/5 54/1 54/17 61/4
66/13 67/13 79/17 91/18
95/23 99/14 102/21 106/9
106/12 115/9 127/5 128/13
128/15 133/15 136/21
147/8 147/9 147/12 149/18
152/14 153/18 156/3
158/10 160/15 161/11
161/20 162/11 166/10
167/16 170/11 172/14
172/18 179/9 179/23
185/21 185/24 193/22
196/2 197/11 198/17
208/20 214/7 218/4
218/10 219/8 219/24
225/13 225/14 225/22
226/21 228/16 229/11
230/22 235/7 236/14
252/24 262/8 263/14
268/3 268/22 269/7

**off...** [7]  269/23 269/25
271/9 281/1 283/20
297/17 298/21

**offense** [10]  142/11 157/17
215/5 215/23 267/4 273/3
274/14 274/15 274/17
288/2

**offenses** [5]  274/24
285/14 289/19 295/16
296/8

**offensive** [1]  78/24

**offered** [1]  275/22

**offering** [1]  135/18

**office** [14]  4/2 4/5 4/9
4/13 4/19 9/19 177/4 187/1
187/20 187/21 192/22
242/12 242/13 246/22

**officer** [76]  12/16 12/20
15/3 15/5 19/15 19/16
19/19 19/21 19/24 20/11
20/12 20/19 22/11 23/12
23/13 23/14 28/21 43/24
45/3 46/9 46/10 46/15
55/10 55/12 56/9 99/18
101/16 108/19 108/23
111/10 114/5 115/9 115/19
119/9 119/13 122/1 122/2
123/22 136/22 146/9
148/7 166/5 166/7 166/13
189/2 189/6 196/18 221/4
221/21 227/14 227/17
233/13 233/15 236/7
238/11 241/16 243/25
244/13 246/7 246/25
247/2 249/6 271/23
272/16 278/13 278/13
279/5 280/9 280/18
282/21 284/4 284/13
291/11 292/10 294/12
298/11

**officer's** [1]  227/20

**officer-involved** [2]  119/9
122/2

**officers** [73]  12/12 12/22
13/9 13/14 16/18 17/20
19/2 20/13 21/14 21/18
23/9 23/10 23/11 23/16
45/4 45/6 45/11 45/12
45/18 45/21 45/24 70/5
108/13 109/11 110/22 111/5
111/8 111/14 111/20 112/12
113/14 116/13 119/2 119/5
119/6 119/9 120/23 121/1
130/10 151/15 157/18
160/22 160/23 160/24
161/7 161/14 161/21 164/6
164/9 166/4 174/3 186/22
187/3 187/17 199/7 199/10
220/23 224/16 227/15
233/3 233/8 235/10
235/16 236/25 239/12
240/2 270/11 270/12
276/22 281/14 281/15
282/22 284/3

**officers'** [2]  17/19 161/9

**Official** [1]  302/18

**officially** [1]  47/12

**officials** [2]  154/16 154/17

**often** [2]  142/18 176/16

**oh** [14]  79/2 156/24
195/15 212/21 219/25
231/13 252/16 255/13
255/23 263/1 264/4 290/4
295/21 299/19

**okay** [321]

**old** [5]  35/10 251/20
252/17 255/19 291/23

**oligarchy** [2]  101/8 101/9

**on** [396]

**on-scene** [1]  148/4

**once** [12]  45/21 58/8
95/22 118/5 134/25 135/5
136/23 218/23 221/19

237/23 252/25 292/6
**one** [184]  12/19 15/17 17/5
17/22 18/7 18/7 18/17
19/25 20/12 20/13 20/24
27/17 27/19 27/21 27/21
30/4 31/4 31/11 31/12
37/11 37/12 38/9 38/15
38/20 38/25 39/23 40/16
41/14 41/20 41/23 45/3
45/6 45/6 46/17 50/24
53/18 54/22 55/6 55/9
58/6 58/13 59/9 62/19
62/25 63/3 66/17 77/18
79/13 86/15 89/1 91/11
93/12 93/20 94/13 96/9
98/11 98/20 98/22 99/13
100/20 102/3 102/25
108/17 110/4 111/13 111/13
112/10 117/12 117/13 119/2
119/4 123/1 125/9 128/15
130/7 132/11 135/1 137/16
137/19 137/20 140/17
140/18 140/20 140/21
140/22 140/22 147/8
149/8 152/8 152/10 153/1
154/4 154/6 154/7 154/8
158/12 158/15 158/16
158/18 160/22 162/25
163/23 168/10 171/5 171/9
171/17 171/24 172/4 172/15
173/20 173/21 178/16
178/18 179/15 179/23
180/9 184/5 184/15 185/21
186/1 195/15 195/16 198/6
198/11 200/22 202/19
206/12 210/7 211/21
213/23 214/7 214/9 214/17
214/20 215/1 215/2 219/7
219/15 221/21 225/3
226/25 229/8 229/10
229/17 230/15 230/23
231/8 231/9 233/18 236/7

# O

**one... [34]** 237/4 237/5
237/11 240/11 241/18
241/24 242/15 246/17
247/13 248/12 250/20
252/16 255/4 257/6 258/7
259/13 265/17 266/8
268/11 268/18 268/22
270/20 270/20 272/11
273/11 278/5 286/24
287/25 296/15 297/21
297/23 298/21 298/22
299/8

**ones [6]** 52/9 86/7 158/23
223/4 225/16 273/17

**online [2]** 192/16 192/17

**only [46]** 18/23 23/15 38/6
50/3 50/23 52/4 52/9
52/23 53/9 54/19 74/18
74/22 81/20 83/11 89/16
109/15 109/22 132/7
135/20 143/4 149/8 154/4
165/2 166/20 166/23 171/1
171/5 173/21 181/2 187/6
213/17 224/16 233/13
241/20 242/3 244/14
248/11 266/7 268/18
279/6 279/15 283/10
284/25 288/3 288/20
288/23

**onto [2]** 36/18 113/19

**oOo [1]** 8/3

**open [6]** 63/24 93/7 93/8
132/13 221/3 271/8

**opened [3]** 171/12 221/4
221/5

**opening [1]** 93/17

**opens [1]** 268/15

**operating [1]** 131/6

**operation [1]** 49/22

**operational [2]** 68/1 89/13

**operator [1]** 131/2

**opinion [8]** 144/2 145/5
220/3 230/25 231/13
261/16 263/6 301/6

**opportunities [1]** 263/10

**opposed [2]** 83/9 185/13

**opposition [1]** 274/11

**OPSEC [7]** 68/1 68/5 68/9
90/14 91/12 91/25 93/1

**option [2]** 50/14 287/6

**options [1]** 287/15

**or [283]** 14/6 19/2 19/2
20/3 20/8 20/17 22/14
26/1 26/12 28/1 29/3 32/9
32/11 32/14 36/3 36/3
36/13 42/4 46/2 46/21
46/25 51/7 51/7 51/21
55/15 56/4 56/16 58/8
60/22 61/11 61/23 63/9
63/10 64/25 65/13 68/1
68/12 68/13 68/13 69/5
70/7 70/20 73/5 73/8
73/20 73/25 75/12 77/5
85/12 86/12 88/2 88/3
88/6 88/25 90/1 90/5
90/24 91/17 96/10 96/12
96/21 98/10 99/13 101/10
101/10 102/2 108/17 111/24
114/19 118/9 118/14 119/12
119/17 121/4 121/6 125/3
126/15 128/23 131/15
131/19 132/15 132/20
132/21 133/15 133/23
134/1 134/20 134/21 135/8
135/24 136/7 136/12 137/3
137/8 137/17 139/16
139/20 139/23 140/12
140/14 140/20 140/21
140/22 141/7 141/9 141/12
143/18 143/24 144/5
144/22 144/22 145/23
146/14 148/11 148/25
149/13 151/15 152/12

152/23 153/12 153/15
153/16 153/17 154/2 154/6
154/8 155/22 156/14
158/23 159/2 159/19
160/12 160/22 165/20
166/13 167/5 167/9 167/9
167/12 168/5 168/15 172/7
173/14 175/5 176/3 176/12
176/18 177/21 178/7
178/12 180/7 182/21 185/3
185/16 188/14 191/16 192/1
197/19 198/18 198/19
199/8 199/12 199/13
199/20 200/13 201/24
202/6 202/25 204/22
205/2 205/9 205/10
208/22 212/11 213/4 213/4
213/6 213/13 214/1 216/5
216/8 219/4 219/23
219/24 220/10 220/11
221/3 222/17 222/25
224/8 224/14 226/3 229/1
229/13 229/25 229/25
230/17 231/1 231/7 232/19
232/25 233/1 233/12
233/22 236/16 237/21
240/1 240/4 240/14 241/9
241/10 241/11 241/13
241/15 241/25 242/12
245/15 245/16 245/24
246/3 247/18 252/1 253/2
253/7 253/14 254/15
255/19 256/13 257/14
257/14 259/15 261/12
264/8 266/4 267/6 267/7
268/9 268/22 270/13
271/2 273/8 273/22 274/4
275/3 275/3 275/5 276/4
276/6 278/10 278/13
278/14 278/24 279/6
279/16 279/17 279/17
279/18 279/25 279/25

**O**

or... **[24]** 281/7 282/11
282/17 282/18 283/17
284/5 284/5 284/6 284/7
285/3 288/5 289/20
291/14 293/15 294/1
294/23 297/25 298/7
298/7 298/20 300/21
300/24 301/1 302/9
order **[3]** 218/24 278/17
285/20
ordered **[1]** 254/16
orders **[1]** 218/22
organization **[7]** 57/20
64/16 139/20 139/23
183/24 184/1 285/3
organized **[9]** 40/6 40/11
42/12 55/23 100/4 134/4
139/19 156/4 215/17
organizers **[1]** 89/10
organizing **[2]** 32/23 65/10
oriented **[1]** 262/6
ostensibly **[1]** 286/14
other **[133]** 26/5 29/23
30/8 33/16 35/8 39/17
40/4 40/10 45/16 45/24
48/2 51/1 51/7 52/8 52/9
60/15 61/24 63/17 64/8
73/2 84/8 86/23 90/11
96/3 102/13 104/12 106/10
108/20 110/24 111/19 113/4
117/5 117/11 119/9 126/19
129/13 136/16 137/23
140/21 144/23 146/19
147/1 147/2 147/5 147/21
148/2 148/4 148/8 148/24
158/12 159/2 159/5 162/11
162/13 165/8 168/7 168/7
168/12 168/13 169/8
173/20 176/12 186/13
186/21 187/16 187/17
190/7 190/19 194/7 204/21
205/9 206/15 208/17
208/18 210/17
211/1 211/17 211/20 213/19
218/16 219/8 219/13
223/16 225/24 226/16
226/17 227/16 227/16
227/17 230/7 231/9
232/16 232/20 232/21
233/3 233/8 233/23
235/11 236/16 240/2
240/12 241/9 247/13
254/7 256/22 256/22
257/24 257/24 258/8
263/13 263/21 265/17
265/18 265/21 274/25
276/5 276/5 278/6 278/19
281/5 281/6 284/11 284/17
285/4 285/7 285/20
292/2 297/7 297/23
298/11 300/11 301/10
others **[9]** 58/1 58/15
150/9 165/10 209/8
264/16 271/12 275/11
281/11
otherwise **[3]** 81/23 91/6
278/14
our **[33]** 8/20 13/25 52/23
60/1 62/7 69/24 82/8
85/19 86/4 86/6 86/6
88/13 96/6 96/13 99/23
101/6 131/8 139/14 140/12
140/12 182/7 185/16 222/8
237/12 255/12 277/2
277/24 282/12 284/17
284/24 286/16 292/8
293/5
ourselves **[3]** 230/11
298/14 298/15
out **[144]** 16/13 18/10 20/2
20/6 21/17 23/20 35/7
38/24 40/23 45/13 46/22
49/21 58/12 64/6 72/23
73/5 73/25 74/3 74/20
75/6 75/6 76/9 80/12
82/23 84/2 84/12 84/19
85/1 86/8 89/8 90/13
90/19 91/11 92/16 93/2
93/17 95/4 95/11 95/11
100/24 102/16 105/18
106/8 106/21 107/3 109/12
109/15 111/2 111/6 111/7
111/9 112/13 113/19 116/2
119/12 119/20 121/1 121/6
131/20 131/23 133/2
133/21 137/18 144/3
146/18 146/21 150/1
153/25 156/9 162/18
164/24 166/14 176/19
189/15 189/18 192/2
205/24 206/19 215/18
218/16 218/20 218/22
219/4 219/11 224/21 225/3
225/4 225/6 226/11
227/12 228/6 228/14
228/22 230/12 230/25
231/7 232/4 232/17
232/24 233/3 235/10
251/22 252/19 252/20
253/5 258/7 258/10
261/21 268/23 269/1
269/2 269/16 269/24
269/25 270/11 270/12
271/1 272/10 273/20
276/25 277/1 277/17
278/16 280/4 280/12
281/2 281/16 286/3 287/1
287/17 287/23 288/12
288/14 288/22 289/10
289/13 289/23 290/1
291/18 292/6 296/15
297/20 298/4 300/7
outages **[1]** 262/5
outer **[2]** 205/1 205/2
outlier **[1]** 278/8

**O**

**outlining [1]** 49/16
**outrageous [1]** 268/25
**outside [16]** 17/20 21/16
54/12 73/14 145/21 182/22
214/25 217/12 218/16
220/15 222/17 223/4
223/13 241/17 261/10
292/24
**outstanding [1]** 201/16
**over [30]** 9/25 38/17
40/12 41/6 46/24 80/23
81/2 85/12 85/13 85/23
85/25 103/4 121/9 133/16
134/1 134/13 144/13 177/1
212/22 242/8 242/15
251/22 251/24 252/20
258/8 261/4 262/22 269/2
280/10 300/13
**overall [3]** 87/20 164/17
211/12
**overcharged [1]** 295/2
**overhauls [1]** 262/4
**overkill [1]** 234/12
**overlap [2]** 138/13 207/14
**overlapping [1]** 86/22
**overlay [1]** 148/14
**overnight [1]** 133/14
**overthrow [2]** 57/10 270/4
**overthrow-the-government
-type [1]** 57/10
**overview [1]** 46/24
**own [16]** 57/22 72/2 72/21
72/24 72/24 89/4 109/10
122/14 135/16 139/3
141/25 161/10 192/21
205/19 226/4 253/5
**owned [6]** 44/10 48/23
49/18 49/18 54/8 232/10
**owner [3]** 49/25 191/5
228/23
**owns [1]** 49/16

**P**

**P-a-u-l-s-e-n [1]** 247/11
**P-a-u-l-s-o-n [1]** 244/15
**P.D [7]** 15/4 75/14 75/16
108/20 111/14 190/9 192/2
**p.m [9]** 12/5 15/11 15/12
84/16 119/15 119/17
237/24 237/25 301/19
**pace [1]** 17/6
**pad [1]** 93/15
**paid [1]** 253/8
**paint [12]** 54/11 54/24
55/2 55/3 162/4 162/11
166/24 167/1 175/21
175/23 204/15 281/9
**paintball [2]** 176/18 176/20
**painted [3]** 175/11 276/15
281/10
**painting [6]** 38/13 38/14
38/15 226/6 232/7 268/4
**palatable [1]** 70/13
**pamphlet [2]** 66/3 66/7
**pamphlets [2]** 77/10 204/6
**pandemic [1]** 302/8
**pants [1]** 53/9
**paper [2]** 34/12 167/5
**par [1]** 262/2
**parades [1]** 69/20
**park [2]** 44/9 251/22
**parked [9]** 44/10 117/19
121/13 121/18 191/25
195/18 195/18 218/6
218/13
**parking [10]** 30/13 37/10
37/18 38/5 44/5 44/8
164/25 166/21 278/15
278/16
**part [34]** 13/5 24/13 57/17
61/15 69/18 78/23 86/11
89/13 96/1 125/2 125/3
126/16 140/18 140/22
140/23 159/17 174/23

177/4 183/9 183/12
202/25 211/11 232/12
235/6 245/10 245/14
256/8 269/18 272/2
273/17 282/1 283/8
294/10 295/7
**Partially [1]** 147/14
**participant [1]** 72/10
**participants [3]** 87/3
141/23 302/9
**participate [7]** 56/10 58/4
90/12 135/18 155/25 185/3
281/8
**participated [14]** 31/9
37/3 59/12 69/4 74/22
149/17 149/21 149/22
159/5 164/19 201/2 211/8
211/10 276/1
**participating [3]** 82/24
155/23 156/4
**participation [1]** 293/17
**particular [33]** 16/25 19/18
38/10 39/14 51/24 57/2
59/11 59/16 73/3 75/14
103/2 141/24 142/16 143/5
152/15 153/21 153/22
154/8 158/21 159/17
160/14 161/25 180/1 182/9
189/11 201/14 206/17
209/4 210/14 254/24
273/14 284/19 293/9
**particularly [5]** 59/25
140/4 140/5 195/17
284/25
**parts [2]** 85/11 210/8
**party [3]** 155/11 173/6
173/14
**pass [9]** 156/21 156/22
156/23 168/19 186/2
207/6 216/13 242/25
262/17
**passed [3]** 240/20 241/3

**P**

passed... [1]  262/22
passenger [1]  114/7
passing [3]  211/24 267/14
 297/8
passport [2]  290/4 290/5
past [11]  117/1 120/21
 121/17 121/18 121/18 122/6
 209/9 270/16 270/16
 285/24 293/13
path [3]  132/4 256/13
 261/22
PATRICK [4]  4/1 4/2 9/14
 169/7
patrol [2]  22/5 112/22
patrolling [1]  22/13
pattern [2]  273/8 273/8
Paulsen [8]  243/15 243/16
 243/17 243/18 244/12
 244/15 246/5 247/11
pause [8]  52/14 120/3
 121/23 122/16 123/15
 125/16 126/13 258/3
pay [1]  217/2
paying [1]  57/20
PC [4]  3/19 248/11 287/22
 295/4
PD [2]  80/22 242/10
PDC [3]  38/6 232/10
 288/16
PDC-owned [1]  232/10
peace [1]  233/15
peaceful [17]  56/4 56/5
 69/19 69/21 70/17 70/17
 70/20 70/22 73/18 73/19
 80/9 141/6 143/7 143/10
 143/20 253/19 299/10
peacefully [7]  88/3 144/6
 182/10 182/12 183/16
 183/18 202/21
peacefulness [2]  253/19
 263/6

peacemaker [2]  257/6
 257/10
pegs [1]  184/15
pejorative [2]  155/7 155/7
pending [2]  258/18 290/1
penetrate [1]  195/2
people [97]  12/7 21/18
 25/24 32/25 33/16 33/18
 33/18 38/2 42/17 46/6
 46/24 50/11 56/10 56/12
 57/4 57/7 58/14 61/1
 61/24 64/19 70/14 72/22
 73/16 77/24 87/21 89/4
 89/8 91/3 91/7 91/10 91/14
 91/19 100/5 100/8 112/21
 122/5 133/16 140/13
 146/18 147/4 147/9 149/7
 153/25 155/2 155/13 159/8
 164/24 172/2 179/8 181/23
 186/22 187/17 191/21
 192/10 192/16 197/2 197/7
 197/10 199/8 205/13
 206/15 206/16 221/8
 222/6 222/16 222/17
 222/20 223/3 223/3
 223/4 225/22 227/12
 227/25 229/25 230/15
 250/23 251/16 254/4
 255/5 255/6 258/12
 263/13 267/10 268/24
 268/25 269/25 272/15
 274/1 278/6 278/19
 282/17 285/6 289/1 289/6
 296/4 296/21 296/24
people's [4]  194/7 204/21
 205/10 275/11
per [1]  204/11
perceived [1]  71/8
percent [2]  256/16 259/23
perform [1]  13/16
perhaps [7]  146/25 163/24
 179/4 180/24 184/11

274/21 275/24
perimeter [3]  22/5 43/5
 119/10
period [2]  40/12 142/21
Permission [1]  11/24
permits [1]  178/11
permitted [1]  178/17
person [51]  23/12 23/21
 29/4 45/7 52/3 54/19
 67/18 68/3 76/25 77/19
 82/22 96/18 135/1 135/20
 140/10 144/4 144/6 146/21
 148/16 154/13 181/2 188/4
 188/8 188/10 188/24 189/9
 195/5 205/2 205/23
 219/13 222/2 223/25
 224/1 239/18 251/13
 251/14 252/15 253/19
 253/22 253/23 255/21
 256/18 257/13 261/17
 262/12 262/25 264/1
 267/3 270/9 272/1 284/8
person's [5]  140/9 171/5
 171/17 188/17 205/2
personal [6]  38/7 38/9
 38/17 54/11 195/18 205/19
personality [1]  269/4
personally [1]  240/1
persons [4]  63/25 128/24
 177/2 252/16
perspective [1]  287/14
pests [1]  95/23
phenomenon [1]  59/20
PHILLIP [2]  4/19 4/19
philosophical [1]  61/1
philosophy [3]  139/21
 184/10 267/12
phone [31]  39/15 49/20
 51/4 62/25 63/1 66/5
 66/14 78/16 91/1 91/6 91/9
 91/15 91/15 91/16 127/10
 127/13 128/12 128/17

**P**

**phone...** **[13]** 128/23 133/1 133/2 133/12 133/21 133/21 160/1 160/7 161/11 161/13 185/15 279/24 279/25

**phones** **[8]** 65/15 91/14 91/17 133/5 133/8 133/8 159/24 299/4

**photo** **[5]** 34/21 66/5 92/7 162/24 196/23

**photograph** **[2]** 66/13 92/10

**photographic** **[1]** 107/8

**photographs** **[2]** 74/3 74/5

**photos** **[2]** 105/19 175/15

**phrase** **[1]** 88/6

**phrases** **[1]** 37/6

**physical** **[3]** 223/15 223/16 231/21

**physically** **[4]** 69/23 165/16 231/16 231/19

**pick** **[5]** 40/7 40/11 123/5 131/9 134/9

**picked** **[6]** 40/12 134/13 134/14 198/14 251/24 281/25

**picking** **[1]** 282/3

**picture** **[14]** 54/6 54/16 62/14 66/12 77/18 85/18 163/19 163/22 163/25 164/10 164/11 165/6 193/24 196/25

**pictured** **[1]** 35/15

**pictures** **[5]** 113/1 127/9 141/5 163/17 200/9

**piece** **[2]** 30/17 157/22

**pieces** **[2]** 106/3 280/3

**piercing** **[1]** 176/12

**pigs** **[1]** 229/25

**pile** **[1]** 102/10

**pin** **[3]** 93/14 217/9 289/4

**ping** **[1]** 133/5

**pinging** **[1]** 133/5

**pings** **[1]** 133/2

**Pinkerton** **[6]** 266/10 266/11 266/19 271/24 275/5 295/22

**Pipe** **[1]** 260/25

**pistol** **[18]** 26/14 26/15 26/22 29/18 30/4 31/4 106/5 174/24 191/1 191/6 193/20 193/25 194/16 209/2 209/3 209/5 283/13 288/8

**pistols** **[6]** 193/25 194/2 194/3 194/5 194/6 194/6

**place** **[12]** 32/22 57/3 57/7 62/12 112/13 149/9 241/6 264/2 268/20 269/16 282/5 284/13

**placement** **[1]** 229/14

**plaintiff** **[1]** 169/13

**plan** **[26]** 75/21 76/12 82/17 89/5 89/9 134/5 135/15 135/16 156/14 205/13 205/14 205/16 205/16 205/18 205/20 205/20 226/2 268/9 268/20 268/21 268/21 269/18 271/10 272/2 281/14 284/17

**planned** **[6]** 40/6 42/13 95/24 156/5 241/10 241/11

**planners** **[2]** 89/1 91/4

**planning** **[14]** 33/2 65/10 84/2 87/20 89/15 92/14 166/3 180/7 280/6 281/11 281/11 294/20 294/24 299/7

**plans** **[1]** 89/4

**plant** **[3]** 170/19 260/25 261/9

**plate** **[3]** 189/2 189/6

190/20

**platform** **[10]** 27/13 27/25 31/24 49/12 50/12 51/8 51/10 51/11 58/18 152/2

**platforms** **[3]** 31/12 51/6 68/3

**play** **[7]** 52/12 113/8 117/8 120/1 124/22 176/19 286/3

**played** **[18]** 14/23 15/15 16/4 52/13 53/21 113/24 115/21 120/2 121/22 122/9 122/15 122/21 123/14 124/1 124/23 125/15 126/4 126/12

**Plaza** **[1]** 4/6

**please** **[29]** 8/5 10/23 11/8 115/5 157/11 160/4 166/25 198/6 202/19 207/13 212/10 215/7 216/24 234/14 238/2 238/17 249/2 249/7 249/8 249/12 249/21 255/2 257/21 260/5 260/6 260/10 264/19 277/13 290/17

**plenty** **[1]** 263/9

**PLLC** **[1]** 4/2

**plume** **[2]** 27/4 195/5

**Plus** **[1]** 116/9

**podium** **[2]** 138/23 246/8

**poem** **[1]** 85/6

**poetry** **[1]** 85/21

**point** **[30]** 21/20 38/4 45/6 46/17 46/22 53/24 53/24 55/6 58/6 103/20 118/12 119/23 162/25 181/14 182/5 185/23 202/17 206/12 219/8 219/15 222/10 224/16 232/23 238/4 266/9 287/23 288/12 289/22 295/17 296/15

**pointed** **[2]** 284/11 288/22

**P**

points [1] 185/10
police [44] 12/20 12/21
15/2 23/8 28/21 43/24
46/10 55/10 55/12 63/12
69/22 70/4 79/15 84/21
84/23 85/2 94/4 99/20
111/19 115/9 119/2 127/21
136/9 157/18 158/3 166/9
184/17 186/22 187/2 187/3
187/17 188/7 204/24
230/12 233/8 233/13
238/10 238/25 243/12
280/17 282/21 284/4
284/13 297/4
policing [1] 72/25
policy [1] 293/9
political [5] 60/5 71/21
182/22 184/10 269/20
politics [1] 297/9
pool [1] 58/11
pooper [1] 155/11
popping [1] 38/14
popular [1] 154/14
popularity [1] 154/15
population [1] 296/22
portion [3] 237/9 248/11
248/11
pose [1] 258/17
position [8] 71/7 102/1
107/23 108/1 183/14 262/9
263/3 277/24
positions [2] 18/6 107/9
positive [23] 25/8 25/15
25/24 25/25 26/3 26/7
27/1 28/8 28/19 30/7 44/1
132/8 198/11 212/14
223/21 270/13 279/4
279/6 279/10 279/16
279/16 279/18 279/19
positively [1] 52/21
possess [2] 209/23 216/5

possessed [2] 283/17
292/2
possesses [1] 288/6
possession [4] 36/4 135/6
283/12 283/15
possibility [2] 288/14
289/13
possible [16] 8/22 89/16
170/14 171/24 205/7
205/8 213/3 213/4 213/12
213/15 214/12 225/4
267/5 273/22 274/4
294/10
possibly [8] 12/24 21/19
22/2 42/6 100/8 102/15
110/24 215/21
post [4] 74/19 92/11 95/20
96/3
posted [3] 69/16 85/8
97/24
posting [3] 92/16 98/7
99/15
posts [3] 75/13 97/19 98/1
potentially [11] 26/1
142/25 145/15 145/18
195/6 195/9 202/2 204/10
205/17 218/1 220/25
powder [2] 168/6 168/11
power [1] 277/1
powered [2] 128/13 128/15
powering [2] 133/15 133/21
PowerPoint [4] 11/20 12/2
177/2 294/9
practice [2] 55/25 56/13
Prairieland [50] 12/8 12/11
12/23 13/1 17/14 18/15
21/20 22/9 30/13 37/4
38/6 40/13 43/16 43/20
48/23 49/17 54/8 59/13
65/7 67/22 73/12 73/14
77/24 84/18 84/22 84/24
85/2 87/7 93/13 116/12

146/4 152/24 153/2 153/6
173/1 178/21 179/13
179/20 180/12 183/16
190/18 192/15 192/18
202/16 202/21 214/15
240/6 241/1 241/5 242/2
Prairieland-owned [1] 54/8
pre [2] 33/1 84/2
pre-attack [2] 33/1 84/2
preferred [1] 291/12
preliminary [11] 3/7 8/6
8/25 9/2 10/4 10/12 10/17
116/11 138/8 238/3 248/18
premeditate [1] 291/10
premeditation [1] 291/23
preparation [2] 156/7
201/25
prepared [11] 11/20 81/12
81/14 81/15 82/1 109/23
128/3 138/17 156/5 201/20
215/20
prepping [1] 75/20
prescribed [1] 302/13
presence [25] 28/4 41/5
136/10 144/4 149/5 156/2
156/7 195/23 195/25
206/14 206/17 207/2
219/23 220/3 242/2 267/8
271/13 271/13 271/16
271/17 274/16 274/18
275/19 287/16 293/15
present [19] 28/6 31/9
38/24 149/19 150/16 211/7
237/7 240/8 240/25 241/5
265/2 274/17 275/7
275/19 275/20 279/22
281/4 285/12 300/24
presentation [4] 83/22
193/24 283/6 300/14
presentations [2] 237/17
300/9
presented [5] 165/9 283/1

**P**

**presented... [3]** 283/10
286/2 301/3

**President [1]** 59/17

**press [1]** 52/11

**presses [1]** 34/22

**presumably [2]** 118/25
282/24

**presume [1]** 171/17

**presumption [1]** 287/24

**pretend [1]** 296/13

**pretrial [2]** 256/8 287/24

**pretty [15]** 32/2 52/24
72/10 80/5 80/5 81/12
109/22 114/18 118/19
154/14 165/6 253/6 263/2
263/3 278/23

**prevent [4]** 72/23 72/23
287/16 287/16

**previous [6]** 26/9 62/11
142/25 201/8 201/15
282/24

**pricing [1]** 63/4

**primarily [2]** 130/19
229/15

**primary [4]** 51/10 62/24
67/9 107/23

**primer [6]** 26/6 167/21
168/1 168/2 168/9 168/14

**principle [1]** 215/9

**print [2]** 61/4 269/24

**printer [1]** 62/24

**printers [3]** 177/5 210/3
267/13

**printing [7]** 34/11 34/22
34/22 62/16 63/3 63/4
269/23

**prior [10]** 74/6 145/24
217/12 218/9 219/3 221/13
224/21 225/1 232/13
256/20

**prison [5]** 61/8 267/25

268/1 268/2 290/20

**prisoners [1]** 60/5

**privacy [4]** 60/5 64/6
71/21 269/20

**private [2]** 84/5 267/25

**privately [1]** 49/18

**privy [1]** 283/8

**pro [3]** 182/21 182/22
184/15

**probable [22]** 9/23 126/6
138/12 242/20 272/6
274/22 274/23 277/8
277/9 281/19 282/1
282/12 284/2 285/13
287/25 292/19 294/4
295/15 296/6 298/9
300/12 300/16

**probably [8]** 20/9 94/25
114/18 162/13 170/15 179/8
186/12 281/25

**probe [1]** 138/11

**problem [3]** 14/13 73/21
138/24

**problems [2]** 76/1 89/24

**proceed [14]** 8/13 9/11
9/15 10/12 10/17 11/4 14/7
115/6 157/2 207/15
238/20 249/15 250/15
260/12

**proceeded [1]** 38/2

**proceedings [5]** 13/5 20/17
301/19 302/6 302/10

**process [6]** 12/9 13/4
50/17 50/17 133/19 283/5

**processed [3]** 153/8
153/10 226/8

**produce [1]** 300/2

**produced [1]** 5/7

**producing [1]** 34/13

**production [1]** 34/11

**productive [1]** 301/17

**proffer [7]** 245/24 246/3
246/5 247/7 247/18

259/22 286/6

**proffered [1]** 247/8

**proffering [1]** 246/10

**proffers [3]** 236/19
237/12 289/21

**projectile [6]** 188/15
188/17 188/20 189/5 189/8
191/12

**projectiles [2]** 85/13
85/23

**promotes [1]** 184/3

**prompting [1]** 183/21

**prone [2]** 101/25 108/24

**proof [1]** 291/1

**prop [1]** 101/24

**propaganda [1]** 276/8

**proper [2]** 184/3 285/6

**properly [2]** 89/9 247/4

**property [27]** 12/10 30/13
37/5 38/6 44/12 48/23
48/25 49/3 49/16 49/17
51/20 51/20 52/5 56/7
70/21 84/6 117/11 146/16
180/16 181/16 232/5 232/8
267/25 274/25 282/18
283/21 294/23

**propose [1]** 158/8

**proposed [1]** 280/5

**proposition [1]** 159/7

**prosecutor [6]** 169/16
179/17 183/21 229/20
282/19 291/19

**prosecutorial [1]** 169/14

**prosecutors [2]** 193/5
291/1

**protect [5]** 86/7 144/22
182/17 230/11 230/16

**protected [5]** 182/7 270/1
288/12 292/24 293/1

**protecting [2]** 83/10
176/13

**protection [1]** 109/20

**P**

**protects [1]** 144/20
**protest [40]** 65/10 70/18
70/20 73/8 73/13 73/18
73/25 79/25 80/7 80/9
125/2 142/7 142/12 143/17
144/14 147/3 182/21 183/9
183/12 183/16 196/16
199/20 203/12 222/17
222/18 224/22 225/4
273/21 274/21 275/7
275/20 276/12 276/17
276/18 277/5 281/8
284/17 289/14 296/2
299/10
**protesters [3]** 80/12
143/16 276/25
**protesting [8]** 141/6
142/10 142/14 144/3 144/6
183/7 277/1 277/1
**protestor [5]** 143/23
223/4 226/24 227/2
227/23
**protestors [14]** 143/14
143/18 143/21 144/17
145/3 145/6 145/7 145/8
145/10 145/12 218/15 219/1
227/4 231/6
**protests [22]** 56/4 64/25
69/19 70/17 70/23 73/8
79/25 141/6 141/22 142/18
142/22 143/1 143/2 143/3
143/6 143/20 144/12
199/23 201/1 201/9 275/1
293/12
**proud [3]** 252/8 272/21
272/21
**prove [1]** 293/24
**proven [3]** 56/3 297/21
298/9
**provide [7]** 50/22 64/23
65/1 251/17 255/24 256/9

268/9
**provided [1]** 167/16
**providing [2]** 270/8 270/8
**proximate [1]** 284/14
**proximity [17]** 26/11 41/15
111/19 149/24 163/7
164/20 197/16 197/20
208/17 208/21 212/17
213/1 213/7 213/9 215/2
278/25 284/8
**pseudonyms [1]** 68/11
**PSL [1]** 85/15
**public [4]** 84/5 153/9
187/1 242/14
**publish [1]** 11/24
**published [2]** 12/2 69/5
**publishers [1]** 177/5
**publishing [1]** 269/24
**puff [1]** 19/4
**puffs [1]** 19/12
**pull [9]** 11/10 17/3 17/4
119/19 172/15 203/20
273/6 273/24 292/25
**pulled [6]** 39/23 48/21
171/1 266/8 277/17
278/25
**punctured [3]** 38/17 54/9
54/14
**punishment [1]** 290/12
**punitive [1]** 286/21
**purchase [1]** 91/21
**purple [1]** 276/15
**purpose [3]** 36/17 290/13
294/2
**purposes [5]** 286/21
288/16 288/16 290/11
290/12
**purse [3]** 103/11 124/11
125/9
**pursuant [2]** 39/24 239/1
**push [1]** 124/22
**pushing [2]** 84/19 276/12

**put [18]** 9/7 35/7 42/16
64/22 89/8 91/15 110/10
111/2 133/2 154/3 158/2
160/3 177/4 230/19
256/10 278/5 294/9 299/4
**puts [5]** 93/24 111/6 111/7
289/25 289/25
**putting [2]** 89/8 95/11

**Q**

**quality [1]** 236/24
**quantum [1]** 299/25
**question [15]** 88/12 157/11
165/22 185/18 206/22
206/23 212/10 222/12
225/3 240/22 241/1 264/9
282/3 282/5 288/7
**questions [23]** 154/24
157/7 216/23 217/3 217/6
243/2 243/10 244/19
244/21 245/17 251/4
256/18 258/22 258/25
259/3 264/15 264/16
264/18 264/21 268/11
272/18 291/9 295/10
**quick [2]** 169/11 190/8
**quickly [1]** 77/18
**quite [4]** 13/11 15/18
153/24 173/3

**R**

**radios [10]** 65/4 65/8
65/18 65/21 66/22 100/20
100/22 100/22 100/24
110/4
**rain [2]** 90/4 90/18
**raining [2]** 90/16 122/18
**rainy [1]** 90/17
**raise [5]** 10/24 238/14
249/8 260/6 264/19
**raising [1]** 259/1
**rally [1]** 46/22
**rallying [1]** 97/2

**R**

**Ram [2]**  231/25 231/25
**ran [8]**  21/6 28/20 225/4 278/17 278/19 278/20 278/22 278/23
**random [1]**  271/14
**rang [1]**  232/4
**range [6]**  58/9 58/12 58/12 58/12 58/19 109/17
**Rangers [2]**  153/14 186/25
**ranges [3]**  58/21 109/15 184/7
**rapid [2]**  18/2 172/19
**rate [6]**  17/2 18/2 19/13 21/5 173/17 179/25
**rated [1]**  176/22
**rather [1]**  91/3
**razor [3]**  95/2 95/3 196/25
**RDR [3]**  5/3 302/4 302/17
**reach [2]**  114/9 281/19
**reached [2]**  163/14 209/16
**reaction [2]**  113/18 128/3
**read [15]**  57/6 68/21 83/18 85/10 94/2 94/22 157/17 157/19 157/20 157/22 157/23 160/21 166/8 183/12 193/1
**reading [2]**  34/14 162/1
**ready [13]**  8/13 8/15 8/18 9/1 9/11 9/15 10/4 10/11 10/17 77/19 114/14 116/17 116/18
**real [7]**  52/23 85/14 86/4 169/11 190/8 257/7 296/15
**realistic [1]**  81/12
**reality [4]**  82/9 293/6 293/8 296/6
**really [20]**  22/6 24/22 41/14 55/17 57/9 59/16 61/1 61/10 65/20 71/20 73/20 80/16 214/3 219/7 219/14 234/9 252/23 259/21 296/18 296/24
**realtime [1]**  127/23
**reason [9]**  14/1 81/20 91/7 99/16 199/24 201/10 272/22 282/15 290/2
**reasonable [5]**  144/21 144/24 145/1 287/5 301/6
**reasonableness [1]**  225/11
**reasons [5]**  90/14 230/15 276/19 285/10 290/6
**reassigned [1]**  242/22
**Rebecca [6]**  39/12 40/18 40/21 69/2 87/5 135/6
**rebuttal [2]**  265/12 287/24
**recall [23]**  9/23 51/9 101/7 101/8 158/10 158/20 161/25 162/10 163/2 166/10 176/15 180/21 185/24 194/20 196/2 196/12 201/22 201/25 204/19 226/21 228/17 234/3 278/14
**received [9]**  12/21 13/25 26/18 50/4 50/6 76/20 111/5 190/14 301/8
**receiving [1]**  108/15
**recent [1]**  59/20
**recently [2]**  99/2 120/24
**recess [5]**  114/24 115/1 115/2 236/12 237/24
**recognize [1]**  285/19
**recognized [3]**  112/13 112/13 177/8
**recon [1]**  93/17
**recon'd [1]**  268/4
**reconnaissance [3]**  74/3 269/17 299/9
**reconvened [2]**  115/4 237/25
**record [17]**  24/7 24/9 25/3 27/8 27/10 28/14 28/16 29/9 29/11 29/13 68/21 187/5 187/8 190/6 236/14 255/16 302/6
**records [1]**  196/19
**recover [5]**  31/1 51/5 51/8 97/13 126/18
**recovered [38]**  27/13 27/13 27/14 29/18 29/19 32/15 41/6 49/11 53/11 60/8 62/13 64/4 77/14 97/14 98/4 107/13 107/15 113/5 113/17 124/15 126/18 132/14 146/3 152/13 152/18 152/20 175/22 175/23 176/24 188/17 188/20 188/22 191/9 191/12 191/14 214/17 214/18 220/8
**recovering [1]**  51/9
**rectangle [1]**  43/18
**red [6]**  43/18 43/18 43/21 44/18 102/2 103/11
**redirect [3]**  6/14 234/8 234/18
**reduced [1]**  286/18
**reduction [2]**  8/22 300/21
**refer [5]**  63/10 68/1 72/21 96/10 239/18
**reference [2]**  71/19 211/14
**referencing [1]**  267/1
**referred [10]**  32/20 36/11 37/24 39/19 87/8 89/14 90/23 101/2 101/24 106/18
**referring [7]**  70/4 76/25 82/19 148/15 175/10 175/12 232/3
**reflect [10]**  24/7 24/9 25/3 25/5 27/8 27/10 28/14 28/16 29/9 29/11
**reflected [1]**  15/7
**refresh [1]**  180/9

**R**

refuse [1] 220/7
regard [4] 155/20 279/5 280/18 281/6
regarding [7] 9/22 170/9 170/25 171/2 183/8 254/15 284/9
Regardless [1] 197/19
regards [2] 279/23 283/11
region [1] 117/21
registered [2] 209/21 228/23
registration [1] 209/22
rehash [2] 239/10 287/22
reiterate [1] 292/22
reiterates [2] 96/2 293/19
Rel [1] 98/20
relate [1] 68/22
related [5] 38/25 139/11 144/8 155/3 226/17
relates [2] 134/2 226/19
relating [1] 228/3
relation [2] 110/20 266/15
relationship [4] 254/25 255/3 255/7 255/8
relationships [1] 255/4
relative [3] 51/19 58/1 117/5
relay [1] 87/22
relayed [9] 221/15 240/1 240/5 240/10 240/11 240/16 240/18 241/9 241/22
relaying [1] 93/6
rele [1] 8/22
releasable [1] 289/18
release [9] 8/23 17/5 256/8 285/21 286/24 287/6 287/7 289/16 290/12
released [8] 251/9 254/16 255/18 258/13 286/23

287/18 289/20 289/20
Relevance [1] 181/25
relevant [1] 182/24
reliability [4] 170/18 261/7 261/24 262/9
relocated [1] 200/21
rely [1] 77/6
relying [1] 221/16
remain [1] 301/1
remained [1] 288/8
remaining [1] 207/13
remains [1] 287/8
remanded [1] 301/15
remarked [2] 172/20 178/16
remember [10] 76/23 119/19 138/9 151/3 200/10 229/7 229/10 251/19 253/2 258/9
remembers [1] 278/23
removal [1] 232/9
remove [1] 109/12
removed [2] 58/7 153/17
render [5] 104/22 105/4 125/11 270/20 271/8
rendering [1] 267/14
renders [1] 267/6
rent [1] 58/12
reopen [2] 8/25 300/19
Repair [1] 134/15
repeat [2] 172/23 212/11
repeated [2] 165/21 167/12
rephrase [6] 198/6 202/19 212/11 222/12 222/13 225/20
replicates [1] 17/9
replow [1] 138/14
report [19] 25/18 167/16 167/18 167/23 167/25 168/4 168/7 168/13 190/7 191/2 192/23 192/25

208/20 208/20 210/15 210/16 279/9 279/12 279/12
reported [2] 5/6 221/9
REPORTER [2] 5/3 302/18
Reporter's [2] 7/13 302/2
reports [4] 157/17 157/18 160/21 218/11
represent [5] 157/8 193/18 243/8 256/5 301/3
representation [1] 107/8
represented [1] 272/20
representing [3] 169/8 212/7 272/21
required [3] 210/21 231/1 263/3
requirements [1] 262/1
reservation [1] 277/21
reserve [3] 8/24 9/22 10/18
residence [19] 18/11 31/19 32/15 33/1 34/3 34/23 39/16 40/1 62/12 62/13 63/13 64/5 107/17 107/18 129/8 156/18 195/18 203/4 203/7
residences [5] 39/24 65/7 67/1 153/6 179/5
residential [3] 120/21 173/6 178/24
residue [28] 19/10 25/12 25/16 25/24 25/25 26/2 26/4 26/13 28/11 167/21 168/1 193/25 194/22 195/1 195/4 195/5 202/7 205/9 208/1 208/16 208/19 208/23 208/24 212/14 212/16 212/25 213/13 216/8
resistance [1] 70/15
resources [3] 58/11 268/9 270/8

**R**

**respect [2]** 85/16 216/2
**respectful [1]** 291/13
**respond [3]** 75/18 99/11 99/11
**responded [1]** 119/6
**responding [10]** 12/11 12/16 14/2 15/2 108/14 119/5 120/23 146/8 148/7 148/9
**responds [1]** 76/2
**response [10]** 75/18 98/19 123/19 178/18 225/7 225/12 225/15 230/19 271/7 271/21
**responsibilities [1]** 261/24
**responsibility [3]** 252/21 253/4 263/24
**responsible [7]** 36/25 37/8 252/15 252/16 252/17 253/7 262/25
**rest [9]** 118/10 237/5 246/1 265/3 265/5 265/7 265/9 265/11 288/5
**rests [1]** 264/25
**result [6]** 34/2 34/10 35/1 50/18 275/1 279/7
**resulted [1]** 265/20
**results [5]** 25/14 26/19 48/15 160/14 167/3
**resume [6]** 14/19 14/22 114/25 237/16 238/3 255/19
**retired [2]** 250/5 255/7
**retreading [1]** 235/20
**retreated [1]** 18/13
**retrieved [1]** 190/2
**return [1]** 236/20
**returned [3]** 16/9 188/10 271/22
**returning [1]** 227/18
**revealed [1]** 149/2

**reverse [1]** 280/25
**reversed [2]** 277/21 293/23
**review [1]** 173/11
**reviewed [1]** 42/5
**reviewing [2]** 108/12 220/24
**revisit [1]** 287/4
**Revolutionary [2]** 63/22 296/21
**rhetoric [4]** 59/18 274/10 274/11 274/12
**rid [3]** 39/16 204/4 204/6
**ride [2]** 150/1 295/12
**ridiculous [1]** 300/1
**rifle [54]** 16/8 16/25 17/3 17/4 27/25 46/20 57/13 60/13 60/20 64/21 66/3 67/6 99/13 101/25 102/6 102/8 106/1 107/1 107/15 107/21 111/7 114/6 114/8 114/9 115/11 115/24 132/7 132/9 132/14 172/11 174/24 183/22 183/23 184/2 184/2 184/11 184/14 188/23 188/25 189/1 189/9 190/10 190/15 190/17 191/15 228/10 229/8 278/21 282/18 283/12 284/24 285/1 285/4 298/21
**rifles [26]** 15/23 15/24 27/14 29/25 41/5 66/6 66/23 96/22 96/23 96/25 97/11 99/8 99/16 99/19 99/20 113/3 151/21 191/5 191/6 206/13 229/6 268/6 268/16 268/17 271/4 299/3
**right [679]**
**rights [7]** 169/13 182/6 182/7 182/15 247/5

280/21 285/5
**Riled [1]** 253/23
**Ring [2]** 95/8 95/14
**ringleader [4]** 33/7 56/20 87/24 88/23
**ripped [2]** 54/7 54/17
**rise [4]** 8/4 115/3 238/1 301/18
**risk [20]** 71/8 74/25 82/18 82/21 82/23 84/8 89/9 143/23 144/1 144/3 144/7 144/10 144/16 144/22 146/22 146/23 155/11 155/14 158/6 300/24
**risks [3]** 75/22 144/8 155/3
**RMR [3]** 5/3 302/4 302/17
**RN [1]** 89/24
**road [5]** 129/16 220/16 223/8 269/8 297/20
**roadway [1]** 107/13
**robbery [2]** 277/21 277/23
**ROBERT [1]** 3/19
**Robin [1]** 250/19
**rock [1]** 116/18
**rode [3]** 129/5 134/12 242/1
**rogue [1]** 289/14
**role [7]** 33/13 39/14 58/4 58/6 58/7 222/23 275/4
**roll [1]** 116/18
**Roman [4]** 162/14 220/10 220/14 297/17
**room [5]** 5/3 50/14 159/12 278/6 278/7
**roughly [1]** 179/4
**round [8]** 17/5 17/6 18/9 59/2 101/22 114/14 115/11 172/15
**rounds [19]** 16/6 16/8 16/10 17/17 18/12 18/12

**R**

rounds... **[13]**  19/8 116/7 172/5 172/8 172/14 172/18 173/1 176/12 228/5 231/23 279/2 279/3 288/22

routes **[1]**  135/14

row **[2]**  28/13 188/13

ROY **[3]**  6/23 260/2 260/18

RUEDA **[37]**  2/11 4/9 8/9 9/25 28/7 28/15 36/24 39/15 47/17 47/18 56/17 68/25 72/14 73/24 74/24 88/22 94/5 94/6 95/7 95/20 97/19 98/5 99/7 99/24 100/3 106/13 120/8 120/15 124/3 193/18 195/13 195/21 197/23 200/4 201/1 269/16 293/4

Rueda's **[1]**  127/10

ruled **[1]**  289/13

rules **[1]**  288/13

run **[2]**  61/1 290/3

running **[13]**  22/25 23/6 23/15 23/17 28/24 30/18 163/3 163/4 163/7 164/5 164/8 164/14 267/11

runs **[2]**  30/20 55/9

Russell **[1]**  250/20

**S**

S-e-n **[1]**  244/16

S.O **[2]**  190/22 192/1

S.W.A.T **[1]**  41/3

sad **[4]**  230/24 297/5 297/7 298/15

sadly **[1]**  95/14

safer **[1]**  78/20

safety **[15]**  75/10 110/24 111/11 153/9 155/4 155/10 155/15 158/13 184/6 187/1 222/11 258/17 274/12

280/18 285/5

said **[50]**  9/19 13/5 15/7 45/18 60/11 82/2 88/5 90/8 91/19 96/2 129/22 139/19 149/13 153/10 156/11 166/17 167/24 168/4 169/20 180/10 185/5 198/24 199/4 199/11 213/22 217/1 222/6 227/23 232/17 240/13 241/19 246/20 246/23 246/24 247/1 247/4 248/8 251/21 265/23 275/7 275/10 276/22 278/15 279/1 280/23 282/14 282/20 282/21 298/23 298/25

same **[55]**  10/7 26/25 39/25 46/9 46/14 52/21 60/15 64/20 67/5 70/2 79/7 80/25 83/16 83/25 84/1 86/21 88/18 93/14 97/23 98/7 98/10 98/11 101/13 110/19 110/19 125/24 125/25 127/23 129/8 129/20 136/18 136/21 148/8 148/16 149/6 155/14 163/7 187/24 190/2 191/7 191/15 200/18 202/8 221/23 222/1 222/2 259/15 270/14 272/22 274/17 276/7 277/17 282/24 285/23 299/2

Sanchez **[3]**  39/11 39/13 39/23

Sasha **[8]**  69/9 69/12 69/14 70/7 70/12 75/13 76/2 82/15

sat **[1]**  94/18

satisfied **[1]**  287/8

savage **[1]**  81/21

Savanna **[6]**  24/21 35/17

47/16 56/15 103/2 120/13 124/5 136/16

saviors **[1]**  85/17

saw **[37]**  26/9 27/4 41/23 62/9 62/11 83/20 92/6 97/20 97/24 105/2 123/10 124/11 125/1 136/1 136/19 136/19 141/5 161/8 163/17 171/13 177/2 179/20 179/23 180/23 194/9 196/23 197/18 200/9 225/16 229/19 230/6 272/17 273/12 275/25 283/22 299/7 299/8

say **[92]**  60/21 61/21 70/17 70/20 76/7 80/4 82/3 82/7 88/2 90/2 94/4 95/7 96/22 99/25 101/6 114/3 125/3 125/18 127/16 129/18 130/24 139/2 139/15 140/5 140/9 141/9 143/14 143/17 143/25 144/6 144/10 146/20 146/21 147/2 147/7 148/18 149/15 150/14 155/21 157/12 157/19 157/22 160/18 166/15 169/11 170/22 171/1 171/7 172/11 173/16 176/9 177/11 177/19 180/3 181/22 182/19 188/9 189/4 191/17 195/20 196/4 197/21 200/3 208/20 213/8 215/14 221/3 226/25 229/18 233/21 242/17 250/10 252/18 254/2 257/7 262/8 262/14 262/21 264/12 268/16 275/13 275/14 276/14 278/19 281/15 284/23 285/12 292/12 296/3 296/5 299/18 299/23

saying **[31]**  45/20 69/12 71/16 71/16 74/16 74/17

**saying… [25]** 81/11 89/2 89/22 90/7 90/15 90/23 91/5 93/3 93/7 94/22 100/1 124/25 125/1 168/13 169/5 171/25 181/6 183/12 198/7 211/19 219/14 230/10 231/5 246/10 298/22

**says [40]** 8/17 19/5 19/15 69/15 69/19 70/13 72/16 72/18 75/9 75/15 78/24 80/22 80/25 81/3 82/8 85/12 85/23 87/3 90/3 90/5 95/2 98/22 112/10 114/7 116/11 117/16 125/20 125/20 125/21 125/21 125/21 163/1 163/1 167/6 167/23 206/12 217/21 271/5 295/15 295/17

**scare [4]** 82/8 82/10 272/22 293/5

**scared [4]** 160/17 235/16 235/25 278/24

**scary [1]** 290/3

**scattered [3]** 101/5 102/16 102/23

**scatters [1]** 268/19

**scene [88]** 15/3 15/5 16/1 20/25 25/10 25/12 26/15 26/18 26/23 27/14 30/25 31/9 31/13 31/15 31/25 36/4 37/3 65/6 65/7 66/10 92/12 93/6 100/9 100/17 100/21 102/23 103/20 105/19 105/20 105/20 106/21 107/20 108/18 110/22 110/23 111/21 113/6 113/14 118/6 118/16 119/5 119/25 124/15 130/14 146/9 147/25 148/4 149/16 149/20 152/7

152/12 152/22 153/2 153/3 153/5 153/15 153/17 156/19 166/20 166/24 167/1 167/4 173/2 174/19 185/6 186/17 186/19 186/22 187/17 194/4 195/13 195/15 208/13 208/15 210/23 211/1 213/17 214/10 214/15 214/18 218/7 220/8 221/10 221/11 233/6 271/15 288/15 293/15

**schedule [1]** 263/14

**scheduled [1]** 237/14

**schedules [2]** 262/4 262/6

**scheme [1]** 272/2

**school [4]** 251/20 251/20 252/22 252/24

**SCHUERMAN [10]** 4/12 4/13 10/7 207/9 207/15 244/25 247/25 265/6 294/6 295/5

Schuerman................... ...............**294 [1]** 7/9

Schuerman...............**20 7 [1]** 6/11

**scope [2]** 102/2 102/2

**scoping [1]** 269/16

**scouting [1]** 73/25

**screen [12]** 14/9 17/18 19/5 19/19 19/20 20/13 22/3 23/7 35/15 44/24 117/2 117/15

**se [1]** 204/11

**search [12]** 34/3 35/1 39/24 113/16 125/19 126/7 126/10 127/19 136/20 140/16 149/2 214/13

**searched [2]** 136/18 226/8

**searches [2]** 79/13 140/12

**searching [3]** 102/17 102/17 102/24

**seat [3]** 238/18 249/13 250/11

**seated [5]** 8/5 11/3 115/5 238/2 267/15

**seats [1]** 114/7

**second [10]** 17/6 20/19 39/13 103/14 105/11 114/21 190/17 248/7 277/3 296/4

**secondary [1]** 108/1

**seconds [3]** 93/8 172/17 233/7

**secret [1]** 292/24

**secretive [1]** 293/2

**secs [1]** 93/7

**secure [2]** 289/1 292/24

**security [14]** 21/21 21/22 21/24 22/5 22/10 22/15 64/24 68/1 77/19 89/14 95/4 108/16 129/2 149/3

**see [126]** 9/5 9/12 13/23 14/5 14/8 14/20 17/16 18/10 19/4 22/25 23/4 23/5 23/8 29/4 32/1 33/15 33/25 37/14 39/10 42/3 43/4 44/8 49/13 52/3 52/16 52/17 53/1 53/3 54/5 54/6 54/8 54/10 55/7 61/20 62/14 62/15 63/8 65/14 66/1 66/20 69/9 69/14 70/16 71/13 73/1 74/11 78/2 79/11 83/21 83/22 96/17 99/23 101/4 101/20 101/20 101/23 102/22 103/2 103/8 103/13 105/11 106/1 106/20 106/23 106/23 107/1 108/25 109/5 111/17 111/18 113/1 113/11 117/9 117/15 120/6 122/23 123/3 123/8 124/3 124/8 127/23 150/18 156/8 164/11 164/14 166/5 171/23 173/17 177/17

**S**

see... **[37]** 178/25 179/13 180/18 181/1 181/2 181/4 181/8 190/2 209/8 219/11 221/8 224/19 226/2 227/8 229/20 229/24 237/15 255/3 255/8 259/2 264/20 273/12 273/13 276/13 280/9 288/20 288/25 288/25 289/3 289/5 289/8 289/11 289/13 289/19 292/21 292/25 299/11

seeing **[5]** 34/2 35/5 35/13 101/18 107/10

seem **[1]** 226/3

seemed **[4]** 171/13 171/16 172/20 230/9

seems **[4]** 81/2 172/6 172/17 263/2

seen **[35]** 30/11 46/12 59/18 64/19 69/17 90/11 104/1 119/19 126/19 146/3 148/7 158/11 158/18 160/25 161/1 161/2 162/24 165/6 165/20 166/22 166/24 168/9 174/13 187/24 208/4 209/8 219/22 242/9 243/20 251/15 253/20 253/20 253/21 263/8 263/19

seized **[11]** 26/15 26/18 42/20 56/15 62/18 65/5 67/1 100/16 145/16 214/10 214/12

seldom **[1]** 255/7

selected **[1]** 280/3

self **[6]** 50/15 56/12 71/3 76/23 77/2 288/16

self-defense **[4]** 71/3 76/23 77/2 288/16

self-delete **[1]** 50/15

self-identify **[1]** 56/12

selfie **[1]** 127/13

selling **[1]** 178/11

send **[3]** 85/23 90/5 269/25

sending **[5]** 74/3 75/6 75/6 93/17 95/4

sends **[2]** 49/21 84/12

sense **[6]** 99/17 129/7 132/5 150/8 216/24 289/3

sent **[5]** 38/24 76/20 85/1 93/1 286/12

sentence **[1]** 85/12

sentiment **[1]** 80/17

separate **[3]** 73/13 174/3 300/10

separated **[1]** 96/18

SEPTEMBER **[9]** 1/7 1/13 1/19 2/4 2/10 2/16 2/22 3/3 8/2

sequence **[1]** 132/18

sergeant **[7]** 238/6 238/8 238/9 238/24 243/14 244/11 244/13

serious **[2]** 253/1 253/6

seriousness **[1]** 290/7

served **[3]** 50/17 239/2 239/5

session **[12]** 57/2 67/12 67/14 68/16 69/5 70/9 75/12 85/5 88/19 88/23 90/9 98/2

sessions **[2]** 67/9 67/9

set **[8]** 34/23 50/14 57/6 119/3 119/10 172/11 219/2 301/7

Seth **[4]** 36/24 47/16 120/7 120/15

sets **[1]** 30/3

setting **[7]** 93/9 108/16 149/18 225/13 225/14 230/22 289/17

settled **[1]** 14/19

seven **[4]** 98/7 211/13 231/7 296/14

several **[33]** 25/10 25/13 25/14 26/17 26/20 29/25 32/7 33/21 38/7 39/25 40/10 48/10 53/4 63/17 65/7 73/22 87/10 96/16 111/19 119/4 124/14 148/24 160/1 184/20 185/14 191/21 200/25 209/7 222/6 228/7 228/23 236/25 291/16

severe **[1]** 36/13

shack **[3]** 22/3 22/12 54/12

shall **[3]** 24/9 27/10 29/11

share **[6]** 57/4 60/15 61/23 64/20 74/18 298/1

shared **[12]** 31/20 49/11 77/11 85/1 127/25 170/5 180/6 181/11 183/7 187/18 191/21 283/8

shares **[2]** 49/15 92/10

sharing **[5]** 74/5 75/21 82/22 84/1 84/2

Sharp **[10]** 39/11 40/9 40/10 56/23 69/1 89/21 90/7 133/18 134/4 134/12

SHAWN **[2]** 3/11 291/19

she **[90]** 24/23 25/1 28/8 28/10 28/12 56/16 79/22 88/25 89/2 89/22 92/10 92/13 99/25 100/12 103/16 103/17 103/18 103/22 104/3 109/10 109/10 109/12 110/2 110/3 110/5 127/12 156/14 156/17 194/8 194/14 194/17 194/18 194/20 195/1 195/5 195/7 195/17 196/1 196/6 196/11 196/15 196/17

**S**

**she...** **[48]** 196/19 200/2
200/4 200/13 201/16
201/21 202/12 202/15
202/16 202/17 202/21
202/25 203/4 203/11
203/14 203/19 203/22
204/15 205/8 207/2 207/4
207/22 208/14 211/3 211/8
211/8 240/13 241/5 241/25
242/4 251/24 267/6 274/3
274/16 275/6 275/24
275/25 275/25 276/1
291/14 291/15 291/16
293/11 293/12 294/17
294/19 294/20 294/21

**she's [12]** 24/22 56/16
92/16 95/11 95/21 109/3
123/1 200/6 204/11 275/19
294/14 294/25

**sheer [1]** 272/14

**shell [5]** 107/12 107/14
191/15 221/22 229/15

**shells [2]** 220/7 229/14

**shenanigans [1]** 85/14

**Sheriff's [2]** 187/1 192/22

**ships [1]** 297/8

**shirt [2]** 77/17 109/5

**shock [3]** 114/8 281/1
281/2

**shocked [1]** 280/15

**shoot [17]** 85/25 86/4
101/16 147/5 147/12 162/21
178/17 179/9 189/24 206/1
231/22 274/19 278/12
281/14 289/10 289/10
293/3

**shooter [7]** 23/18 220/20
221/21 223/11 223/14
224/4 229/17

**shooters [9]** 18/1 18/4
108/5 171/23 171/25 172/7

203/24 220/19 221/1
**shooting [58]** 19/6 27/1
27/19 38/3 42/8 48/4
96/21 106/22 107/9 109/15
109/17 112/6 112/9 116/14
119/9 120/25 122/2 126/7
127/4 132/6 133/4 136/5
137/7 145/24 148/12 152/9
156/3 163/6 163/9 163/15
172/2 172/4 190/10 196/20
197/24 198/1 200/19
207/23 208/4 208/5
208/6 209/14 221/4
229/25 229/25 233/9
235/12 240/9 241/6 241/11
241/15 242/5 246/25
267/24 270/10 274/1
274/21 276/2

**shootings [3]** 147/21
150/16 163/12

**shoots [4]** 107/23 108/2
108/3 268/18

**short [5]** 114/20 114/24
161/4 234/11 294/3

**shortages [1]** 22/1

**shortly [1]** 208/14

**shot [68]** 12/10 12/17
17/14 17/17 19/16 21/2
21/17 28/1 37/7 43/11
55/11 58/18 94/18 104/15
104/23 108/15 108/19
111/10 116/18 118/23
120/18 121/25 123/22
123/23 125/2 125/12 147/8
147/9 164/13 166/13 172/8
172/8 172/12 173/1 179/22
188/4 188/12 188/24
188/25 189/9 196/18
197/10 203/22 207/25
208/18 219/24 221/12
221/13 222/2 223/25
228/1 230/17 231/1 232/13

233/12 233/13 236/4
236/5 236/7 247/2 258/10
271/19 271/23 276/23
279/1 283/20 292/10
298/12

**shots [26]** 107/16 109/23
110/12 118/23 171/13
171/16 171/20 172/21
173/12 175/6 217/13
226/23 227/2 227/13
227/14 227/16 227/19
227/20 228/1 228/9 231/6
232/4 232/16 232/25
288/23 297/22

**should [13]** 69/25 88/13
89/25 188/9 206/5 206/10
206/11 234/2 238/10
248/17 286/23 292/17
300/20

**shoulder [6]** 20/1 20/3
78/1 94/14 103/4 298/12

**shouting [1]** 45/19

**show [13]** 77/18 82/8
83/21 158/13 160/10 160/11
161/22 179/15 179/18
284/4 293/5 293/8
294/20

**showed [12]** 12/16 100/10
130/11 131/14 168/8 179/12
180/10 180/11 210/19
233/10 253/4 297/5

**showing [21]** 18/12 43/3
48/22 66/5 76/11 77/1
84/15 85/20 90/18 91/8
95/24 99/19 109/1 114/8
156/2 156/3 179/22
197/25 215/20 232/20
232/21

**shown [6]** 13/22 37/8
69/25 155/1 267/21 296/2

**shows [11]** 46/10 46/15
65/8 74/19 77/14 77/16

**S**

shows... **[5]**  162/25 203/11
203/19 216/7 269/14
side **[21]**  23/6 45/16
51/20 51/21 52/3 52/5
107/18 121/9 130/22
184/18 189/2 196/25
197/15 220/16 223/4
226/24 227/2 227/12
227/23 227/25 228/3
sign **[2]**  187/14 267/18
signal **[26]**  49/12 50/3
50/8 50/9 50/10 50/17
51/2 51/10 91/16 133/16
133/22 151/10 154/10
154/10 155/2 155/14 156/8
171/3 206/8 229/19
229/24 273/13 275/24
276/3 280/3 298/13
signed **[2]**  242/19 302/15
significant **[2]**  159/19
159/20
significantly **[1]**  259/19
signs **[3]**  80/13 131/14
276/14
Sikes **[14]**  26/3 28/6
36/24 47/16 56/17 58/15
105/22 106/5 120/7 120/16
124/19 125/21 128/15
128/17
Sikes' **[1]**  121/10
Sikes's **[1]**  27/22
similar **[5]**  26/25 66/7
113/5 127/17 137/23
similarly **[1]**  136/1
simple **[2]**  65/10 279/13
simply **[5]**  168/13 285/4
288/17 290/10 298/10
simultaneously **[3]**  197/17
197/19 235/11
since **[5]**  11/16 22/9 22/9
98/22 222/1

single **[3]**  17/10 157/22
228/9
single-action **[1]**  17/10
sir **[307]**
sister **[1]**  250/20
sit **[1]**  22/2
sitting **[12]**  24/3 27/7
28/13 29/6 102/10 135/3
187/3 227/1 227/12
270/24 295/9 296/16
situation **[7]**  91/14 99/8
112/15 112/17 119/8 251/19
298/15
situational **[1]**  145/4
situations **[2]**  272/11
274/12
six **[6]**  20/8 123/21 181/14
272/3 282/12 294/4
six inches **[1]**  20/8
size **[1]**  62/14
ski **[4]**  103/8 103/8 103/10
103/14
skin **[6]**  104/1 109/1 123/3
123/5 204/23 205/3
Sky **[1]**  250/21
slack **[1]**  252/24
slavery **[1]**  296/21
sleeves **[1]**  53/8
slide **[91]**  13/18 17/12
22/21 24/11 25/9 26/9
33/4 33/24 34/1 36/20
37/15 39/4 41/21 43/14
48/18 49/6 49/9 51/16
54/3 55/14 59/9 59/23
60/10 60/23 62/2 62/8
63/5 64/2 64/13 65/25
66/19 67/7 68/19 71/10
74/8 75/4 75/23 76/13
77/12 78/11 78/18 79/2
79/9 79/19 80/19 81/6
81/18 82/6 83/14 83/21
83/25 84/1 84/10 84/21

85/4 86/10 88/15 89/6
89/18 90/20 92/5 92/22
94/19 95/18 97/17 98/8
98/16 99/5 99/21 99/23
100/14 102/18 104/5
105/12 106/15 106/19
107/5 108/7 110/21 113/7
115/16 116/22 117/6 117/7
127/7 128/9 130/2 234/14
266/17 266/23 275/10
slides **[4]**  24/12 30/9
130/7 266/11
slogans **[1]**  297/18
slowly **[1]**  111/19
small **[2]**  179/4 185/10
smaller **[2]**  67/14 88/19
smart **[1]**  261/18
SMITH **[11]**  3/11 8/13
10/20 14/19 114/16 115/6
236/15 258/23 265/25
294/8 298/18
Smith's **[1]**  154/24
Smith.........................
.............**266 [1]**  7/2
Smith....................**11**
**[1]**  6/5
Smith....................**245**
**[1]**  6/19
Smith................**234**
**[1]**  6/14
smoke **[6]**  17/16 18/10 19/4
19/12 27/4 283/25
so **[543]**
so-called **[1]**  283/5
social **[2]**  129/2 149/3
socialist **[12]**  57/14 60/13
60/19 60/20 64/21 66/3
183/22 183/23 184/14
282/18 284/24 285/1
Socialistic **[1]**  57/13
socialize **[1]**  261/10
society **[1]**  292/14

**S**

**soft [4]** 22/7 176/17
176/18 176/20
**solely [1]** 221/24
**solution [1]** 121/16
**solutions [1]** 75/25
**some [136]** 14/1 17/21
26/19 27/12 27/24 30/2
30/8 30/8 33/5 35/10
38/4 38/12 39/18 40/1
41/23 44/4 47/1 49/7 58/5
58/21 60/16 61/7 61/7
61/20 62/6 62/17 63/15
64/8 64/20 65/14 66/1
66/25 67/1 67/8 69/8
71/14 79/21 90/17 93/1
94/21 96/14 100/16 102/1
102/1 102/13 103/19
103/20 105/14 105/15
106/10 108/13 113/11
113/14 113/17 117/4 119/23
121/1 125/2 127/9 127/12
134/23 139/14 141/13
146/18 151/9 151/18 152/17
157/7 167/5 167/11 169/18
169/20 169/24 171/2
172/21 172/25 173/2 176/7
176/18 178/25 180/16
181/5 181/23 182/22
183/20 185/16 187/3
188/15 191/18 191/19
192/16 192/17 192/19
193/6 193/8 202/17
208/16 217/20 220/13
220/24 221/7 221/10
222/8 224/16 226/17
230/10 231/6 232/23
241/14 251/4 256/17
257/24 258/12 258/23
266/25 269/8 271/11
271/14 272/25 274/10
275/10 275/11 278/3

281/10 286/5 289/10
292/22 293/2 294/16
294/25 297/17 297/18
298/3 299/20 299/21
302/8
**somebody [24]** 78/8 110/15
121/5 125/2 164/14 198/22
206/1 206/1 206/2 206/10
206/12 219/9 224/17
230/17 271/7 284/6
289/23 289/24 289/25
290/8 293/1 293/3 293/3
296/22
**somehow [6]** 121/7 183/15
197/24 202/17 283/14
284/6
**someone [34]** 12/24 69/16
140/2 140/3 144/3 144/13
144/20 145/2 153/23
155/6 156/9 162/21 185/13
201/24 202/6 202/7
202/13 203/8 204/4
204/23 205/19 222/23
222/25 226/4 240/11
272/14 278/18 287/16
289/14 291/15 291/21
291/24 293/8 295/3
**someone's [4]** 140/16
188/12 206/14 209/18
**something [32]** 70/14
74/25 83/7 90/8 101/8
101/10 101/24 115/20 121/7
127/20 129/24 140/16
177/12 188/14 201/16
201/21 226/3 230/1
263/20 277/17 278/10
283/14 284/2 284/5 287/4
288/24 290/20 296/3
296/5 297/19 299/13
299/16
**sometimes [7]** 64/22 143/6
143/20 154/16 252/25

255/9 297/13
**somewhat [1]** 55/9
**somewhere [1]** 103/20
**son [2]** 250/7 251/7
**SONG [148]** 3/4 4/19 8/12
10/15 17/17 17/22 18/7
18/13 19/6 19/8 19/17
23/18 23/25 24/2 24/8
28/1 28/24 28/24 30/19
31/22 32/1 32/4 32/5 33/7
33/12 33/18 39/9 40/5
40/8 40/11 40/18 40/21
40/23 41/1 41/4 41/9
43/23 44/2 45/23 46/3
46/11 46/13 47/2 55/11
55/11 55/12 56/20 57/25
58/3 58/14 58/17 58/20
59/1 59/1 68/13 68/24
74/2 74/10 74/16 87/4
87/24 88/2 88/23 90/2
90/15 96/22 99/2 99/10
99/18 101/15 102/15 104/14
106/21 107/23 110/16
110/17 118/23 123/23
123/23 131/20 132/5 132/9
132/12 132/22 132/25
134/2 134/9 134/13 134/16
149/24 150/1 152/8 155/20
155/24 163/2 163/3 163/4
163/5 163/8 163/12 163/14
163/14 164/1 164/6 172/8
172/11 173/18 177/9 196/17
199/13 207/22 208/6
211/24 212/20 212/21 213/1
213/1 213/9 213/17 215/1
216/10 217/5 217/6 220/19
222/6 223/10 223/14
223/19 223/21 223/23
224/1 226/16 226/19
228/22 229/21 229/22
268/15 268/23 269/4
270/12 271/5 273/23

**SONG . . . [6]** 274/6 274/19 289/5 289/5 298/20 300/10

**Song's [7]** 33/13 102/12 130/4 133/12 137/13 163/8 171/17

**soon [6]** 37/14 41/4 114/5 235/9 270/11 271/21

**sorry [20]** 14/12 49/25 118/15 118/15 138/22 144/25 151/25 156/24 163/10 165/21 168/17 182/6 208/2 209/13 211/18 212/21 218/4 231/15 250/22 299/19

**sort [22]** 8/20 21/21 33/21 50/18 58/5 61/5 62/22 65/2 68/13 71/19 102/1 102/1 102/20 126/22 128/20 129/19 154/20 155/4 155/11 180/16 181/5 185/3

**sorts [1]** 292/12

**SOTO [63]** 2/17 2/23 4/13 4/16 8/10 8/10 10/6 10/10 24/25 25/2 25/4 26/8 26/25 27/6 27/9 27/25 34/4 34/4 35/16 35/16 47/15 47/16 49/14 56/16 62/24 68/12 68/12 68/23 68/24 71/12 79/22 81/4 83/17 98/4 104/7 104/9 104/11 104/11 120/6 120/7 120/11 124/16 125/7 125/20 128/12 128/20 128/20 135/22 137/11 207/20 209/7 210/10 210/25 211/6 212/8 212/17 212/17 213/1 213/9 213/12 214/16 235/2 296/7

**Soto's [10]** 26/15 26/22

62/12 66/13 105/17 121/10 123/19 124/8 203/3 210/4

**Sotos [3]** 40/2 48/4 209/6

**Sotos' [6]** 34/23 63/13 64/5 117/25 118/23 173/9

**sound [10]** 18/20 18/23 53/17 53/17 53/19 58/23 170/13 170/21 221/7 229/2

**sounded [1]** 16/16

**sounds [3]** 15/22 229/3 230/12

**source [5]** 163/1 163/18 167/12 226/5 241/14

**sources [3]** 140/11 140/21 163/24

**south [8]** 30/20 44/7 45/22 51/20 51/21 129/13 131/12 131/16

**southbound [1]** 111/20

**speak [24]** 154/15 155/16 159/21 161/20 162/16 166/6 170/11 176/25 185/5 185/20 193/22 194/12 201/18 202/9 202/11 205/11 205/17 205/22 207/4 208/2 209/22 220/17 224/23 242/7

**speaks [1]** 269/4

**special [4]** 11/9 169/4 279/1 285/2

**specific [23]** 24/15 58/21 83/12 87/21 153/21 163/21 170/20 176/25 185/20 191/17 193/22 201/23 205/15 205/18 209/13 214/7 229/5 233/17 241/7 251/17 274/23 277/9 277/10

**specifically [29]** 39/22 55/6 60/21 142/23 152/20 155/20 165/23 167/25 170/22 177/19 188/6

189/13 193/6 194/12 202/13 210/13 211/19 217/5 218/7 221/2 221/12 224/23 228/24 229/21 229/22 274/7 274/8 278/20 287/7

**specifics [1]** 71/15

**specify [1]** 167/20

**speculating [1]** 164/21

**speculation [3]** 164/23 167/22 281/16

**spell [3]** 244/3 249/21 260/16

**spelled [1]** 249/23

**spend [2]** 266/4 295/8

**spending [1]** 69/22

**spent [5]** 162/14 190/19 220/7 266/3 282/16

**splayed [1]** 105/18

**split [1]** 65/11

**spoke [5]** 107/7 140/20 151/1 154/25 239/11

**sporadic [1]** 133/11

**spot [2]** 200/22 200/22

**spots [1]** 200/24

**spray [18]** 38/13 38/14 38/15 54/10 54/24 55/2 55/3 162/4 162/11 166/24 167/1 175/11 175/21 175/23 204/15 226/6 232/7 268/3

**spray-painting [3]** 38/13 38/14 38/15

**spread [3]** 57/4 76/9 85/15

**squad [1]** 94/4

**squat [1]** 94/3

**SRA [18]** 55/21 57/12 57/18 57/19 57/19 58/1 58/4 64/17 64/23 65/1 76/23 77/1 139/10 140/10 200/6 200/12 200/14 276/6

# S

**ST [12]** 4/5 4/5 6/9 7/7 9/17 14/17 186/5 189/20 244/21 247/21 265/1 290/15

**stack [1]** 95/3

**staffing [3]** 22/1 22/4 22/4

**stage [3]** 76/11 119/3 272/12

**staged [5]** 15/25 26/23 117/19 118/5 118/10

**staging [1]** 32/24

**stand [10]** 55/20 55/21 56/25 57/12 182/22 220/16 250/24 260/3 292/11 296/23

**standard [3]** 36/10 51/10 220/13

**standing [5]** 43/24 45/23 46/14 107/12 258/6

**standout [2]** 272/25 273/1

**standpoint [1]** 52/1

**stands [5]** 25/8 59/13 139/24 252/20 270/5

**start [8]** 24/20 45/22 46/3 119/13 137/21 143/10 212/22 285/19

**started [7]** 163/5 163/14 217/22 218/23 219/2 258/11 267/11

**starting [4]** 111/20 119/9 133/22 251/12

**starts [3]** 53/4 133/5 134/19

**state [14]** 8/21 11/8 166/6 249/21 250/2 253/11 260/16 260/22 282/5 285/21 286/3 287/7 300/20 301/3

**stated [4]** 12/23 185/2 207/22 208/8

**statement [4]** 9/8 15/22 192/4 192/7

**statements [5]** 166/8 185/5 185/7 230/2 270/7

**STATES [20]** 1/1 1/5 1/11 1/17 2/2 2/8 2/14 2/20 3/1 3/8 3/11 8/8 8/11 13/15 141/8 250/13 293/14 293/18 301/16 302/14

**stating [1]** 208/9

**station [5]** 134/8 166/9 243/12 270/23 280/20

**stationed [1]** 22/12

**status [2]** 189/10 191/11

**statutory [1]** 17/8

**stay [3]** 89/25 207/14 299/18

**stayed [5]** 93/8 112/15 130/19 150/10 261/22

**staying [3]** 65/11 90/9 150/8

**steady [2]** 101/25 255/15

**Steal [1]** 141/22

**steel [1]** 261/5

**stems [1]** 199/18

**stenography [1]** 5/7

**step [4]** 234/6 236/10 259/6 264/24

**steps [2]** 53/5 91/10

**stick [3]** 170/15 205/14 285/1

**stickers [2]** 61/21 61/23

**sticking [1]** 135/16

**stifling [1]** 272/18

**still [26]** 17/13 17/14 18/17 41/9 43/2 43/7 69/21 82/15 84/1 90/3 90/16 108/9 110/23 110/23 111/1 111/14 124/3 162/25 164/13 179/22 196/23 219/16 262/18 262/24 276/2 301/4

**stirred [2]** 263/8 263/10

**stomach [1]** 134/20

**stop [12]** 23/13 36/18 75/9 112/11 113/15 125/11 141/22 176/12 190/21 238/13 267/19 271/8

**stopped [5]** 150/10 161/4 161/8 190/22 270/20

**Store [1]** 154/20

**straight [4]** 112/15 114/25 157/12 285/21

**strange [1]** 275/10

**street [22]** 3/12 3/16 3/20 4/2 4/6 4/10 5/3 9/19 31/19 32/18 47/11 47/25 48/2 48/2 73/14 95/9 117/16 119/11 187/22 196/4 270/15 302/20

**strengths [1]** 138/11

**stretched [1]** 80/22

**strong [2]** 176/11 255/12

**strongly [1]** 70/24

**struck [4]** 12/12 119/7 122/3 231/23

**structure [1]** 57/21

**student [1]** 252/23

**stuff [11]** 41/23 101/13 126/19 136/20 217/20 242/17 257/8 262/5 263/12 263/22 294/25

**style [3]** 69/20 106/1 190/10

**styled [1]** 5/6

**subject [8]** 23/5 23/9 23/15 117/18 123/8 125/5 136/16 247/11

**subjects [12]** 15/21 25/11 25/13 26/20 31/10 111/3 111/9 111/12 119/14 121/3 136/24 196/14

**subpoena [3]** 239/1 239/5 247/12

## S

subpoenaed [1]  237/1
subsequent [2]  161/18
245/10
substance [3]  176/2 176/3
176/6
substantially [1]  259/14
substantive [5]  273/3
274/4 274/14 274/15
287/20
subtle [1]  83/5
successfully [3]  127/2
271/11 299/21
such [8]  36/12 56/16
112/17 144/9 145/16 185/7
279/9 288/6
sudden [2]  108/24 297/19
sued [2]  199/13 199/14
suffered [1]  19/25
suffering [1]  71/23
sufficient [1]  266/13
sufficient.' [1]  294/2
suggest [3]  242/4 290/24
292/17
suggested [1]  206/10
suit [3]  169/13 199/16
296/17
Suite [6]  3/12 4/2 4/10
4/13 4/16 4/20
suited [1]  215/12
sum [1]  256/12
summa [1]  253/2
summary [1]  171/13
summation [3]  183/2
265/25 272/6
summations [2]  7/1 237/17
sunflower [7]  107/11
111/20 118/9 131/23 132/6
132/12 136/14
sunflowers [1]  131/24
super [2]  75/15 83/6
superb [1]  295/17

superlative [1]  295/11
support [9]  89/23 215/19
255/25 256/9 256/14
256/15 267/7 269/18
293/16
supported [1]  274/15
supporting [2]  259/15
275/3
supportive [1]  259/17
supposed [1]  284/1
supposedly [4]  131/23
135/2 160/12 169/14
sure [34]  14/2 75/2 75/3
88/9 91/10 100/8 100/10
155/13 157/13 159/4 161/13
165/22 175/15 175/18
179/17 183/4 191/11 192/7
198/20 201/14 213/8 214/3
214/20 217/11 218/24
229/5 241/18 242/23
243/23 246/9 258/10
261/21 262/1 300/4
surgery [1]  188/16
surprise [2]  201/4 201/7
surprised [1]  99/12
surrounding [1]  43/16
Susan [2]  39/10 87/5
sustain [1]  19/24
sustained [2]  215/25 231/3
SUV [1]  251/20
swabbed [1]  194/24
swabbing [2]  153/12
153/16
swabs [1]  167/10
swept [1]  272/14
swipe [1]  273/13
swore [3]  173/25 242/19
282/20
sworn [4]  10/24 238/14
249/9 260/7
symbol [1]  97/8
sympathy [1]  169/18

## T

system [1]  56/1

table [5]  24/2 24/5 27/7
29/7 242/8
tables [1]  61/23
tabling [1]  57/7
tactic [1]  109/17
tactical [7]  36/12 57/23
77/5 96/12 96/12 106/23
113/4
tactically [1]  81/14
tactics [3]  41/19 56/7
87/15
tail [1]  295/8
take [24]  74/25 78/22
109/1 114/20 114/24 155/12
161/21 180/18 186/9 186/13
190/1 192/11 207/12
236/12 237/16 237/21
253/6 259/20 261/25
268/22 269/1 271/9
298/15 301/2
taken [31]  18/7 27/22
34/23 54/1 63/13 66/5
66/8 66/13 66/16 78/8
78/15 78/16 79/13 100/4
102/21 105/20 106/9
106/12 127/9 127/12 133/1
135/1 137/22 152/24 153/1
153/8 167/10 247/5 286/1
287/1 290/4
takes [4]  93/7 108/1
267/4 269/7
taking [12]  24/13 75/22
78/24 80/8 82/14 82/23
83/13 91/10 118/8 133/21
155/3 235/18
talk [19]  24/17 36/1 38/23
70/17 127/18 166/18
169/24 186/21 199/21
224/7 247/3 251/5 251/6
251/8 251/18 254/14

talk… **[3]** 279/14 280/23 282/14

talked **[39]** 23/25 28/9 32/2 32/3 38/19 41/22 41/23 60/24 61/10 62/4 64/15 65/23 71/18 73/7 76/15 76/17 77/8 86/12 100/17 102/19 105/14 116/24 128/2 128/11 130/4 134/8 135/11 135/13 156/14 160/24 165/20 231/6 233/24 239/11 271/3 282/15 283/4 283/6 298/13

talkie **[1]** 110/7

talkies **[1]** 299/5

talking **[29]** 33/17 75/25 79/24 80/1 80/6 89/7 93/10 98/18 98/24 99/15 117/22 142/21 147/17 148/19 172/7 180/7 180/12 198/22 206/8 214/6 229/25 242/16 265/18 274/7 274/8 282/17 282/17 289/6 294/23

tall **[2]** 131/24 131/24

tan **[2]** 52/19 53/10

Tanglewood **[10]** 95/8 107/18 117/17 118/7 130/23 131/15 132/7 132/12 136/14 190/11

tank **[3]** 103/22 123/1 189/24

target **[1]** 22/7

task **[2]** 261/22 262/7

teach **[1]** 184/6

teaching **[1]** 285/6

team **[1]** 121/5

telepathy **[1]** 284/6

Telephone **[9]** 3/13 3/17 3/21 4/3 4/7 4/11 4/14

4/17 4/21

television **[15]** 30/12 51/24 106/25 141/25 146/2 150/19 150/21 150/24 164/4 165/3 165/4 173/4 197/7 199/2

televisions **[1]** 165/8

tell **[51]** 12/4 12/19 16/11 32/18 36/22 39/7 41/1 42/11 42/25 49/9 61/10 72/16 72/16 73/11 90/10 93/3 93/4 100/19 106/18 108/10 139/1 139/10 149/10 149/23 151/13 152/21 167/6 175/15 178/12 189/18 194/18 208/24 216/9 220/21 223/14 223/18 228/24 232/18 233/1 246/17 252/9 258/12 261/3 261/16 261/23 266/8 279/17 279/17 280/1 280/1 284/1

telling **[9]** 45/25 79/22 83/17 99/7 100/3 144/2 152/20 222/3 295/19

tells **[4]** 74/24 94/8 159/16 223/10

ten **[1]** 32/9

tends **[2]** 99/13 298/21

tense **[1]** 125/5

term **[7]** 32/21 61/13 75/10 96/11 109/14 215/8 230/3

terminology **[5]** 59/18 61/25 101/14 127/25 176/4

terms **[3]** 188/24 230/8 267/1

terribly **[1]** 19/22

test **[2]** 188/23 191/18

tested **[5]** 189/8 191/8 191/8 212/13 228/17

testified **[15]** 138/20

139/9 154/22 167/5 167/11 184/21 186/5 209/5 209/12 209/2 209/7 209/25 212/25 279/5 279/7 281/5

testify **[10]** 141/12 168/17 195/11 199/5 199/7 204/22 209/1 214/5 246/15 246/21

testimony **[22]** 83/22 86/11 107/9 163/23 171/12 179/19 200/21 202/1 213/5 236/25 239/8 247/8 247/19 259/21 265/13 265/20 272/17 278/14 278/20 279/9 279/19 283/23

testing **[7]** 26/19 189/10 190/4 191/4 213/22 214/14 279/25

TEXAS **[37]** 1/2 1/6 1/12 1/18 2/3 2/9 2/15 2/21 3/2 3/12 3/13 3/16 3/20 4/3 4/7 4/10 4/14 4/17 4/20 5/4 12/8 153/8 153/14 167/17 184/2 186/25 187/1 192/16 233/15 240/14 250/3 254/17 254/20 260/23 291/5 302/18 302/20

text **[2]** 51/7 288/25

texting **[1]** 133/15

than **[44]** 17/9 61/19 99/13 111/4 116/14 118/19 118/23 135/10 138/7 146/19 147/2 147/5 147/21 162/11 162/13 168/13 184/10 196/6 201/4 206/22 208/17 210/17 211/1 211/17 211/21 213/19 218/16 219/8 220/11 220/13 222/4 227/17 247/13 248/15 252/17 254/7 256/22 263/21

T

than... **[6]** 271/11 281/6
284/17 298/11 298/20
300/11

thank **[72]** 8/5 9/4 9/16
10/16 11/3 11/5 11/12 14/16
14/17 14/20 14/21 115/5
115/7 138/16 139/7 157/14
168/20 168/23 171/11
186/2 186/4 186/6 193/11
193/12 207/6 211/23 212/2
212/12 212/22 216/13
216/25 234/5 234/6
235/23 236/9 236/10
238/2 238/17 238/21
244/5 244/18 244/20
245/21 245/23 247/16
249/12 249/16 259/5
259/7 259/25 260/10
260/13 260/21 264/17
264/23 277/11 281/20
281/21 281/23 287/21
290/14 290/16 292/20
294/5 295/5 295/7 296/9
296/10 297/13 298/17
300/8 301/17

thankfully **[2]** 97/4 292/10

Thanks **[1]** 259/8

that **[1613]**

that's **[280]** 14/13 17/5
18/9 18/19 18/22 19/7 19/9
19/15 19/20 20/12 20/13
20/16 20/19 22/1 22/20
23/14 24/15 25/20 25/23
26/17 27/16 28/22 29/14
32/8 34/16 34/25 35/1
35/12 35/13 36/16 37/13
39/2 41/11 42/1 42/12 43/1
43/23 44/12 45/2 45/15
46/17 46/18 47/3 47/5
47/24 48/15 48/17 48/21
48/25 49/1 51/1 52/6 54/5

54/16 54/16 54/21 55/16
56/19 57/1 57/11 59/20
60/3 60/14 60/20 61/3
61/13 62/20 65/17 65/22
67/3 67/15 68/20 69/7
71/13 72/2 72/3 72/7 72/9
72/13 74/10 76/7 77/11
78/7 78/15 81/4 81/10
81/22 81/24 88/1 88/25
89/15 92/7 92/15 92/19
93/14 93/16 93/21 97/7
97/13 100/1 100/20 101/2
101/8 101/17 101/22 102/3
102/10 102/14 103/12
103/18 104/3 104/13
105/19 105/21 105/23
106/2 106/12 107/11
107/25 108/4 109/14 111/6
112/4 112/5 112/7 112/16
113/22 116/4 117/3 118/9
118/19 119/21 120/19
120/23 122/1 122/11 122/19
122/23 122/25 123/2
124/5 124/8 124/13 126/8
126/24 127/11 127/20
128/14 129/2 130/13 131/8
131/25 132/1 132/25
133/13 135/23 137/4 138/4
138/23 139/3 139/4
139/22 140/2 140/3 141/7
142/10 143/22 148/16
149/8 150/2 161/22 164/21
165/5 166/23 169/6
170/22 171/4 172/13 175/2
175/19 176/5 177/7 177/10
181/19 182/11 183/25 184/5
184/8 185/12 190/5 190/5
190/13 190/13 192/8
192/19 197/4 198/9 198/23
201/8 201/11 203/8 203/9
203/11 203/17 203/20
204/11 206/22 209/10

213/18 217/21 221/16
221/25 222/7 223/24 224/12
227/23 230/5 230/15
235/8 241/3 241/19
244/17 246/24 247/7
250/23 252/3 253/25
254/3 258/22 259/23
262/8 262/17 264/15
266/10 266/20 266/21
266/21 267/3 267/9 267/9
267/18 267/18 267/20
267/21 268/20 268/25
269/5 269/20 270/2
270/6 270/13 271/9
271/16 271/24 275/19
276/24 278/18 281/18
282/5 283/24 284/22
284/23 286/6 289/11
291/13 292/4 292/8 293/7
293/8 294/15 295/1
296/24 298/7 298/8
298/25 299/21 300/1
300/2 300/4 300/6 301/2

their **[122]** 14/9 20/17
21/13 22/1 22/10 25/16
25/17 37/25 37/25 42/22
46/21 49/22 51/13 56/2
56/4 56/13 57/22 58/11
59/19 60/21 61/16 61/16
61/19 61/23 62/13 65/12
66/23 67/24 70/1 70/1
70/22 72/21 72/24 72/24
73/5 79/8 83/6 89/4
90/25 91/11 91/15 91/15
91/17 94/17 96/14 96/18
108/18 110/7 110/7 110/10
111/11 111/14 112/14 113/18
116/14 116/16 117/19 118/10
121/3 121/13 121/15 121/16
121/16 121/18 122/14
128/23 134/13 135/18
140/7 144/13 147/3 154/23

**T**

**their... [50]** 155/3 155/7
183/8 185/15 188/5 188/20
192/19 197/3 205/18
205/19 206/17 209/9
218/6 219/20 219/21
219/23 220/2 220/3
222/11 225/6 225/9 226/4
230/14 230/21 230/25
231/15 236/2 254/6 255/3
255/7 255/11 257/25
267/1 269/1 269/20 270/3
270/8 270/16 270/18
280/18 282/19 283/5
284/7 284/17 285/12
288/15 288/19 297/3
299/4 300/9

**theirs [1]** 255/9

**them [88]** 20/24 20/24
24/17 36/15 41/20 42/21
45/19 45/25 69/22 70/1
71/8 79/6 87/17 90/13
90/19 91/15 91/21 94/11
96/14 96/16 99/14 104/19
112/15 113/16 120/15
124/19 125/11 130/11
140/17 140/18 140/23
147/10 147/15 150/10
150/21 158/5 158/24 159/9
161/8 161/22 161/22 170/6
183/15 185/16 188/13
192/17 192/17 192/18
192/22 199/8 204/11
218/12 220/13 222/21
223/5 227/5 227/7 229/1
229/6 229/7 230/12
230/13 231/8 231/8
233/10 242/1 255/8 268/3
270/13 270/20 270/21
271/10 275/24 276/16
276/22 280/18 281/12
286/14 286/24 288/15

288/15 295/11 297/11
297/23 298/8 298/21
299/20 299/21

**themselves [11]** 63/19
71/9 144/20 144/21 145/3
145/7 145/14 156/5 183/11
184/9 230/19

**then [125]** 8/22 10/14
18/7 18/10 19/15 27/21
38/19 40/17 40/20 41/9
47/22 48/6 53/4 54/7
54/10 56/20 56/21 56/23
60/13 62/17 63/15 63/24
65/14 65/23 66/4 66/12
67/13 72/14 73/8 80/25
81/3 87/20 90/2 91/6
92/10 93/4 93/20 93/24
95/2 95/7 96/17 99/10
105/25 106/12 107/17
108/1 108/20 108/23 109/1
109/8 109/9 114/24 114/25
116/19 117/15 120/7 120/15
121/9 124/8 124/11 128/19
128/25 132/17 132/17
132/22 134/11 134/19
134/23 134/24 135/1 135/6
136/15 136/21 137/22
139/1 140/17 140/23
143/10 148/2 148/8 164/5
166/12 166/17 169/22
171/20 172/4 178/6 178/6
187/2 192/9 202/17 204/8
207/12 213/12 214/16
215/3 215/14 216/15 221/5
235/9 237/16 237/18
241/22 246/24 250/25
251/6 251/8 255/10 264/7
268/3 268/3 268/19
268/20 270/15 270/18
271/2 273/22 279/20
280/21 282/23 287/11
293/22 295/10 297/18

298/12

**theory [6]** 71/18 171/24
172/3 288/20 289/3
289/12

**there [385]**

**there's [87]** 18/11 18/20
22/14 25/7 26/14 27/12
27/24 42/2 42/11 44/4
53/17 53/17 60/11 61/20
79/23 80/3 82/25 91/5
93/1 98/13 98/13 111/24
124/16 124/19 131/22
136/20 136/22 143/8
143/22 144/7 159/18
162/24 167/13 170/17
175/7 179/4 184/13 188/15
188/23 199/2 203/24
203/25 208/6 208/24
209/16 217/2 221/7 222/3
222/20 224/7 226/16
227/17 232/15 232/20
250/19 266/13 269/9
270/1 273/14 274/2
274/10 274/13 274/14
274/16 276/15 277/9
281/19 284/2 286/22
287/13 288/13 288/24
290/2 290/7 291/22 292/7
293/11 294/19 294/21
294/22 295/2 295/21
296/6 296/20 298/10
300/3 300/15

**thereby [1]** 190/16

**Therefore [1]** 214/16

**thermal [1]** 131/6

**these [147]** 21/7 23/15
24/12 24/18 25/11 25/13
25/15 26/20 33/14 35/7
36/3 36/14 38/2 39/7
39/8 40/10 45/4 45/13
45/16 45/18 45/21 49/2
49/3 50/11 50/13 55/5

**T**

**these...** **[121]** 55/18
55/24 56/10 56/10 56/11
57/3 57/7 57/8 57/9
57/17 57/23 58/21 60/4
60/14 61/4 61/7 61/14
61/22 61/22 61/24 62/22
64/11 64/18 64/22 65/4
65/9 65/18 66/22 66/25
66/25 67/2 67/9 68/14
68/15 69/4 70/19 72/20
76/8 77/10 77/21 80/12
84/3 84/5 90/11 91/14
94/21 95/25 102/19 105/4
105/15 105/19 107/12
109/3 109/19 109/19
110/24 112/10 112/18
116/13 116/17 118/19
120/20 120/21 121/3 121/14
123/7 124/25 127/25
128/12 128/22 133/5
135/15 137/19 137/23
140/17 140/18 140/22
140/23 148/24 149/7
154/11 154/23 159/5
182/15 183/7 185/14
185/17 193/4 211/8 211/10
235/10 235/11 256/23
266/7 266/10 267/10
267/10 267/21 268/4
268/17 269/6 269/20
270/6 271/1 271/17 271/17
274/12 274/25 277/10
281/3 285/10 290/6 291/1
291/9 295/10 296/4 296/7
297/8 298/22 300/3
300/13
**they** **[450]**
**They'll** **[1]** 64/24
**they're** **[69]** 13/15 14/8
22/18 34/15 38/14 44/4
46/5 56/6 59/25 61/1

61/18 65/10 65/11 65/20
68/11 68/12 74/4 75/18
75/20 75/20 77/4 79/5
80/10 80/22 81/7 81/8
83/6 89/7 89/10 90/12
91/24 91/25 98/7 98/24
99/15 108/18 108/22
108/23 110/22 110/23 111/1
112/16 121/1 124/25 125/1
125/4 125/23 126/6 142/9
158/3 176/6 189/25 227/4
229/25 267/13 268/5
268/6 268/6 270/7 270/7
270/8 270/8 270/10 272/2
274/8 284/1 286/15 299/4
300/6
**they've** **[12]** 56/3 115/18
128/2 128/2 208/13 236/6
287/17 287/24 290/4
294/15 295/13 297/17
**thin** **[1]** 80/23
**thing** **[33]** 54/22 57/21
61/5 61/12 63/8 65/2 67/5
68/13 71/20 75/19 89/11
102/20 125/24 126/22
129/19 129/20 154/20
155/4 166/20 166/23
241/20 259/15 265/17
269/3 274/22 275/17
279/6 279/15 280/25
285/7 288/3 297/5 297/7
**things** **[43]** 24/16 30/8
32/21 33/25 36/10 42/21
44/4 45/19 57/10 61/4
62/18 62/22 66/17 67/1
69/5 70/20 70/21 72/23
74/6 77/8 96/9 97/15
100/16 102/13 105/15 112/8
128/21 136/2 147/5 169/20
184/5 184/7 193/9 210/3
210/7 228/3 239/10 257/7
263/14 274/25 292/12

296/23 297/13
**think** **[64]** 21/13 24/20
70/1 76/23 93/11 96/4
98/20 99/12 100/4 115/9
119/10 128/12 130/5
130/24 137/25 143/25
144/18 149/6 154/23
154/23 155/23 158/5
159/15 159/16 159/23
160/22 162/24 167/5
167/20 181/4 183/1 190/21
203/22 203/24 206/7
206/22 212/19 214/1
219/25 221/2 225/6
225/21 226/20 228/19
231/7 234/2 253/25 254/3
258/13 263/25 264/11
264/14 266/25 268/12
276/21 278/22 286/22
287/14 288/9 288/10
288/24 296/15 298/9
**thinking** **[4]** 75/9 139/20
252/1 295/9
**third** **[2]** 259/17 260/1
**this** **[531]**
**Thomas** **[5]** 15/2 39/11
40/17 58/15 134/12
**Thompson** **[1]** 260/25
**those** **[81]** 11/10 18/17
18/20 19/1 20/22 21/14
26/19 31/12 38/25 44/1
45/22 46/2 46/2 47/19
48/16 51/8 54/13 56/12
62/12 64/21 65/16 68/21
77/8 87/6 97/14 110/2
112/21 112/22 113/18 118/8
121/1 122/5 127/17 128/20
132/24 136/23 136/24
139/11 139/17 140/8 140/13
140/14 141/17 143/3 143/4
145/6 151/25 153/25
160/24 164/6 166/10 174/9

**T**

**those…** **[29]** 176/17 180/14 185/11 200/24 210/5 210/7 215/22 218/16 220/1 225/1 229/4 237/12 237/21 244/13 249/13 257/6 264/9 270/15 272/11 273/12 273/15 273/21 274/25 282/24 287/14 288/20 293/20 300/21 302/13

**though [9]** 32/5 42/3 94/25 122/2 142/10 169/20 174/13 187/14 230/10

**thought [12]** 9/19 108/5 163/23 222/1 230/12 230/24 235/18 248/8 270/25 292/23 298/5 298/24

**thousand [1]** 298/5

**thread [1]** 69/10

**threat [2]** 139/14 276/24

**threaten [2]** 257/11 257/14

**three [31]** 16/9 22/14 22/14 27/13 41/13 67/20 67/20 95/3 107/20 111/3 111/4 111/7 111/24 140/6 171/20 172/8 174/2 174/3 174/5 186/12 214/25 251/4 261/4 261/4 266/4 269/7 282/14 282/15 282/20 282/23 282/24

**threshold [2]** 274/23 300/12

**through [28]** 23/7 33/5 33/17 49/12 50/24 55/21 62/7 120/21 124/13 133/22 134/13 134/19 140/12 140/12 147/17 159/24 176/13 190/1 195/10 199/9 207/11 229/20 231/25 233/24 273/11 280/11 281/18 298/12

**throughout [2]** 65/6 296/20

**throw [2]** 138/25 279/13

**thugs [1]** 298/3

**thus [1]** 175/4

**tied [2]** 93/14 285/13

**ties [6]** 166/20 166/23 166/24 167/1 167/4 255/12

**time [116]** 8/23 12/17 13/8 15/7 16/16 16/19 17/23 17/25 18/4 21/20 21/24 45/21 46/5 46/9 46/12 46/14 47/5 55/6 56/3 74/1 86/21 88/18 110/19 111/5 111/8 111/10 112/24 122/1 135/3 138/17 142/21 145/21 145/25 145/25 146/5 146/10 148/8 148/10 149/6 152/11 159/4 160/18 160/19 161/25 162/12 163/7 166/11 166/13 166/14 166/15 166/21 174/14 174/18 175/3 175/5 177/3 186/10 189/17 193/5 194/13 194/20 196/22 197/14 197/20 198/5 198/6 198/21 201/15 201/19 201/22 202/19 202/23 203/14 210/24 213/7 214/11 218/8 218/20 218/24 220/22 220/25 222/10 226/25 227/7 228/25 233/4 233/9 234/4 240/8 241/6 242/6 242/19 246/3 246/18 246/23 247/1 247/4 248/24 252/20 261/8 262/7 264/3 265/2 266/5 266/9 270/14 272/18

**timeline [2]** 145/20 148/14

**times [14]** 15/18 58/13 58/13 68/1 68/7 68/8 88/5 96/10 106/25 116/6 241/7 242/9 280/2 296/22

**timing [1]** 163/5

**tire [2]** 252/1 252/3

**tire's [1]** 251/21

**Tired [1]** 70/13

**tires [3]** 38/14 54/9 54/13

**titled [1]** 86/17

**today [28]** 9/22 24/22 28/6 29/4 35/21 138/23 163/18 165/9 177/3 181/12 193/8 210/15 220/19 227/1 229/19 231/6 233/25 243/20 246/15 250/16 279/2 279/20 282/10 295/18 296/16 297/14 298/10 301/8

**today's [1]** 292/14

**together [21]** 30/10 30/18 37/17 42/16 47/20 55/6 57/4 57/8 65/11 76/9 134/12 134/12 150/1 154/3 158/2 177/4 206/18 261/6 261/8 262/15 297/13

**told [18]** 158/12 166/13 166/15 167/12 172/24 177/15 187/17 199/23 221/12 222/25 236/6 241/24 246/6 252/2 262/15 262/21 264/2 270/25

**Tomorrow [1]** 74/18

**tonight [1]** 289/9

**too [12]** 10/16 80/23 89/8 133/1 155/10 177/23 243/22 253/22 261/11

**T**

too... **[3]** 262/8 290/19 298/3

took **[8]** 67/13 135/7 192/22 230/21 230/23 241/6 251/25 253/1

tool **[1]** 91/9

top **[34]** 15/7 24/20 24/21 45/14 47/9 49/13 71/13 80/23 81/3 95/3 100/19 103/23 105/17 105/21 106/18 106/20 106/23 109/6 123/1 152/14 153/18 160/15 161/20 166/10 170/11 185/21 185/24 193/23 196/2 198/17 214/8 226/21 229/11 263/13

top-left **[1]** 106/18

total **[2]** 16/8 214/23

totality **[1]** 228/13

totally **[1]** 275/17

touch **[1]** 202/6

touched **[1]** 202/7

tourniquet **[1]** 36/17

tourniquets **[1]** 36/15

toward **[1]** 163/2

towards **[37]** 19/18 23/7 23/18 23/18 28/24 30/18 37/3 38/2 38/5 42/8 45/8 45/22 46/3 99/20 117/1 117/15 130/22 131/15 131/17 132/13 132/13 143/18 163/3 163/4 163/8 163/25 180/23 180/24 198/1 227/14 230/4 230/4 266/6 271/16 278/20 280/6 286/21

town **[2]** 177/24 178/10

track **[3]** 142/25 143/4 217/3

tracked **[1]** 65/16

tracking **[3]** 91/9 143/2

152/6

traffic **[1]** 113/15

tragedies **[1]** 296/16

trailing **[1]** 120/15

trained **[3]** 58/21 99/13 298/20

training **[8]** 57/23 58/2 76/24 77/5 112/16 139/11 141/13 141/16

trainings **[1]** 77/2

traitor **[1]** 175/11

transcribed **[1]** 302/10

transcript **[3]** 3/7 302/5 302/12

transferred **[2]** 40/16 135/6

transmission **[1]** 13/22

transported **[5]** 40/13 40/17 40/18 192/16 192/17

Trap **[3]** 69/15 69/15 70/7

trauma **[1]** 211/9

traumatic **[3]** 36/12 36/19 215/21

travel **[1]** 195/12

traveled **[2]** 197/10 270/22

traveling **[2]** 184/17 198/1

travesty **[1]** 285/11

treat **[2]** 33/16 215/21

treating **[1]** 36/12

treatment **[2]** 183/8 284/18

tree **[5]** 131/20 133/12 258/1 258/5 258/10

treeline **[1]** 44/19

trespass **[2]** 276/13 294/15

trespassed **[1]** 271/19

trespassing **[4]** 37/4 49/2 49/3 276/17

trial **[5]** 186/12 193/3 193/4 258/18 290/1

triangulate **[2]** 91/3 91/17

triangulation **[1]** 91/14

tried **[8]** 76/9 119/24 126/25 224/13 224/14 228/21 299/20 300/4

trigger **[15]** 17/1 17/1 17/3 17/4 17/5 102/3 172/15 203/20 215/2 266/8 273/6 273/24 278/25 279/1 293/1

Troopers **[1]** 187/2

trouble **[1]** 289/23

truck **[3]** 134/15 233/16 251/22

true **[7]** 48/22 161/6 196/25 201/11 265/22 293/5 302/5

truly **[5]** 80/8 81/7 267/19 269/19 270/4

Trump **[1]** 59/17

trunk **[2]** 288/8 288/9

trust **[1]** 297/10

trusted **[5]** 74/18 74/22 89/17 252/10 252/14

try **[10]** 33/16 134/9 138/13 188/12 207/11 207/13 217/8 224/8 235/21 279/17

trying **[24]** 12/24 21/19 66/4 83/6 83/11 89/15 94/4 108/16 109/11 111/22 133/23 204/11 217/2 217/20 219/9 220/2 224/17 226/13 278/9 284/3 293/8 298/4 299/14 300/7

tuckered **[1]** 189/18

turned **[1]** 21/5

turquoise **[1]** 48/24

TVs **[1]** 166/21

two **[72]** 18/6 21/7 27/12 30/4 40/16 43/21 52/4

# T

**two... [65]** 55/5 58/13 60/11 67/9 68/17 73/8 73/8 79/23 79/24 94/3 94/21 96/9 98/12 107/9 108/5 108/17 114/22 129/15 136/22 160/22 160/22 160/23 165/1 165/2 169/11 169/21 171/23 171/25 172/2 172/7 172/14 188/13 190/19 190/25 191/5 191/6 191/8 193/4 200/24 201/5 207/13 214/9 214/22 218/17 218/19 220/18 220/25 221/8 225/1 225/19 225/21 225/21 229/12 231/8 244/14 259/18 268/3 269/9 282/22 284/3 286/22 291/1 294/11 297/8 300/9

**two miles [1]** 129/15
**two-officer [1]** 136/22
**type [26]** 33/15 33/15 34/14 35/6 39/25 57/4 57/10 57/23 60/15 61/23 61/24 62/15 62/19 64/9 66/8 71/6 85/14 91/22 103/5 141/14 176/5 176/11 188/15 196/12 253/23 292/15
**types [2]** 33/14 66/22
**typical [1]** 51/5
**typically [2]** 19/1 65/14
**tyranny [1]** 78/25

# U

**U.S [10]** 20/16 176/7 177/3 181/23 184/18 193/10 242/13 277/18 286/16 293/22
**Uh [1]** 167/2

**Uh-huh [1]** 167/2
**ultimately [7]** 39/1 55/10 55/11 67/22 85/10 88/2 92/19
**umbrella [1]** 139/17
**unable [1]** 279/18
**unaffiliated [2]** 73/13 135/1
**unbeknownst [1]** 289/14
**unclear [5]** 121/8 150/2 150/4 229/18 233/2
**uncommon [2]** 141/7 141/9
**unconscionably [1]** 286/19
**uncovered [3]** 40/21 51/11 65/8
**under [15]** 70/21 70/22 134/11 139/13 139/14 139/17 172/17 174/25 182/7 247/5 286/2 288/2 289/18 291/23 301/5
**underneath [1]** 300/7
**understand [8]** 157/11 188/11 212/10 217/4 238/5 252/11 272/23 277/16
**understanding [25]** 12/19 22/11 22/20 108/16 131/8 138/21 139/10 139/22 183/25 184/8 184/19 190/3 190/23 191/22 192/3 192/12 198/23 206/15 211/12 224/12 226/7 226/23 227/1 261/15 279/2
**understood [2]** 199/11 227/11
**Unfortunately [1]** 294/11
**unidentifiable [1]** 83/11
**uniformed [1]** 238/10
**unique [2]** 17/2 52/19
**unit [5]** 4/6 107/19 136/18 136/21 136/22
**UNITED [20]** 1/1 1/5 1/11

1/17 2/2 2/8 2/14 2/20 3/1 3/8 3/11 8/8 8/11 13/15 141/7 250/13 293/14 293/18 301/16 302/14
**units [5]** 22/13 22/14 108/14 108/20 148/8
**University [1]** 253/11
**unlawful [5]** 185/3 282/23 283/14 285/3 290/12
**unless [4]** 179/7 268/9 279/16 300/25
**unlike [1]** 57/19
**unmarked [1]** 180/24
**unsure [2]** 21/14 121/2
**until [11]** 84/16 134/21 137/21 146/5 148/4 232/4 237/18 268/24 273/3 274/21 300/14
**unusual [2]** 162/21 162/23
**unware [1]** 232/15
**up [84]** 12/16 14/9 18/7 20/8 24/23 32/25 34/24 37/5 40/7 40/11 40/13 42/6 45/7 46/10 46/15 50/16 52/23 53/4 54/19 57/6 65/11 77/21 82/17 82/19 82/20 92/11 101/24 102/20 106/17 108/16 109/9 110/10 117/17 123/5 130/11 131/9 134/10 134/13 134/14 156/2 156/3 158/13 169/15 171/1 171/12 172/12 192/20 193/9 198/14 203/11 203/19 219/2 226/4 228/21 233/10 234/1 234/14 242/23 245/10 249/13 251/24 253/21 256/12 257/25 258/5 262/2 262/6 263/8 263/10 269/8 269/17 271/8 273/2 274/20 278/5 281/25 282/3 283/15

**U**

up… **[6]** 292/11 294/9
294/20 295/9 296/23
297/5

updates **[1]** 133/11

upgrades **[1]** 262/3

upon **[4]** 41/3 42/21 102/16
121/15

upper **[2]** 20/1 45/14

upset **[5]** 227/23 253/21
278/23 296/4 297/9

us **[69]** 12/4 12/19 13/23
23/3 32/18 34/1 36/22
37/20 39/7 41/1 44/6
45/10 49/9 53/1 55/21
61/10 63/8 65/5 69/23
70/2 71/5 72/16 72/16
73/11 85/10 86/2 86/7
87/12 93/3 93/4 94/2
94/22 100/2 100/19 101/18
106/18 107/10 108/10 117/8
119/3 133/19 145/19 149/10
159/16 166/12 167/12
169/22 170/6 173/5 177/2
177/15 179/12 180/7 180/11
182/16 182/17 183/7 216/9
230/11 236/6 259/24
262/4 262/11 262/11
279/17 279/18 280/1
294/9 298/1

use **[20]** 58/11 59/5 66/22
68/15 98/22 128/1 154/16
154/17 176/18 180/14
184/3 187/7 192/5 199/9
216/5 246/6 254/11 268/9
285/6 288/4

used **[37]** 32/22 32/24
33/1 41/19 49/14 50/11
51/25 58/17 59/1 59/7
68/4 76/23 91/9 96/11
101/16 106/24 109/10
109/15 127/24 145/17

152/8 154/11 155/6 162/5
176/6 181/19 215/75 219/7
246/11 266/15 268/14
270/3 270/3 288/17
288/18 288/21 292/3

user **[1]** 185/17

using **[10]** 49/20 51/11
65/15 65/18 125/25 127/18
180/7 180/12 198/19 299/4

**V**

vague **[1]** 217/8

Vaguely **[1]** 178/9

Val **[4]** 69/3 72/7 185/11
185/19

validates **[1]** 279/10

van **[29]** 29/21 29/24 44/9
54/8 54/13 111/18 112/3
112/11 112/12 113/2 113/3
119/19 119/23 119/24 129/1
180/24 190/22 190/25
191/6 191/9 191/24 191/25
192/3 192/10 192/13 231/1
291/18 292/6 292/7

vandalism **[5]** 44/5 56/7
70/21 235/7 281/13

vandalize **[2]** 162/5 226/3

vandalized **[1]** 225/17

vandalizing **[3]** 164/5 271/1
294/23

various **[6]** 33/5 62/18
66/13 67/1 133/25 140/11

vehicle **[59]** 17/19 22/13
30/1 30/25 31/2 38/9
38/16 38/18 51/25 52/2
52/3 66/8 93/12 113/16
115/10 117/25 117/25
118/18 118/24 121/10
121/10 128/18 148/25
149/2 149/4 149/6 166/2
174/25 175/5 175/5 175/9
175/11 175/12 175/15
175/16 175/17 175/19

175/22 175/24 176/16
176/24 192/8 195/19
203/6 209/4 209/5 209/5
209/9 209/12 209/17
209/18 211/1 232/10
232/24 233/17 240/15
270/16 283/13 291/16

vehicles **[28]** 23/8 30/12
37/9 38/7 38/9 54/11
94/17 117/18 117/19 118/19
121/13 121/15 121/16
122/14 136/16 160/23
162/5 164/5 194/6 195/15
211/4 218/6 225/14 225/16
225/24 226/3 232/7
294/23

venture **[1]** 267/8

Venus **[5]** 177/23 177/24
178/6 178/10 184/17

version **[3]** 72/24 106/9
273/25

versus **[4]** 25/21 25/22
202/7 202/21

very **[41]** 9/24 10/5 10/9
10/13 10/19 37/25 59/4
59/20 96/20 96/21 97/14
109/25 111/1 112/9 112/9
121/8 123/3 125/4 141/21
172/19 183/11 188/3 193/5
193/5 234/5 242/9 242/24
250/12 251/14 254/8
255/7 261/6 261/8 261/18
261/18 261/18 262/5
263/7 277/9 279/12
292/13

vest **[9]** 85/20 95/23
95/25 96/12 102/12
106/23 116/1 155/8 158/14

vests **[19]** 21/10 21/11
22/18 65/24 66/24 72/18
72/21 73/2 73/4 73/6
85/13 85/24 85/25 86/2

**V**

vests... **[5]** 86/6 88/10
102/9 113/4 162/3
**VI [1]** 216/3
**via [2]** 39/15 302/9
**vicinity [12]** 28/10 28/11
29/16 104/16 133/3 163/9
163/11 190/19 196/20
208/15 216/8 278/24
**victim [11]** 19/15 19/16
19/24 20/11 23/12 23/13
23/14 46/9 46/10 108/19
111/6
**victims [1]** 231/19
**video [25]** 15/8 15/21
17/16 18/4 19/18 23/5
37/14 115/14 118/12 118/12
120/6 148/7 162/25 164/14
173/11 174/14 177/17
177/20 210/17 221/8
232/20 232/21 233/2
276/21 283/23
**videoconferencing [1]**
302/10
**videos [5]** 46/12 117/4
172/25 175/3 179/12
**view [17]** 23/17 28/21
41/23 41/24 48/19 51/23
55/10 61/18 71/6 72/21
73/1 73/2 117/16 155/14
155/16 263/18 284/18
**viewed [1]** 223/20
**viewing [2]** 69/5 116/19
**views [2]** 52/8 197/6
**Vinny [1]** 280/24
**violence [28]** 56/7 60/22
72/24 143/10 143/18
144/16 144/23 146/20
146/22 146/23 147/6
155/14 183/24 184/15
229/21 229/22 230/4
257/3 274/11 275/2

276/24 276/25 280/6
280/6 285/3 293/25 294/13
294/24
**violence-advocating [1]**
285/3
**violent [13]** 57/9 70/15
139/15 139/16 143/7
143/21 144/19 201/16
201/24 202/22 257/1
277/5 293/7
**visible [2]** 95/10 103/23
**visited [2]** 243/22 246/13
**Vista [1]** 251/22
**voice [1]** 198/19
**VOLUME [1]** 3/7

**W**

**Waco [2]** 191/16 191/18
**WADE [4]** 6/23 251/1
260/18 260/19
**wagon [13]** 46/19 97/10
97/14 102/7 102/8 106/21
106/22 107/4 108/23 118/7
206/13 215/3 218/13
**waists [1]** 194/7
**wait [4]** 90/5 247/1
280/23 289/9
**waive [5]** 8/19 8/24 10/3
10/3 10/17
**waived [2]** 285/20 300/19
**walk [6]** 55/21 118/20
121/17 121/18 258/11
270/16
**walked [3]** 105/9 122/6
122/11
**walkie [2]** 110/7 299/5
**walkie-talkie [1]** 110/7
**walking [13]** 42/8 120/20
121/7 123/20 129/20
137/22 163/2 163/25
180/23 209/9 224/21
256/13 270/15
**wallet [5]** 129/3 129/3

149/2 149/3 149/5
149/22 156/25 157/18
14/4 14/6 73/4 73/4 74/20
91/7 92/8 95/25 117/10
145/19 145/20 148/14
157/13 160/18 166/17
166/18 169/24 173/20
180/18 182/21 183/2 187/8
188/4 207/11 217/6 219/22
227/7 231/15 240/22
247/2 247/3 254/24
266/4 270/5 276/16
276/19 276/21 278/11
280/23 287/21 287/22
287/23 289/4 291/5
295/10
**wanted [15]** 73/5 74/19
179/9 202/13 219/23
234/13 246/23 258/8
262/24 270/25 278/9
280/21 281/8 281/17
294/16
**wants [2]** 204/4 278/18
**war [7]** 80/15 81/3 82/2
82/4 270/6 274/10 296/21
**ward [1]** 95/23
**warning [1]** 278/8
**warnings [3]** 158/2 158/5
246/23
**warrant [5]** 34/3 35/1
39/25 239/22 242/20
**warrants [1]** 214/13
**WARREN [2]** 4/5 4/5
**was [703]**
**Washington [1]** 290/23
**wasn't [25]** 32/5 32/6
34/23 66/16 88/7 90/18
142/12 159/18 162/19
174/13 184/23 202/25
210/23 217/19 220/24
242/10 242/16 244/10
252/22 278/5 280/5

**W**

**wasn't... [4]** 283/8 283/8 284/10 284/15

**watch [5]** 113/7 113/12 115/20 117/4 118/13

**watched [2]** 115/14 179/19

**watching [7]** 14/25 16/11 119/1 164/3 172/25 174/14 295/10

**water [3]** 46/20 107/3 189/25

**wave [1]** 61/24

**Waxahachie [2]** 178/7 255/11

**way [44]** 20/8 42/11 51/14 65/12 80/22 80/23 81/2 99/9 119/12 129/13 134/20 134/20 139/20 164/12 167/13 181/22 185/16 188/23 197/23 208/18 208/24 224/15 231/1 231/16 232/19 241/15 247/7 258/14 263/24 268/22 269/1 272/15 273/7 274/15 275/4 283/17 284/19 285/12 285/13 290/4 292/10 294/18 295/23 295/25

**ways [2]** 286/22 287/13

**we [455]**

**we'll [23]** 30/8 30/15 32/17 37/14 38/23 42/24 49/7 61/20 65/14 73/1 86/20 103/13 105/11 114/24 114/24 114/25 157/12 206/12 237/22 246/1 265/9 265/11 281/20

**we're [32]** 8/24 10/11 36/1 69/9 71/14 79/21 84/3 90/15 96/13 99/16 101/18 107/10 113/11 116/19 117/4

118/12 119/1 174/14 193/8 200/1 217/19 217/20 221/16 236/12 237/18 248/14 271/4 277/2 277/3 279/2 279/14 293/3

**we've [56]** 14/18 20/24 28/9 33/17 42/5 42/6 42/16 49/13 50/12 51/4 51/11 51/18 55/15 56/15 57/2 58/3 58/5 58/20 59/18 60/7 60/8 60/25 62/7 64/18 64/22 65/23 67/8 69/16 69/20 70/19 72/20 76/15 80/4 80/16 82/19 88/5 88/17 90/11 114/21 117/7 122/5 126/19 135/11 135/13 137/25 146/3 146/3 162/24 207/12 208/3 217/11 224/5 230/11 231/5 282/9 300/9

**weapon [23]** 16/12 17/23 28/4 28/24 58/18 59/1 101/15 101/19 101/20 104/15 114/12 114/13 115/15 116/9 145/16 171/17 171/21 174/13 174/18 221/23 271/22 273/24 294/21

**weapon's [1]** 29/16

**weaponry [1]** 69/23

**weapons [26]** 26/17 29/23 32/14 41/7 41/10 58/2 88/10 88/13 96/8 96/17 99/15 102/24 141/5 141/7 145/16 153/17 156/5 162/3 184/23 194/14 202/25 206/5 206/9 206/11 288/14 288/20

**wear [6]** 42/13 83/6 109/18 109/22 220/4 278/9

**wearer [1]** 176/13

**wearing [34]** 23/6 42/23 52/18 52/21 53/6 53/8 53/10 56/11 79/5 87/16 103/2 103/18 103/22 104/7 105/22 108/25 109/3 109/11 110/5 123/1 124/6 127/15 151/21 158/14 189/3 196/1 196/14 196/15 210/10 223/19 224/2 299/2 299/15 302/9

**Weatherford [1]** 3/20

**weeds [2]** 160/17 280/10

**week [2]** 188/14 188/14

**weeks [2]** 50/16 186/12

**weird [1]** 80/3

**well [78]** 9/7 21/3 27/13 30/2 30/3 31/3 44/9 53/14 54/12 55/23 56/23 69/24 80/1 87/20 90/3 107/4 111/4 131/7 139/3 141/21 149/9 150/13 151/10 151/25 154/19 155/22 157/13 164/24 165/4 174/6 174/24 178/10 178/17 179/23 186/3 189/15 191/6 193/24 194/4 197/17 200/9 203/24 204/23 215/14 216/5 219/22 221/13 222/12 226/8 227/4 227/5 230/10 233/18 234/13 250/10 250/12 254/6 261/8 261/15 261/25 265/11 265/12 267/3 268/12 273/19 279/1 279/9 282/14 282/15 286/25 288/3 289/21 291/15 292/13 295/23 298/14 298/23 300/8

**well-being [2]** 69/24 254/6

**W**

**Wendi [3]** 250/21 255/1
255/11

**went [34]** 32/25 38/5
87/11 93/25 104/25 118/6
130/18 131/2 160/11 161/15
175/5 197/10 198/7
200/22 202/22 205/4
229/20 230/24 242/14
251/24 251/25 258/8
269/2 273/10 273/20
273/21 281/1 281/16
296/17 297/1 297/7
297/15 297/23 298/12

**were [300]** 12/10 12/12
15/25 16/6 16/8 16/19 18/1
18/5 18/6 18/12 18/14 21/2
21/7 21/12 21/14 21/15
21/15 21/16 23/20 25/11
25/18 25/24 25/25 26/18
27/12 29/23 29/25 30/4
30/10 30/11 30/17 31/2
31/24 32/15 32/16 35/14
36/3 36/25 37/4 37/7
37/17 40/4 40/7 41/5
42/21 43/11 44/1 44/13
44/25 45/20 45/21 46/24
47/11 47/12 47/19 48/4
49/2 49/3 50/24 51/3 51/5
51/8 52/2 52/5 62/12
62/25 66/25 67/9 67/25
73/7 73/8 73/16 73/22
74/2 74/5 74/21 76/8
76/9 76/10 76/11 77/21
79/13 80/8 81/21 82/23
84/22 84/23 87/3 87/6
87/16 87/17 87/18 88/9
99/2 100/9 101/25 102/16
103/19 104/12 104/14
107/12 107/13 107/13
107/14 107/19 107/21
108/5 108/15 109/11 111/3

111/9 111/11 113/15 116/13
116/17 116/17 117/25 121/6
121/7 121/13 121/14 123/23
124/14 124/15 125/2 125/3
127/17 128/22 130/11
134/5 136/16 136/23
136/24 140/9 144/13
146/11 146/11 146/18 147/3
147/4 147/9 147/17 147/21
148/9 148/11 149/16 149/17
150/8 150/10 150/23
151/18 151/19 152/6 152/7
152/19 153/17 153/25
154/24 157/18 158/2 158/6
159/17 162/17 164/24
165/10 167/10 168/7
171/25 171/25 172/17
172/21 173/1 173/5 173/6
173/12 173/13 175/6 177/1
177/20 181/6 181/11 183/7
185/16 186/22 186/24
194/1 194/3 194/5 195/21
196/14 197/2 197/5 197/15
204/23 205/24 207/25
208/5 208/14 209/8 211/11
214/22 214/23 214/25
217/11 217/17 217/24
218/3 218/9 218/20 218/21
218/22 219/2 219/9
219/20 219/25 220/8
220/13 220/13 220/18
220/24 221/8 222/16
222/20 223/4 225/12
225/17 226/23 227/2
227/13 227/16 227/19
228/1 228/5 228/16
228/19 228/21 228/22
229/12 229/13 230/9
230/12 230/18 231/8
231/11 233/3 233/8
233/19 235/16 235/18
235/25 236/2 236/5

237/3 239/2 239/21 240/1
240/11 243/12 245/10
246/15 251/9 256/7
257/22 257/24 257/25
258/6 258/13 258/17
266/25 267/10 267/23
268/12 268/14 269/13
271/8 271/9 273/16
273/19 278/7 278/20
279/22 280/13 281/11
281/11 282/20 282/23
285/4 285/20 288/19
288/20 289/12 296/19
296/24 297/3 297/16
297/22 297/24 298/4
299/2 302/10

**weren't [12]** 45/19 87/22
153/25 165/9 173/3
217/20 219/19 220/2
225/24 230/13 231/19
288/17

**west [8]** 4/10 4/13 38/3
130/20 130/22 131/13
131/25 190/10

**wet [1]** 280/10

**what [419]**

**what's [24]** 17/2 36/17
42/13 43/22 53/6 54/16
57/6 64/23 74/11 83/18
93/3 95/12 101/6 101/23
113/2 119/3 123/19 140/1
196/23 199/14 201/13
202/5 225/8 299/11

**whatever [11]** 48/24 76/3
133/8 133/8 133/15 146/14
170/6 219/2 258/9 292/14
300/21

**whatsoever [4]** 165/15
241/14 280/19 283/18

**wheeled [3]** 102/8 106/21
107/3

**wheeling [2]** 118/7 118/7

# W

**when [123]**  14/19 16/12
16/13 17/5 19/16 28/24
40/6 41/15 43/24 44/11
46/17 47/6 47/11 52/19
53/11 55/12 65/9 70/2
70/17 70/19 72/20 76/7
76/23 80/4 94/5 99/17
104/14 107/19 110/12
114/25 117/18 118/12
123/10 123/23 129/18
130/10 130/10 137/4 143/1
143/2 143/21 145/24
148/10 148/11 148/12
148/21 149/13 149/15
149/16 150/3 154/24
156/17 161/7 161/8 163/9
163/10 163/11 163/12
165/12 166/4 166/6 166/14
171/12 172/14 173/5 174/14
176/19 177/1 188/14 194/17
196/17 202/16 202/17
204/23 205/3 207/22
208/18 208/24 212/17
213/1 213/9 217/21 218/24
232/17 232/24 233/9
233/12 233/24 236/20
240/5 251/18 251/19
252/2 252/22 254/16
261/20 262/5 262/15
265/18 266/7 269/2
271/15 273/1 274/17
276/22 276/25 277/1
280/8 280/16 280/20
280/21 281/2 281/17
283/6 283/6 283/18 288/3
290/9 295/14 295/17
296/22 298/2 298/13
**whenever [3]**  219/1 233/12
297/12
**where [137]**  9/13 9/25
11/13 18/10 18/11 19/15

19/16 19/20 19/21 23/8
25/1 27/6 28/7 28/12
30/19 31/7 31/18 40/6
44/1 44/5 44/9 44/13
44/15 44/18 44/24 45/22
45/23 46/11 46/12 46/13
46/24 47/6 47/9 48/6
53/24 57/6 62/12 63/3
71/14 76/10 76/10 84/3
84/15 94/17 95/1 102/7
102/7 102/8 106/22 107/12
108/14 110/24 117/9 117/22
118/4 118/9 118/23 118/23
119/6 121/10 121/13 123/18
129/18 129/22 130/5
130/18 132/5 134/5 136/16
142/9 143/1 143/8 143/22
149/23 152/19 152/21
153/19 156/14 160/11
160/11 160/12 162/25
163/25 164/4 164/6 164/18
164/18 166/22 167/8 167/9
172/21 173/1 175/19 180/7
180/18 190/13 194/5 195/11
195/11 196/17 198/1 198/4
198/8 198/16 199/18 205/1
205/3 207/25 208/4
208/5 209/3 211/16 218/6
218/13 229/24 240/18
267/18 269/9 271/3 271/3
272/11 277/5 278/6
278/19 278/22 278/23
280/1 280/1 280/17
283/23 287/2 289/14
293/23 297/22 297/24
299/23 300/3
**where's [2]**  161/19 295/15
**wherever [1]**  119/23
**whether [29]**  49/17 49/17
49/18 50/15 88/2 102/2
121/4 150/5 150/15 152/12
154/2 154/3 166/12 167/25

168/5 168/15 175/14 180/3
199/11 200/13 204/22
251/8 254/15 256/18
264/8 273/5 279/18
282/11 300/13
**which [63]**  15/11 17/16
25/12 27/3 37/24 38/6
40/1 42/24 48/1 49/13
50/1 65/8 74/19 91/16
92/8 96/4 98/20 100/12
103/23 137/6 152/4 152/10
152/10 152/14 152/21
152/23 154/8 163/11
163/21 171/9 171/17 172/14
175/12 177/19 186/13
191/17 192/18 195/16
203/13 209/13 214/6
214/7 214/20 229/5
229/10 237/12 238/24
243/13 254/8 262/10
273/17 274/25 275/16
275/20 280/1 280/11
281/6 282/24 283/7
284/20 285/2 287/8
289/13
**while [4]**  37/22 136/25
164/4 255/6
**white [1]**  180/24
**who [102]**  15/2 17/22
23/20 23/23 24/24 32/1
35/13 35/13 35/13 35/21
37/12 38/1 38/1 38/24
40/11 40/18 42/15 42/17
42/18 44/1 47/14 49/16
49/24 50/1 54/22 55/9
55/10 56/12 57/17 58/1
61/1 68/21 70/7 70/14
71/20 76/19 77/24 80/12
80/15 82/15 86/7 87/3
87/18 89/20 89/20 93/24
94/22 104/12 110/15 119/2
120/5 134/13 135/6 147/24

# W

**who...** [48] 148/19 153/7
153/12 153/21 164/16
165/19 171/23 172/22
172/25 179/25 181/23
186/22 188/24 191/16
193/4 193/5 198/19 202/6
202/7 205/2 206/5 211/9
222/7 222/20 223/25
235/7 240/19 241/18
243/11 250/16 250/18
255/21 257/13 264/1
273/13 278/18 282/19
284/12 288/4 288/5
288/14 289/24 289/25
289/25 293/8 293/9
297/5 298/4

**who's** [7] 35/15 42/11
42/25 74/9 75/18 156/25
289/23

**whoever** [2] 192/1 241/25

**whole** [8] 24/23 66/16
134/19 184/20 250/8
295/9 295/18 296/1

**whom** [1] 143/16

**whomever** [1] 149/13

**why** [38] 14/2 48/15 62/21
69/25 76/7 108/4 114/20
146/25 147/2 149/6 158/13
171/24 172/6 210/20
221/17 227/23 252/9
253/25 254/3 262/14
264/12 268/8 268/16
269/10 270/13 271/24
279/3 284/1 297/2 299/6
299/6 299/8 299/9 299/10
299/12 299/14 299/17
299/18

**Wichita** [1] 253/12

**wide** [1] 165/7

**widely** [1] 154/19

**WIETHORN** [4] 6/4 10/22

11/9 169/4
199/8 249/16 250/19
250/21 251/21 255/1
255/11

**Wildwood** [8] 48/1 117/17
131/15 135/25 136/21
136/25 137/2 137/3

**will** [77] 10/3 10/17 14/3
14/14 19/13 24/23 25/5
28/16 33/6 34/23 35/9
37/19 45/9 46/23 60/12
61/22 61/24 62/10 64/23
66/7 67/10 67/14 71/2
72/18 72/22 84/14 85/6
89/8 89/23 93/1 95/10
97/20 100/5 116/20 132/3
138/9 148/18 167/20 186/2
223/7 234/14 234/16
235/15 236/19 237/4
237/5 237/12 237/16
238/9 238/13 249/6
255/20 255/22 255/24
256/2 256/3 256/8 259/14
259/15 259/18 259/20
259/21 264/1 276/23
282/4 282/6 285/16 286/5
287/19 290/24 294/7
296/12 296/15 297/19
301/1 301/1 301/10

**WILLIAMS** [4] 5/3 302/4
302/17 302/17

**wing** [6] 140/4 140/5
141/18 141/20 199/14
277/4

**wire** [3] 95/3 95/3 196/25

**wired** [3] 110/3 110/5
110/7

**Wisely** [1] 10/3

**wish** [7] 14/7 14/10 255/8
259/22 265/2 265/25
272/5

**within** [9] 42/2 50/13

76/20 103/7 110/2 114/9
205/16 222/2 222/25
205/25 289/18

**without** [4] 73/6 114/3
205/25 289/18

**witness** [38] 6/3 6/15
10/20 24/7 25/4 27/8
28/15 29/10 156/21 156/22
156/23 168/19 169/13
169/15 183/1 186/2 207/7
207/12 211/25 216/14
236/25 237/6 238/5
242/25 243/2 244/19
245/19 245/25 248/9
248/20 248/24 258/25
259/13 259/18 260/1
264/19 279/4 279/20

**witness's** [1] 246/17

**witnesses** [7] 6/20 236/16
236/19 246/3 248/10
257/14 281/5

**woman** [1] 40/9

**won't** [5] 24/22 50/18
138/25 139/1 186/13

**wonder** [1] 72/18

**wooded** [1] 42/7

**woods** [4] 176/19 190/18
221/3 221/4

**word** [9] 7/14 13/25 34/11
68/4 175/11 181/19 231/5
295/20 298/18

**wording** [2] 125/25 205/15

**words** [18] 45/24 73/2
84/8 134/13 180/14 183/11
205/25 267/7 267/17
268/12 268/13 268/13
273/9 273/10 273/18
285/7 289/8 292/23

**work** [11] 20/17 50/8
95/15 134/19 170/23
170/24 188/6 250/25
250/25 261/10 273/7

**worked** [5] 42/24 261/4

**W**

worked... **[3]** 261/6 261/8
262/15

workers **[1]** 38/7

working **[5]** 12/22 13/24
37/17 55/5 263/13

workplace **[4]** 261/13
262/17 263/17 263/24

works **[3]** 44/20 159/13
190/5

world **[1]** 290/2

worn **[10]** 15/1 103/1
107/17 107/22 108/12
124/13 160/25 176/17
221/20 223/20

worried **[2]** 89/7 89/10

worry **[3]** 262/16 262/18
262/21

WORTH **[21]** 1/3 1/6 1/12
1/18 2/3 2/9 2/15 2/21 3/2
3/13 3/16 3/20 4/7 4/10
4/14 5/4 178/7 187/21
250/3 302/19 302/20

worthy **[1]** 61/19

would **[198]** 10/23 11/8
17/3 17/7 18/17 19/1 19/9
19/12 22/6 27/3 28/23
29/15 36/9 41/17 43/21
44/1 51/25 52/1 52/2
54/24 58/8 58/10 58/10
58/10 58/11 58/11 58/12
63/9 63/10 66/22 68/3
68/23 69/16 69/17 79/6
80/10 83/7 88/3 90/24
90/24 90/25 96/9 99/12
99/17 102/15 103/23 104/1
113/4 116/6 118/18 118/22
121/14 125/4 129/7 131/16
132/5 132/11 132/22
133/14 136/4 137/6 137/20
139/13 139/15 139/17
140/23 141/19 143/14

143/15 143/17 143/17
143/25 144/6 144/10 145/5
145/7 146/20 146/21 147/2
147/7 149/11 149/12 150/8
150/11 150/13 150/14
151/20 151/21 151/21 152/5
153/1 155/12 155/21
155/24 158/1 159/19
159/19 160/3 162/13
163/21 170/15 171/24
172/15 175/19 176/9 179/8
179/9 180/9 182/5 183/15
191/17 195/1 195/4 195/7
195/11 196/4 197/23
198/13 198/15 199/24
201/4 201/7 201/17 201/25
204/5 206/8 213/16
215/14 217/14 219/16
225/4 225/12 225/15
226/11 227/10 230/2
230/7 230/18 233/21
236/4 238/17 242/4
242/17 246/4 246/14
246/15 246/21 248/19
249/2 249/8 249/12
250/10 250/15 251/7
252/18 257/13 258/14
258/16 259/9 259/11
260/4 260/6 260/10
261/25 262/22 263/2
264/14 268/8 268/16
268/25 275/22 277/25
279/3 279/4 279/12 280/1
283/15 285/11 285/18
285/21 286/20 287/15
287/15 288/12 288/20
288/25 289/2 289/11
292/17 292/22 293/2
295/3 299/6 299/7 299/8
299/9 299/10 299/12

wouldn't **[23]** 14/13 141/9
141/19 143/25 144/24

145/1 148/5 158/5 159/7
160/16 161/23 166/13
166/12 173/16 185/20
191/6 201/18 201/20
219/24 229/23 230/17
258/20 289/8

wound **[1]** 19/25

wounds **[1]** 36/13

wrapped **[2]** 109/8 109/9

writ **[1]** 289/17

write **[2]** 190/12 192/25

written **[1]** 299/23

wrong **[4]** 228/19 244/8
270/17 298/7

wrote **[2]** 191/2 192/23

**Y**

y'all **[1]** 90/5

yards **[3]** 137/19 197/21
197/22

yeah **[85]** 10/1 15/1 24/2
25/10 26/5 26/10 29/5
33/14 35/16 36/9 37/2
37/22 40/4 42/22 43/4
45/12 46/12 49/10 51/9
53/3 61/22 62/19 64/8
64/10 64/18 65/6 68/14
69/14 73/24 75/20 82/4
83/10 87/14 89/15 90/3
90/10 96/23 101/12 106/10
106/20 111/1 112/12 112/22
114/5 123/7 124/13 125/4
128/22 131/22 132/5
132/19 133/17 134/3
134/25 136/6 139/3 142/4
148/23 157/19 158/7
158/20 159/15 165/23
166/19 173/19 175/7
175/19 179/1 188/1 190/13
190/14 192/13 198/7
202/20 205/22 214/5
215/25 222/22 233/14
252/6 252/16 252/22

## Y

yeah... **[3]** 262/10 264/11
269/14

year **[2]** 173/23 255/15

years **[8]** 61/14 69/21
141/10 141/22 186/16
254/18 257/22 261/5

yelled **[3]** 199/8 199/8
297/18

yelling **[2]** 23/13 37/6

yellow **[17]** 72/18 72/21
73/2 73/4 73/6 85/13
85/20 85/24 85/25 86/2
86/6 95/23 95/25 117/24
155/8 158/14 278/10

yells **[2]** 99/18 109/12

Yep **[2]** 29/7 93/23

yes **[348]**

yet **[6]** 40/16 98/4 173/13
287/9 294/18 299/1

you **[791]**

you'd **[2]** 226/15 248/23

you'll **[1]** 246/8

you're **[47]** 9/1 9/11 11/17
34/2 35/5 53/7 83/10
91/11 109/22 113/13 117/22
144/2 150/20 155/7 155/10
155/11 157/15 158/13
158/16 164/21 173/21
176/5 176/23 177/19
183/12 187/25 198/7
211/24 214/3 214/20
222/3 231/17 240/16
245/21 246/10 246/10
250/24 266/12 276/25
277/1 282/10 290/25
299/12 299/14 299/14
299/16 299/16

you've **[19]** 15/17 23/25
28/18 39/19 55/15 60/24
76/17 100/17 136/2 157/17
161/1 184/21 186/20 217/1

239/7 247/5 250/8 295/8
298/13

you-all **[2]** 31/1 123/18

young **[1]** 252/11

younger **[1]** 257/23

your **[180]** 8/14 8/18 8/19
9/3 10/2 10/8 10/16 10/20
10/24 11/5 11/8 11/24
12/19 13/19 14/4 14/10
79/17 82/20 83/11 83/12
83/22 84/8 86/11 91/6
107/8 115/7 135/16 138/2
138/4 138/20 139/3 139/7
139/9 139/11 140/15 144/2
145/5 151/13 158/22 161/19
162/1 163/13 163/23
163/23 168/12 169/24
170/15 171/12 173/11
174/23 175/4 178/18
179/19 182/24 183/2
183/14 186/1 186/2 186/9
186/21 187/13 187/16
190/3 190/7 190/23 191/2
191/20 191/22 192/3 192/11
192/23 192/25 200/21
206/3 207/6 207/10
208/19 210/15 212/2 213/4
215/10 215/17 215/19
216/13 220/3 220/13
221/17 222/9 231/2
235/19 235/23 236/22
237/10 237/20 238/6
238/14 238/21 239/11
239/12 240/4 241/14
242/20 242/25 243/4
244/20 244/22 244/24
245/1 245/5 245/7 245/18
245/20 246/1 246/4
246/11 247/5 247/9
247/22 247/24 248/1
248/3 248/5 248/25
249/8 249/16 249/21

249/21 250/4 251/7
251/12 252/20 253/4 253/4
254/22 255/10 255/24
256/8 259/1 259/4 259/9
260/1 260/6 260/16
260/17 260/24 261/12
261/12 261/16 263/18
263/18 264/19 264/22
264/25 265/3 265/5
265/9 265/11 265/14
265/17 266/1 272/7 272/9
273/7 277/24 281/20
282/10 282/15 283/3
287/20 290/16 291/3
291/22 294/7 295/7
296/12 296/13 298/16
298/19 301/6 301/12
301/14

yourself **[2]** 230/16 292/2

## Z

Z-i-n-e-s **[1]** 34/19

Z-i-n-e-s-es **[1]** 34/17

Zach **[9]** 251/8 251/14
253/19 254/15 258/11
258/13 258/16 263/17
263/23

Zach's **[4]** 251/18 251/21
251/22 253/18

ZACHARY **[24]** 1/20 8/9
169/8 250/6 250/13
250/16 250/18 251/13
252/15 252/20 254/9
254/11 255/12 255/15
255/18 255/21 256/3
256/8 256/13 256/19
257/1 257/13 261/1 262/12

Zachary's **[2]** 254/25
255/11

zero **[2]** 283/16 291/25

zine **[2]** 77/13 78/13

zines **[5]** 34/15 39/19 61/4
77/6 77/8

# Z

**ZOIE [4]** 5/3 302/4
302/17 302/17
**zwilliams.rmr [2]** 5/4
302/21