# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | No. 4:25-CR-282-P |
| **JOY GIBSON (02)** | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

For the reasons that follow, Joy Gibson files this unopposed motion to Continue her sentencing for at least **30 days**.

1) Sentencing is currently set for March 12, 2026.

2) Counsel needs additional time for the purpose of investigation and to confer with his client.

3) The government does not oppose the motion.

Therefore, Gibson respectfully requests that the Court continue sentencing by 30 days.

Co-Counsel, William Biggs, will be unavailable on April 2-3, 2026.

Counsel requests that his sentencing hearing be continued for at least **30 days.**

                Respectfully submitted,

                */s/ Matthew Smid*
                MATTHEW SMID
                Texas Bar No. 24063541
                301 Commerce Street, Suite 2001
                Fort Worth, TX 76102
                Telephone:  817-332-3822
                Email:  matt@mattsmidlaw.com

## CERTIFICATE OF CONFERENCE

     I also certify that on February 9, 2026, I have conferenced with Assistant United States Attorney Shawn Smith and AUSA Smith stated he is not opposed to a 30-day continuance of the sentencing date or extension of deadline to file PSR objections.

                /s/ Matthew Smid
                MATTHEW SMID

## CERTIFICATE OF SERVICE

     I certify that on February 9, 2026, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Northern District of Texas, using the electronic case filing system of the Court.  The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys who have consented in writing to accept this Notice as service of this document.

                /s/ Matthew Smid
                MATTHEW SMID